## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-20772-DPG

Plaintiff:
**DENNIS ANEIROS**

vs.

Defendant:
**VIORMAR TRADING CORPORATION, N.V., AND ORLANDO A. FERNANDEZ**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 4th day of March, 2024 at 12:53 pm to be served on **VIORMAR TRADING CORPORATION, N.V. by serving Orlando A. Fernandez, its Registered Agent, 439 Still Forest Ter., Sanford, FL 32771**.

I, Joshua Wright, do hereby affirm that on the **6th day of March, 2024** at **9:07 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Orlando A. Fernandez** as **Registered Agent** for **VIORMAR TRADING CORPORATION, N.V.**, at the address of: **439 Still Forest Ter., Sanford, FL 32771**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Joshua Wright**
CPS No. 18-0092

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2024000326