UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

      Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

      Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
### ON DEFENDANT, ORLANDO A. FERNANDEZ

Plaintiff, Dennis Aneiros files the Return of Service on Defendant, Orlando A. Fernandez

(served on March 6, 2024).

Dated this 13th day of March 2024.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
