## VERIFIED RETURN OF SERVICE

| | |
|---|---|
| **State of Florida** | **County of Southern** |

Case Number: 1:24-CV-20772-DPG

Plaintiff:
**DENNIS ANEIROS**

NAY2024000325

vs.

Defendant:
**VIORMAR TRADING CORPORATION, N.V., AND ORLANDO A. FERNANDEZ**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 5th day of March, 2024 at 2:24 pm to be served on **Orlando A. Fernandez, 439 Still Forest Ter., Sanford, FL 32771**.

I, Joshua Wright, do hereby affirm that on the **6th day of March, 2024** at **9:07 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Orlando A. Fernandez** at the address of: **439 Still Forest Ter., Sanford, FL 32771**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified and/or Special Process Server, in good standing, in the judicial circuit in which the process was served.

**Joshua Wright**
CPS #18-0092

**Miami PSPI, LLC**
**1800 Coral Way**
**Suite 451511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2024000325

Copyright © 1992-2024 Database Services, Inc. - Process Server's Toolbox V8.2i