UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Dennis Aneiros, pursuant to the Court's Notice of Court Practice entered on March 26, 2024 [ECF No. 9], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of his damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

## *Information Requested by the Court*

1. Plaintiff does not have time and pay records from his employment at this time, and so he must estimate the hours that he worked, the pay that he received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that he is owed **$102,828.40** in unpaid minimum wages.

4. Plaintiff calculated his estimation of unpaid wages as follows:

| Year | Fla. Min. Wage | Wage Paid | Weeks Worked | Hours per Week | Wages Owed |
|---|---|---|---|---|---|
| Jan. 1, 2019 | $8.46 | $0 | 44 | 40 | $14,889.60 |
| Jan. 1, 2020 | $8.56 |  | 52 |  | $17,804.80 |
| Jan. 1, 2021 | $8.65 |  | 39 |  | $13,494.00 |
| Sept. 30, 2021 | $10.00 |  | 52 |  | $20,800.00 |
| Sept. 30, 2022 | $11.00 |  | 52 |  | $22,880.00 |
| Sept. 30, 2023 | $12.00 |  | 27 |  | $12,960.00 |
|  |  |  |  | **Total:** | **$102,828.40** |

5. Plaintiff is claiming that he is owed wages for work performed **from January 1, 2019, to present**.

6. As of the date of this Statement's filing, Plaintiff's damages continue to accrue because he remains employed by Defendants, performing work their benefit each week.

7. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid minimum wages, plus reasonable attorneys' fees and costs pursuant to the FLSA.

8. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

9. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

10. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

Respectfully submitted this 5th day of April 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF this 5th day of April 2024, which will serve Robert Twombly, Esq., WHITE & TWOMBLY, P.A., 9999 NE 2nd Avenue, Suite 306, Miami Shores, Florida 33138, robert@whitetwombly.com as *Counsel for Defendants*.

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
