UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 9]

Plaintiff, Dennis Aneiros, by and through his undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order within its Notice of Court Practice [ECF No. 9] by serving Defendants with a copy of the Court's Notice, Plaintiff's Statement of Claim [ECF No. 10], and all documents supporting Plaintiff's claims (Aneiros 000001-000102) by email to Defendants' counsel on April 5, 2024.

Respectfully submitted this 5th day of April 2024.

                                              s/ Patrick Brooks LaRou
                                              Brian H. Pollock, Esq.
                                              Florida Bar No. 174742
                                              brian@fairlawattorney.com
                                              Patrick Brooks LaRou, Esq.
                                              Florida Bar No. 1039018
                                              brooks@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue, Suite 770
                                              Coral Gables, Florida 33146
                                              Telephone: (305) 230-4884
                                              *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF this 5th day of April 2024, which will serve Robert Twombly, Esq., WHITE & TWOMBLY, P.A., 9999 NE 2nd Avenue, Suite 306, Miami Shores, Florida 33138, robert@whitetwombly.com as *Counsel for Defendants*.

s/ Patrick Brooks LaRou  
Patrick Brooks LaRou, Esq.

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146  
TEL 305.230.4884   FAX 305.230.4844  
*www.fairlawattorney.com*