UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Dennis Aneiros, identifies the following persons and entities with an interest in the outcome of this action as follows:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)    Dennis Aneiros – Plaintiff;

    b)    Brian H. Pollock, Esq. – counsel for Plaintiff;

    c)    Patrick Brooks LaRou, Esq. – counsel for Plaintiff;

    d)    Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

    e)    Viormar Trading Corporation, N.V. – Defendant;

    f)    Orlando A. Fernandez – Defendant;

    g)    Robert Twombly, Esq. – counsel for Defendants;

  h)  White & Twombly, P.A. – counsel for Defendants.

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

  None known to Plaintiff.

**3.** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

  None known to Plaintiff.

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

  Plaintiff, Dennis Aneiros.

**5.** **Check one of the following:**

 _X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

      **-or-**

 ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

 Respectfully submitted this 5th day of April 2024.

          s/ Patrick Brooks LaRou
          Brian H. Pollock, Esq.
          Florida Bar No. 174742
          brian@fairlawattorney.com
          Patrick Brooks LaRou, Esq.
          Florida Bar No. 1039018
          brooks@fairlawattorney.com
          FAIRLAW FIRM
          135 San Lorenzo Avenue, Suite 770
          Coral Gables, Florida 33146
          Telephone: (305) 230-4884
          *Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF this 5th day of April 2024, which will serve Robert Twombly, Esq., WHITE & TWOMBLY, P.A., 9999 NE 2nd Avenue, Suite 306, Miami Shores, Florida 33138, robert@whitetwombly.com as *Counsel for Defendants*.

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com