UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **March 24, 2025 in Courtroom 11-1 of the Wilkie D. Ferguson, Jr. United States Courthouse located at 400 North Miami Avenue, Miami, Florida 33128.** The **Calendar Call** will be held at **9:30 a.m. on Wednesday, March 19, 2025**. A telephonic **Status Conference** will be held at **10:00 a.m. on Wednesday, January 15, 2025**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by — **July 24, 2024**

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by — **August 28, 2024**

3. Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **August 28, 2024**

4. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by — **September 11, 2024**

5. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — **May 24, 2024**

| | |
|---|---|
| 6. Fact discovery shall be completed by | **November 24, 2024** |
| 7. Expert discovery shall be completed by | **November 24, 2024** |
| 8. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **December 22, 2024** |
| 9. Mediation shall be completed by | **August 26, 2024** |
| 10. All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **January 24, 2025** |
| 11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **February 21, 2025** |

Dated this 24th day of April 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Robert Twombly
Robert Twombly, Esq.
Florida Bar No. 060127
robert@whitetwombly.com
WHITE & TWOMBLY, P.A.
9999 Northeast 2nd Avenue, Suite 306
Miami Shores, Florida 33138
Telephone: (786) 502-2038
*Counsel for Defendants*