UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES

DENNIS ANEIROS,

      Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF NO PENDING, REFILED, RELATED OR SIMILAR ACTION(S)

      Plaintiff, Dennis Aneiros, pursuant to Local Rule 3.8, notices the Court and all parties that

Plaintiff has not re-filed this case and is not aware of any related or similar case(s) filed of record.

      Respectfully submitted this 7th day of June 2024,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
