UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

**COMES NOW** the Defendant, Viormar Trading Corporation, and Orlando A. Fernandez, by through undersigned counsel, and files this Motion for Extension of Time to Respond to Plaintiff's Discovery requests and states as follows:

1. On June 20, 2024, Plaintiff, served discovery requests upon Defendant including a Request For Production, First Set of Interrogatories to Viormar Trading Corporation, N.V. and Orlando A. Fernandez, ("Discovery Requests").

2. Defendant's responses to Plaintiff's discovery requests are due on July 20, 2024.

3. Despite a good faith effort to prepare adequate responses, Defendant's counsel has been unable to meet and otherwise prepare a proper response and/or objection to Plaintiff's discovery requests.

4. Defendant requests an additional ten (10) days within which to respond and/or object to the said discovery request.

4. This request for an extension is made in good faith and not to delay these proceedings.

WHEREFORE, Defendants, prays that the Court enter an order granting an additional ten (10) days to respond to Plaintiff's discovery requests.

Respectfully submitted this 22ND day of July 2024.

/s/ Robert Twombly
Robert Twombly, Esquire
FBN: 0060127
robert@whitetwombly.com
paralegalryt@whitetwombly.com
Daniel Castilla, Esquire
FBN: 1049187
White & Twombly, P.A.
9999 NE 2nd Avenue, Ste. 306
Miami Shores, FL 33138
(786) 502-2038
*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the following was electronically filed with the Clerk of the Court via CM/ECF on July 22, 2024. I also certify that the foregoing was served to opposing counsel: Brian H. Pollock, brian@fairlawattorney.com

/s/ Robert Twombly
Robert Twombly, Esquire