UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING

    Plaintiff, Dennis Aneiros, notifies the Court that ninety (90) days have elapsed since the filing of Plaintiff's Response in Opposition to Motion to Dismiss Amended Complaint on April 25, 2024 [ECF No. 19] without a ruling on Defendants' Joint Motion to Dismiss Plaintiff's Amended Complaint filed on April 17, 2024 [ECF No. 16] without a hearing or ruling thereon.

    Dated this 31st day of July 2024.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
