UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

**PLAINTIFF'S RESPONSE REGARDING**
**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S DISCOVERY REQUESTS**

    Plaintiff, Dennis Aneiros, requests that the Court enter an Order relating to the Defendants' Motion for Extension of Time to Respond to Plaintiff's Discovery [ECF No. 22], as follows:

    1.    Mr. Aneiros filed this lawsuit alleging that the Defendants did not pay him for the time he worked for them as an employee in violation of the FLSA's requirement to pay employees at least a minimum wage (Count I) and the Florida Minimum Wage Act (Count II), and the Trafficking victims Protection Act (Count III). [ECF No. 13.]

    2.    Defendants responded to the Amended Complaint [ECF No. 13] with a Motion to Dismiss on April 17, 2024, requesting the Court to dismiss Count III and to limit Plaintiff's recovery under Count to two years [ECF No. 16], to which Mr. Aneiros filed a Response in Opposition on April 26, 2024 [ECF No. 19.]

3. Meanwhile, the parties filed their Joint Scheduling Report on April 24, 2024 [ECF No. 17], but the Court has not yet entered its Scheduling Order.

4. Mr. Aneiros served his Rule 26 Disclosures, Requests for Production to Defendants, Interrogatories to Viomar Trading Corporation, N.V., and Interrogatories to Orlando A. Fernandez on June 20, 2024.

5. Defendants did not serve any Rule 26 disclosures and to date have not responded to the discovery served on them.

6. Instead, and without conferring, Defendants filed a Motion for Extension of Time, seeking an additional ten days (until July 30, 2024) to respond to the discovery served on them. [ECF No. 22.]

7. Defendants did not include a conferral statement in their Motion because they did not confer in advance of filing their Motion, despite the requirements imposed by S.D. Fla. Local Rule 7.1. *Id.*

8. Nonetheless, and given that the additional time requested by Defendants expired yesterday, Mr. Aneiros requests the Court to enter an Order that grants the extension of time requested by the Defendants and that now requires that the Defendants respond to the Requests for Production and provide all responsive materials and answer the interrogatories served on them, determining that their objections were waived, since the additional time the requested expired without them responding or requesting additional time, and to comply by Friday, August 2, 2024.

Respectfully submitted this 31st day of June 2024,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
