UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

    Plaintiff Dennis Aneiros, pursuant to the Court's Scheduling Order entered July 31, 2024 [ECF No. 25], hereby notifies the Court that the parties have agreed to utilize **Suhaill Machado Morales, Esq. as mediator** in this case. The parties have scheduled mediation to occur on **September 17, 2024**, beginning at **11:00 a.m. via Zoom teleconference**.

    Respectfully submitted this 16th day of August 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
