UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

v.

VIORMAR TRADING CORPORATION, N.V., and ORLANDO A. FERNANDEZ,

    Defendant(s).

_____/

## MEDIATION REPORT

SUHAILL M. MORALES, the mediator in this case, hereby submits the following Mediation Report:

1. On September 17, 2024, the Parties and their respective counsel in the above-referenced case, convened for a virtual mediation conference, via Zoom.

2. All required parties were present.

3. The parties were unable to reach a resolution.

4. Accordingly, the undersigned declared an impasse.

Date: September 17, 2024        Respectfully submitted,

*/s/Suhaill M. Morales*
Suhaill M. Morales, Esq.
Florida Bar No. 84448
SMM Law P.A.
5803 NW 151 Street, Suite 205
Miami Lakes, FL 33014
305-518-7026
Smorales@smmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record.

*/s/Suhaill M. Morales*
Suhaill M. Morales