UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS**
**IN SUPPORT OF STATEMENT OF MATERIAL FACTS [ECF NO. 34]**

Plaintiff, Dennis Aneiros, pursuant to Local Rule 5.1(d) and other applicable Rules and laws, hereby notifies the Court and all parties to this action of his filing of the following exhibits in support of his Statement of Material Facts [ECF No. 34] and for any other lawful use in this case[1]:

Exhibit 1:    Aneiros - Deposition Transcript;

Exhibit 2:    Viormar - Articles of Incorporation;

Exhibit 3:    Tools Provided to Aneiros by Defendants;

Exhibit 4:    Viormar - Annual Reports;

Exhibit 5:    Corina Investments, Inc - Annual Reports;

Exhibit 6:    Corina Properties, LLC - Annual Reports;

Exhibit 7:    Corinas, Inc - Annual Reports;

---

[1] The undersigned attempted to upload and file these documents through CM/ECF contemporaneously with Plaintiff's Statement of Material Facts on January 3, 2024, as exhibits thereto, but experienced unforeseen technical errors using CM/ECF which prevented the documents from being uploaded/filed.

1

Exhibit 8:     Christina Fernandez - Deposition Transcript;

Exhibit 9:     March 1, 2017 Letter from Corina/Christina Fernandez;

Exhibit 10:    Orlando Fernandez - Deposition Transcript;

Exhibit 11:    Viormar – Form 5471 for 2022;

Exhibit 12:    Photographs of the Viormar Warehouse;

Exhibit 13:    December 12, 2016 Letter from Orlando Fernandez to Jessy's Limousines;

Exhibit 14:    Texts between Orlando Fernandez and Dennis Aneiros;

Exhibit 15:    September 29, 2023 Letter from Orlando Fernandez to Dennis Aneiros;

Exhibit 16:    Ocean Bank Deposit Receipts; and

Exhibit 17:    Vida Medical, LLC Logo.

Respectfully submitted this 6th day of January 2025.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
