

Aneiros000159



Aneiros000161



Aneiros000163



Aneiros000165



Aneiros000170

Aneiros000171



Aneiros000173



Aneiros000174



Aneiros000175



Aneiros000176



Aneiros000177



Aneiros000178