# FILE NOW: FILING FEE AFTER MAY 1 IS $225.00

| CORPORATION ANNUAL REPORT **1995** | FLORIDA DEPARTMENT OF STATE<br>Sandra B. Mortham<br>Secretary of State<br>DIVISION OF CORPORATIONS | **FILED**<br>SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br><br>95 MAR 30 AM 9: 15 |

**DOCUMENT # 842539** **(9)**

1. Corporation Name

## VIORMAR TRADING CORPORATION, N.V.

| Principal Place of Business | Mailing Address | |
|---|---|---|
| 7884 N.W. 55TH ST.<br>MIAMI FL 33166 | 7884 N.W. 55TH ST.<br>MIAMI FL 33166 | DO NOT WRITE IN THIS SPACE |

| 3. Date Incorporated or Qualified | 3a. Date of Last Report |
|---|---|
| 02/05/1979 | 02/24/1994 |

| 4. FEI Number | Applied For |
|---|---|
| 59-1878157 | Not Applicable |

5. Certificate of Status Desired ☐ — $8.75 Additional Fee Required

| 2. Principal Place of Business | | 2a. Mailing Address | |
|---|---|---|---|
| 21 | | 26 | |
| Suite, Apt #, etc. | | Suite, Apt #, etc. | |
| 22 | | 27 | |
| City & State | | City & State | |
| 23 | | 28 | |
| Zip | Country | Zip | Country |
| 24 | 25 | 29 | 30 |

6. Election Campaign Financing Trust Fund Contribution ☐ — $5.00 May Be Added to Fees

8. This corporation has liability for intangible tax under S. 199.032, Florida Statutes ☐ Yes ☐ No

| 9. Name and Address of Current Registered Agent | 10. Name and Address of New Registered Agent |
|---|---|
| FARRES, EDELBERTO J.<br>1038 SW 22ND ST.<br>MIAMI FL 33129 | B1 Name<br>B2 Street Address (P.O. Box Number is Not Acceptable)<br>B3<br>B4 City                                          FL  B5 Zip Code |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE _____

| 12. | OFFICERS AND DIRECTORS | 13. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 |
|---|---|---|---|
| TITLE | PD | 11 TITLE | ☐ Change  ☐ Addition |
| NAME | CURACAO CORP. CO N.V. | 12 NAME | |
| STREET ADDRESS | HANDELSKADE 8 | 13 STREET ADDRESS | |
| CITY-ST ZIP | CURACAO, N.A. | 14 CITY-ST ZIP | |
| TITLE | VD | 21 TITLE | ☐ Change  ☐ Addition |
| NAME | BELLO, ORLANDO F. | 22 NAME | |
| STREET ADDRESS | 7884 N.W. 55 ST. | 23 STREET ADDRESS | |
| CITY-ST ZIP | MIAMI FL | 24 CITY-ST ZIP | |
| TITLE | | 31 TITLE | ☐ Change  ☐ Addition |
| NAME | | 32 NAME | |
| STREET ADDRESS | | 33 STREET ADDRESS | |
| CITY-ST ZIP | | 34 CITY-ST ZIP | |
| TITLE | | 41 TITLE | ☐ Change  ☐ Addition |
| NAME | | 42 NAME | |
| STREET ADDRESS | | 43 STREET ADDRESS | |
| CITY-ST ZIP | | 44 CITY-ST ZIP | |
| TITLE | | 51 TITLE | ☐ Change  ☐ Addition |
| NAME | | 52 NAME | |
| STREET ADDRESS | | 53 STREET ADDRESS | |
| CITY-ST ZIP | | 54 CITY-ST ZIP | |
| TITLE | | 61 TITLE | ☐ Change  ☐ Addition |
| NAME | | 62 NAME | |
| STREET ADDRESS | | 63 STREET ADDRESS | |
| CITY-ST ZIP | | 64 CITY-ST ZIP | |

14. I hereby certify that the information supplied with this filing is voluntarily furnished and does not qualify for the exemption stated in Section 119.07(3)(k), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate, and that my signature shall have the same legal effect as if made under oath, that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes, and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address.

**SIGNATURE:** _____  03. 23 -95.

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR          Date

0103568   CP

**SECOND NOTICE: CORPORATION WILL BE DISSOLVED ON OR AFTER AUGUST 7, 1996.**
**AMOUNT DUE ON OR BEFORE 8/7/96: $225 (IF DISSOLVED, MINIMUM AMOUNT DUE TO REINSTATE: $375.)**

PROFIT
CORPORATION
ANNUAL REPORT
**1996**

FLORIDA DEPARTMENT OF STATE
Sandra B. Mortham
Secretary of State
DIVISION OF CORPORATIONS

**DOCUMENT #  842539    (9)**

1. Corporation Name

**VIORMAR TRADING CORPORATION, N.V.**

| Principal Place of Business | Mailing Address |
|---|---|
| 7884 N.W. 55TH ST.<br>MIAMI FL 33166 | 7884 N.W. 55TH ST.<br>MIAMI FL 33166 |

| 3. Date Incorporated or Qualified | 3a. Date of Last Report |
|---|---|
| 02/05/1979 | 03/30/1995 |

4. FEI Number
**59-1878157**

☐ Applied For
☐ Not Applicable

5. Certificate of Status Desired ☐    **$8.75** Additional Fee Required

6. Election Campaign Financing Trust Fund Contribution ☐    **$5.00** May Be Added to Fees

8. This corporation has liability for intangible tax under s. 199.032, Florida Statutes    ☐ Yes  ☑ No

| 2. Principal Place of Business | | 2a. Mailing Address | |
|---|---|---|---|
| 21 | | 26 | |
| Suite, Apt #, etc 22 | | Suite, Apt #, etc 27 | |
| City & State 23 | | City & State 28 | |
| Zip 24 | Country 25 | Zip 29 | Country 30 |

**9. Name and Address of Current Registered Agent**

FARRES, EDELBERTO J.
1038 SW 22ND ST.
MIAMI FL 33129

**10. Name and Address of New Registered Agent**

| 81 | Name |
| 82 | Street Address (P.O. Box Number is Not Acceptable) |
| 83 | |
| 84 | City                    **FL** 85 Zip Code |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE

12. OFFICERS AND DIRECTORS

| | | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 |
|---|---|---|---|
| TITLE | **PD** | ☐ DELETE | 1.1 TITLE   ☐ Change ☐ Addition |
| NAME | **CURACAO CORP. CO N.V.** | | 1.2 NAME |
| STREET ADDRESS | **HANDELSKADE 8** | | 1.3 STREET ADDRESS |
| CITY - ST - ZIP | **CURACAO, N.A.** | | 1.4 CITY - ST - ZIP |
| TITLE | **VD** | ☐ DELETE | 2.1 TITLE   ☐ Change ☐ Addition |
| NAME | **BELLO, ORLANDO F.** | | 2.2 NAME |
| STREET ADDRESS | **7884 N.W. 55 ST.** | | 2.3 STREET ADDRESS |
| CITY - ST - ZIP | **MIAMI FL** | | 2.4 CITY - ST - ZIP |
| TITLE | **VP** | ☐ DELETE | 3.1 TITLE   ☐ Change ☐ Addition |
| NAME | **FERNANDEZ, ARTURO T.** | | 3.2 NAME |
| STREET ADDRESS | **7884 NW 55ST.** | | 3.3 STREET ADDRESS |
| CITY - ST - ZIP | **MIAMI, FL.** | | 3.4 CITY - ST - ZIP |
| TITLE | | ☐ DELETE | 4.1 TITLE   ☐ Change ☐ Addition |
| NAME | | | 4.2 NAME |
| STREET ADDRESS | | | 4.3 STREET ADDRESS |
| CITY - ST - ZIP | | | 4.4 CITY - ST - ZIP |
| TITLE | | ☐ DELETE | 5.1 TITLE   ☐ Change ☐ Addition |
| NAME | | | 5.2 NAME |
| STREET ADDRESS | | | 5.3 STREET ADDRESS |
| CITY - ST - ZIP | | | 5.4 CITY - ST - ZIP |
| TITLE | | ☐ DELETE | 6.1 TITLE   ☐ Change ☐ Addition |
| NAME | | | 6.2 NAME |
| STREET ADDRESS | | | 6.3 STREET ADDRESS |
| CITY - ST - ZIP | | | 6.4 CITY - ST - ZIP |

CR2E034 (3/96)

14. I do hereby certify that the information supplied with this filing is voluntarily furnished and does not qualify for the exemption stated in Section 119.07(3)(k), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address.

SIGNATURE: _____   ORLANDO FERNANDEZ  7-15-96  (305) 5919693

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR

**FILE NOW: FILING FEE AFTER MAY 1 IS $550.00**

# FILED
## Jan 22 1997 8:00am
## Secretary of State

PROFIT
CORPORATION
ANNUAL REPORT
**1997**



FLORIDA DEPARTMENT OF STATE
**Sandra B. Mortham**
Secretary of State
DIVISION OF CORPORATIONS

DOCUMENT # **842539**        **(9)**

1. Corporation Name

**VIORMAR TRADING CORPORATION, N.V.**

| Principal Place of Business | Mailing Address |
|---|---|
| **7884 N.W. 55TH ST.**<br>**MIAMI FL 33166** | **7884 N.W. 55TH ST.**<br>**MIAMI FL 33166-4114** |

| 3. Date Incorporated or Qualified | 3a. Date of Last Report |
|---|---|
| **02/05/1979** | **07/19/1996** |

| 2. Principal Place of Business | 2a. Mailing Address | 4. FEI Number | Applied For |
|---|---|---|---|
| 21 | 26 | **59-1878157** | Not Applicable |

| Suite, Apt. #, etc. | | 5. Certificate of Status Desired ☐ | **$8.75** Additional Fee Required |
|---|---|---|---|
| 22 | 27 | | |

| City & State | | 6. Election Campaign Financing Trust Fund Contribution ☐ | **$5.00** May Be Added to Fees |
|---|---|---|---|
| 23 | 28 | | |

| Zip | Country | Zip | Country | 8. This corporation has liability for intangible tax under s. 199.032, Florida Statutes ☐ Yes ☒ No |
|---|---|---|---|---|
| 24 | 25 | 29 | 30 | |

| 9. Name and Address of Current Registered Agent | 10. Name and Address of New Registered Agent | |
|---|---|---|
| **FARRES, EDELBERTO J.**<br>**1038 SW 22ND ST.**<br>**MIAMI FL 33129** | 81 Name | |
| | 82 Street Address (P.O. Box Number is Not Acceptable) | |
| | 83 | |
| | 84 City | 85 Zip Code |
| | | **FL** |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE

(Signature typed or printed name of registered agent if and if applicable)        (NOTE: Registered Agent's signature required when reinstating)        DATE

| 12. OFFICERS AND DIRECTORS | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 | |
|---|---|---|---|
| TITLE **PD** | ☐ DELETE | 1.1 TITLE | ☐ Change ☐ Addition |
| NAME **CURACAO CORP. CO N.V.** | | 1.2 NAME | |
| STREET ADDRESS **HANDELSKADE 8** | | 1.3 STREET ADDRESS | |
| CITY-ST-ZIP **CURACAO, N.A.** | | 1.4 CITY-ST-ZIP | |
| TITLE **VD** | ☐ DELETE | 2.1 TITLE | ☐ Change ☐ Addition |
| NAME **BELLO, ORLANDO F.** | | 2.2 NAME | |
| STREET ADDRESS **7884 N.W. 55 ST.** | | 2.3 STREET ADDRESS | |
| CITY-ST-ZIP **MIAMI FL** | | 2.4 CITY-ST-ZIP | |
| TITLE **VP** | ☐ DELETE | 3.1 TITLE | ☐ Change ☐ Addition |
| NAME **FERNANDEZ, ARTURO T** | | 3.2 NAME | |
| STREET ADDRESS **7884 NW 55 STREET** | | 3.3 STREET ADDRESS | |
| CITY-ST-ZIP **MIAMI FL** | | 3.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 4.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 4.2 NAME | |
| STREET ADDRESS | | 4.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 4.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 5.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 5.2 NAME | |
| STREET ADDRESS | | 5.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 5.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 6.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 6.2 NAME | |
| STREET ADDRESS | | 6.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 6.4 CITY-ST-ZIP | |

CR2E034 (9/96)

14. I do hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13, or an attachment with an address.

SIGNATURE:        President.        (305) 591-96-82        1-8-97

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR        Date        Daytime Phone #

**FILE NOW: FILING FEE AFTER MAY 1ST IS $550.00**

FILED
Feb 12 1998 8:00am
Secretary of State

PROFIT CORPORATION ANNUAL REPORT **1998**

FLORIDA DEPARTMENT OF STATE
**Sandra B. Mortham**
Secretary of State
DIVISION OF CORPORATIONS

DOCUMENT #   **842539**   (9)
1. Corporation Name
**VIORMAR TRADING CORPORATION, N.V.**

Principal Place of Business
7884 N.W. 55TH ST.
MIAMI FL 33166

Mailing Address
7884 N.W. 55TH ST.
MIAMI FL 33166

DO NOT WRITE IN THIS SPACE

3. Date Incorporated or Qualified
**02/05/1979**

| | 2. Principal Place of Business | | 2a. Mailing Address | 4. FEI Number | Applied For |
|---|---|---|---|---|---|
| 21 | | 26 | | 59-1878157 | Not Applicable |
| 22 | Suite, Apt. #, etc. | 27 | Suite, Apt. #, etc. | 5. Certificate of Status Desired ☐ | **$8.75** Additional Fee Required |
| 23 | City & State | 28 | City & State | 6. Election Campaign Financing Trust Fund Contribution ☐ | **$5.00** May Be Added to Fees |
| 24 | Zip | 25 Country | 29 Zip | 30 Country | 8. This corporation owes or has paid the current year Intangible Personal Property Tax due June 30. ☐ Yes ☐ No |

| 9. Name and Address of Current Registered Agent | 10. Name and Address of New Registered Agent |
|---|---|
| FARRES, EDELBERTO J. 1038 SW 22ND ST. MIAMI FL 33129 | 81 Name ARTURO T. FERNANDEZ 82 Street Address (P.O. Box Number is Not Acceptable) 7884 NW 55 ST. 83 84 City MIAMI FL 85 Zip Code 33166 |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered officer or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE: _____   1-29-98
Signature of registered agent and title if applicable   (NOTE: Registered Agent signature required when reinstating)   DATE

| 12. | OFFICERS AND DIRECTORS | | 13. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 | |
|---|---|---|---|---|---|
| TITLE | PD | ☐ DELETE | 1.1 TITLE | | ☐ Change ☐ Addition |
| NAME | CURACAO CORP. CO N.V. | | 1.2 NAME | | |
| STREET ADDRESS | HANDELSKADE 8 | | 1.3 STREET ADDRESS | | |
| CITY-ST-ZIP | CURACAO, N.A. | | 1.4 CITY-ST-ZIP | | |
| TITLE | VD | ☐ DELETE | 2.1 TITLE | | ☐ Change ☐ Addition |
| NAME | BELLO, ORLANDO F. | | 2.2 NAME | | |
| STREET ADDRESS | 7884 N.W. 55 ST. | | 2.3 STREET ADDRESS | | |
| CITY-ST-ZIP | MIAMI FL | | 2.4 CITY-ST-ZIP | | |
| TITLE | VP | ☐ DELETE | 3.1 TITLE | | ☐ Change ☐ Addition |
| NAME | FERNANDEZ, ARTURO T | | 3.2 NAME | | |
| STREET ADDRESS | 7884 NW 55 STREET | | 3.3 STREET ADDRESS | | |
| CITY-ST-ZIP | MIAMI FL | | 3.4 CITY-ST-ZIP | | |
| TITLE | | ☐ DELETE | 4.1 TITLE | | ☐ Change ☐ Addition |
| NAME | | | 4.2 NAME | | |
| STREET ADDRESS | | | 4.3 STREET ADDRESS | | |
| CITY-ST-ZIP | | | 4.4 CITY-ST-ZIP | | |
| TITLE | | ☐ DELETE | 5.1 TITLE | | ☐ Change ☐ Addition |
| NAME | | | 5.2 NAME | | |
| STREET ADDRESS | | | 5.3 STREET ADDRESS | | |
| CITY-ST-ZIP | | | 5.4 CITY-ST-ZIP | | |
| TITLE | | ☐ DELETE | 6.1 TITLE | | ☐ Change ☐ Addition |
| NAME | | | 6.2 NAME | | |
| STREET ADDRESS | | | 6.3 STREET ADDRESS | | |
| CITY-ST-ZIP | | | 6.4 CITY-ST-ZIP | | |

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address.

SIGNATURE: _____   ARTURO T. FERNANDEZ   1 / 13 / 98 (305) 591 9691

CR2E034 (10/97)

**FILE NOW: FILING FEE AFTER MAY 1ST IS $550.00**

PROFIT
CORPORATION
ANNUAL REPORT
**1999**



FLORIDA DEPARTMENT OF STATE
**Katherine Harris**
Secretary of State
DIVISION OF CORPORATIONS

**FILED**
**Mar 04, 1999 8:00 am**
**Secretary of State**
03-04-1999 90117 029 ***150.00

0238942

DOCUMENT # **842539**

1. Corporation Name

VIORMAR TRADING CORPORATION, N.V.

| Principal Place of Business | Mailing Address |
|---|---|
| 7884 N.W. 55TH ST. MIAMI FL 33166 | 7884 N.W. 55TH ST. MIAMI FL 33166 |



DO NOT WRITE IN THIS SPACE

| 3. Date Incorporated or Qualifed | | |
|---|---|---|
| 02/05/1979 | | |
| 4. FEI Number | | Applied For |
| 59-1878157 | | Not Applicable |
| 5. Certifcate of Status Desired ☐ | **$8.75** Additional Fee Required | |
| 6. Election Campaign Financing Trust Fund Contribution ☐ | **$5.00** May Be Added to Fees | |
| 8. This corporation owes the current year Intangible Personal Property Tax. | ☒Yes | ☐No |

| 2. Principal Place of Business | | 2a. Mailing Address | |
|---|---|---|---|
| 21 | | 26 | |
| Suite, Apt. #, etc. 22 | | Suite, Apt. #, etc. 27 | |
| City & State 23 | | City & State 28 | |
| Zip 24 | Country 25 | Zip 29 | Country 30 |

| 9. Name and Address of Current Registered Agent | 10. Name and Address of New Registered Agent |
|---|---|
| FERNANDEZ, ARTURO T 7884 NW 55 ST MIAMI FL 33166 | 81 Name<br>82 Street Address (P.O. Box Number is Not Acceptable)<br>83<br>84 City · FL 85 Zip Code |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE: _____ DATE _____
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)

| 12. OFFICERS AND DIRECTORS | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 |
|---|---|
| TITLE **PD** ☐ DELETE<br>NAME **CURACAO CORP. CO N.V.**<br>STREET ADDRESS **HANDELSKADE 8**<br>CITY-ST-ZIP **CURACAO, N.A.** | 1.1 TITLE ☐ Change ☐ Addition<br>1.2 NAME<br>1.3 STREET ADDRESS<br>1.4 CITY-ST-ZIP |
| TITLE **VD** ☐ DELETE<br>NAME **BELLO, ORLANDO F.**<br>STREET ADDRESS **7884 N.W. 55 ST.**<br>CITY-ST-ZIP **MIAMI FL** | 2.1 TITLE ☐ Change ☐ Addition<br>2.2 NAME<br>2.3 STREET ADDRESS<br>2.4 CITY-ST-ZIP |
| TITLE **VP** ☐ DELETE<br>NAME **FERNANDEZ, ARTURO T**<br>STREET ADDRESS **7884 NW 55 STREET**<br>CITY-ST-ZIP **MIAMI FL** | 3.1 TITLE ☐ Change ☐ Addition<br>3.2 NAME<br>3.3 STREET ADDRESS<br>3.4 CITY-ST-ZIP |
| TITLE ☐ DELETE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | 4.1 TITLE ☐ Change ☐ Addition<br>4.2 NAME<br>4.3 STREET ADDRESS<br>4.4 CITY-ST-ZIP |
| TITLE ☐ DELETE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | 5.1 TITLE ☐ Change ☐ Addition<br>5.2 NAME<br>5.3 STREET ADDRESS<br>5.4 CITY-ST-ZIP |
| TITLE ☐ DELETE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | 6.1 TITLE ☐ Change ☐ Addition<br>6.2 NAME<br>6.3 STREET ADDRESS<br>6.4 CITY-ST-ZIP |

CR2E034 (11/98)

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____    2/8/99
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

# 2000 UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Feb 04, 2000 8:00 am**
**Secretary of State**

02-04-2000 90001 045 ***150.00

## DOCUMENT # 842539

**1.** Entity Name

**VIORMAR TRADING CORPORATION, N.V.**

Principal Place of Business

7884 N.W. 55TH ST.
MIAMI FL 33166

Mailing Address

7884 N.W. 55TH ST.
MIAMI FL 33166-4114

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip | Country | Zip | Country |

**4.** FEI Number   59-1878157   Applied For ☐ / Not Applicable ☐

**5.** Certificate of Status Desired ☐   **$8.75** Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| FERNANDEZ, ARTURO T<br>7884 NW 55 ST<br>MIAMI FL 33166 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City          FL   Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating.)   DATE

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☑

**FILE NOW!!! FEE IS $150.00**
After MAY 1, 2000 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐   **$5.00** May Be Added to Fees

| 11. | OFFICERS AND DIRECTORS | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|---|
| TITLE: PD<br>NAME: CURACAO CORP. CO N.V.<br>STREET ADDRESS: HANDELSKADE 8<br>CITY-ST-ZIP: CURACAO, N.A. | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE: VD<br>NAME: BELLO, ORLANDO F.<br>STREET ADDRESS: 7884 N.W. 55 ST.<br>CITY-ST-ZIP: MIAMI FL | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE: VP<br>NAME: FERNANDEZ, ARTURO T<br>STREET ADDRESS: 7884 NW 55 STREET<br>CITY-ST-ZIP: MIAMI FL | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

CR2E034 (9/99)

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _____   1/28/00
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

ARTURO FERNANDEZ

# 2001 UNIFORM BUSINESS REPORT (UBR)

## FILED
## Jan 29, 2001 8:00 am
## Secretary of State

01-29-2001 90124 014 ***150.00

**DOCUMENT # 842539**

1. Entity Name

VIORMAR TRADING CORPORATION, N.V.

| Principal Place of Business | Mailing Address |
|---|---|
| 7884 N.W. 55TH ST. | 7884 N.W. 55TH ST. |
| MIAMI FL 33166 | MIAMI FL 33166 |

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |

| Zip | Country | Zip | Country |
|---|---|---|---|

4. FEI Number **59-1878157** — Applied For / Not Applicable

5. Certificate of Status Desired ☐ **$8.75** Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| FERNANDEZ, ARTURO T<br>7884 NW 55 ST<br>MIAMI FL 33166 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City **FL** Zip Code |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____

Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☒

**FILE NOW!!! FEE IS $150.00**
**After MAY 1, 2001 Fee will be $550.00**
**Make Check Payable to Department of State**

10. Election Campaign Financing Trust Fund Contribution. ☐ **$5.00** May Be Added to Fees

| 11. | OFFICERS AND DIRECTORS | | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| TITLE | PD | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | CURACAO CORP. CO N.V. | | NAME | | |
| STREET ADDRESS | HANDELSKADE 8 | | STREET ADDRESS | | |
| CITY-ST-ZIP | CURACAO, N.A. | | CITY-ST-ZIP | | |
| TITLE | VD | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | BELLO, ORLANDO F. | | NAME | | |
| STREET ADDRESS | 7884 N.W. 55 ST. | | STREET ADDRESS | | |
| CITY-ST-ZIP | MIAMI FL | | CITY-ST-ZIP | | |
| TITLE | VP | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | FERNANDEZ, ARTURO T | | NAME | | |
| STREET ADDRESS | 7884 NW 55 STREET | | STREET ADDRESS | | |
| CITY-ST-ZIP | MIAMI FL | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |

CR2E034 (10/00)

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _____

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR     Date     Daytime Phone #

# FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # 842539

FILED

**1. Entity Name**

VIOMAR TRADING CORPORATION, N.V.

02 NOV -1 AM 9: 52

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## DO NOT WRITE IN THIS SPACE

200008760272
11/01/02--01073--017  **$150.00

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| 10030 EAST CALUSA CLUB DR. | 10030 EAST CALUSA CLUB DR. |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State MIAMI, FL | City & State MIAMI, FL |
| Zip 33186   Country MIAMI-DADE | Zip 33186   Country MIAMI-DADE |

**4. FEI Number** | Applied For / Not Applicable

**5.** Certificate of Status Desired ☐  **$8.75** Additional Fee Required

**7. Name and Address of Current Registered Agent**

Name - ARTURO T FERNANDEZ

Street Address (P.O. Box Number is Not Acceptable)
10030 E. CALUSA CLUB DR

City MIAMI   FL   Zip Code 33186

## DO NOT WRITE IN THIS SPACE

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE   ARTURO T. FERNANDEZ

Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)

DATE 10/29/02

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. ☐ (See criteria on back)

January 1, May 1 Fee is $150.00
After May 1, Fee is $550.00
Amended UBR is $61.25
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐   **$5.00** May Be Added to Fees

**11.** OFFICERS AND DIRECTORS

| TITLE P.D. | TITLE |
|---|---|
| NAME CURACAO CORP. CO N.V. | NAME |
| STREET ADDRESS HADELSKADE 8 | STREET ADDRESS |
| CITY-ST-ZIP CURACAO, N.A. | CITY-ST-ZIP |
| TITLE VD | TITLE |
| NAME ORLANDO F BELLO | NAME |
| STREET ADDRESS 10030 E. CALUSA CLUB DR. | STREET ADDRESS |
| CITY-ST-ZIP MIAMI, FL. 33186 | CITY-ST-ZIP |
| TITLE V.P. | TITLE |
| NAME ARTURO T FERNANDEZ | NAME |
| STREET ADDRESS 10030 E. CALUSA CLUB DR. | STREET ADDRESS |
| CITY-ST-ZIP MIAMI, FL. 33186 | CITY-ST-ZIP **DO NOT WRITE IN THIS SPACE** |
| TITLE | TITLE |
| NAME | NAME |
| STREET ADDRESS | STREET ADDRESS |
| CITY-ST-ZIP | CITY-ST-ZIP |
| TITLE | TITLE |
| NAME | NAME |
| STREET ADDRESS | STREET ADDRESS |
| CITY-ST-ZIP | CITY-ST-ZIP |
| TITLE | TITLE |
| NAME | NAME |
| STREET ADDRESS | STREET ADDRESS |
| CITY-ST-ZIP | CITY-ST-ZIP |

CR2E034B (12/01)

**13.** I hereby certify that this information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on an attachment with an address, with all other like empowered.

SIGNATURE:

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   ARTURO T FERNANDEZ   Date 10/29/02   Daytime Phone #

# VIOMAR TRADING CORPORATION, N.V.

10030 East Calusa Club Dr.
Miami, Florida 33186
Phone: (305) 591-9693

October 28, 2002

Division of Corporations
Uniform Business Report Filings
P.O. Box 1500
Tallahassee, FL 32302-1500

To Whom It May Concern:

We are sending our 2002 Uniform Business Report Late, because we moved from our previous address and we never received your notification to be able to file it on time.

Please wave your late payment penalty fee this time, since our payment has been unintentionally late.

Thank you for your cooperation in this matter.

Best regards,

Arturo T. Fernandez
Vice-President

Cc:  File

# 2003 FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Jan 21, 2003 8:00 am**
**Secretary of State**
01-21-2003 90097 010 ***150.00

**DOCUMENT #**  **842539**

**1. Entity Name**
VIORMAR TRADING CORPORATION, N.V.



| Principal Place of Business | Mailing Address |
|---|---|
| 10030 EAST CALUSA CLUB DR | 10030 EAST CALUSA CLUB DR |
| MIAMI FL 33186 | MIAMI FL 33186 |

☐ CHECK HERE IF MAKING CHANGES

| **2.** Principal Place of Business | **3.** Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |

**4.** FEI Number **59-1878157**  ☐ Applied For ☐ Not Applicable

| Zip | Country | Zip | Country |
|---|---|---|---|

**5.** Certificate of Status Desired ☐ **$8.75** Additional Fee Required

| **6.** Name and Address of Current Registered Agent | **7.** Name and Address of New Registered Agent |
|---|---|
| FERNANDEZ, ARTURO T | Name |
| 10030 EAST CALUSA CLUB DR | Street Address (P.O. Box Number is Not Acceptable) |
| MIAMI FL 33186 | City ____ FL  Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.  I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating.)    DATE

| **FILE NOW!!! FEE IS $150.00** | |
|---|---|
| After May 1, 2003 Fee will be $550.00 | **9.** Election Campaign Financing Trust Fund Contribution. ☐  **$5.00** May be Added to Fees |
| Make Check Payable to Florida Department of State | |

| **10.** OFFICERS AND DIRECTORS | | **11.** ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| **TITLE** PD | ☐ Delete | **TITLE** | ☐ Change ☐ Addition |
| **NAME** CURACAO CORP. CO N.V. | | **NAME** | |
| **STREET ADDRESS** HANDELSKADE 8 | | **STREET ADDRESS** | |
| **CITY-ST-ZIP** CURACAO, N.A. | | **CITY-ST-ZIP** | |
| **TITLE** VD | ☐ Delete | **TITLE** | ☐ Change ☐ Addition |
| **NAME** BELLO, ORLANDO F. | | **NAME** | |
| **STREET ADDRESS** 10030 EAST CALUSA CLUB DR | | **STREET ADDRESS** | |
| **CITY-ST-ZIP** MIAMI FL 33186 | | **CITY-ST-ZIP** | |
| **TITLE** VP | ☐ Delete | **TITLE** | ☐ Change ☐ Addition |
| **NAME** FERNANDEZ, ARTURO T | | **NAME** | |
| **STREET ADDRESS** 10030 EAST CALUSA CLUB DR | | **STREET ADDRESS** | |
| **CITY-ST-ZIP** MIAMI FL 33186 | | **CITY-ST-ZIP** | |
| **TITLE** | ☐ Delete | **TITLE** | ☐ Change ☐ Addition |
| **NAME** | | **NAME** | |
| **STREET ADDRESS** | | **STREET ADDRESS** | |
| **CITY-ST-ZIP** | | **CITY-ST-ZIP** | |
| **TITLE** | ☐ Delete | **TITLE** | ☐ Change ☐ Addition |
| **NAME** | | **NAME** | |
| **STREET ADDRESS** | | **STREET ADDRESS** | |
| **CITY-ST-ZIP** | | **CITY-ST-ZIP** | |
| **TITLE** | ☐ Delete | **TITLE** | ☐ Change ☐ Addition |
| **NAME** | | **NAME** | |
| **STREET ADDRESS** | | **STREET ADDRESS** | |
| **CITY-ST-ZIP** | | **CITY-ST-ZIP** | |

**12.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _Orlando Fernandez_  1/13/03
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

CR2E034 (10/02)

# 2004 FOR PROFIT CORPORATION
## ANNUAL REPORT

**FILED**
**Feb 23, 2004  08:00 AM**
**Secretary of State**

**DOCUMENT # 842539**

**1. Entity Name**
VIORMAR TRADING CORPORATION, N.V.

| Principal Place of Business | Mailing Address |
|---|---|
| 10030 EAST CALUSA CLUB DR<br>MIAMI, FL  33186 | 10030 EAST CALUSA CLUB DR<br>MIAMI, FL  33186 |

**DO NOT WRITE IN THIS SPACE**

02062004    No Chg-P    CR2E034 (10/03)

**4. FEI Number** | Applied For
59-1878157 | Not Applicable

**5.** Certificate of Status Desired    ☐    **$8.75** Additional Fee Required

**6. Name and Address of Current Registered Agent**

FERNANDEZ, ARTURO T
10030 EAST CALUSA CLUB DR
MIAMI, FL  33186

**DO NOT WRITE**
**IN THIS SPACE**

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable    (NOTE: Registered Agent signature required when reinstating)    DATE

**FILE NOW!!! FEE IS $150.00**
**After May 1, 2004 Fee will be $550.00**

**9.** Election Campaign Financing Trust Fund Contribution.    ☐    **$5.00** May Be Added to Fees

**10.** OFFICERS AND DIRECTORS

| | |
|---|---|
| TITLE | PD |
| NAME | CURACAO CORP. CO N.V. |
| STREET ADDRESS | HANDELSKADE 8 |
| CITY-ST-ZIP | CURACAO, N.A., |
| TITLE | VD |
| NAME | BELLO, ORLANDO F. |
| STREET ADDRESS | 10030 EAST CALUSA CLUB DR |
| CITY-ST-ZIP | MIAMI, FL  33186 |
| TITLE | VP |
| NAME | FERNANDEZ, ARTURO T |
| STREET ADDRESS | 10030 EAST CALUSA CLUB DR |
| CITY-ST-ZIP | MIAMI, FL  33186 |
| TITLE | |
| NAME | |
| STREET ADDRESS | |
| CITY-ST-ZIP | |
| TITLE | |
| NAME | |
| STREET ADDRESS | |
| CITY-ST-ZIP | |
| TITLE | |
| NAME | |
| STREET ADDRESS | |
| CITY-ST-ZIP | |

U00000061409
02/23/04-80078-019 150.00

**DO NOT WRITE**
**IN THIS SPACE**

**12.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath, that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with all other like empowered.

SIGNATURE: X _Fernandez_

2-11-04    305-591-9693
Date    Daytime Phone #

# 2005 FOR PROFIT CORPORATION
## ANNUAL REPORT

**FILED**
**Jan 19, 2005 8:00 am**
**Secretary of State**
01-19-2005 90002 004 ***150.00

**DOCUMENT # 842539**

1. Entity Name
**VIORMAR TRADING CORPORATION, N.V.**

50003443

| Principal Place of Business | Mailing Address |
|---|---|
| 10030 EAST CALUSA CLUB DR<br>MIAMI, FL  33186 | 10030 EAST CALUSA CLUB DR<br>MIAMI, FL  33186 |

01122005        Chg-P        CR2E034 (10/03)

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip | Country | Zip | Country |

4. FEI Number
59-1878157
☐ Applied For
☐ Not Applicable

5. Certificate of Status Desired  ☐  **$8.75** Additional Fee Required

**6. Name and Address of Current Registered Agent**

FERNANDEZ, ARTURO T
10030 EAST CALUSA CLUB DR
MIAMI, FL  33186

**7. Name and Address of New Registered Agent**

Name  ORLANDO  FERNANDEZ
Street Address (P.O. Box Number is Not Acceptable)
10030 EAST CALUSA CLUB DR.
City  MIAMI        FL    Zip Code 33186

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE  *Orlando N. Fernandez*        1/12/05
(Signature, typed or printed name of registered agent and title if applicable)    (NOTE: Registered Agent signature required when reinstating)    DATE

**FILE NOW!!!  FEE IS $150.00**
**After May 1, 2005 Fee will be $550.00**

9. Election Campaign Financing
Trust Fund Contribution.  ☐
**$5.00** May Be Added to Fees

| 10. | OFFICERS AND DIRECTORS | | 11. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| TITLE | PD | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | CURACAO CORP. CO N.V. | | NAME | | |
| STREET ADDRESS | HANDELSKADE 8 | | STREET ADDRESS | | |
| CITY-ST-ZIP | CURACAO, N.A., | | CITY-ST-ZIP | | |
| TITLE | VD | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | BELLO, ORLANDO F. | | NAME | | |
| STREET ADDRESS | 10030 EAST CALUSA CLUB DR | | STREET ADDRESS | | |
| CITY-ST-ZIP | MIAMI, FL  33186 | | CITY-ST-ZIP | | |
| TITLE | VP | ☒ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | FERNANDEZ, ARTURO T | | NAME | | |
| STREET ADDRESS | 10030 EAST CALUSA CLUB DR | | STREET ADDRESS | | |
| CITY-ST-ZIP | MIAMI, FL  33186 | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE:        1/12/05    305· 591-9683
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

# 2006 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 06, 2006**
**Secretary of State**

DOCUMENT# 842539

**Entity Name:**  VIORMAR TRADING CORPORATION, N.V.

**Current Principal Place of Business:**

10030 EAST CALUSA CLUB DR
MIAMI, FL  33186

**New Principal Place of Business:**

**Current Mailing Address:**

10030 EAST CALUSA CLUB DR
MIAMI, FL  33186

**New Mailing Address:**

7884 NW 55TH STREET
MIAMI, FL  33166

**FEI Number: 59-1878157**      FEI Number Applied For ( )      FEI Number Not Applicable ( )      Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO
10030 EAST CALUSA CLUB DR
MIAMI, FL  33186     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

        Electronic Signature of Registered Agent                Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

| Title: | PD | ( ) Delete |
| Name: | CURACAO CORP. CO N.V, . | |
| Address: | HANDELSKADE 8 | |
| City-St-Zip: | CURACAO, N.A., | |

| Title: | VD | ( ) Delete |
| Name: | BELLO, ORLANDO F., | |
| Address: | 10030 EAST CALUSA CLUB DR | |
| City-St-Zip: | MIAMI, FL  33186 | |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| Title: | ( ) Change  ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| Title: | ( ) Change  ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  ORLANDO M FERNANDEZ               PD            01/06/2006

        Electronic Signature of Signing Officer or Director           Date

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 03, 2007**
**Secretary of State**

## DOCUMENT# 842539

**Entity Name:**  VIORMAR TRADING CORPORATION, N.V.

**Current Principal Place of Business:**

10030 EAST CALUSA CLUB DR
MIAMI, FL  33186

**New Principal Place of Business:**

**Current Mailing Address:**

7884 NW 55TH STREET
MIAMI, FL  33166

**New Mailing Address:**

**FEI Number: 59-1878157**     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO
10030 EAST CALUSA CLUB DR
MIAMI, FL  33186     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

               Electronic Signature of Registered Agent                                   Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

| | | |
|---|---|---|
| Title: | PD | ( ) Delete |
| Name: | CURACAO CORP. CO N.V, . | |
| Address: | HANDELSKADE 8 | |
| City-St-Zip: | CURACAO, N.A., | |

| | | |
|---|---|---|
| Title: | VD | ( ) Delete |
| Name: | BELLO, ORLANDO F., | |
| Address: | 10030 EAST CALUSA CLUB DR | |
| City-St-Zip: | MIAMI, FL  33186 | |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  ORLANDO M FERNANDEZ                           MGR                  01/03/2007

                Electronic Signature of Signing Officer or Director                                    Date

## 2008 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 22, 2008**
**Secretary of State**

DOCUMENT# 842539

**Entity Name:**  VIORMAR TRADING CORPORATION, N.V.

**Current Principal Place of Business:**

10030 EAST CALUSA CLUB DR
MIAMI, FL  33186

**New Principal Place of Business:**

**Current Mailing Address:**

7884 NW 55TH STREET
MIAMI, FL  33166

**New Mailing Address:**

**FEI Number:** 59-1878157      **FEI Number Applied For ( )**      **FEI Number Not Applicable ( )**      **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO
10030 EAST CALUSA CLUB DR
MIAMI, FL  33186     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                      Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

Title:        PD          ( ) Delete
Name:       CURACAO CORP. CO N.V, .
Address:    HANDELSKADE 8
City-St-Zip:  CURACAO, N.A.,

Title:        VD          ( ) Delete
Name:       BELLO, ORLANDO F.,
Address:    10030 EAST CALUSA CLUB DR
City-St-Zip:  MIAMI, FL  33186

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:                          ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

Title:                          ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:   ORLANDO M FERNANDEZ-BELLO                      VP                      04/22/2008

Electronic Signature of Signing Officer or Director                                      Date

# 2009 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jul 10, 2009**
**Secretary of State**

DOCUMENT# 842539

**Entity Name:**  VIORMAR TRADING CORPORATION, N.V.

**Current Principal Place of Business:**

10030 EAST CALUSA CLUB DR
MIAMI, FL  33186

**New Principal Place of Business:**

**Current Mailing Address:**

7884 NW 55TH STREET
MIAMI, FL  33166

**New Mailing Address:**

FEI Number: 59-1878157     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO
10030 EAST CALUSA CLUB DR
MIAMI, FL  33186     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
                Electronic Signature of Registered Agent                                                        Date

**In accordance with s. 607.193(2)(b), F.S., the corporation did not receive the prior notice.**
**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | PD          ( ) Delete |
| Name: | CURACAO CORP. CO N.V. |
| Address: | HANDELSKADE 8 |
| City-St-Zip: | CURACAO, N.A., |

| | |
|---|---|
| Title: | VD          ( ) Delete |
| Name: | BELLO, ORLANDO F. |
| Address: | 10030 EAST CALUSA CLUB DR |
| City-St-Zip: | MIAMI, FL  33186 |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | ( ) Change  ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change  ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  ORLANDO M FERNANDEZ                                    P                          07/10/2009
                Electronic Signature of Signing Officer or Director                                              Date

# 2011 FOR PROFIT CORPORATION REINSTATEMENT

**FILED**
**Jan 04, 2011**
**Secretary of State**

## DOCUMENT# 842539

**Entity Name:**  VIORMAR TRADING CORPORATION, N.V.

**Current Principal Place of Business:**

10030 EAST CALUSA CLUB DR
MIAMI, FL  33186

**New Principal Place of Business:**

7884 NW 55TH STREET
MIAMI, FL  33166

**Current Mailing Address:**

7884 NW 55TH STREET
MIAMI, FL  33166

**New Mailing Address:**

**FEI Number: 59-1878157**      **FEI Number Applied For ( )**      **FEI Number Not Applicable ( )**      **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO
10030 EAST CALUSA CLUB DR
MIAMI, FL  33186     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   ORLANDO FERNANDEZ
_____

Electronic Signature of Registered Agent                                          Date


**OFFICERS AND DIRECTORS:**

Title:          VD
Name:           BELLO, ORLANDO F.
Address:        10030 EAST CALUSA CLUB DR
City-St-Zip:    MIAMI, FL  33186


I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   ORLANDO M FERNANDEZ BELLO                         MGR                  01/04/2011
_____

Electronic Signature of Signing Officer or Director                                          Date

# 2012 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 09, 2012**
**Secretary of State**

## DOCUMENT# 842539

**Entity Name:**  VIORMAR TRADING CORPORATION, N.V.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 7884 NW 55TH STREET<br>MIAMI, FL  33166 | 10030 E CALUSA CLUB DRIVE<br>MIAMI, FL  33186 |
| **Current Mailing Address:** | **New Mailing Address:** |
| 7884 NW 55TH STREET<br>MIAMI, FL  33166 | 10030 E CALUSA CLUB DRIVE<br>MIAMI, FL  33186 |

**FEI Number: 59-1878157**     **FEI Number Applied For ( )**     **FEI Number Not Applicable ( )**     **Certificate of Status Desired ( )**

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| FERNANDEZ, ORLANDO<br>10030 EAST CALUSA CLUB DR<br>MIAMI, FL  33186    US | FERNANDEZ, ORLANDO O<br>10030 EAST CALUSA CLUB DR<br>MIAMI, FL  33186    US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  ORLANDO FERNANDEZ                                                            01/09/2012
            Electronic Signature of Registered Agent                                       Date

## OFFICERS AND DIRECTORS:

Title:          P
Name:           FERNANDEZ, ORLANDO O
Address:        10030 EAST CALUSA CLUB DR
City-St-Zip:    MIAMI, FL  33186

Title:          D
Name:           FERNANDEZ, CHRISTINA I
Address:        10030 E CALUSA CLUB DRIVE
City-St-Zip:    MIAMI, FL  33186

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  ORLANDO FERNANDEZ                         P                    01/09/2012
            Electronic Signature of Signing Officer or Director                Date

Case 1:24-cv-20772-DPG Document 36-4 Entered on FLSD Docket 01/06/2025 Page 19 of 30

# 2013 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 842539

**FILED**
**Mar 29, 2013**
**Secretary of State**
**CC5256431944**

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal Place of Business:**

10030 E CALUSA CLUB DRIVE
MIAMI, FL 33186

**Current Mailing Address:**

10030 E CALUSA CLUB DRIVE
MIAMI, FL 33186

**FEI Number: 59-1878157**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
10030 EAST CALUSA CLUB DR
MIAMI, FL 33186 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ORLANDO FERNANDEZ | 03/29/2013
--- | ---
Electronic Signature of Registered Agent | Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | D |
| Name | FERNANDEZ, ORLANDO O | | Name | FERNANDEZ, CHRISTINA I |
| Address | 10030 EAST CALUSA CLUB DR | | Address | 10030 E CALUSA CLUB DRIVE |
| City-State-Zip: | MIAMI FL 33186 | | City-State-Zip: | MIAMI FL 33186 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO FERNANDEZ | MGR | 03/29/2013
--- | --- | ---
Electronic Signature of Signing Officer/Director Detail | | Date

**2014 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**FILED**
**Mar 21, 2014**
**Secretary of State**
**CC9259525595**

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal  Place of Business:**

7884 NW  55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

10030 E CALUSA CLUB DRIVE
MIAMI,  FL  33186

**FEI Number: 59-1878157**                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
10030 EAST CALUSA CLUB DR
MIAMI, FL  33186  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ORLANDO FERNANDEZ                                                 03/21/2014

               Electronic Signature of Registered Agent                                      Date

**Officer/Director Detail :**

| Title | P | | Title | D |
|---|---|---|---|---|
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 10030 EAST CALUSA CLUB DR | | Address | 10030 E CALUSA CLUB DRIVE |
| City-State-Zip: | MIAMI FL 33166 | | City-State-Zip: | MIAMI FL 33186 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO A FERNANDEZ                          DIRECTOR                03/21/2014

      Electronic Signature of Signing Officer/Director Detail                                Date

**2015 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**FILED**
**Apr 13, 2015**
**Secretary of State**
**CC2092212235**

**Current Principal  Place of Business:**

7880 NW  55TH STREET
MIAMI, FL  33166

**Current Mailing Address:**

7880 NW  55TH STREET
MIAMI, FL  33166  US

**FEI Number: 59-1878157**                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7880 NW  55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | ORLANDO FERNANDEZ | 04/13/2015 |
| --- | --- | --- |
| | Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | P | | Title | D |
| --- | --- | --- | --- | --- |
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7880 NW  55TH STREET | | Address | 7880 NW  55TH STREET |
| City-State-Zip: | MIAMI FL 33166 | | City-State-Zip: | MIAMI FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: ORLANDO A FERNANDEZ | PRESIDENT | 04/13/2015 |
| --- | --- | --- |
| Electronic Signature of Signing Officer/Director Detail | | Date |

**2016 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**FILED**

**Feb 25, 2016**
**Secretary of State**
**CC3033183212**

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal Place of Business:**

7880 NW 55TH STREET
MIAMI, FL 33166

**Current Mailing Address:**

7880 NW 55TH STREET
MIAMI, FL 33166 US

**FEI Number: 59-1878157**                                      **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7880 NW 55TH STREET
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ORLANDO FERNANDEZ                                                02/25/2016

Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | VP |
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7880 NW 55TH STREET | | Address | 7880 NW 55TH STREET |
| City-State-Zip: | MIAMI FL 33166 | | City-State-Zip: | MIAMI FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA I FERNANDEZ                    VP                    02/25/2016

Electronic Signature of Signing Officer/Director Detail                              Date

**2017 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**FILED**

**Feb 09, 2017**
**Secretary of State**
**CC8729565817**

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal  Place of Business:**

7880 NW  55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

7880 NW  55TH STREET
MIAMI,  FL  33166  US

**FEI Number: 59-1878157**                              **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7880 NW  55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ORLANDO FERNANDEZ                                                                 02/09/2017
_____
                        Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7880 NW  55TH STREET | | Address | 7880 NW  55TH STREET |
| City-State-Zip: | MIAMI  FL  33166 | | City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO A FERNANDEZ                          P                          02/09/2017
_____
            Electronic Signature of Signing Officer/Director Detail                               Date

**2018 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**FILED**

**Apr 29, 2018**
**Secretary of State**
**CC0866107877**

**Current Principal  Place of Business:**

7884 NW  55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

7884 NW 55TH STREET
DORAL,  FL  33166  US

**FEI Number: 59-1878157**                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7884 NW  55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | ORLANDO FERNANDEZ | 04/29/2018 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7884 NW  55TH STREET | | Address | 7884 NW  55TH STREET |
| City-State-Zip: | MIAMI  FL  33166 | | City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: CHRISTINA I FERNANDEZ | VP | 04/29/2018 |
|---|---|---|
| Electronic Signature of Signing Officer/Director Detail | | Date |

**2019 FOREIGN PROFIT CORPORATION REINSTATEMENT**

DOCUMENT# 842539

**FILED**

**Sep 28, 2019**
**Secretary of State**
**6563246677CR**

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal  Place of Business:**

7884 NW  55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

7884 NW 55TH STREET
DORAL,  FL  33166  US

**FEI Number: 59-1878157**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7884 NW  55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ORLANDO FERNANDEZ                                                              09/28/2019
              Electronic Signature of Registered Agent                                      Date

**Officer/Director Detail :**

| Title | P | | Title | VP |
|-------|---|---|-------|-----|
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7884 NW  55TH STREET | | Address | 7884 NW  55TH STREET |
| City-State-Zip: | MIAMI  FL  33166 | | City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA I FERNANDEZ                         VP                              09/28/2019
           Electronic Signature of Signing Officer/Director Detail                      Date

**2020 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**FILED**
**Jul 23, 2020**
**Secretary of State**
**8026098778CC**

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal  Place of Business:**

7884 NW  55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

7884 NW 55TH STREET
DORAL,  FL  33166  US

**FEI Number: 59-1878157**                                        **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7884 NW  55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ORLANDO FERNANDEZ                                                          07/23/2020
                          Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7884 NW  55TH STREET | | Address | 7884 NW  55TH STREET |
| City-State-Zip: | MIAMI  FL  33166 | | City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO A FERNANDEZ                          PRESIDENT                 07/23/2020
                   Electronic Signature of Signing Officer/Director Detail                                 Date

**2021 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**FILED**
**Apr 15, 2021**
**Secretary of State**
**3014687373CC**

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal  Place of Business:**

7884 NW   55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

7884 NW 55TH STREET
DORAL,  FL  33166  US

**FEI Number: 59-1878157**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7884 NW   55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | ORLANDO FERNANDEZ | 04/15/2021 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7884 NW   55TH STREET | | Address | 7884 NW   55TH STREET |
| City-State-Zip: | MIAMI  FL  33166 | | City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: ORLANDO FERNANDEZ | PRESIDENT | 04/15/2021 |
|---|---|---|
| Electronic Signature of Signing Officer/Director Detail | | Date |

Case 1:24-cv-20772-DPG   Document 36-4   Entered on FLSD Docket 01/06/2025   Page 28 of 30

**2022 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**FILED**
**Apr 21, 2022**
**Secretary of State**
**7367488879CC**

**Current Principal  Place of Business:**

7884 NW  55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

439 STILL FOREST TER
SANFORD, FL  32771  US

**FEI Number: 59-1878157**                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7884 NW  55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | ORLANDO FERNANDEZ | 04/21/2022 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7884 NW  55TH STREET | | Address | 7884 NW  55TH STREET |
| City-State-Zip: | MIAMI  FL  33166 | | City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: ORLANDO A FERNANDEZ | PRESIDENT | 04/21/2022 |
|---|---|---|
| Electronic Signature of Signing Officer/Director Detail | | Date |

**2023 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 842539

**FILED**
**Jan 24, 2023**
**Secretary of State**
**3628402950CC**

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal  Place of Business:**

7884 NW  55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

439 STILL FOREST TER
SANFORD,  FL  32771  US

**FEI Number: 59-1878157**                                          **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7884 NW  55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ORLANDO FERNANDEZ                                                          01/24/2023

Electronic Signature of Registered Agent                                                          Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | VP |
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7884 NW  55TH STREET | | Address | 7884 NW  55TH STREET |
| City-State-Zip: | MIAMI  FL  33166 | | City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO A FERNANDEZ                              PRESIDENT                    01/24/2023

Electronic Signature of Signing Officer/Director Detail                                              Date

# 2024 FOREIGN PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Feb 15, 2024**
**Secretary of State**
**6583952243CC**

DOCUMENT# 842539

**Entity Name:** VIORMAR TRADING CORPORATION, N.V.

**Current Principal  Place of Business:**

7884 NW  55TH STREET
MIAMI,  FL  33166

**Current Mailing Address:**

439 STILL FOREST TER
SANFORD,  FL  32771  US

**FEI Number: 59-1878157**                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
7884 NW  55TH STREET
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  ORLANDO FERNANDEZ                                       02/15/2024

Electronic Signature of Registered Agent                                       Date

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, CHRISTINA I |
| Address | 7884 NW  55TH STREET | | Address | 7884 NW  55TH STREET |
| City-State-Zip: | MIAMI  FL  33166 | | City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO A FERNANDEZ                 PRESIDENT            02/15/2024

Electronic Signature of Signing Officer/Director Detail                                       Date