# Electronic Articles of Incorporation For

CORINA INVESTMENTS, INC

P15000022180
FILED
March 06, 2015
Sec. Of State
mdickey

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
CORINA INVESTMENTS, INC

## Article II
The principal place of business address:
7880 NW 55TH STREET
DORAL, FL.   33166

The mailing address of the corporation is:
7880 NW 55TH STREET
DORAL, FL.   33166

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
100

## Article V
The name and Florida street address of the registered agent is:
CHRISTINA I FERNANDEZ
7880 NW 55TH STREET
DORAL, FL.   33166

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   CHRISTINA I FERNANDEZ

P15000022180
FILED
March 06, 2015
Sec. Of State
mdickey

## Article VI

The name and address of the incorporator is:

CHRISTINA I FERNANDEZ
7880 NW 55TH STREET

DORAL, FL 33166

Electronic Signature of Incorporator:   CHRISTINA I FERNANDEZ

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

> Title:   P
> CHRISTINA I FERNANDEZ
> 7880 NW 55TH STREET
> DORAL, FL.   33166

> Title:   VP
> ORLANDO A FERNANDEZ
> 7880 NW 55TH STREET
> DORAL, FL.   33166

## Article VIII

The effective date for this corporation shall be:

03/05/2015

# 2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P15000022180

**Entity Name:** CORINA INVESTMENTS, INC

**FILED**
**Feb 25, 2016**
**Secretary of State**
**CC1047886973**

**Current Principal Place of Business:**

7880 NW 55TH STREET
DORAL, FL 33166

**Current Mailing Address:**

7880 NW 55TH STREET
DORAL, FL 33166

**FEI Number:** 47-3350634

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, CHRISTINA I
7880 NW 55TH STREET
DORAL, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                               Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | VP |
| Name | FERNANDEZ, CHRISTINA I | | Name | FERNANDEZ, ORLANDO A |
| Address | 7880 NW 55TH STREET | | Address | 7880 NW 55TH STREET |
| City-State-Zip: | DORAL FL 33166 | | City-State-Zip: | DORAL FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA I FERNANDEZ               PRESIDENT               02/25/2016

Electronic Signature of Signing Officer/Director Detail                               Date

# 2017 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P15000022180

**Entity Name:** CORINA INVESTMENTS, INC

**FILED**
**Mar 22, 2017**
**Secretary of State**
**CC5878943121**

**Current Principal Place of Business:**

10030 E CALUSA CLUB DR
MIAMI, FL 33186

**Current Mailing Address:**

10030 E CALUSA CLUB DR
MIAMI, FL 33186 US

**FEI Number:** 47-3350634

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, CHRISTINA I
10030 E CALUSA CLUB DR
MIAMI, FL 33186 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                                    Date

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | FERNANDEZ, CHRISTINA I | | Name | FERNANDEZ, ORLANDO A |
| Address | 10030 E CALUSA CLUB DR | | Address | 10030 E CALUSA CLUB DR |
| City-State-Zip: | MIAMI FL 33186 | | City-State-Zip: | MIAMI FL 33186 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA I FERNANDEZ                                            P                                                    03/22/2017

Electronic Signature of Signing Officer/Director Detail                                                                                                    Date

# 2018 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P15000022180

**Entity Name:** CORINA INVESTMENTS, INC

**FILED**
**Mar 24, 2018**
**Secretary of State**
**CC5553657324**

**Current Principal Place of Business:**

7884 NW 55 STREET
DORAL, FL 33166

**Current Mailing Address:**

7884 NW 55 STREET
DORAL, FL 33166 US

**FEI Number:** 47-3350634

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, CHRISTINA I
7884 NW 55 STREET
DORAL, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                        Date

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | FERNANDEZ, CHRISTINA I | | Name | FERNANDEZ, ORLANDO A |
| Address | 7884 NW 55 STREET | | Address | 7884 NW 55 STREET |
| City-State-Zip: | DORAL FL 33166 | | City-State-Zip: | DORAL FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA I FERNANDEZ                    PRESIDENT                    03/24/2018

Electronic Signature of Signing Officer/Director Detail                                                                 Date

**2019 FLORIDA PROFIT CORPORATION REINSTATEMENT**

DOCUMENT# P15000022180

**Entity Name:** CORINA INVESTMENTS, INC

**FILED**
**Sep 28, 2019**
**Secretary of State**
**9466214789CR**

**Current Principal Place of Business:**

7884 NW 55 STREET
DORAL, FL 33166

**Current Mailing Address:**

7884 NW 55 STREET
DORAL, FL 33166 US

**FEI Number:** 47-3350634

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, CHRISTINA I
7884 NW 55 STREET
DORAL, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   CHRISTINA I FERNANDEZ                                                                                         09/28/2019
             Electronic Signature of Registered Agent                                                                       Date

**Officer/Director Detail :**

| Title | P | Title | VP |
|---|---|---|---|
| Name | FERNANDEZ, CHRISTINA I | Name | FERNANDEZ, ORLANDO A |
| Address | 7884 NW 55 STREET | Address | 7884 NW 55 STREET |
| City-State-Zip: | DORAL FL 33166 | City-State-Zip: | DORAL FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA I FERNANDEZ                                        P                                                   09/28/2019
           Electronic Signature of Signing Officer/Director Detail                                                          Date

**2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P15000022180

**Entity Name:** CORINA INVESTMENTS, INC

**FILED**
**Aug 29, 2020**
**Secretary of State**
**8613054802CC**

**Current Principal Place of Business:**

1318 S PINE RIDGE CIR
SANFORD, FL 32773

**Current Mailing Address:**

1318 S PINE RIDGE CIR
SANFORD, FL 32773 US

**FEI Number:** 47-3350634

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, CHRISTINA I
1318 S PINE RIDGE CIR
SANFORD, FL 32773 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CHRISTINA I FERNANDEZ                                                                08/29/2020
Electronic Signature of Registered Agent                                                         Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | VP |
| Name | FERNANDEZ, CHRISTINA I | | Name | FERNANDEZ, ORLANDO A |
| Address | 1318 S PINE RIDGE CIR | | Address | 1318 S PINE RIDGE CIR |
| City-State-Zip: | SANFORD FL 32773 | | City-State-Zip: | SANFORD FL 32773 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA FERNANDEZ                          P                                        08/29/2020
Electronic Signature of Signing Officer/Director Detail                                         Date

**2021 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P15000022180

**Entity Name:** CORINA INVESTMENTS, INC

**FILED**
**Jul 19, 2021**
**Secretary of State**
**2879531877CC**

**Current Principal Place of Business:**

439 STILL FOREST TER
SANFORD, FL 32771

**Current Mailing Address:**

439 STILL FOREST TER
SANFORD, FL 32771 US

**FEI Number:** 47-3350634

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, ORLANDO A
439 STILL FOREST TER
SANFORD, FL 32771 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ORLANDO A FERNANDEZ                                                    07/19/2021
                Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | VP |
| Name | FERNANDEZ, CHRISTINA | | Name | FERNANDEZ, ORLANDO A |
| Address | 439 STILL FOREST TER | | Address | 439 STILL FOREST TER |
| City-State-Zip: | SANFORD FL 32771 | | City-State-Zip: | SANFORD FL 32771 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA FERNANDEZ                            P                            07/19/2021
                Electronic Signature of Signing Officer/Director Detail                            Date