# Electronic Articles of Organization For Florida Limited Liability Company

L16000008567
FILED 8:00 AM
January 12, 2016
Sec. Of State
cmustain

## Article I

The name of the Limited Liability Company is:

CORINA PROPERTIES, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

7880 NW 55TH STREET
DORAL, FL.   33166

The mailing address of the Limited Liability Company is:

7880 NW 55TH STREET
DORAL, FL.   33166

## Article III

The name and Florida street address of the registered agent is:

CHRISTINA I FERNANDEZ
7880 NW 55TH STREET
DORAL, FL.   33166

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   CHRISTINA FERNANDEZ

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  AMBR
ORLANDO A FERNANDEZ
7880 NW 55TH STREET
DORAL, FL.   33166

Title:  AMBR
YTALA A FERNANDEZ
7880 NW 55TH STREET
DORAL, FL.   33166

Title:  AMBR
CHRISTINA I FERNANDEZ
7880 NW 55TH STREET
DORAL, FL.   33166

L16000008567
FILED 8:00 AM
January 12, 2016
Sec. Of State
cmustain

## Article V

The effective date for this Limited Liability Company shall be:

01/12/2016

Signature of member or an authorized representative

Electronic Signature: CHRISTINA FERNANDEZ

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000008567

**Entity Name:** CORINA PROPERTIES, LLC

**FILED**
**Mar 22, 2017**
**Secretary of State**
**CC3413251793**

**Current Principal Place of Business:**

10030 E CALUSA CLUB DR
MIAMI, FL 33186

**Current Mailing Address:**

10030 E CALUSA CLUB DR
MIAMI, FL 33186 US

**FEI Number:** 81-1143046

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FERNANDEZ, CHRISTINA I
10030 E CALUSA CLUB DR
MIAMI, FL 33186 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent    Date

**Authorized Person(s) Detail:**

| | | | | |
|---|---|---|---|---|
| Title | AMBR | | Title | AMBR |
| Name | FERNANDEZ, ORLANDO A | | Name | FERNANDEZ, YTALA A |
| Address | 10030 E CALUSA CLUB DR | | Address | 10030 E CALUSA CLUB DR |
| City-State-Zip: | MIAMI FL 33186 | | City-State-Zip: | MIAMI FL 33186 |

| | |
|---|---|
| Title | AMBR |
| Name | FERNANDEZ, CHRISTINA I |
| Address | 10030 E CALUSA CLUB DR |
| City-State-Zip: | MIAMI FL 33186 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA I FERNANDEZ              AMBR              03/22/2017

Electronic Signature of Signing Authorized Person(s) Detail    Date