# Electronic Articles of Incorporation
## For

CORINAS, INC

P13000060478
FILED
July 18, 2013
Sec. Of State
vherring

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
  CORINAS, INC

## Article II
The principal place of business address:
  10030 E CALUSA CLUB DRIVE
  MIAMI, FL.  33186

The mailing address of the corporation is:
  10030 E CALUSA CLUB DRIVE
  MIAMI, FL.  33186

## Article III
The purpose for which this corporation is organized is:
  ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
  100

## Article V
The name and Florida street address of the registered agent is:
  CHRISTINA I FERNANDEZ
  10030 E CALUSA CLUB DR
  MIAMI, FL.  33186

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   CHRISTINA I FERNANDEZ

```
                                                              P13000060478
                                                              FILED
                                                              July 18, 2013
                                                              Sec. Of State
                                                              vherring
```

## Article VI

The name and address of the incorporator is:

    CHRISTINA I FERNANDEZ
    10030 E CALUSA CLUB DR

    MIAMI, FL 33186

Electronic Signature of Incorporator:   CHRISTINA I FERNANDEZ

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

        Title:   P
        CHRISTINA I FERNANDEZ
        10030 E CALUSA CLUB DR
        MIAMI, FL.   33186

        Title:   VP
        ORLANDO A FERNANDEZ
        10030 E CALUSA CLUB DR
        MIAMI, FL.   33186

        Title:   VP
        FUSION TRADING, LLC
        10030 E CALUSA CLUB DR
        MIAMI, FL.   33186

## Article VIII

The effective date for this corporation shall be:

    07/15/2013