Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA


          CASE NO.: 1:24-CV-20772-GAYLES/LOUIS


DENNIS ANEIROS,

      Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

      Defendants.
_____/




          DEPOSITION OF CHRISTINA I. FERNANDEZ

          TAKEN ON BEHALF OF THE PLAINTIFF

              NOVEMBER 8, 2024
            10:04 A.M. TO 1:37 P.M.

          ALL PARTIES APPEARED REMOTELY
                  PURSUANT TO
        FLORIDA SUPREME COURT ORDER AOSC20-23
```

```
REPORTED BY:
LESLY GUTIERREZ, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 2

```
01                    APPEARANCES OF COUNSEL

02   ON BEHALF OF THE PLAINTIFF:

03        Patrick B. LaRou, Esquire
          FairLaw Firm
04        135 San Lorenzo Avenue, Suite 770
          Coral Gables, Florida 33146
05        (305) 230-4884
          brooks@fairlawattorney.com
06        (REMOTELY VIA ZOOM)

07   ON BEHALF OF THE DEFENDANT:

08        David Alvarez, Esquire
          White & Twombly, P.A.
09        9999 Northeast 2nd Avenue, Suite 306
          Miami Shores, Florida 33138
10        (786) 889-4383
          David@whitetwombly.com
11        (REMOTELY VIA ZOOM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 3

```
01                    INDEX OF EXAMINATION

02    WITNESS:  Christina I. Fernandez
                                                  PAGE
03    DIRECT EXAMINATION
          By Patrick B. LaRou, Esquire              6
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                  INDEX OF EXHIBITS

02    EXHIBIT              DESCRIPTION              PAGE

03    Plaintiff's

04    Exhibit 1     Corina Articles of Incorp.       49

05    Exhibit 2     Fusion Trading LLC              N/A

06    Exhibit 3     Voirmar Articles of Incorp.     N/A

07    Exhibit 4     Viormar, 2022 Foriegn Information  N/A

08    Exhibit 5     Corina Letter                   N/A

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01          DEPOSITION OF CHRISTINA I. FERNANDEZ

02                   NOVEMBER 08, 2024

03          THE COURT REPORTER:  We are now on record.

04          The time is 10:04 A.M.  We're the -- today's

05     date is November 8th, 2024.

06             We are here to take the deposition of

07     Christina Fernandez, in the matter of Dennis

08     Aneiros, Plaintiff v. Viormar Trading Corporation,

09     N.V., and Orlando A. Fernandez, Defendants.  Case

10     Number 1:24-CV-20772-Gayles/Louis, United States

11     District Court, Southern District of Florida.

12          My name is Lesly Gutierrez.  I am the Court

13     Reporter today with Universal Court Reporting.

14             Will parties please state your appearance,

15     starting with Plaintiff Counsel?

16          MR. LAROU:  Good morning, Brooks LaRou on

17     behalf of the Plaintiff, Dennis Aneiros.

18          MR. ALVAREZ:  David Alvarez on behalf of

19     Defendant, Viormar Trading Corp and Orlando

20     Fernandez.

21          THE WITNESS:  Christina Fernandez.

22  Thereupon:

23                 CHRISTINA I. FERNANDEZ,

24  was called as a witness, and after having been first

25  duly sworn, testified as follows:
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 6

```
01                      DIRECT EXAMINATION
02   BY MR. LAROU:
03        Q.   Good morning, Ms. Fernandez.  My name is
04   Brooks LaRou.  As I stated at the beginning of the
05   deposition, I represent Dennis Aneiros, who is the
06   Plaintiff in the pending lawsuit against Viormar Trading
07   Corporation, N.V., and Orlando Fernandez, which is the
08   subject of today's deposition.
09             Can you please state your full name for the
10   record, including any middle names or multiple last
11   names?
12        A.   Christina Fernandez.
13        Q.   Ms. Fernandez, do you have a middle name?
14        A.   Not anymore, I changed my name after divorce.
15        Q.   Understood.  So that was going to be my next
16   question.  Have you ever been known by any other names
17   and if So can you tell me those names so?
18        A.   Middle name Itala, I-T-A-L-A, married last
19   name was Cripps, C-R-I-P-P-S.  So Christina Cripps and
20   Fernandez-Arellano, long, long time ago.  Arellano is
21   A-R-E-L-L-A-N-O.
22        Q.   How long ago did you get rid of your middle
23   name, and did you legally change your name?
24        A.   Yeah, 2020 with the divorce.
25        Q.   And so did you get rid of your middle name,
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 7

```
01   Itala at the same time that you got rid of your last

02   name, Cripps?

03        A.   Yes.

04        Q.   How long ago were you known by that second

05   last name Christina Fernandez Arellano?

06        A.   Prior to 2004, I would say, 2002, 2004, prior

07   to.

08        Q.   Any reason for the name change?

09        A.   It was too long.

10        Q.   I also have a confusing name so I can

11   understand that completely.

12             Ms. Fernandez, have you ever had your

13   deposition taken before?

14        A.   Yes.

15        Q.   And was that in connection with a lawsuit? Do

16   you know the reason for your --

17        A.   It was a car accident -- it was a car accident

18   claim.

19        Q.   Is that a claim filed by yourself or by

20   someone else?

21        A.   Myself, my insurance company.

22        Q.   Understood.  Okay.  Other than the -- strike

23   that.

24             About how long ago was that that you had your

25   deposition taken?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A.   2004, I want to say, not exactly sure, but I

02   think it was that year.

03      Q.   Got it.  Okay.  So other than the deposition

04   that was taken in connection with that car accident

05   claim, have you ever had your deposition taken on any

06   other occasion?

07      A.   Nope.

08      Q.   Okay.  So sounds like it's been a while since

09   you've had your deposition taken, so just want to

10   refresh your recollection and go over a few ground rules

11   before I begin questioning you.

12           So first off, please try to avoid any kind of

13   non- verbal communication such as head shakes, head

14   nods, hand gestures, just for the purpose of ensuring

15   clarity of the record, the Court Reporter is going to be

16   typing a written transcript of everything that's being

17   said.

18           So I just want to make sure that our

19   communications are reported correctly and effectively,

20   understood?

21      A.   Yep, I have a question.  I have cats and they

22   are running around, so I might chew them or spray them

23   with a spray bottle.  Is that going to be a problem?

24      Q.   No problem at all, and that won't be reflected

25   on the written transcript, so --



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                      Page 9

```
01        A.   Okay.  And you'll see them walking in front of
02   me.
03        Q.   Understood.  Yeah, I don't think that'll be a
04   problem.  So another ground rule I'd like to go over
05   with all deponents is that let's try and make sure that
06   each of us speaks one at a time.
07             So I know that in typical in-person
08   conversations, you know, it's common for individuals to
09   interject over one another.
10             But, again, for clarity of the record, let's
11   please try and make sure that we wait until the other
12   finishes speaking before responding?
13        A.   Understood.
14        Q.   Okay.  Last thing I want to let you know is
15   that this deposition could take up to seven hours.  I
16   don't anticipate that it will take that long.  Try and
17   get you out of here as soon as possible.
18             But if at any point you need to take a break,
19   please just let me know.  The only caveat to that is if
20   I've already asked you a question, you must answer the
21   question, respond before we take a break.  Understood?
22        A.   Um-hum.
23        Q.   Okay.  And also again, for the purpose of
24   ensuring clarity of today's record, please try to avoid
25   any uh-huhs or um-hum responses and let's try and keep
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 10

01  it to yes or no.

02          And, again, I know it's kind of, you know,

03  counterintuitive and not typically how we speak, but

04  again just want to ensure that the record is clear

05  today?

06      A.   Yes.

07      Q.   Okay.  Ms. Fernandez, have you taken any

08  medication which might affect your memory today?

09      A.   Nope.

10      Q.   Okay.  And are you aware of any medical

11  conditions that you might have, which might affect your

12  memory?

13      A.   Nope.

14      Q.   Okay.  Ms. Fernandez, do you understand that

15  the oath that you gave at the beginning of today's

16  deposition was the same oath that you would be required

17  to take if you were testifying at trial in this case in

18  front of a Judge and a Jury?

19      A.   Yes.

20      Q.   Have you prepared in any way for today's

21  deposition?

22      A.   No.

23      Q.   Have you met with any Attorneys in connection

24  with today's deposition?

25      A.   Nope.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 11

```
01        Q.    Have you spoken with any Attorneys in

02   connection with today's deposition?

03        A.    Nope.

04        Q.    And are you currently represented by any

05   Attorney in connection with today's deposition?

06        A.    Nope.

07        Q.    Okay.  Do you speak any languages other than

08   English?

09        A.    Yes.

10        Q.    What languages are those?

11        A.    Spanish.

12        Q.    Any additional languages other than English

13   and Spanish?

14        A.    Not fluent, Italian and Latin.

15        Q.    Ms. Fernandez, where were you born?

16        A.    Venezuela.

17        Q.    What part?

18        A.    Caracas.

19        Q.    What's your date of birth?

20        A.    July 27th, 1979.

21        Q.    Okay.  And how long did you live in Venezuela?

22        A.    I lived in Venezuela from birth till, I think,

23   it was eight months old.  And then I went back in '86

24   through '99, '86 through '99.

25        Q.    Okay.  So between the time that you were eight
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 12

01  months old and 1986, where were you living?

02      A.   Mostly Canada.

03      Q.   So you said mostly Canada, were you living

04  other places during that eight month -- during that

05  period as well?

06      A.   I was a baby, so I don't know the time

07  periods, but there was a point in which we were in Miami

08  before going to Canada and then moved to Canada.

09  I wouldn't know the dates.

10      Q.   Got it.  And so you said you moved back to

11  Venezuela and lived there between 1986 and 1999.  Where

12  did you go after 1999?

13      A.   I moved back to the United States, Miami.

14          MR. ALVAREZ:  I'm sorry to interrupt, I don't

15      know if anyone else is hearing this, but do you

16      hear like a chanting music going on --

17          THE WITNESS:  Yeah, I need to turn it off.

18          MR. ALVAREZ:  I don't know, it's up to the

19      Court Reporter.  I don't know if that reflects on

20      the mics in a weird way.

21          THE COURT REPORTER:  No.

22          MR. ALVAREZ:  Just want to make sure it's

23      okay.  Okay, all right.

24          THE WITNESS:  Okay.  I don't like silence.

25          MR. ALVAREZ:  Sorry.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 13

```
01              MR. LAROU:  I understand.  I have white noise,
02        a white noise machine playing in my office all day.
03        I get that.
04              THE WITNESS:  Yeah, so --
05              MR. LAROU:  So --
06              THE WITNESS:  For clarity, it's just Gregorian
07        chant playing in the other room.
08  BY MR. LAROU:
09        Q.   Yeah, no problems.  I'm not bothered by the
10  chanting.  Okay.  So you said you came back to Miami in
11  1999?
12        A.   Um-hum.
13        Q.   How long did you live in Miami after that?
14        A.   So actually, I went to -- let me step back.
15              I -- in '99, I went from August through
16  December I was in Boston.  And then in December of '99 I
17  moved to Miami.
18              So I was taking some classes in Boston,
19  learning English and then I came to Miami and since
20  then, it was from December '99 till 2017 that I moved to
21  Central Florida.
22        Q.   Got it.  So you moved to Central Florida in
23  2017, what City?
24        A.   Sanford.
25        Q.   And have you lived in Sanford ever since then?
```



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                Page 14

```
01        A.   Yeah.
02        Q.   Ms. Fernandez, can you please tell me your
03   highest level of education?
04        A.   MBA Master's degree.
05        Q.   And where did you obtain that MBA?
06        A.   Nova Southeastern University.
07        Q.   Okay.  Did you obtain an undergraduate degree
08   before going to work on that Master's?
09        A.   Yeah, I got a Bachelor's in Fine Arts in
10   computer animation and I have another -- sorry,
11   Bachelor's in BBA accounting.
12        Q.   Where did you obtain that Bachelor's degree
13   from?
14        A.   The first one, computer animation was from the
15   Art Institute, before it was the Art Institute, back
16   then it was called the IFAC, International Fine Arts
17   College.
18             Then the Art Institute bought it and I think
19   they finally closed up.  And then the accounting was
20   from Florida Atlantic University.
21        Q.   Got it.  Do you remember the year that you
22   obtained your MBA?
23        A.   2004, not sure.  Yeah, I think it was 2004.
24        Q.   Okay.  And how about the Bachelor's degrees?
25   Do you remember what years you obtained those?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 15

```
01        A.    Fine arts was 2001-ish, yeah, 2001 and then
02   the accounting was 2012.
03        Q.    Do you currently hold any licenses or
04   certifications?
05        A.    Yeah, I'm a certified educator, I have four
06   areas that I can teach, and I also have a real estate
07   license.
08        Q.    So let's start with the education license,
09   when did you obtain that?
10        A.    The process started in 2016, '17.  I would
11   have to look at my certification, but around there first
12   school year was 2017, so.
13        Q.    And how about your real estate license, when
14   did you get that?
15        A.    Wait, a long time ago, '99, 2000, maybe 2001,
16   I don't know.  It wasn't a long time ago.  I would have
17   to look it up.
18        Q.    And before going to college, did you go to
19   high school here in Miami?
20        A.    No, I went to high school in Venezuela.
21        Q.    Okay.
22        A.    Sorry, that's a commercial.
23        Q.    No worries.  So Mr. Fernandez, can you please
24   tell me where you're currently residing, the address?
25        A.    439 Still Forest Terrace, Sanford, Florida
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 16

```
01   32771.
02        Q.   How long have you lived there?
03        A.   About two years, I'm really bad with dates,
04   I'm sorry, but about two years.
05        Q.   Okay.
06        A.   Yeah, I just had my second summer here.
07        Q.   Got it.  Do you rent or own the property?
08        A.   I'm sorry?
09        Q.   Do you rent the property or do you own it?
10        A.   My dad owns it.
11        Q.   Does your dad live there with you?
12        A.   Yes.
13        Q.   Okay.  And what's your dad's name?
14        A.   Orlando Fernandez.
15        Q.   Just want to make sure.  Is that the same
16   Orlando Fernandez, who Mr. Aneiros -- who my client
17   Dennis Aneiros filed a lawsuit again?
18        A.   Yes.
19        Q.   Got it.  Who else lives with you at that home?
20        A.   My mother and my son.
21        Q.   And Ms. Fernandez, are you married?
22        A.   No, divorced.
23        Q.   Have you ever been sued before?
24        A.   Sued?  No.
25        Q.   Have you ever been charged with a crime?
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 17

```
01        A.    Nope.
02        Q.    And are you eligible to vote in the United
03   States?
04        A.    Yes.
05        Q.    Do you have a cell phone?
06        A.    Yes.
07        Q.    Have you had the same cell phone number the
08   past 10 years?
09        A.    No.
10        Q.    Can you please tell me --
11        A.    Well, yeah, so I have two cell phones, I have
12   the same one that I've had for about 20 years, and that
13   technically is now my son's phone number, and then I
14   have a new number that I got in 2020 for myself.
15        Q.    Can you please tell me the first cell phone
16   number that that you mentioned, the one that you've had
17   for the past 20 years or so?
18        A.    Yeah, (786) 271-1883.
19        Q.    And can you please tell me the cell phone
20   number for the new phone that you got in about 2020?
21        A.    (407) 415-6844.
22        Q.    Thank you.  And during the past 10 years, have
23   you had the cell -- same cell phone provider?
24        A.    No, can't remember when, but I changed within
25   the last 10.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 18

01      Q.    Okay.  From --

02      A.    About six years ago.

03      Q.    Okay.  And so about before six years ago, what

04  cell service provider were you using?

05      A.    I bounced around a lot.  So I had Verizon, I

06  had T-Mobile, I had, oh my goodness, AT&T, I'm trying to

07  remember back then you would just have like a contract

08  for a year or so and then move on and transfer your

09  phone.

10            So don't ask me the dates, I don't know when I

11  had which provider.  I can't remember that.

12      Q.    That's okay.  During the past 10 years, have

13  you used an e-mail address?

14      A.    Yes.

15      Q.    One or more?

16      A.    More.

17      Q.    Okay.  Can you please tell me all of the

18  e-mail addresses that you've used in the past 10 years?

19      A.    For business purpose, Corina

20  properties@gmail.com, Corina, C-O-R-I-N-A,

21  properties@gmail.com., I have M-S-C-H-R-I-S-T-Y,

22  17@gmail, I have Fernandez.Christina, C-H-R-I-S-T-I-N-

23  A@ymail.com., I have a couple of the teacher ones that

24  for different school districts I've worked at, but

25  that's teacher stuff only.  Do you need those?


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 19

```
01      Q.    No, that's okay.

02      A.    I don't -- yeah, I don't remember those.

03      Q.    And that's all right.

04      A.    Yeah, I think that's the e-mails I use.

05      Q.    Okay.  Are you currently working?

06      A.    No, not currently.

07      Q.    How long have you been out of work?

08      A.    September 24th, 25, 26, around there.

09      Q.    Of 2024?

10      A.    Current year.

11      Q.    And so where were you working at that time or

12   what company were you working --

13      A.    All Souls Catholic School, I was a fifth grade

14   teacher.

15      Q.    And so how long were you working there at the

16   school?

17      A.    Just one month, since the beginning of the

18   school year, August 5th or 10th or, I can't remember,

19   beginning of the school year.

20      Q.    Is there any reason you stopped working there?

21      A.    Yeah, I wasn't a good fit.

22      Q.    Understood.  Where did you work before you

23   started working at All Souls?

24      A.    I was at Pine Ridge High School for three

25   school years.  Before that I was at Lake Brantley High
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 20

```
01  School for one school year.
02         Before that I was at Pine Ridge High School
03  again for two school years.  So that's the last six
04  school years or so.  Did I get that right?  Yes.
05     Q.   So before working as a school teacher --
06  strike that.  Have you worked at any other schools or
07  educational institutions as a teacher? Other than those
08  last three that you told me?
09     A.   Yeah, there were Idlewild Elementary School
10  and Rolling Hills Elementary School, my first year
11  teaching.  So I did, I want to say I did like two months
12  in Rolling Hills and then I transferred to Idlewild.  I
13  finished the school year there and then I moved to high
14  school to Pine Ridge.
15     Q.   Have you ever worked in a job other than as a
16  school teacher?
17     A.   Yes.
18     Q.   Can you tell me in what capacity you were
19  working?
20     A.   Under my real estate license, I was a sales
21  agent, property manager, yeah, those two titles.
22     Q.   Were you working through specific companies as
23  a sales agent?
24     A.   Yeah, various ones, I had Turnberry, I had
25  Coldwell Banker, I had my own, yeah, because I had that
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   license or I was active in that license for a while.
02        Q.   You said you were working under your own
03   company.  Can you tell me the name of your own company?
04        A.   Corina.
05        Q.   Just Corina?
06        A.   Well, that's the fictitious name, I think the
07   -- it was Corina Investments, Inc.
08        Q.   Got it.  And so you said you worked at those
09   three agencies under your sales agent license.  Is that
10   still active, the sales agent license?
11        A.   It is not expired, it is not active though.
12             So it's current inactive is what they call it
13   in the real estate world.
14        Q.   Got it.  Do you know the last time that you
15   worked in that capacity as a sales agent?
16        A.   2000 -- I can't remember, as a sales agent?
17             I want to say 2014.  And then I went into
18   property management until 2017 when I moved to Florida.
19   Stopped doing that.
20        Q.   Got it.  So let's talk now about your work as
21   a property manager.  Can you tell me all of the
22   companies or agencies where you've worked as a property
23   manager?
24        A.   Just my own.
25        Q.   Is that Corina Investments, Inc?
```



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 22

01      A.    Yes, sir.

02      Q.    Okay.  And can you tell me approximately the

03  years that you were working as a property manager

04  through Corina Investments?

05      A.    I want to say 2015 through '17, but I'm not

06  100% sure on that, but that's close enough.

07      Q.    Okay.  So during those years that you were

08  working as a property manager through your company

09  Corina Investments, what properties were you managing?

10      A.    It was a plaza in Fort Lauderdale, I don't

11  remember the address.  But it was eight units, eight

12  unit plaza, only one vacant that we had to put on the

13  market for rental two or three times during the time I

14  was managing it, various issues with the tenants or.

15      Q.    Understood.  So other than plaza, you've never

16  worked as property manager for any other properties?

17      A.    No, not for third parties, no.

18      Q.    So you said not for third parties, have you --

19      A.    I owned real estate and I managed my own.

20      Q.    So you said there were multiple properties

21  that you were, that you owned and managed on your own?

22      A.    Yeah, over time I would sell one, buy another

23  one.

24      Q.    Can you tell me the addresses of those

25  properties that you managed on your own?



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 23

```
01        A.   I would have to look for them.  One was 22 of

02   them were in the same building, 20 Sheoah Boulevard in

03   Winter Springs, I don't know the ZIP Code, I would have

04   to look that up.

05             So those were the two first ones.  And then I

06   had, I can't remember the name, the address.  And in

07   Pine Ridge, yeah, I can't remember the address.

08        Q.   That's okay --

09        A.   But then I moved in and then I bought another

10   one and I moved to the other one and rented that one out

11   to my sister.  So technically I was managing that

12   property, yeah.

13        Q.   Got it.  So your company Corina Investments,

14   did it maintain a -- an office or a principal place of

15   business?

16        A.   Officially, yes.  At my own house as per real

17   estate guidelines.

18        Q.   And so at your house, is that the 439 Still

19   Forest Terrace address that you stated earlier?

20        A.   No, I'm no longer active with real estate, so

21   I don't need an office anymore.  So what I was --

22        Q.   While you were maintaining that office and

23   operating Corina Investments, is that the address you

24   were using?

25        A.   No.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 24

01     Q.   Okay.  What was the address that you were

02 operating out of for Corina Investments?

03     A.   I had multiple addresses, trying to remember

04 the address.  It was one in Pine Ridge.  I lived in Pine

05 Ridge, so I had at that address Pine Ridge, no, Pembroke

06 Pines, sorry, Pembroke Pines.  I don't remember that

07 address.

08          It was long time ago.  I did have for a period

09 of time the Viormar warehouse, I used the office as

10 address for a period.  Don't remember the dates.

11     Q.   And when you say the Viormar warehouse, is

12 that the warehouse located at 7880 Northwest 55th Street

13 in Doral, Florida?

14     A.   Yes, I don't remember which of the three

15 addresses it was that I used, but it was that warehouse.

16     Q.   Got it.  Are you the only -- or while -- first

17 off, let me ask, is Corina Investments, Inc still active

18 and operating?

19     A.   It exists, but it's not operating, just

20 lingering there, I think.

21     Q.   When did it -- when did it stop operating?

22     A.   Pretty much in 2017, '15, '16, '17, when I --

23 after I stopped with the property manager and moved to

24 Central Florida, I kind of stopped using it because

25 there was no point.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                Page 25

01      Q.   Are there any other owners of Corina

02  Investments Inc.?

03      A.   Not that I know of.

04      Q.   Are there any other officers of the company?

05      A.   I can't remember if my dad was an officer at

06  one point.  I would have to look it up, but he never

07  managed or did anything with the business.  It was mine.

08  So as officer, I think I was the only one because it was

09  my company.  I was operating on my own.

10      Q.   Okay.  So you stated that, you know, you were

11  the owner of the company.  What -- did you have a formal

12  -- any formal job title other than owner?

13      A.   Property Manager, I think I also used the

14  title broker, Real Estate Broker.

15      Q.   What about president?

16      A.   I don't think I used that title.  Maybe like

17  for bank stuff, but not officially because again, it was

18  a real estate, so it was real estate directed, how you

19  can market the company and how you have to label

20  yourself and like under your name you have to put real

21  estate broker or real estate agent sales, whatever it

22  is.  So I don't think I ever used president.

23      Q.   What about your dad?  You said a moment that

24  you believed, you know, your dad may have possibly been

25  listed as an officer.  Do you know what his title was?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A.    Not really because if he was, it was for
02   backup if I was traveling.
03        Q.    So what kind of things would your dad help you
04   out with as backup if you were traveling?
05        A.    He never actually needed to do anything, but
06   the idea was if I was traveling and there was an issue
07   with the property, he would check it out for me or pay
08   the plumber.
09             But he never had to do that.  Again, it was
10   mostly my operation, mostly, no, it was my operation, so
11   it was my job.
12        Q.    Were there any employees of Corina Investments
13   other than yourself?
14        A.    Nope.
15        Q.    So obviously, you know, you mentioned that
16   Corina Investments was probably, or was primarily
17   engaged in property management activity.  What all does
18   that entail?
19        A.    Ensuring that the units were rented out, if
20   they were vacant.  Managing communication with the
21   tenants.  So if they had a request for a repair or
22   something or like the Plaza in Fort Lauderdale, if the
23   owner wanted to run an inspection, for example that was
24   at a point we needed because one of the units was a
25   restaurant.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                     Page 27

01          So the City was asking for an inspection.  So

02    she would communicate with the tenants through me to

03    request that access for the inspector.  I would handle

04    all the mail that came in business wise for the Plaza or

05    for the unit.

06          So community area bills, like water and power

07    City, City taxes, maintenance, trash, all those communal

08    areas and utilities.  I would handle the correspondence

09    and pay the bills and work the budget.

10          Then with the tenants it would be ensuring

11    that there was a tenant in place mitigating issues with

12    the tenants, collecting rent providing notifications as

13    needed, late payments, that type of thing.

14    Inspections, I think that's pretty much it.

15          **Q.   Okay.  You mentioned one of those business**

16    **activities you were engaging in was collecting rent.**

17    **How would you collect rent from tenants?**

18          A.   I would literally go door to door and they

19    would have a check made out to the building owner.  And

20    my job was to collect those checks, put them into the

21    records, the accounting sheet and fill out the bank

22    deposit, take them to the bank, give them, make sure the

23    owner was paid and then I would bill her for my

24    commission.

25          **Q.   Were you the only one collecting checks from**


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 28

01  tenants for Corina or did anyone else ever help you?

02       A.   Again, it was mostly my job or it was my job,

03  after I moved to Central Florida I did have the need for

04  help collecting rent until I closed out that contract

05  because I moved before that contract was closed.

06            And I just needed help with somebody

07  collecting those checks.  And Mr. Aneiros actually

08  offered to help because we were friends or so he claimed

09  that we were friends and that he would do me the favor

10  of collecting that last month so that I can move, but

11  that was the only instance.  Other than that, I would go

12  every month several times.

13       Q.   Got it.  So that was only for the last month,

14  you said that the business was operating that

15  Mr. Aneiros helped you out?

16       A.   Yeah, because I moved in July and that, I

17  think the last check was, or the last payment from that

18  account was August, I can't remember the exact dates,

19  but yeah.

20       Q.   Okay.  So you said that was maybe, you know,

21  between 2015, 2017 at the latest?

22       A.   No, it was 2017 because that's when I moved to

23  Central Florida.

24       Q.   Got it.  And about how many tenants did

25  Mr. Aneiros pick up rent from?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01     A.   At that point, I think it was four units that

02   had, let me remember, give me a second.  It was, yeah, I

03   want to say it was four units, the others were vacant, I

04   believe, if I recall correctly.

05     **Q.   Was that at the Plaza property that you**

06   **mentioned earlier in Fort Lauderdale?**

07     A.   Yeah.

08     **Q.   So other than --**

09     A.   Yeah, my personal properties, I handled

10   myself.  It was my property, so I never needed help with

11   that.  With the Plaza, this was the circumstance where

12   he did help me.

13        And again, we were supposed to be friends and

14   he offered to help me as a favor, never as anything

15   else, and it was just that so that I could move to

16   Central Florida.

17     **Q.   So when Corina Investments was still**

18   **operating, did it manage only residential properties or**

19   **commercial properties as well?**

20     A.   Well, the Plaza was a commercial.

21     **Q.   So in total, about how many properties did you**

22   **manage through Corina Investments?**

23     A.   I am counting.

24     **Q.   Take your time.**

25     A.   I want to say four or five total.  The Plaza



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 30

01    was the biggest one because it had units.

02        Q.   Okay.   So out of those four or five

03    properties, how many of those were residential

04    properties and how many were commercial properties?

05        A.   They were all residential except for the Plaza

06    and they were all mine except for the Plaza.   So the

07    only commercial third party was the Plaza.

08        Q.   So Mr. Aneiros never helped you with

09    collecting rent for any of those properties other than

10    Plaza?

11        A.   No, it was direct deposited to my account.

12        Q.   Got it.   And other than collecting rent,

13    Mr. Aneiros -- has Mr. Aneiros ever performed work other

14    than collecting the rent for Plaza?

15        A.   For the Plaza?   Yes, and he got paid through

16    Corina.   I don't have those records anymore, but he did

17    do a couple repairs, I know there was one air

18    conditioning that leaked and a couple little repairs.

19            And so what I would do was he would tell me

20    what he wanted to charge and I would charge the owner

21    and then the owner would cut a check to my company and I

22    would pay Dennis as a contractor.

23        Q.   Got it.   And so were those four residential

24    properties where Mr. Aneiros was doing repairs?

25        A.   No, not at all, those properties are here in



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 31

01  Central Florida.  He never did any work here.

02      **Q.   So he was doing repairs at the Plaza?**

03      A.   He did minor ones at the Plaza as a

04  contractor.  But anything major the owner wanted

05  somebody licensed and certified contractor so that she

06  can keep those for City, the City of Fort Lauderdale is

07  kind of picky.

08          So they always want like, what's it called,

09  permitting and that type of thing.  So it always has to

10  go with a licensed contractor.

11      **Q.   Got it.  Okay.  So can you tell me all of the**

12  **repairs that Mr. Aneiros did for your company?**

13      A.   I remember the leak, the air conditioning

14  leaking; there was a door handle that he needed to

15  repair or a hinge or something with a door.

16          There was one of the units that was vacant

17  that needed -- what was it?  Drywall repaired or

18  something like that, something small because as I said,

19  the bigger jobs were handled by licensed contractors.

20          So he didn't do a lot of them and it was small

21  jobs, very few of them, three/four of them.  He always

22  charged for them because it would go through, like we

23  would bill it to the owner.  I don't know the dates.

24      **Q.   That's okay.  So before you moved up to**

25  **Central Florida, you said that you were operating Corina**



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  Investments out of the Viormar warehouse.  How often

02  would you be there at the warehouse working?

03      A.   It depends because I also worked with my dad

04  for a retail company that he had, but it was mostly --

05  it was office work, what I did.

06          So I would come and go and I was working for

07  my dad, so I didn't really have a schedule.

08      Q.   What's the name of that retail company that

09  you just referenced?

10      A.   Vida Home Care Solutions.

11      Q.   And so, just a moment ago you said that you

12  had kind of, you know, come and go to the Viormar

13  warehouse, you know, as needed for work.

14          It wasn't really a set schedule, you know, if

15  you had to estimate, about how many times per week would

16  you go to the warehouse?

17      A.   I would say at least four days a week, if not

18  five.

19      Q.   During the last 10 years, have you ever been

20  an owner or officer of any company other than Corina

21  Investments, Inc?

22      A.   Yeah, I would usually not co-owner, but co-

23  manager, I don't know what the term is.  My dad would

24  own the companies, and I would work for him, and I would

25  always be named on Sunbiz for banking purposes.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                Page 33

```
01            And so I never owned the company.  I never put
02   money into it or anything like that.  I just worked
03   there.
04        Q.   And you said you would be listed on Sunbiz for
05   banking purposes.  Can you tell me what would be, you
06   know, the advantage or the purpose of listing you?
07        A.   Well, because I manage the companies, like
08   Vida, I had -- I was making contacts with vendors.  So I
09   was signing contracts, I was placing orders.  I would
10   pay bills and we would kind of take turns.  It wasn't a
11   very organized operation between my dad and me.
12            He would do more of the decision making and
13   the expertise part of it and I would do take more of the
14   business side.
15        Q.   Okay.  So I want to -- I want to focus in on
16   Vida in just a moment, but first I want to kind of back
17   up.  So just a moment ago, I asked you, you know, if you
18   were an owner or officer of any company other than
19   Corina Investments, Inc.
20            And you said, you know, there were a few that
21   your dad was really owning, but you were just there to
22   support him.
23            Can you tell me the name -- the names of all
24   of those companies where, you know, maybe your dad was
25   an owner or officer and you were helping him out?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 34

```
01       A.   I can't remember exactly which ones, I would

02   have to go into Sunbiz and look.

03       Q.   If you heard the --

04       A.   I worked for him or helped him out with

05   building up Clinitest that was in Hialeah, I don't

06   remember the name of the company.  I know it started

07   with Clinitest.

08            I think I also -- because I know I worked for

09   Fersom as a 1099, but I think it was also listed on

10   Fersom Mortgage at some point.  Don't ask me why, I

11   can't remember.  Clinitest, Corina, Corina was mine,

12   Fersom, Vida, I think that's it.

13       Q.   Okay.

14       A.   Because mostly I had my own job elsewhere, so

15   that was helping him out as a daughter more than

16   anything else.

17       Q.   Got it.  So we spoke for a while about your

18   company Corina Investments, you know, just browsing

19   through Sunbiz, I found a few similarly named business

20   entities where you're listed as the officer.  One is

21   called Corina Properties, LLC, another is called

22   Corinas, Inc.?

23       A.   Yeah.

24       Q.   Can you tell me about those two companies?

25       A.   I have to get the door, but let me answer that
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                Page 35

```
01  before because I remember your instructions.

02          Corina Inc. Investments is my company and

03  Corina Properties I believe was a company that my dad

04  set up so that he was, the plan was to buy real estate

05  under that name so that he didn't have to hold it on his

06  own because of liability things.

07  Can I go and get the door?

08          MR. LAROU:  Sure.  But I'd like to keep this

09      -- I'd like to keep the break pretty quick.

10          THE WITNESS:  Yeah --

11          MR. LAROU:  Let get right back into --

12          THE WITNESS:  Just one moment.

13          MR. LAROU:  Sure.

14          THE COURT REPORTER:  Would you like to go off

15      record?

16          MR. LAROU:  Sure.

17          (Thereupon, a short discussion was held off

18      record.)

19          (Deposition resumed.)

20          THE COURT REPORTER:  Okay.  Let me get us back

21      on the record.  We're back on the record.

22      The time is 11:08 A.M.

23  BY MR. LAROU:

24      Q.   Okay.  So Ms. Fernandez, before we left for

25  the break, we were discussing a business entity called
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 36

01    Corina Properties, LLC.  You mentioned that it was your

02    dad's company.

03            You said kind of the idea behind the company

04    was to purchase properties under the LLC for liability

05    purposes.  Can you expand on that a little bit?

06        A.   Yeah, at real estate, I've learned through

07    different classes And sources that the recommendation is

08    that you shouldn't -- sorry.  The recommendation is that

09    you shouldn't --

10            THE WITNESS:  Okay.  Hold on, Audrey.  Good

11        girl.  That's enough.  Are you a good girl?  Thank

12        you.

13        A.   That you shouldn't own property -- rental

14    property on your own name to mitigate liability.  I'm

15    not an Attorney, so I don't know the depth of that

16    explanation, but because it's the advice out there,

17    that's what he initially set up.

18            I can't remember if he actually ended up

19    owning anything under that name, I can't remember.

20        Q.   So what was your involvement with that

21    company, Corina Properties, LLC?

22        A.   Property manager.  The idea was that he would

23    be a passive investor just by the property and then I

24    would manage it for him and that's it.

25        Q.   So did you ever manage any properties under


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 37

```
01    Corina Properties, LLC?

02         A.   I can't remember.

03         Q.   Did Corina Properties, LLC have a principal

04    place of business?

05         A.   I am assuming, yes, but if it operated, that's

06    the thing, I can't recall if it actually ever operated

07    or not, probably used either the Viormar office address

08    or even our own home address.

09              Just so because when you register with Sunbiz,

10    you have to put an address, but I -- honestly, I can't

11    remember which address it would be or what.

12         Q.   That's okay.  So other than your father and

13    yourself, were there any other employees or individuals

14    working for the company?

15         A.   Employees?  Never.

16         Q.   Did Mr. Aneiros ever perform work for the

17    benefit of Corina Properties, LLC?

18         A.   No, and I don't think he -- as I said, I don't

19    think that company ever even functioned.

20         Q.   Okay.  And a little while ago, you mentioned a

21    company named, Fersom also.  Is that Fersom Mortgage,

22    Inc.?

23         A.   Yeah, it was my grandfather's company

24    originally.

25         Q.   And what was your role with the company?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 38

01     A.    Throughout the years my roles changed.  I

02  started working for my grandfather, can't remember the

03  title, but it was pretty much like a loan processor

04  because he did mortgages back then, second mortgages.

05          So my job was to sit with the applicants, make

06  sure the application was filled out, verify some of that

07  information, and then I would give it to my grandfather

08  and he would make the decision on whether he was going

09  to loan the money or not.

10          But yeah, I was not -- I was still in college

11  at the beginning.

12     **Q.    So if you had to estimate about what years**

13  **were you involved working with Fersom Mortgage?**

14     A.    I can't remember when I started.  I'm trying

15  to think.  It was early 2000s, 2002, '03, '04, '05,

16  around there.  And then I think I worked with him

17  through 2009.  Sounds about right, but I'm not 100%

18  sure.

19     **Q.    And then you stopped working after -- you**

20  **stopped working with the company after 2009?**

21     A.    Well, in 2009, they had the market bubble, so

22  there was no business there.  On and off, I would do odd

23  jobs for the company.  Mostly verifying information and

24  checking that the application was complete.

25          But at that point, there was no more new loans



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   coming in.  It was more foreclosures.  The market had

02   crashed, so it was completely flipped.

03       Q.   Is the company still active?

04       A.   It is because there are still some legal --

05   some outstanding loans that are like, what's the word?

06            I don't know, still alive, I don't know how to

07   -- I can't remember.

08       Q.   Yeah, no, I catch your drift.

09       A.   Um-hum.

10       Q.   So you said it was previously your

11   grandfather's company, until about when?

12       A.   It's very blurred because I wasn't working

13   there full time.  I can't remember exactly when my

14   grandfather passed it to my dad and trying to remember,

15   I can't.

16       Q.   So your dad is currently the one in-charge of

17   Fersom Mortgage.  Is that correct?

18       A.   Oh, my grandfather passed away.

19       Q.   Got it.  Other than your father, are there any

20   other owners of Fersom Mortgage, Inc.?

21       A.   Shouldn't be.

22       Q.   Are there any other officers of Fersom

23   Mortgage, Inc.?

24       A.   Shouldn't be, not that I know of.  I'd have to

25   go and check but.
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 40

01     Q.    Are you aware that you're currently listed as

02   Vice President of Fersom Mortgage, Inc.?

03     A.    No, but it doesn't surprise me.

04     Q.    Why doesn't that surprise you?

05     A.    Because as I said my dad's, I help my dad out

06   with whatever and I don't really keep track of if he

07   takes me off of things.  So at my -- one point he might

08   have for whatever reason, I can't remember.

09     Q.    So even though you haven't been involved in

10   the operation of Fersom Mortgage, Inc. since 2009.  As

11   of today, November 8th, 2024, you're still listed as

12   vice president, but you have no involvement with the

13   company?

14     A.    The company's barely alive.

15     Q.    Do you know how you were listed as the vice

16   president of this company?

17     A.    Can you clarify that question?

18     Q.    Sure.  So individuals are listed as officers

19   of companies on Sunbiz, you know, either through an

20   article -- articles of incorporation for the company or

21   through annual reports.

22          An individual -- an authorized individual from

23   the company is responsible for listing those, those

24   officers, right?

25     A.    Um-hum.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 41

```
01        Q.   So do you know who would've listed --
02        A.   It was probably an annual report, an annual
03   report that he just very likely we had a conversation
04   and I said, "Hey, just put me in there."  So there's
05   just another name.
06        Q.   Why would you -- why would you need an
07   additional name other than just your father's?
08        A.   Why wouldn't we?  I --
09        Q.   Well, --
10        A.   Well, it's --
11        Q.   Sorry, but I respectfully --
12        A.   Yeah, no, sorry --
13        Q.   I'm asking questions?
14        A.   Yeah, I don't know how to answer that.
15        Q.   Okay.
16        A.   We're close family and we help each other out
17   and if he needs to put my name on for whatever reason, I
18   don't question him.  He's my dad.
19        Q.   Okay.  So when was the last time that you ever
20   performed work for Fersom Mortgage, Inc.?
21        A.   I can't remember the last time.  I know some
22   of the last things I did was.  I don't -- I can't
23   remember when, I can't remember what.  It was loan
24   processing and ensuring that the loans closed and
25   dealing with a title company and getting the documents
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 42

```
01   back from the Court and the registered documents and
02   filing it accordingly and that's pretty much it.
03       Q.   Was that within the last 10 years?
04       A.   Probably longer because as I said, in 2009
05   with the bubble we pretty much stopped doing make --
06   making new mortgages.  So it was more, it went into
07   collections and it was pretty much in the hands of the
08   Attorney.  I didn't really have anything to do with
09   that.
10       Q.   Okay.  During the time that you were
11   performing work for Fersom Mortgage, Inc., did you have
12   a central place of business or an office that you
13   operated out of?
14       A.   Yeah, Fersom had an office and I just sat at
15   whatever desk or corner I could.
16       Q.   Where was that office located?
17       A.    In the warehouse, can't remember the unit
18   number.  I want to say 78, 84, not 100% sure.  It would
19   be facing the building.  It would be the unit on the
20   right.
21       Q.   Got it --
22       A.   To the --
23       Q.   Okay.  Got it.  So that's the Viormar
24   warehouse?
25       A.   Um-hum.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 43

01        Q.    Got it.

02        A.    Yeah, Fersom, we pretty much operated from

03    there the entire time.

04        Q.    Okay.  And again, I was just kind of combing

05    through Sunbiz, I found another similarly named company

06    called, Fersom C.A., LLC.  Have you ever heard of that

07    company?

08        A.    Yeah, it was the original name.  So that's the

09    original Fersom that my grandfather started his mortgage

10    business with.  But through an attorney, we got or he

11    got -- he was advised to reorganize and became Fersom

12    Mortgage, Inc., because I -- he wanted to be in

13    compliance with mortgage requirements, the Department of

14    Finance, whatever it was at the time.

15             You had to be listed as a certain, I think you

16    had to be listed as an Inc, in order to obtain the

17    mortgage license, something like that.

18             I can't remember because that was a long time

19    ago and it was my grandfather that took care of that and

20    he's deceased now.

21        Q.    Got it.  So that's the reason why Fersom

22    started out as a corporation to transition to --

23        A.    Right, transitions, yeah.

24        Q.    Got it.  But I do want to be clear, these are

25    two distinct business entities, Fersom Mortgage, Inc.



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 44

01                and Fersom C.A., LLC, they're two separate

02     entities as far as they're listed on Sunbiz?

03         A.    Yeah, because my understanding is from what I

04     remember the -- in Sunbiz, you can't convert, I don't

05     know, maybe I'm wrong, you can't convert from LLC to Inc

06     and keep the name or something like that.

07                So he needed to start a new one, I can't

08     remember, I wouldn't.

09         Q.    Yeah, And so that you're saying --

10         A.    It's a lot of legal stuff that I --

11         Q.    Yeah, trust me, it -- I know it can get

12     complex, I hardly understand it and I'm an attorney, so.

13                And so do you know around when that change

14     happened when your grandfather decided, you know, the

15     company --

16         A.    Whatever Sunbiz says -- so whatever first --

17     whatever Sunbiz says that Fersom Mortgage started, it

18     was around that time because --

19         Q.    Okay.

20         A.    He liked to be in compliance.  So I guess, I

21     guess, when the attorney said, "You need to do this to

22     be in compliance," he did it right away.

23         Q.    Makes sense.  Do you remember what year your

24     grandfather passed away?

25         A.    I want to say 2017.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01     Q.    Okay.

02     A.    Maybe 2018, but I think it was 2017.

03     Q.    Okay.  So after Fersom Mortgage, Inc. was

04  created, do you know if Fersom C.A., LLC was still open

05  and operating?

06     A.    I believe it remained open because it had

07  outstanding loans.  So for the life of the loan, it

08  needed to stay open, but that's beyond my level.

09     Q.    And so did you work with Fersom C.A., LLC as

10  well?

11     A.    I don't recall, it is a possibility, but I

12  don't think so.  I --

13     Q.    Are you aware that as of 2022, you've been

14  listed as an authorized member of the company?

15     A.    Okay.  That doesn't surprise me.

16     Q.    And why doesn't that surprise you?

17     A.    The same reason because it didn't surprise me

18  with the Fersom Mortgage.  After my grandfather retired

19  and passed the company to my dad, I helped my father

20  with a lot of business things mostly because of language

21  barriers.

22         Some of it, because I had a little bit of

23  knowledge of the mortgage and real estate industry from

24  just working on -- in it.  So I was never an active

25  employee or active participant in it.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01          That's why I don't consider it -- or it's not

02     like fresh in my mind, right, like if you ask me what

03     was my last school address, I can tell you exactly, but

04     that I -- it was more like a family favor.

05          Q.   Okay.  And so those favors that you were doing

06     for the company, what were they?  Were they the same job

07     duties that you were performing for a Fersom Mortgage,

08     Inc., or any additional or different duties?

09          A.   I would say it was mostly translating for my

10     dad, possibly some loan origination and processing

11     paperwork.  But I think it was mostly explaining to my

12     dad, translating documents, and things, kind of to bring

13     him back into the loop of what the business was doing

14     and what he was taking on.

15          Q.   Okay.  So you've mentioned three individuals

16     who, you know, were performing work on behalf of Fersom

17     C.A., LLC, yourself, your father, and your grandfather.

18          Other than those three, are there any other

19     individuals who worked for the company?

20          A.   Are there any what?  Sorry, can you repeat?

21          Q.   Sure.  Are there any other individuals other

22     than yourself, your father, and your grandfather who

23     performed work for Fersom C.A., LLC?

24          A.   For Fersom C.A., I believe my uncle before he

25     passed away worked with my grandfather.  I don't know



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 47

```
01   the capacity or anything like that because that was
02   before I ever started -- my involvement with Fersom C.A.
03   I believe my uncle's wife also participated, again, I
04   don't know in what capacity.  To put it into context, my
05   uncle was blind, so his wife was his eyes.
06          So I don't know under which capacity, each one
07   did what, no idea, don't ask me.  I don't know dates but
08   I do recall childhood memories of hearing that he worked
09   there.
10       Q.   Got it.  What are the names of your aunt and
11   uncle that worked there?
12       A.   My uncle's name, Arturo Fernandez, and his
13   wife was Milagros Marante Fernandez.
14       Q.   Do you know anyone named, Christina Consuelo
15   Fernandez?
16       A.   That's my grandmother.
17       Q.   Okay.  So on the topic of similarly named
18   business entities, there was one more entity I wanted to
19   discuss with you related to Corina, the business, Corina
20   you were speaking about earlier.
21          So I know we spoke about Corina Investments,
22   Inc., as well as Corina Properties, LLC?
23       A.   Correct.
24       Q.   I found one more similarly named business
25   named, Corinas, Inc.  Have you ever heard of that
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 48

01  company?

02      A.   No.  Am I listed in it?  Corina is a popular

03  Spanish name.

04      Q.   Right.  Well, I mean, have you heard of that

05  company?

06      A.   No, not that I can think of.  Maybe I saw it

07  one time in Sunbiz listed when I was looking for my own,

08  but never paid attention to it.

09      Q.   Are you aware that you are the president of

10  that business and also the registered agent of that

11  business?

12      A.   I, no, Corinas, what is it called?

13      Q.   Corinas, Inc., and I -- no need to look it up

14  right now.  That's okay.  I really just want to --

15      A.   No, I'm just writing it down.

16      Q.   Sure.  Yeah, I really just want your testimony

17  to be based on your personal knowledge?

18      A.   Yeah, I'm confused, maybe at some point I

19  started it, I don't know why.

20      Q.   If you saw the articles of incorporation for

21  the business, do you think that would help reflect --

22  refresh your recollection?

23      A.   Perhaps, but I don't -- was it even renewed at

24  all or was it just registered and then nothing else?

25      Q.   Yeah.  Give me just a moment.  I'll pull up an



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 49

01  exhibit.  So hopefully, I can refresh your memory.

02  Okay.  Can you all see my screen?

03      A.   Yeah.

04      Q.   Okay.  So this document I pulled from Sunbiz,

05  it -- just so at the top --

06      A.   Yeah, I see it.

07      Q.   These are the articles of incorporation for

08  Corinas, Inc., this document was filed in July of 2013

09  listing --

10      A.   Yeah, 2013, that does refresh my memory, wait.

11      Q.   And scrolling down to the second page Article

12  7 of this document --

13      A.   Yeah, I do remember it now.  I did start that

14  the plan was to start an online store, selling gifts,

15  small gifts.  But I never did anything with that because

16  from 2013, my thought -- my son was born in 2012.

17           So I think I start -- thought of starting a

18  business, but never actually did it and then started

19  working elsewhere.  Yeah, now that, now I remember it

20  was the gifts.

21      Q.   Got it.  And this is --

22           MR. LAROU:  Madam Court Reporter, this is

23       going to be a composite exhibit, I'm going to

24       introduce one more piece to it.

25           (Thereupon, Plaintiff's Composite Exhibit 1



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 50

```
01          was entered into the record.)

02   BY MR. LAROU:

03       Q.   This is the current Sunbiz page for Corinas,

04   Inc. --

05       A.   Yeah.

06       Q.   Where --

07       A.   But it, yeah --

08       Q.   It does state that the company is inactive --

09       A.   Yeah.

10       Q.   But you know, you were listed as the

11   president, your father Orlando Fernandez is listed as

12   vice president and then as a second vice president.

13            There's a business entity called Fusion

14   Trading, LLC.  Have you ever heard of that company?

15       A.   Yeah, that was a company my dad had a long

16   time ago, I think, before he moved to the United States

17   even.  Yeah, but see, I never renewed.

18       Q.   And so since 2013, you know, have -- has that

19   company been active at all?

20       A.   No.

21       Q.   Okay.

22       A.   It never took off, I just registered it and

23   because I needed a business name to look at vendors or

24   whatever, but it never took off.

25       Q.   So going back to the articles of
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 51

01    incorporation, you know, who filed this document with

02    the Florida Department of State?

03         A.    Yeah, it was probably me.

04         Q.    Stop sharing.

05         A.    I had forgotten about that, Geez.

06         Q.    So let's talk a little bit more about Fusion

07    Trading, LLC, the entity that was listed as Vice

08    President for Corina, Inc.?

09         A.    Okay.

10         Q.    You stated that it was your dad's company,

11    what kind of business activities was that company

12    engaged in?

13         A.    It had -- I don't know exactly, but it had to

14    do with x-ray machines.  He was a distributor, not a

15    distributor, what would the word be?  He was the

16    middleman between the manufacturer and a buyer in

17    Venezuela.

18              So he handled the export of the machine, I

19    think that's what it was.  I'm not 100% sure, but I

20    think that's what the company was and it was my dad's

21    business.

22         Q.    Got it.  So --

23         A.    I don't think it -- go ahead.

24         Q.    Sure.  So it sounds like you know, primarily

25    medical equipment sales and exporting those x-ray


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 52

```
01   machines to Venezuela --
02        A.   Um-hum.
03        Q.   Okay.  Any other type of business activities
04   that Fusion Trading was involved in other than, you
05   know, brokering the sales of these x-ray machines?
06        A.   Not that I know of, no.
07        Q.   Okay.  Have you ever performed work for that
08   company Fusion Trading, LLC?
09        A.   I think I helped him at an expo, I came along
10   as an -- as his assistant or something like that at an
11   expo, but I was never an employee.  I don't know much
12   about the business.  I can't even remember dates about
13   it, just a vague memory of something like that.
14        Q.   So I'm not really extremely familiar with, you
15   know, the medical device sales industry --
16        A.   -- right --
17        Q.   Can you tell me a little bit more about the
18   expo that you helped him out with?  What were you
19   helping him do and what is an expo?  Can you just
20   describe the event to me?
21        A.   The expo was like a convention, there were
22   different brands showing their product.  So he was
23   meeting different vendors and looking at these products,
24   I don't know much about medicine at all.
25             And my -- he asked me to go with him because
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01 he wanted somebody that could translate for him to

02 Spanish and help him communicate.  So I just tagged

03 along.

04     Q.   Okay.  You had to guess about how long ago was

05 that?

06     A.   No, to me it was so trivial.  It was more like

07 helping out my dad, like, "Okay, I'll translate for

08 you."  I don't remember anything.

09     Q.   You have to estimate, would you say that was

10 within the last 10 years?

11     A.   Probably, but not sure.

12     Q.   So other than helping your dad with

13 interpreting from Spanish to English, English to Spanish

14 one time at an expo, you've never had any other

15 involvement with Fusion Trading, LLC?

16     A.   Not really because it wasn't my thing.

17     Q.   Are you aware that you have been listed as an

18 authorized representative of Fusion Trading, LLC from

19 2015 through the company's dissolution in 2019?

20     A.   Doesn't surprise me.

21     Q.   Well, the company was active in operating

22 Fusion Trading, LLC, did it have a principal place of

23 business?

24     A.   I think it was at the Viormar warehouse, I

25 think, I don't know.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q.   So other than your father and as I just told
02 you, you were listed as an authorized representative of
03 the company.  Other than you two, are you aware of any
04 other individuals who performed work for Fusion Trading,
05 LLC?
06      A.   Work?  No.
07      Q.   So no employees?
08      A.   No, he never had employees.
09      Q.   No other authorized members?
10      A.   Maybe my mom, but I don't think so I don't
11 know, or my sister.
12      Q.   Just a couple more businesses that I want to
13 speak with you about.  One is called Dorados Today, Inc.
14 Have you ever heard of that company?
15      A.   Yes.
16      Q.   How did you hear about that company?
17      A.   I can't remember how I met the lady that --
18 there was a lady that had a magazine in Doral or
19 something, something about Golden Age.  Can't remember
20 how I met her.
21           And we discussed probably going into business
22 together, starting a new magazine.  So we did start that
23 Dorados Today, but just like with Corinas Inc., it never
24 took off.
25           We never agreed on terms like partnership and



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 55

01  everything because it was with somebody else.  I don't

02  even remember the lady's name, so it never took off.

03      Q.   Would you remember her name, if you heard it?

04      A.   Probably.

05      Q.   Do you know if her name was Yolanda Cino?

06      A.   Probably, is that what's in Sunbiz?  I would

07  go with whatever Sunbiz says.

08      Q.   So you were mentioning that, you know, you --

09  the intent of that company in Dorados Today was to start

10  a magazine.  Did you and the lady you were working with

11  ever, you know, do any work towards publishing a

12  magazine?

13      A.   No.

14      Q.   Okay.  And did your father have any

15  involvement in the company?

16      A.   I think he did.  I can't remember in what

17  capacity.  I think it was a three-way partnership, but

18  we never agreed on the terms.

19      Q.   Okay.  Did your father ever contribute any

20  work towards Dorado Today?  And so can you tell me what?

21      A.   Nothing was done with Dorado, we just talked

22  about becoming partners and starting the magazine, but

23  we argued a lot about who was going to take on which job

24  and thus who was going to take on which percentage.

25           We were never -- never able to agree on a



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 56

01  number to put down into the agreement.  So we just

02  parted ways, non-existent, no money transaction,

03  nothing.

04      Q.   Did Dorados Today have a -- an office or a

05  principal place of business?

06      A.   I think it was supposed to be that Viormar

07  office.  I can't remember the name of the office, but

08  yeah, that that same office where Fersom was.

09      Q.   Got it.  So --

10      A.   Same address.

11      Q.   Got it.  So between 7880 and 7884 Northwest

12  55th Street, Doral --

13      A.   Yeah, whichever one is the unit to the right.

14      Q.   Got it.  You mentioned one additional company

15  earlier called, Clinitest.  Do you know the --

16      A.   Who?  Oh, Clinitest, yeah.

17      Q.   Yeah, do you know the full business name

18  listed in Sunbiz for that company?

19      A.   No, I don't know the full name, but I can

20  spell Clinitest for you and --

21      Q.   That would be helpful.

22      A.   Probably look it up, Clinitest,

23  C-L-I-N-I-T-E-S-T.

24      Q.   I see.  Okay.  So looking at Clinitest Sunbiz

25  page I see one result, it says Clinitest, LLC, under the


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    authorized individuals, I see your name listed as a

02    manager?

03        A.   Okay.

04        Q.   So did you work as manager for Clinitest?

05        A.   Yes, I did.

06        Q.   Okay.  What did you do in your capacity as

07    manager?  What were your job duties?

08        A.   I managed the office correspondence, vendors

09    like the Quest Lab and that type of thing, ordered

10    supplies.  It was office manager.

11        Q.   Got it.  What type of business activities was

12    Clinitest engaged in?

13        A.   It was specimen collection for lab work -- for

14    human lab work, So phlebotomy basically.

15             Phlebotomy and then we would do urine tests

16    and DNA test, all human.  Well, I think they did animals

17    too.

18             Not blood work though, but DNA test.

19             And so we were a collection spot.  We would

20    collect the specimens and send them out to the lab and

21    the lab would send us back the results.

22        Q.   So when Clinitest was active, where were you

23    working physically?

24        A.   In the lab or the -- it was more retail store

25    type, we called it a lab, but.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 58

```
01        Q.   Do you know the address of that location where
02   you were working?
03        A.   I know it was in Hialeah, I don't remember the
04   address.
05        Q.   Do you know if there was any other, you know,
06   headquarters for the company or other principal place of
07   business other than that Hialeah office?
08        A.   No, it was a franchise.  So my dad owned the
09   Hialeah franchise and so he owned it under his name
10   Clinitest, but it operated as Any Lab Test Now, that's
11   the name of the franchise company.  I believe they're in
12   Georgia.
13             There are other Any Lab Test's locations,
14   because again, that's a franchise, but my dad only owned
15   that one location.
16        Q.   Got it.  Did Clinitest ever operate out of the
17   Viormar warehouse or office?
18        A.   I don't think so.  No, it had its own rental
19   place in Hialeah.  It was a storefront.  Our neighbor
20   was a Dunkin Donuts.
21        Q.   Is there any reason you can think, you know
22   why Clinitest principal place of businesses listed as
23   7884 Northwest 55th Street?
24        A.   What comes to mind is after he sold the
25   franchise, he probably transferred -- he sold the
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   franchise but kept Clinitest.

02          So he probably transferred it to where he was

03   having all his other stuff, just to have an address for

04   it.

05      Q.   Okay.

06      A.   For mailing purposes and whatever, whatever

07   would come in after the sale.  But after he sold that

08   all the equipment, everything stayed with the new owners

09   and never did anything else with Clinitest.

10          MR. LAROU:  Got it.  Guys, I know we've been

11      going for a while.  Do you want to take a quick

12      lunch break?

13          THE WITNESS:  Yeah, I'd appreciate that.

14          MR. LAROU:  Yeah, of course.  How long would

15      you like, do you think, 15 minutes or longer?

16          THE WITNESS:  Could you give me 20?

17          MR. LAROU:  Of course, absolutely.  So we'll

18      go back on at 12:15?

19          THE WITNESS:  Okay.  I can stop my video

20      and--

21          MR. LAROU:  Of course.

22          THE WITNESS:  Yeah.

23          MR. LAROU:  All right.  I'll see you back in

24      20.

25          THE WITNESS:  Okay.
```

 **UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01          THE COURT REPORTER:  Thank you.  And we're off

02      the record.  The time is 11:55 A.M.

03          (Thereupon, a short discussion was held off

04      record.)

05          (Deposition resumed.)

06          THE COURT REPORTER:  We're back on the record.

07      The time is 12:19  P.M.

08   BY MR. LAROU:

09      Q.   Okay.  Ms. Fernandez, before the break, we

10   spent quite a bit of time talking about some business

11   entities that you may have been involved with over the

12   years and many of which -- most of which your father

13   were also involved or which operated out of the Viormar

14   warehouse.

15          So I want to talk a little bit more about the

16   warehouse located between 7880 Northwest 55th Street and

17   7884 Northwest 55th Street.  Do you know who owns that

18   property?

19      A.   Originally, my grandfather and now my dad owns

20   it.

21      Q.   During the past 10 years, do you know who's

22   been responsible for maintaining that property?

23      A.   My dad.

24      Q.   What type of maintenance work has your dad

25   performed at that property?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A.   Okay.  Let's go back.  Define your first
02  question.  Who is responsible for maintaining the
03  property?  Can you define that?
04      **Q.   Maintaining -- so sure.  Just, you know,**
05  **keeping up the property, you know, who takes out the**
06  **trash if a light bulb goes out, who changes the light**
07  **bulb.  There's a leaky roof, who fixes that?**
08          **Any kind of structural issues, general**
09  **maintenance and housekeeping of the property.  Was it**
10  **your dad that was -- that has been responsible for that**
11  **work during the past 10 years?**
12      A.   So he is responsible for the building.  He is
13  not a contractor.  He is not going to get up on the roof
14  and fix any of that stuff.  He will hire as needed.  He
15  had gardeners that came in and did all that.
16          He has a trash company that comes and services
17  the trash removal.  I know he's had a couple of roofers
18  there.  He had a -- an engineer of some sort a few years
19  ago for some major repair.
20          Can't remember what kind of repair it was, but
21  it was an engineer, so it was something big.  When we
22  were setting up Vida, it was in one of the warehouses,
23  the one on the far left.
24          We had a couple contractors come in and do the
25  walls and paint and do all of that.  He's had



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 62

01    electricians, the certified electricians come in.  So it

02    depends on the job.

03          He manages the property, he owns it.  He will

04    make the decision, and he will find the appropriate

05    service provider to complete the work as needed.

06    **Q.   Got it.  So you mentioned earlier your dad**

07    **lives with you up in Sanford, right?**

08    A.   Yeah.

09    **Q.   How long has he lived up there?**

10    A.   I think he moved in 2017 as well.  Yeah, it

11    was a month or two apart from me.

12    **Q.   So from the time that you moved up to Sanford**

13    **in 2017, you know, about how often or have you ever**

14    **returned to that warehouse and visited it?**

15    A.   Me, yes, I returned, I go at least once a year

16    to Miami for different reasons and we always stop by and

17    check it out.  My dad, I know he does go there more

18    often and there was a time when he was going there a lot

19    for different reasons.

20          But always looking at the warehouse because

21    there was a new tenant in the left corner that needed

22    something and different things for the building.

23          I don't really know because he just goes and

24    takes my mom and they go and they visit the warehouse

25    and do whatever needs to be done, yeah.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 63

01      Q.   So you mentioned there were tenants there at

02   the warehouse.  Do you know the names of those tenants

03   that have been in the warehouse maybe within the last 10

04   years or so?

05      A.   Yeah, the most recent one is Carlos.  Well, I

06   can't remember his last name.  He has an auto mechanic

07   shop and I can't remember the unit number, but it's the

08   one on the far left.

09           The one in the middle is occupied by Dennis

10   without authorization and he's not vacating.  So we

11   haven't been able to rent that out.  We're losing a lot

12   of money on that.

13           And the one on the far right, the little

14   office also occupied by Dennis.  Also not making us any

15   rent.

16      Q.   Do you know how long Dennis has been occupying

17   that warehouse and the office?

18      A.   He's been there for a very long time, very,

19   very long time.  My grandfather brought him in.  I don't

20   recall the details because I wasn't there, but after the

21   Limo company moved out -- so at the beginning Dennis was

22   friends with a Limo company and my understanding -- and

23   my grandfather had his, okay, so three units, right?

24   The one on the left was rented out to somebody, I can't

25   remember who it was.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                        Page 64

01          The middle was the Limo company, and the right

02     is the little office that my grandfather had his

03     business in and my dad was working there, etc.

04     So the Limo company guys were friends with Dennis.

05          And I can't remember how it started that my

06     grandfather said that he could -- not said, but asked

07     the Limo company, if they could let him sleep indoors

08     because he was sleeping outside under a car, a tree or

09     whatever because he felt bad for him, he was homeless.

10     And because they were friends and had the approval for

11     my grandfather, he started living in there.

12          This was always the idea to get him off the

13     street and after the Limo company left, he just stayed

14     there and he pretty much took over the entire warehouse,

15     always with a million excuses.  And then later on when

16     the office was vacated, I remember that my dad spoke

17     with him about having him move into the little office so

18     that he can vacate the big warehouse, the middle one, so

19     we can rent that out.

20          And instead of moving his stuff all to the

21     little place, he took out both.  And we were without

22     rent and still are, and by way I mean my dad, because he

23     never left, it just took over.

24     **Q.   If you had to estimate, about how long ago did**

25     **Mr. Aneiros move into the office and the warehouse?**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 65

```
01        A.   I would say it was -- I can't remember.
02   Sorry, I have my son's phone.
03        Q.   That's okay.  And if --
04        A.   It was around -- hold on.  Because I'm trying
05   to think, I think it was around the time when the
06   magazine thing was going on a little bit after that
07   because the magazine was supposed to go into that
08   office.
09             So it was probably like six or eight months
10   after that, maybe a year after the magazine.
11        Q.   And so --
12        A.   What day does Sunbiz say --
13        Q.   Yeah, so looking at Sunbiz, I see Dorados
14   Today was incorporated back in 2015 --
15        A.   Okay.  So it was, yeah, when --
16        Q.   -- February 2015?  February?
17        A.   Yeah.
18        Q.   Okay.  So if you had to estimate, you know,
19   Mr. Aneiros moved into the Viormar warehouse, you know,
20   in 2015, maybe mid 2015, May or June --
21        A.   Mid to late 2015, that's what I would
22   estimate.  And the only reason I know that is because
23   the magazine was supposed to go into that office, but it
24   didn't.
25             And so after that, a few months after that,
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  that's when we're like, "Okay, we need to rent the

02  warehouse, so please empty it."  And then it was very

03  dramatic about not having anywhere to live and going

04  back in the streets and whatever, so.

05      Q.    Let's talk a little bit more about Viormar.

06      A.    Um-hum.

07      Q.    So what type of business activities does

08  Viormar engage in?

09      A.    None.  The only reason Viormar exists is

10  because my grandfather incorporated it so that he can

11  own the building as a corporation and not in his name.

12          But Viormar doesn't -- well, I don't know if

13  that's true though.  I don't know the history of it

14  because I was a baby, but I know that the only thing

15  that in my memory, and I'm in my 40s, Viormar has been

16  just the warehouse.

17      Q.    So it's your understanding that Viormar

18  Trading exists just for the purpose of owning a

19  warehouse?

20      A.    My grandfather was a businessman, so I don't

21  know why he started it.  As I said, he started it when I

22  was a child.  So I don't know the history of it, but my

23  involvement as an adult is knowing that the only

24  operation that Viormar has in my adult life is just

25  owning the warehouse.  I think at some point -- I don't



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 67

```
01   know.
02        Q.   Are you saying -- at some point, what?
03        A.   At some point, he probably did run a business
04   with it, but I don't know.  Again, I was a child when
05   -- my grandfather's deceased, so.
06        Q.   Understood.  Have you ever had any involvement
07   with Viormar Trading Corporation?
08        A.   I'm probably listed on the thing also I don't
09   know, wouldn't surprise me, but no, because the -- it
10   doesn't do anything Viormar.  It just collects the rent
11   from, right now, the one tenant that we have and that's
12   it.
13        Q.   Have you ever performed work for Viormar?
14        A.   No.
15        Q.   Are you aware that you are listed as the Vice
16   President of Viormar Trading Corporation?
17        A.   As I mentioned, doesn't surprise me, yeah.
18        Q.   Okay.  I want to share a document with you.
19             This is the document on my screen, it's the
20   document that we obtained from Viormar and your father
21   in response to our written requests for production --
22        A.   Okay.
23        Q.   -- this lawsuit.  The -- this document, you
24   know, I'll represent to you is the articles of
25   incorporation for Viormar?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A.   Yeah, filed February '79, that's before I was

02   born.

03      **Q.   Me too, me too.  So scrolling down to the**

04   **fourth page of this document under Article 2 which is**

05   **titled, Purpose.**

06      A.   Um-hum.

07      **Q.   It has a few stated purposes of the company,**

08   **right --**

09      A.   Okay.

10      **Q.   And can you read this?  Just let me know, if**

11   **you need me to zoom in?**

12      A.   Yeah, can you please zoom in?

13      **Q.   Of course.**

14      A.   Okay.  "Purpose of the company is to invest

15   its assets and security, including shares and other

16   certifications of participation and bonds, as well as

17   other claims for interest bearing debt.

18           However, denominated and in all forms to

19   acquire revenues."  I have to read the whole thing.

20      **Q.   You don't have to read it out loud --**

21      A.   "Revenues, royalties, considerations, paid for

22   technical assistance."  Okay.  "C, to acquire own

23   alienate -- alienate manage rent, lease, mortgage, or

24   otherwise encumber real estate, real property and/or

25   rights or interest of the company and such real



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 69

01   properties."  That would make sense for the warehouse,

02   right.

03            "The trade something, it's blank, including

04   the wholesale trade, the intermediate trade and the

05   trade of futures, as well as import and export of raw

06   materials, minerals, metals" -- oh my goodness,

07   organic--

08       Q.   Let me pause you for a second.  So I want to

09   pick this apart a little bit?

10       A.   Okay.

11       Q.   Let's start with the first purpose listed

12   under Paragraph A of Article 2?

13       A.   Okay.

14       Q.   Which states that, you know, one of the

15   purposes of Viormar is to invest its assets in

16   securities, including, you know, shares and bonds?

17       A.   Okay.

18       Q.   During the time that you have been vice

19   president of Viormar, are you aware of the company

20   investing assets in securities such as shares or bonds?

21       A.   No, the company doesn't have any cash.

22       Q.   Do you know when you became vice president of

23   Viormar?

24       A.   No.  I would assume when my grandfather

25   retired and my dad took over, but I couldn't tell you.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                          Page 70

01      Q.   Okay.  During the past 10 years, are you aware
02  of Viormar acquiring the rights to copyrights, patents,
03  or other designs, marks --
04      A.   No.
05      Q.   And in the past 10 years, are you aware of
06  Viormar acquiring royalties, including rentals in
07  connection with motion picture films or for the use of
08  industrial or scientific equipment?
09      A.   No.
10      Q.   And the last one I want to ask you about
11  listed as Paragraph D under Article 2.
12      A.   Um-hum.
13      Q.   During the past 10 years, are you aware of
14  Viormar acquiring or engaging in trade of raw materials,
15  minerals, metals, organic materials?
16      A.   No, not at all.
17      Q.   Okay.
18      A.   Last 10 years, it's just been the lease.
19      Q.   Okay.  Referring back to the exhibit I just
20  showed you, it stated that the company was created in
21  Curacao.
22      A.   Um-hum.
23      Q.   Are you aware of that?  Did you know the
24  company was created there?
25      A.   No.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01     **Q.    Do you know if the company still engages in**

02  **business in Curacao?**

03     A.    Can you define engages in business?

04     **Q.    Purchases, sales, shipments --**

05     A.    No.

06     **Q.    Communications related to business activities?**

07     A.    No.

08     **Q.    Does Viormar currently operate -- strike that.**

09  **Within the past 10 years, are you aware of Viormar**

10  **operating in any location outside of the State of**

11  **Florida?**

12     A.    No.  The only operation that Viormar has is

13  renting the business to whatever tenant we currently

14  have in one of the units, collecting that rent, paying

15  the taxes, keeping up the property and that's it.

16  Viormar does not operate business.

17     **Q.    You mean exclusively within the warehouse that**

18  **we've been talking about?**

19     A.    Within the warehouse under the name Viormar,

20  all of it.

21     **Q.    Do you know who's responsible --**

22     A.    -- it does not have business, it does not have

23  clients, it does not make any money at all for a very

24  long time, except for only collecting rent from the

25  warehouse unit rented.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01          That's the only "business" that Viormar has.

02   And it's local business, it's the mechanic guy, the Limo

03   company when we had that.  That makes barely enough

04   money to cover the taxes as far as I'm aware.

05          Q.   Can you tell me the name of all business

06   entities or companies that Viormar has engaged in

07   business with during the past 10 years?

08          A.   Other than our own businesses registering that

09   warehouse as a office, a location, the tenants that I

10   can recall are the mechanic guy Carlos, I don't know the

11   name of the -- his company.  There was the Limo guy,

12   Jesse Limo.

13          There was a guy named Rodobel, and I can't

14   remember the name of his company.  But he did something

15   with computer pieces was a distributor or something of

16   computer pieces.  I can't remember what it did.  That's

17   as far as I can go.

18          Rodobel was there for a very long time and

19   then he downsized and the Limo came in, then the Limo

20   left.  We were there alone for a long time.  And then

21   the mechanic guy, Carlos, that's all I can remember,

22   before Rodobel, I don't know.

23          Q.   What was that name?  Could you spell that for

24   me? I'm just not sure if I'm understanding correctly?

25          A.   The name of the tenant, not the -- not his


UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 73

01   company.  I can't remember his company name, but the

02   tenant, he was Rodobel, R-O-D-O-B-E-L, Rodobel.  Some

03   distribution of little parts.

04        **Q.   Or computers I think you said?**

05        A.   Computers, I don't remember.  It was like, it

06   was a little bit of everything.  It was like tiny little

07   light bulbs and cables.  All I remember is seeing the

08   debris in the floor and he would move boxes and stuff

09   around.

10        And then the Limo company, Jesse Limo, that I

11   do remember, he was there for a few years also.  His

12   name is Jesse, but I don't know his last name because

13   again, I didn't really work for Viormar.  I don't know

14   any of that information.

15        **Q.   So as vice president of Viormar Trading**

16   **Corporation, do you know if the company has ever done**

17   **business outside of the U.S. or outside of the State of**

18   **Florida?**

19        A.   Ever is a very long time, I cannot answer that

20   because again, it was started before I was even born.

21   In the past 10 years, no.

22        **Q.   Have you ever heard of Viormar doing business**

23   **outside of the State of Florida for the past 10 years?**

24        A.   I don't know, my grandfather, as I said, was a

25   businessman, but I don't know the details of his



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  business life and how he operated or any of that.  I was

02  a child and it's my grandfather's stuff, I have no idea.

03      Q.  Yeah.  I guess it's just a little confusing to

04  me, you know, if the only business purpose of Viormar

05  would be to rent out this warehouse here in Florida, why

06  would he have created the business in Curacao?

07          So the question for you is, do you -- what's

08  your understanding of why the business was created in

09  Curacao?

10      A.  I don't know.  Honest answer, I don't know.

11          I would assume that he had a good reason to do

12  it.  He was advised to do it for whatever purpose that

13  the company continue on with the original purpose or

14  transform?  You would have to ask him.

15          But he's deceased, so I don't -- I honestly

16  can't answer that.  Again, I wasn't born when he started

17  the company, so I don't know any of that.

18      Q.  As vice president of Viormar Trading

19  Corporation, can you tell me -- first off, are you an

20  owner of the company?

21      A.  No.

22      Q.  Can you tell me the current owners of Viormar?

23      A.  I would say it's my father alone.

24      Q.  How about during the past 10 years?  There any

25  -- have there been any other owners or shareholders of



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 75

01    Viormar, other than your father?

02         A.    The original owner was my grandfather and he

03    left everything to my dad because he was his only

04    survivor.  And by everything I mean also his debts.

05         Q.    Okay.  I want to share one more document with

06    you.  Okay.  Ms. Fernandez, are you able to see my

07    screen?

08         A.    Yeah.  Can you make it bigger, please?

09         Q.    Of course.  So this is a document that we

10    obtained from Viormar during our written discovery

11    request in connection --

12         A.    Okay.

13         Q.    -- with this lawsuit, I'll represent to you

14    that this is or information return filed by Viormar in

15    2022.

16         A.    Okay.

17         Q.    Scrolling down to the second page of this

18    document under Schedule B, Part 1 this document lists

19    U.S. shareholders of Viormar Trading Corporation.

20            Under this section, there are three -- in

21    addition to your father, there are three other

22    shareholders listed U.S. shareholders, Curacao

23    Corporation, Netherlands Antilles and Bearer.  Have you

24    heard of any of these companies?

25         A.    No.  Curacao Corporation and Netherlands


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  Antilles, Bearer, I don't know who those are.  My

02  understanding is that in Curacao you have to have a

03  local representative, I think is what they call it.

04  I'm not sure.

05          At least as a minor owner or manager or I

06  don't know what the figure is because it's legal stuff

07  from a different country that I don't really know.

08          But I do know that it has to have somebody

09  from Curacao involved in order for it to stay active.

10  It's not like you're in Florida.  You can just go to

11  Sunbiz and open a sole proprietorship.  For an LLC as a

12  foreigner, they need somebody.

13          So I don't know, I would assume that this is

14  somebody that my grandfather had in place, I don't know

15  who they are.  And it seems like it's a minor share.

16      Q.   Got it.  So as Vice President of Viormar

17  Trading Corporation, you're unaware of who these

18  shareholders in your company are?

19      A.   Yes.

20      Q.   Okay.

21      A.   Are they Florida companies?  I don't know who

22  they are.

23      Q.   So scrolling down to -- scrolling down to the

24  seventh page of this document.  Under the section listed

25  Part 2, this section of the document lists 25% foreign



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 77

01    shareholder.

02            Again, naming Netherlands Antilles listing a

03    second 25% foreign shareholder as -- Services, Curacao

04    N.V.  Have you ever heard of that second company that I

05    just said?

06        A.    No.  And that's 50% of the company, that's a

07    lot of percent.  I don't know who these people are.

08        Q.    But is it your understanding that, I mean, I

09    know you just told me you don't know who these companies

10    are, but are you aware of these companies having any

11    involvement with the business activities of Viormar?

12        A.    No.  The -- I don't know the name of the

13    company.  I would assume it's one of these, local

14    representative is more for the local, the equivalent of

15    Sunbiz.  So kind of like a -- in Sunbiz, what is it that

16    they call it, the agent, the --

17        Q.    The registered agent?

18        A.    Registered agent.  I think that's the

19    equivalent of what it is.  I don't know why it says 25%

20    for each of them.  That's a lot because they don't do

21    any business.

22            They don't -- they're not supposed to own

23    anything.  That would be a question for the accountant

24    that prepared that document.

25        Q.    That was going to be my next question.  Are



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 78

```
01  you aware of who prepared that?

02       A.   No.

03       Q.   For an Information return that I just showed

04  you?

05       A.   No.  I know he recently had to hire somebody

06  new, but I don't.  As I mentioned before, I don't manage

07  or handle any business for Viormar.  So I don't know any

08  of this stuff.  I guess, I am -- the TV show designated

09  Survivor comes to mind.  I guess that's why I'm in named

10  in all these things but, right.

11       Q.   Got it.

12       A.   Yeah, I don't know.

13       Q.   I want to go back to Mr. Aneiros for a second

14  in his living situation at the Viormar warehouse.

15       A.   Um-hum.

16       Q.   Did Mr. Aneiros ever pay rent there at the

17  warehouse?

18       A.   No.  Sorry.

19       Q.   Okay.  Have -- do you know if your father's

20  ever asked him to pay rent?

21       A.   No.

22       Q.   No, as in your father has never asked him to

23  pay rent or no, you don't know?

24       A.   As far as I know, he never asked.

25       Q.   And as far as you know, did your grandfather
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                 Page 79

```
01   ever ask Mr. Aneiros to pay rent at on Viormar

02   warehouse?

03        A.   No.

04        Q.   So was Mr. Aneiros just permitted to stay in

05   the warehouse for free, nothing in exchange?

06        A.   He was living under tree, my grandfather felt

07   bad for him, wanted to help him as a gesture of kindness

08   and being a good Christian.

09             Originally, he was in the Limo warehouse with

10   the permission, obviously of the Limo company guy, owner

11   person.  And it was always intended as temporary until

12   he could get on his own feet and find a place on his own

13   because it was basically a charity case.

14             They never asked him for rent.  Actually I

15   remember feeding him and buying him food and jackets and

16   shoes and stuff.  Trying to help him out financially or

17   otherwise to get him on his own two feet so that he

18   could move on with his life.  I don't know why he ended

19   up homeless but yeah, an act of charity became a big.

20        Q.   Do you remember about how long ago it was that

21   you were helping Mr. Aneiros with feeding him, buying

22   jackets, those things you just mentioned?

23        A.   Over the years.  When we had -- when we had

24   Vida, we would give him lunch pretty much every day.

25             He would sit at the table with us.  We would
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 80

01    bring food from home.

02          We had a little microwave there and we would

03    just invite him over because over the years, he just

04    hung around.  He never left and very chatty.  And we

05    kind of adopted him as a friend.  And we knew that he

06    was having financial difficulties.

07          So he would always have jobs here and there or

08    whatever and go on his own life.  But then he would come

09    and tell us that, oh, it's been hard, I can't find a

10    job, you know, there's no, whatever it is that he was

11    doing.

12          So he would complain a lot about not having

13    food or any of that stuff.  And so we would help him out

14    because again, charity became -- a charity case became

15    what we thought was a friend.

16          So we just tried to encourage him to get on

17    his own two feet.  But, you know, the saying, you give

18    them a finger and to take the whole hand.  The way we

19    feel is we gave them the finger and he took the whole

20    body, whereas trying to, so.

21          Over the years, not paying any rent, he's

22    still homeless unless he's living at the warehouse for

23    free.

24          I mean I don't understand the situation.

25    Q.   Have you seen Mr. Aneiros after the time that



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    you moved up to Sanford in 2017?

02         A.   Yeah.  I saw him a couple of times.

03         Q.   About how many -- about how many --

04         A.   I don't know because I would say that I would

05    go to Miami at least once or twice a year and always

06    stop by the warehouse.  And at the beginning we were

07    friends, so we would still even talk on the phone or

08    whatever.  I remember distancing myself from him more

09    particularly in 2019.

10              But even since then, I've seen him at the

11    warehouse every time I visit because he's always there.

12         Q.   Is there a reason that you started to distance

13    yourself from Mr. Aneiros in 2019?

14         A.   Yeah.  He called me several times in the

15    middle of the night drunk, expressing his feelings for

16    me, very inappropriately.  So yeah, drunk, 2 o'clock in

17    the morning, 3 o'clock in the morning, random nights.

18    I was married already and he was still calling, so.

19         Q.   Got it.  So it sounds like you and your family

20    became frustrated with Mr. Aneiros after a while but,

21    you know, he has been living there for I guess, past 10

22    years or so right?  Is that -- that's correct?

23         A.   About right, yeah.  And for as long as he's

24    been there, we've been trying to encourage him to get

25    out because that is not residential.  And that was



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  always from the beginning.  This is not residential.

02          We're just helping you out till you get on

03  your own two feet.  There's no shower, there's nothing,

04  it's not residential -- it's not residential.

05          You need to move on, go live with your

06  brother, go live with your parents, find an apartment,

07  rent out a room, whatever, something appropriate.  The

08  intention was always to get him off the street, but he

09  just never left.

10      **Q.   Do you know when was the first time that you**

11  **or anyone from your family started asking Mr. Aneiros to**

12  **leave?**

13      A.   From the beginning, as I said, my grandfather,

14  when he let him in with a Limo guy, it was just to help

15  him out.  But that was a tenant, I mean, it was a

16  business running there.

17          So it was never intention for him to live

18  there permanently.  It is not a residence or a

19  residential place.  It is not equipped to be a

20  residential place.

21  There were tenants there.

22          So an act of charity of trying to get him from

23  sleeping under a tree or whatever became him literally

24  moving in and bringing furniture in and not leaving.

25  Excuse me.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01              And he always has an excuse, but he's a grown

02    man.

03              He's had 10 years to get his act together and

04    move out knowing full well that it's a warehouse.

05         Q.   Do you know if Mr. Aneiros has ever performed

06    any maintenance work at the warehouse?

07         A.   Yeah.  I think he fixed the little toilet or

08    something, he's done paint jobs, little things.  Mostly

09    the unit where he's living in to fix it up for himself

10    and make it more comfortable for himself, but we never

11    asked him to do any of that.  He just offered to do it

12    because it was convenient to him.

13         Q.   Do you remember about how long ago it was that

14    Jesse's Limousines moved out of the warehouse space?

15         A.   No, I don't.

16         Q.   So if, for instance, a light bulb went out at

17    the property, you know, after the time that Jesse's

18    Limousines left until now, would change that light bulb?

19         A.   Depends on which light bulb, if it is within

20    the unit that's rented out, it's the tenant's

21    responsibility.  If it's one of the outside ones, it's

22    my dad's responsibility.

23         Q.   Okay.  So would your dad get up on a ladder

24    and, you know, visit the warehouse change the light

25    bulbs?
```


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 84

```
01        A.   I -- when he was there, I don't recall that

02   type of work.  As I said, there was a big problem with a

03   roof and he would get contractors, an electrician, that

04   type of thing.

05            Little maintenance work, I don't recall any of

06   that little mundane things other than, as I said, a

07   leaky toilet and we would hire either our air

08   conditioning company or a plumber if it was something

09   big.

10            In a couple of instances I do recall that we

11   were talking about it at the table, eating lunch,

12   feeding Dennis from our table and saying, there's a leak

13   or whatever, I can't remember exactly what it was.

14            And he is like, I'll take care of it, as a

15   friend, never charged, never mentioned anything.  It was

16   not a permanent job, and somebody that, my friend knows

17   how to do this, I have this problem and he's offering,

18   so why not, right?

19        Q.   Other than --

20        A.   I don't recall --

21        Q.   Other than the leaky toilet that Mr. Aneiros

22   fixed, is there any other kind of maintenance or repair

23   work that you're aware of that he did at the Viormar

24   warehouse?

25        A.   The one thing that I do think he was involved
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   with was emptying out the warehouse that he took over,

02   where the Limo was.  He brought in a whole bunch of junk

03   and tools and stuff like that.

04          And I do remember that my dad said, hey, you

05   have to empty this out because I want to rent it out.

06   And it was mostly his stuff.  I know that was a big

07   issue.

08          He has dogs there, and the dogs are a big

09   issue.  And he was asked to move the dogs.

10          He's not allowed to have the dogs.  That was a

11   big issue is still, well, now we can't talk to him

12   because of this whole thing, but yeah.

13     **Q.   Do you know if there are any security cameras**

14   **at the Viormar warehouse?**

15     A.   Not that we installed.

16     **Q.   Are there any security cameras at the**

17   **warehouse that anyone else installed?**

18     A.   I've heard that Dennis installed some on his

19   own terms, but we don't operate them.  We didn't ask him

20   to do that.  That's just something that he said he had

21   done it, but I don't know.

22     **Q.   Do you know if Mr. Aneiros has ever done any**

23   **type of construction work or demolition work at the**

24   **Viormar warehouse?**

25     A.   I don't know about construction work.  Demo



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   work he offered to take down an office or a wooden wall

02   or something.  At some point, I don't know the story of

03   it, but yeah, there was something about a wall.

04           However, my understanding is that wall is

05   still there and that's where he has the dogs, so.

06       **Q.   So earlier you were mentioning that, you know,**

07   **there was at least one occasion where Mr. Aneiros helped**

08   **you collect rents from tenants at plaza through your own**

09   **company.**

10           **Are you aware of Mr. Aneiros assisting Viormar**

11   **in collecting rents tenants at the warehouse?**

12       A.   He would not have had to collect rents.  Why

13   would he need to collect rents?  I'm not aware of that.

14       **Q.   Who --**

15       A.   Go ahead.

16       **Q.   So who from Viormar was responsible from**

17   collecting rent from tenants of the warehouse?

18       A.   My father or my grandfather before that.

19       **Q.   Okay.  So would -- your father would go to the**

20   warehouse, take a check from the tenant?

21       A.   Um-hum.

22       **Q.   So as far as you're aware, has Mr. Aneiros**

23   ever assisted your father in collecting rent from

24   tenants at the warehouse?

25       A.   I don't think So because it's not something



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   that makes sense to me.  My dad was there in the office

02   every day.  He was at the warehouse every day.

03          And before that, my grandfather was at the

04   warehouse every day.  So he would just knock right next

05   door in the, you know, the office next door.

06       **Q.   Yeah, that makes sense.**

07       A.   And they always have a good relationship with

08   the tenants.  So it doesn't make sense to me that Dennis

09   wouldn't need to be asked to do any of that.

10       **Q.   What about after the time that your father**

11   **moved up to Central Florida in 2017, who would collect**

12   **rent payments after that?**

13       A.   I am not 100% certain, but I believe the

14   tenant mails the check to my dad.  I'm not 100% sure.

15       **Q.   Have you ever heard of Mr. Aneiros mailing**

16   **checks to your dad?**

17       A.   Not mailing checks, but Mr. Aneiros, because

18   he was living in the office where all the businesses

19   were listed as operating from.  He offered to take the

20   -- to keep getting the mail from that mailbox and

21   putting it in an envelope, all of the mail, putting it

22   in an envelope and forwarding it to my dad.

23          He was not supposed to open the mail, read it,

24   do anything about it, other than just put it in another

25   envelope and forward it.  And my understanding of that


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01 is that it was a favor that he was just going to do

02 because he was living there for free.

03          So we were friends, we were taking care of

04 him, we were feeding him, and he was like, why are you

05 going to pay for somebody when I can do this, no

06 problem.

07      **Q.   And so we've spoken about some of the work**

08 **that Mr. Aneiros has done at the Viormar warehouse,**

09 **including, you know, fixing leaks, cleaning out the**

10 **warehouse, installing security cameras, doing some light**

11 **demolition work --**

12      A.   Let me clarify, not cleaning the warehouse,

13 pretending that he's cleaning the warehouse.  If you've

14 -- if you haven't been there, the last time I went it

15 was a difficult site to see, the way he has the filth,

16 the smell, the trash everywhere.

17          I mean, no, he doesn't do anything.  He just

18 brings -- he hoards things and gets random things and

19 takes them and leaves them in the warehouse and

20 literally he has filled up an entire, I don't know how

21 big the warehouse is, 1500 square feet, I don't know,

22 14, I don't know.  With trash and garbage and has those

23 poor dogs living in there and it's a filth.

24      **Q.   Got it.  Okay.  So back to my question, other**

25 **than, you know, some of the work that we just talked**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 89

01    about, including fixing leaks at the Viormar warehouse,

02    installing security cameras, doing some work --

03         A.    He was never asked to install the cameras.

04         Q.    Can you please, let me finish my question --

05         A.    Yeah, go ahead.

06         Q.    Okay.  So other than the work that we just

07    talked about, that Mr. Aneiros was performing at the

08    Viormar warehouse, including fixing leaks and digging

09    out the warehouse after Jesse's Limos left, you

10    mentioned earlier installing the security cameras, doing

11    some demolition work, forwarding the mail to your

12    father.

13           Is there any other work that you can think of

14    that Mr. Aneiros has performed at the Viormar warehouse

15    or for the benefit?

16         A.    The only work that I am aware that Dennis has

17    done and he always offered to do it as a favor because

18    we were taking care of him, was minor repairs, like the

19    leaky toilet and forwarding the mail, I don't know,

20    small things like that.

21           The cameras, he was never asked to put the

22    cameras to install cameras to buy cameras.  He was never

23    asked to spend money on the warehouse.

24         Q.    Are you aware of Mr. Aneiros ever painting the

25    warehouse?



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 90

```
01        A.    Yeah.  I think he painted the place where he's

02   living the office but it was on his own terms.  He was

03   never asked to do that, that I know of.

04        Q.    Do you know if Mr. Aneiros has ever painted

05   the outside of the office or the outside of the

06   warehouse?

07        A.    The outside of the warehouse, I can't rem -- I

08   know it was painted.  I want to say that it was painted

09   by a company because they needed ladders and stuff to

10   get all the way up because of the height of it.  I do

11   know that he painted a logo on one of the doors for

12   Vida.

13             And he did that as a favor.  He claims that

14   he's an artist and he said, I'll paint it for you, that

15   way I can say, you know, show it as my work as kind of

16   like a portfolio job.

17             So it was -- he did it for free in exchange

18   for us letting him take pictures of it and use it for

19   his own marketing, I guess, of his art.

20        Q.    So I want to go back to some of the other

21   companies that we spoke about earlier that you and your

22   father are listed as authorized individuals and most of

23   which the principal place of business listed as the

24   Viormar warehouse.

25             So I want to go through these one by one.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    Start with Corina's, Inc., and I know earlier you said

02    that Mr. Aneiros had helped you out with collecting some

03    rent from tenants for Corina Investments, Inc.  Had Mr.

04              -- has Mr. Aneiros ever helped you out with

05    work for Corina's, Inc.?

06         A.   Corina's, Inc or Corina's Investments, Inc.?

07         Q.   Corina's, Inc?

08         A.   No.  As I said, Corina's, Inc. was supposed to

09    be a gift shop and it never took off.

10         Q.   And how about Corina Properties, LLC?

11         A.   Same thing, it never took off, that I recall.

12         Q.   As far as --

13         A.   And even if it did, he wouldn't have done any

14    work for that because from what I recall, that was

15    supposed to be for property in Central Florida and he

16    lives in Miami, so he wouldn't -- he wouldn't do any

17    work for that.

18         Q.   Next Fersom Mortgage, Inc., which, you know,

19    again, has both yourself and your father listed as

20    officers of the company and which lists the company's

21    principal place of business as the Viormar warehouse.

22              Has Mr. Aneiros ever performed work for Fersom

23    Mortgage, Inc.?

24         A.   No.  It was a mortgage company, no -- or let

25    me rephrase, not that I know of.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                Page 92

```
01        Q.   As far as you know, has Mr. Aneiros ever

02   performed work for Fersom CA, LLC?

03        A.   No, that I know of.

04        Q.   Next Fusion Trading, LLC, are you aware of

05   Mr. Aneiros ever worked for that company?

06        A.   Not that I know of.

07        Q.   Next Vida Medical, LLC, I know you mentioned

08   that Mr. Aneiros painted the logo on the warehouse for

09   Vida?  Other than that --

10        A.   No.

11        Q.   Other than that, has Mr. Aneiros ever

12   performed work with the company or for the benefit of

13   the company?

14        A.   Not that I can remember because I know that

15   inside there was another guy that I hired, yeah.  No, I

16   don't recall, Dennis is doing anything for Vida.

17        Q.   Would Vida ever go to --

18        A.   Well, Vida -- hold on.  Vida, maybe he did

19   help, like moving some boxes or something like that, I

20   don't know.  But it was always -- it was not a job, it

21   was more like, hey, buddy, can you help me out?  Yeah.

22        Q.   Did Vida Medical, LLC ever attend any trade

23   shows?

24        A.   Yeah.  And that's when he would've helped --

25   that's when he would have helped move the boxes or
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 93

```
01   whatever.
02       Q.   So what exactly would you do at those trade
03   shows?  Just because I've never been to one, I don't
04   really know what happens.
05       A.   We would have a booth about 8 x 8 or 10 x 10,
06   something like that, can't remember because every trade
07   show is different.  And we would put some sample
08   products on display and marketing materials, flyers and
09   such and it was a marketing event for us.
10           It was just displaying the products and trying
11   to find customers and I was the one handling those
12   expos, so yeah.
13       Q.   Who would put -- who would put those displays
14   together?
15       A.   I put them together with a lot of sweat and
16   tears, and Dennis did help me.  My dad would help me, my
17   sister came a couple of times.  It was a family thing.
18   It was just us doing it.
19           The company never had enough money to pay for
20   the help.  So we put this sweat in your elbow grease,
21   you would call it.
22       Q.   Right.  So would you have to actually, you
23   know, physically construct those displays?
24       A.   No.  It was like Lego pieces, it would just
25   bring, one of the pieces was a chair.  So it was just
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 94

01  bringing the chair from the van into the warehouse and

02  they had -- not the warehouse, the convention center and

03  they always had like trolleys and stuff like that.

04  So you can just put the stuff in there and move it.

05          I would put a background kind of like, you

06  know, photographers, they have the fabric backgrounds.

07  It's like a curtain.  I would put that up and a rug that

08  I got from Home Depot.

09          The displays were all like popup displays and

10  like, just little popup displays things for literature

11  and stuff that we would get at Amazon or Home Office

12  Depot or whatever.

13          So it was just putting it all together and

14  kind of like retail display, think of it that way.

15      Q.   Got it.  That makes sense.  So Mr. Aneiros

16  would just help you put it all together, set that up?

17      A.   Yeah.

18      Q.   Okay.  And about how often would you --

19      A.   No.  We did, I think only two shows, two,

20  maybe three, but I remember two clear -- clearly.

21      Q.   Got it.  I forgot to ask you earlier, what

22  type of products were you marketing for Vida?

23      A.   Vida was the, you know, the chairs that are

24  recliner, electric recliner, but they also bring you

25  forward for people with mobility problems.


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01          So it would kind of lift them up so they

02    didn't have to physically get up themselves from the

03    chair.

04    We sold the base for a shower floor that was roll in.

05          It's what they call roll in so that people in

06    a wheelchair can literally just roll into the shower.

07          And it was the base, so it had the dips, so

08    that the water wouldn't fly out.  Assistant devices

09    like, for putting on compression socks, accessories for

10    the roller, the little grandma rollers.

11          So little bags and stuff like that,

12    accessories for that.  It was things, the idea of the

13    company was to buy solutions to make their life easier

14    and prettier.

15          So yeah, you can get a cane, but you can also

16    get a pretty cane, or you can get a roller, but you can

17    also spruce it up and, you know, put a nice little

18    floral bag on it and bling it out.  You can buy a

19    recliner chair, but you can also buy one that will lift

20    you up.  That's what it was.

21      Q.   So those chairs that you mentioned, you know,

22    that line I guess and help people sit up, get up.

23          Would you bring those to the trade shows to

24    put on display?

25      A.   We would bring at least one -- no, on most


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 96

```
01   one, because the floor space was, I think at the most,

02   10 x 10.  And those chairs, if the person wanted to sit

03   on it and test it out, it had to stretch.  I think it

04   needed seven feet, so it wouldn't leave a lot of space

05   for other things.

06        Q.   How would you get the chair into the trade

07   show on display?

08        A.   We rented a van at U-Haul and just rolled it

09   in on a ramp, rolled it down.

10        Q.   Would Mr. Aneiros help you get that chair into

11   the trade show?

12        A.   Sometimes, yeah.  I can't remember if he went

13   to both trade shows with me or just one, I remember one.

14   But it was -- I did most of the work on those trade

15   shows.

16        Q.   For Dorados Today, I think I know the answer

17   to this already because you, you know, you said the

18   company was never really active, but did Mr. Aneiros

19   ever help out with that company?

20        A.   No, not at all.

21        Q.   And how about Quini Test (phonetic), LLC?

22        A.   No.  Not that I can remember, no.  The one in

23   Hialeah?

24        Q.   I guess we're almost done, I just have a

25   couple of more questions for you and then wrap up here.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 97

01          We just one more document that I want to show

02     you.  So I will share my screen.

03          Ms. Fernandez, are you able to see the

04     document that I'm sharing with you?

05     A.   Yeah.

06     Q.   Have you ever seen this document before?

07     A.   Yeah.  I wrote that, that's my signature 2017,

08     right before I moved.  Contracted by our office to serve

09     as assistant manager as such, authorized to collect the

10     rent payments for Sunrise, yeah.  So yeah.

11     What's the question?

12     Q.   So I guess you kind of answered my first

13     question, which was, you know, did you write this

14     letter?  So you're saying yes.  So you're -- yes, you

15     wrote this letter?

16     A.   Yeah.

17     Q.   Okay.  So I just wanted to confirm also that,

18     you know, so Mr. Aneiros was working as the assistant

19     property manager of the company?

20     A.   The -- not in reality.  This was more to give

21     him, how do I say this?  So it was not intentional as

22     assistant property manager.  I should have said

23     assistant to the property manager, me.

24          And it was so that the tenants had -- because

25     they asked me something in writing before they handed



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024          Page 98

01    over the check to him, the tenants.  I guess they wanted

02    to protect themselves, right.  They're -- you're not

03    handing your rent of your office, your bill, your

04    business to some random person, right.

05           So they wanted kind of something official from

06    me that would allow them to -- that would protect them

07    from that rent going to their account.  That was the

08    purpose of this and retrospect, I wouldn't write it like

09    this today, not assistant property manager, but

10    assistant to the property manager.

11           And the other clarification I want to do is,

12    the word contracted by our office is a non-financial

13    contract.  He -- as I said, we were friends, and he

14    offered to go and collect the rents for me so that I can

15    move.

16       Q.   Okay.

17       A.   I guess I wrote it that way so that it looked

18    more official for the tenants not thinking that he would

19    come around and --

20       Q.   Right.  That makes sense, you want your

21    tenants to know who they're handing their money over to,

22    right?

23       A.   Yeah.

24       Q.   I can understand that -- I can understand

25    that.  Okay.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 99

```
01        A.   Yes.
02        Q.   Those are all the questions I have regarding
03   that document.  A few follow ups for you.  Have you ever
04   communicated with Mr. Aneiros by text message?
05        A.   Yes.  I said we were friends for a long time
06   or thought we were friends.  So you would communicate
07   with friends, phone, text.
08        Q.   Okay.  What about by e-mail?
09        A.   I don't recall.  It's a possibility, but I
10   don't recall any e-mails.
11        Q.   Okay.  Has Mr. Aneiros ever notarized a
12   document for you or one of the companies that you're
13   listed as a registered authorized individual for?
14        A.   It is possible, but I'm -- I wouldn't be able
15   to tell you which document or for what purpose.  I'm a
16   notary also, so I couldn't notarize myself and --
17        Q.   Right.  So you're saying it at some point
18   Mr. Aneiros notarized some document for you or one of
19   your companies, but you're not quite remember which
20   document --
21        A.   It's possible, but I don't remember.
22        Q.   Okay.
23        A.   Under Corina Properties, I would work as a
24   notary and I would notarize pretty much everything
25   except whatever I couldn't notarize for myself.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01          And usually I would go somewhere else, but at

02   some point he got a license, I get notary thing.  I

03   wouldn't be able to tell you which document.

04        **Q.   Okay.  Do you know -- do you happen to know**

05   **around when Mr. Aneiros got the notary public license?**

06        A.   It would be some point before 2017, but no

07   idea when.  I do know I helped him with it because I was

08   a notary and he was looking for extra business income,

09   I'm like, sure, yeah, I make money with this, why don't

10   you do it too?

11        **Q.   Got it.  Okay.  So yeah, can you tell me a**

12   **little bit more about how you helped Mr. Aneiros with**

13   **obtaining his notary public certificate?**

14        A.   Yeah.  He asked me how to do it because he saw

15   that I was making money with it and I just, I showed him

16   the website where you go and you'll fill out the

17   application and I don't remember the details, but as a

18   friend, I was just like, yeah, this is where you do it

19   because it's kind of a good job.

20        **Q.   Yeah.  Did you show him on a computer or a**

21   **cell phone?**

22        A.   No, it wasn't a computer.  It would've been at

23   the office.

24        **Q.   Okay.  So it was in -- it was on one of the**

25   **computers inside the Viormar office?**



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024            Page 101

```
01        A.   It wasn't a Viormar computer, it was probably
02   my Corina computer at the time where I did my business
03   from.
04        Q.   But inside of the office owned by Viormar?
05        A.   I'm sorry?
06        Q.   But you're saying that it was inside of the
07   office owned by Viormar?
08        A.   Inside of the warehouse, yeah.
09        Q.   Got it.  Okay.
10        A.   Right.
11             MR. LAROU:  I think those are all the
12        questions I have for you.  I don't know if David
13        has some follow ups.
14             MR. ALVAREZ:  I do not have any follow ups.
15             THE COURT REPORTER:  Thank you.  And will this
16        be a read or waive for the Witness?
17             THE WITNESS:  I'm sorry.
18             THE COURT REPORTER:  Would you like to read or
19        waive your deposition?
20             THE WITNESS:  I can't hear you.
21             THE COURT REPORTER:  Can you hear me now?
22             THE WITNESS:  Better, yeah.
23             THE COURT REPORTER:  Would you like to read or
24        waive your deposition transcript?
25             THE WITNESS:  Read or waive?  Read this whole
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                      Page 102

```
01      thing?

02           THE COURT REPORTER:  Yeah.

03           THE WITNESS:  I'm good with it.  Waive it.

04           THE COURT REPORTER:  Okay.  That's fine.

05      Thank you.

06           THE WITNESS:  We just went through all of

07      this.  I'm not waiving anything.

08           MR. LAROU:  Understood.  Well, Ms. Fernandez,

09      I appreciate your cooperation.  I know it's been a

10      long day but it's been nice meeting with -- meeting

11      you and speaking with you.  David and Lesly, good

12      to see you as well.  Thank you for your time.

13           THE COURT REPORTER:  Thank you.

14           THE WITNESS:  Thank you everybody.

15           THE COURT REPORTER:  We are off the record.

16      The time is 01:37  P.M.

17           (Deposition concluded at 01:37 P.M.)

18           (Reading and signing of the deposition by the

19      witness has been waived.)

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01              CERTIFICATE OF REPORTER

02   STATE OF FLORIDA

03   COUNTY OF MIAMI-DADE

04

05        I, LESLY GUTIERREZ, Court Reporter and Notary

06   Public for the State of Florida, do hereby certify that

07   I was authorized to and did digitally report and

08   transcribe the foregoing proceedings, and that the

09   transcript is a true and complete record of my notes.

10

11        I further certify that I am not a relative,

     employee, attorney or counsel of any of the parties,

12
     nor am I a relative or employee of any of the parties'
13
     attorneys or counsel connected with the action, nor am
14
     I financially interested in the action.

15

16        Witness my hand this 16th day of December 2024.

17

18
```



```
19
     _____
20   LESLY GUTIERREZ, CER, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
21

22

23

24

25
```

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024                    Page 104

```
01                    CERTIFICATE OF OATH

02  STATE OF FLORIDA

03  COUNTY OF MIAMI-DADE

04

05       I, LESLY GUTIERREZ, CER, the undersigned

06  authority, certify that CHRISTINA I. FERNANDEZ,

07  appeared before me remotely pursuant to Florida Supreme

08  Court Order AOSC20-23 and was duly sworn on the 8th day

09  of November 2024.

10
          Witness my hand this 16th day of December 2024.
11

12

13

14
    _____
15  LESLY GUTIERREZ CER, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA
16  Commission No.:  HH 588291
    Commission Exp:  November 12, 2028.
17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

---

**0**

**01:37**
102:16,17
**03**
38:15
**04**
38:15
**05**
38:15
**08**
5:2

---

**1**

**1**
49:25 75:18
**10**
17:8,22,25 18:12,
18 32:19 42:3
53:10 60:21 61:11
63:3 70:1,5,13,18
71:9 72:7 73:21,23
74:24 81:21 83:3
93:5 96:2
**100%**
22:6 38:17 42:18
51:19 87:13,14
**1099**
34:9
**10:04**
5:4
**10th**
19:18
**11:08**
35:22
**11:55**
60:2

---

**12:15**
59:18
**12:19**
60:7
**14**
88:22
**15**
24:22 59:15
**1500**
88:21
**16**
24:22
**17**
15:10 22:5 24:22
**17@gmail**
18:22
**1979**
11:20
**1986**
12:1,11
**1999**
12:11,12 13:11
**1:24-cv-20772-
gayles/louis**
5:10

---

**2**

**2**
68:4 69:12 70:11
76:25 81:16
**20**
17:12,17 23:2
59:16,24
**2000**
15:15 21:16
**2000s**
38:15

---

**2001**
15:1,15
**2001-ish**
15:1
**2002**
7:6 38:15
**2004**
7:6 8:1 14:23
**2009**
38:17,20,21 40:10
42:4
**2012**
15:2 49:16
**2013**
49:8,10,16 50:18
**2014**
21:17
**2015**
22:5 28:21 53:19
65:14,16,20,21
**2016**
15:10
**2017**
13:20,23 15:12
21:18 24:22 28:21,
22 44:25 45:2
62:10,13 81:1
87:11 97:7 100:6
**2018**
45:2
**2019**
53:19 81:9,13
**2020**
6:24 17:14,20
**2022**
45:13 75:15
**2024**
5:2,5 19:9 40:11

---

**22**
23:1
**24th**
19:8
**25**
19:8
**25%**
76:25 77:3,19
**26**
19:8
**27th**
11:20

---

**3**

**3**
81:17
**32771**
16:1

---

**4**

**407 415-6844**
17:21
**40s**
66:15
**439**
15:25 23:18

---

**5**

**50%**
77:6
**55th**
24:12 56:12 58:23
60:16,17
**5th**
19:18

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**7**

**7**
49:12

**78**
42:18

**786 271-1883**
17:18

**7880**
24:12 56:11 60:16

**7884**
56:11 58:23 60:17

**79**
68:1

**8**

**8**
93:5

**84**
42:18

**86**
11:23,24

**8th**
5:5 40:11

**9**

**99**
11:24 13:15,16,20
15:15

**A**

**A-R-E-L-L-A-N-O**
6:21

**A.M.**
5:4 35:22 60:2

**A@ymail.com.**
18:23

**able**
55:25 63:11 75:6
97:3 99:14 100:3

**about**
7:24 14:24 15:13
16:3,4 17:12,20
18:2,3 21:20
25:15,23 28:24
29:21 32:15 34:17,
24 38:12,17 39:11
47:20,21 51:5,6
52:12,17,24 53:4
54:13,16,19 55:22,
23 60:10,15 62:13
64:17,24 66:3,5
70:10 71:18 74:24
79:20 80:12 81:3,
23 83:13 84:11
85:25 86:3 87:10,
24 88:7 89:1,7
90:21 91:10 93:5
94:18 96:21 99:8
100:12

**absolutely**
59:17

**access**
27:3

**accessories**
95:9,12

**accident**
7:17 8:4

**accordingly**
42:2

**account**
28:18 30:11 98:7

**accountant**
77:23

**accounting**
14:11,19 15:2

27:21

**acquire**
68:19,22

**acquiring**
70:2,6,14

**act**
79:19 82:22 83:3

**active**
21:1,10,11 23:20
24:17 39:3 45:24,
25 50:19 53:21
57:22 76:9 96:18

**activities**
27:16 51:11 52:3
57:11 66:7 71:6
77:11

**activity**
26:17

**actually**
13:14 26:5 28:7
36:18 37:6 49:18
79:14 93:22

**addition**
75:21

**additional**
11:12 41:7 46:8
56:14

**address**
15:24 18:13 22:11
23:6,7,19,23 24:1,
4,5,7,10 37:7,8,10,
11 46:3 56:10
58:1,4 59:3

**addresses**
18:18 22:24 24:3,
15

**adopted**
80:5

**adult**
66:23,24

**advantage**
33:6

**advice**
36:16

**advised**
43:11 74:12

**affect**
10:8,11

**after**
5:24 6:14 12:12
13:13 24:23 28:3
38:19,20 45:3,18
58:24 59:7 63:20
64:13 65:6,10,25
80:25 81:20 83:17
87:10,12 89:9

**again**
9:10,23 10:2,4
16:17 20:3 25:17
26:9 28:2 29:13
43:4 47:3 58:14
67:4 73:13,20
74:16 77:2 80:14
91:19

**against**
6:6

**Age**
54:19

**agencies**
21:9,22

**agent**
20:21,23 21:9,10,
15,16 25:21 48:10
77:16,17,18

**ago**
6:20,22 7:4,24
15:15,16 18:2,3
24:8 32:11 33:17
37:20 43:19 50:16
53:4 61:19 64:24
79:20 83:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**agree**
55:25

**agreed**
54:25 55:18

**agreement**
56:1

**ahead**
51:23 86:15 89:5

**air**
30:17 31:13 84:7

**alienate**
68:23

**alive**
39:6 40:14

**all**
8:24 9:5 12:23
13:2 18:17 19:3,
13,23 21:21 26:17
27:4,7 30:5,6,25
31:11 33:23 48:24
49:2 50:19 52:24
57:16 59:3,8,23
61:15,25 64:20
68:18 70:16 71:20,
23 72:5,21 73:7
78:10 87:18,21
94:9,13,16 96:20
99:2 101:11 102:6

**allow**
98:6

**allowed**
85:10

**almost**
96:24

**alone**
72:20 74:23

**along**
52:9 53:3

**already**
9:20 81:18 96:17

**also**
7:10 9:23 15:6
25:13 32:3 34:8,9
37:21 47:3 48:10
60:13 63:14 67:8
73:11 75:4 94:24
95:15,17,19 97:17
99:16

**Alvarez**
5:18 12:14,18,22,
25 101:14

**always**
31:8,9,21 32:25
62:16,20 64:12,15
79:11 80:7 81:5,11
82:1,8 83:1 87:7
89:17 92:20 94:3

**am**
5:12 29:23 37:5
48:2 78:8 87:13
89:16

**Amazon**
94:11

**and--**
59:20

**and/or**
68:24

**Aneiros**
5:8,17 6:5 16:16,
17 28:7,15,25
30:8,13,24 31:12
37:16 64:25 65:19
78:13,16 79:1,4,21
80:25 81:13,20
82:11 83:5 84:21
85:22 86:7,10,22
87:15,17 88:8
89:7,14,24 90:4
91:2,4,22 92:1,5,8,
11 94:15 96:10,18
97:18 99:4,11,18
100:5,12

**animals**
57:16

**animation**
14:10,14

**annual**
40:21 41:2

**another**
9:4,9 14:10 22:22
23:9 34:21 41:5
43:5 87:24 92:15

**answer**
9:20 34:25 41:14
73:19 74:10,16
96:16

**answered**
97:12

**anticipate**
9:16

**Antilles**
75:23 76:1 77:2

**any**
6:10,16 7:8 8:5,12
9:18,25 10:7,10,
20,23 11:1,4,7,12
15:3 19:20 20:6
22:16 25:1,4,12
26:12 30:9 31:1
32:20 33:18 36:25
37:13 39:19,22
46:8,18,20,21 52:3
53:14 54:3 55:11,
14,19 58:5,10,13,
21 61:8,14 63:14
67:6 69:21 71:10,
23 73:14 74:1,17,
24,25 75:24 77:10,
21 78:7 80:13,21
83:6,11 84:5,22
85:13,16,22 87:9
89:13 91:13,16
92:22 99:10
101:14

**anymore**
6:14 23:21 30:16

**anyone**
12:15 28:1 47:14
82:11 85:17

**anything**
25:7 26:5 29:14
31:4 33:2 34:16
36:19 42:8 47:1
49:15 53:8 59:9
67:10 77:23 84:15
87:24 88:17 92:16
102:7

**anywhere**
66:3

**apart**
62:11 69:9

**apartment**
82:6

**appearance**
5:14

**applicants**
38:5

**application**
38:6,24 100:17

**appreciate**
59:13 102:9

**appropriate**
62:4 82:7

**approval**
64:10

**approximately**
22:2

**area**
27:6

**areas**
15:6 27:8

**Arellano**
6:20 7:5


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**argued**
  55:23

**around**
  8:22 15:11 18:5
  19:8 38:16 44:13,
  18 65:4,5 73:9
  80:4 98:19 100:5

**art**
  14:15,18 90:19

**article**
  40:20 49:11 68:4
  69:12 70:11

**articles**
  40:20 48:20 49:7
  50:25 67:24

**artist**
  90:14

**arts**
  14:9,16 15:1

**Arturo**
  47:12

**ask**
  18:10 24:17 34:10
  46:2 47:7 70:10
  74:14 79:1 85:19
  94:21

**asked**
  9:20 33:17 52:25
  64:6 78:20,22,24
  79:14 83:11 85:9
  87:9 89:3,21,23
  90:3 97:25 100:14

**asking**
  27:1 41:13 82:11

**assets**
  68:15 69:15,20

**assistance**
  68:22

**assistant**
  52:10 95:8 97:9,

18,22,23 98:9,10

**assisted**
  86:23

**assisting**
  86:10

**assume**
  69:24 74:11 76:13
  77:13

**assuming**
  37:5

**AT&T**
  18:6

**Atlantic**
  14:20

**attend**
  92:22

**attention**
  48:8

**attorney**
  11:5 36:15 42:8
  43:10 44:12,21

**Attorneys**
  10:23 11:1

**Audrey**
  36:10

**August**
  13:15 19:18 28:18

**aunt**
  47:10

**authorization**
  63:10

**authorized**
  40:22 45:14 53:18
  54:2,9 57:1 90:22
  97:9 99:13

**auto**
  63:6

**avoid**

8:12 9:24

**aware**
  10:10 40:1 45:13
  48:9 53:17 54:3
  67:15 69:19 70:1,
  5,13,23 71:9 72:4
  77:10 78:1 84:23
  86:10,13,22 89:16,
  24 92:4

**away**
  39:18 44:22,24
  46:25

---

**B**

---

**baby**
  12:6 66:14

**Bachelor's**
  14:9,11,12,24

**back**
  11:23 12:10,13
  13:10,14 14:15
  18:7 33:16 35:11,
  20,21 38:4 42:1
  46:13 50:25 57:21
  59:18,23 60:6 61:1
  65:14 66:4 70:19
  78:13 88:24 90:20

**background**
  94:5

**backgrounds**
  94:6

**backup**
  26:2,4

**bad**
  16:3 64:9 79:7

**bag**
  95:18

**bags**
  95:11

**bank**
  25:17 27:21,22

**Banker**
  20:25

**banking**
  32:25 33:5

**barely**
  40:14 72:3

**barriers**
  45:21

**base**
  95:4,7

**based**
  48:17

**basically**
  57:14 79:13

**BBA**
  14:11

**Bearer**
  75:23 76:1

**bearing**
  68:17

**became**
  43:11 69:22 79:19
  80:14 81:20 82:23

**because**
  20:25 24:24 25:8,
  17 26:1,24 28:5,8,
  16,22 30:1 31:18,
  22 32:3 33:7 34:8,
  14 35:1,6 36:16
  37:9 38:4 39:4,12
  40:5 42:4 43:12,18
  44:3,18 45:6,17,
  20,22 47:1 49:15
  50:23 52:25 53:16
  55:1 58:14 62:20,
  23 63:20 64:8,9,
  10,22 65:4,7,22
  66:10,14 67:9
  73:12,20 75:3 76:6

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

77:20 79:13 80:3,
14 81:4,11,25
83:12 85:5,12
86:25 87:17 88:2
89:17 90:9,10
91:14 92:14 93:3,6
96:1,17 97:24
100:7,14,19

**becoming**
55:22

**before**
7:13 8:11 9:12,21
12:8 14:8,15 15:18
16:23 18:3 19:22,
25 20:2,5 28:5
31:24 35:1,24
46:24 47:2 50:16
60:9 68:1 72:22
73:20 78:6 86:18
87:3 97:6,8,25
100:6

**begin**
8:11

**beginning**
6:4 10:15 19:17,19
38:11 63:21 81:6
82:1,13

**behalf**
5:17,18 46:16

**behind**
36:3

**believe**
29:4 35:3 45:6
46:24 47:3 58:11
87:13

**believed**
25:24

**benefit**
37:17 89:15 92:12

**Better**
101:22

**between**
11:25 12:11 28:21
33:11 51:16 56:11
60:16

**beyond**
45:8

**big**
61:21 64:18 79:19
84:2,9 85:6,8,11
88:21

**bigger**
31:19 75:8

**biggest**
30:1

**bill**
27:23 31:23 98:3

**bills**
27:6,9 33:10

**birth**
11:19,22

**bit**
36:5 45:22 51:6
52:17 60:10,15
65:6 66:5 69:9
73:6 100:12

**blank**
69:3

**blind**
47:5

**bling**
95:18

**blood**
57:18

**blurred**
39:12

**body**
80:20

**bonds**
68:16 69:16,20

**booth**
93:5

**born**
11:15 49:16 68:2
73:20 74:16

**Boston**
13:16,18

**both**
64:21 91:19 96:13

**bothered**
13:9

**bottle**
8:23

**bought**
14:18 23:9

**Boulevard**
23:2

**bounced**
18:5

**boxes**
73:8 92:19,25

**brands**
52:22

**Brantley**
19:25

**break**
9:18,21 35:9,25
59:12 60:9

**bring**
46:12 80:1 93:25
94:24 95:23,25

**bringing**
82:24 94:1

**brings**
88:18

**broker**
25:14,21

**brokering**

52:5

**Brooks**
5:16 6:4

**brother**
82:6

**brought**
63:19 85:2

**browsing**
34:18

**bubble**
38:21 42:5

**buddy**
92:21

**budget**
27:9

**building**
23:2 27:19 34:5
42:19 61:12 62:22
66:11

**bulb**
61:6,7 83:16,18,19

**bulbs**
73:7 83:25

**bunch**
85:2

**business**
18:19 23:15 25:7
27:4,15 28:14
33:14 34:19 35:25
37:4 38:22 42:12
43:10,25 45:20
46:13 47:18,19,24
48:10,11,21 49:18
50:13,23 51:11,21
52:3,12 53:23
54:21 56:5,17
57:11 58:7 60:10
64:3 66:7 67:3
71:2,3,6,13,16,22
72:1,2,5,7 73:17,
22 74:1,4,6,8

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Universal
COURT REPORTING

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

77:11,21 78:7
82:16 90:23 91:21
98:4 100:8 101:2

**businesses**
54:12 58:22 72:8
87:18

**businessman**
66:20 73:25

**buy**
22:22 35:4 89:22
95:13,18,19

**buyer**
51:16

**buying**
79:15,21

---

**C**

**C-H-R-I-S-T-I-N-**
18:22

**C-L-I-N-I-T-E-S-T**
56:23

**C-O-R-I-N-A**
18:20

**C-R-I-P-P-S**
6:19

**C.A.**
43:6 44:1 45:4,9
46:17,23,24 47:2

**CA**
92:2

**cables**
73:7

**call**
21:12 76:3 77:16
93:21 95:5

**called**
5:24 14:16 31:8
34:21 35:25 43:6
48:12 50:13 54:13

56:15 57:25 81:14

**calling**
81:18

**came**
13:10,19 27:4 52:9
61:15 72:19 93:17

**cameras**
85:13,16 88:10
89:2,3,10,21,22

**can**
6:9,17 7:10 14:2
15:6,23 17:10,15,
19 18:17 20:18
21:3,21 22:2,24
25:19 28:10 31:6,
11 33:5,23 34:24
35:7 36:5 40:17
44:11 46:3,20 48:6
49:1,2 52:17,19
55:20 56:19 58:21
59:19 61:3 64:18,
19 66:10 68:10,12
71:3 72:5,10,17,21
74:19,22 75:8
76:10 88:5 89:4,13
90:15 92:14,21
94:4 95:6,15,16,
18,19 96:22 98:14,
24 100:11 101:21

**can't**
17:24 18:11 19:18
21:16 23:6,7 25:5
28:18 34:1,11
36:18,19 37:2,6,10
38:2,14 39:7,13,15
40:8 41:21,22,23
42:17 43:18 44:4,
5,7 52:12 54:17,19
55:16 56:7 61:20
63:6,7,24 64:5
65:1 72:13,16 73:1
74:16 80:9 84:13
85:11 90:7 93:6
96:12 101:20

**Canada**
12:2,3,8

**cane**
95:15,16

**cannot**
73:19

**capacity**
20:18 21:15 47:1,
4,6 55:17 57:6

**car**
7:17 8:4 64:8

**Caracas**
11:18

**care**
32:10 43:19 84:14
88:3 89:18

**Carlos**
63:5 72:10,21

**case**
5:9 10:17 79:13
80:14

**cash**
69:21

**catch**
39:8

**Catholic**
19:13

**cats**
8:21

**caveat**
9:19

**cell**
17:5,7,11,15,19,23
18:4 100:21

**center**
94:2

**central**
13:21,22 24:24
28:3,23 29:16

31:1,25 42:12
87:11 91:15

**certain**
43:15 87:13

**certificate**
100:13

**certification**
15:11

**certifications**
15:4 68:16

**certified**
15:5 31:5 62:1

**chair**
93:25 94:1 95:3,19
96:6,10

**chairs**
94:23 95:21 96:2

**change**
6:23 7:8 44:13
83:18,24

**changed**
6:14 17:24 38:1

**changes**
61:6

**chant**
13:7

**chanting**
12:16 13:10

**charge**
30:20

**charged**
16:25 31:22 84:15

**charity**
79:13,19 80:14
82:22

**chatty**
80:4

**check**


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

26:7 27:19 28:17
30:21 39:25 62:17
86:20 87:14 98:1

**checking**
38:24

**checks**
27:20,25 28:7
87:16,17

**chew**
8:22

**child**
66:22 67:4 74:2

**childhood**
47:8

**Christian**
79:8

**Christina**
5:1,7,21,23 6:12,
19 7:5 47:14

**Cino**
55:5

**circumstance**
29:11

**City**
13:23 27:1,7 31:6

**claim**
7:18,19 8:5

**claimed**
28:8

**claims**
68:17 90:13

**clarification**
98:11

**clarify**
40:17 88:12

**clarity**
8:15 9:10,24 13:6

**classes**

13:18 36:7

**cleaning**
88:9,12,13

**clear**
10:4 43:24 94:20

**clearly**
94:20

**client**
16:16

**clients**
71:23

**Clinitest**
34:5,7,11 56:15,
16,20,22,24,25
57:4,12,22 58:10,
16,22 59:1,9

**close**
22:6 41:16

**closed**
14:19 28:4,5 41:24

**co-**
32:22

**co-owner**
32:22

**Code**
23:3

**Coldwell**
20:25

**collect**
27:17,20 57:20
86:8,12,13 87:11
97:9 98:14

**collecting**
27:12,16,25 28:4,
7,10 30:9,12,14
71:14,24 86:11,17,
23 91:2

**collection**
57:13,19

**collections**
42:7

**collects**
67:10

**college**
14:17 15:18 38:10

**combing**
43:4

**come**
32:6,12 59:7 61:24
62:1 80:8 98:19

**comes**
58:24 61:16 78:9

**comfortable**
83:10

**coming**
39:1

**commercial**
15:22 29:19,20
30:4,7

**commission**
27:24

**common**
9:8

**communal**
27:7

**communicate**
27:2 53:2 99:6

**communicated**
99:4

**communication**
8:13 26:20

**communications**
8:19 71:6

**community**
27:6

**companies**
20:22 21:22 32:24

33:7,24 34:24
40:19 72:6 75:24
76:21 77:9,10
90:21 99:12,19

**company**
7:21 19:12 21:3
22:8 23:13 25:4,9,
11,19 30:21 31:12
32:4,8,20 33:1,18
34:6,18 35:2,3
36:2,3,21 37:14,
19,21,23,25 38:20,
23 39:3,11 40:13,
16,20,23 41:25
43:5,7 44:15
45:14,19 46:6,19
48:1,5 50:8,14,15,
19 51:10,11,20
52:8 53:21 54:3,
14,16 55:9,15
56:14,18 58:6,11
61:2 63:21,22
64:1,4,7,13 68:7,
14,25 69:19,21
70:20,24 71:1
72:3,11,14 73:1,
10,16 74:13,17,20
76:18 77:4,6,13
79:10 84:8 86:9
90:9 91:20,24
92:5,12,13 93:19
95:13 96:18,19
97:19

**company's**
40:14 53:19 91:20

**complain**
80:12

**complete**
38:24 62:5

**completely**
7:11 39:2

**complex**
44:12



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**compliance**
43:13 44:20,22

**composite**
49:23,25

**compression**
95:9

**computer**
14:10,14 72:15,16
100:20,22 101:1,2

**computers**
73:4,5 100:25

**concluded**
102:17

**conditioning**
30:18 31:13 84:8

**conditions**
10:11

**confirm**
97:17

**confused**
48:18

**confusing**
7:10 74:3

**connection**
7:15 8:4 10:23
11:2,5 70:7 75:11

**consider**
46:1

**considerations**
68:21

**construct**
93:23

**construction**
85:23,25

**Consuelo**
47:14

**contacts**
33:8

**context**
47:4

**continue**
74:13

**contract**
18:7 28:4,5 98:13

**contracted**
97:8 98:12

**contractor**
30:22 31:4,5,10
61:13

**contractors**
31:19 61:24 84:3

**contracts**
33:9

**contribute**
55:19

**convenient**
83:12

**convention**
52:21 94:2

**conversation**
41:3

**conversations**
9:8

**convert**
44:4,5

**cooperation**
102:9

**copyrights**
70:2

**Corina**
18:19,20 21:4,5,7,
25 22:4,9 23:13,23
24:2,17 25:1
26:12,16 28:1
29:17,22 30:16
31:25 32:20 33:19
34:11,18,21 35:2,3

36:1,21 37:1,3,17
47:19,21,22 48:2
51:8 91:3,10 99:23
101:2

**Corina's**
91:1,5,6,7,8

**Corinas**
34:22 47:25 48:12,
13 49:8 50:3 54:23

**corner**
42:15 62:21

**Corp**
5:19

**corporation**
5:8 6:7 43:22
66:11 67:7,16
73:16 74:19 75:19,
23,25 76:17

**correct**
39:17 47:23 81:22

**correctly**
8:19 29:4 72:24

**correspondence**
27:8 57:8

**could**
9:15 29:15 42:15
53:1 59:16 64:6,7
72:23 79:12,18

**couldn't**
69:25 99:16,25

**Counsel**
5:15

**counterintuitive**
10:3

**counting**
29:23

**country**
76:7

**couple**

18:23 30:17,18
54:12 61:17,24
81:2 84:10 93:17
96:25

**course**
59:14,17,21 68:13
75:9

**Court**
5:3,11,12,13 8:15
12:19,21 35:14,20
42:1 49:22 60:1,6
101:15,18,21,23
102:2,4,13,15

**cover**
72:4

**crashed**
39:2

**created**
45:4 70:20,24
74:6,8

**crime**
16:25

**Cripps**
6:19 7:2

**Curacao**
70:21 71:2 74:6,9
75:22,25 76:2,9
77:3

**current**
19:10 21:12 50:3
74:22

**currently**
11:4 15:3,24 19:5,
6 39:16 40:1 71:8,
13

**curtain**
94:7

**customers**
93:11

**cut**



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

30:21

**D**

**dad**
16:10,11 25:5,23,
24 26:3 32:3,7,23
33:11,21,24 35:3
39:14,16 40:5
41:18 45:19 46:10,
12 50:15 53:7,12
58:8,14 60:19,23,
24 61:10 62:6,17
64:3,16,22 69:25
75:3 83:23 85:4
87:1,14,16,22
93:16

**dad's**
16:13 36:2 40:5
51:10,20 83:22

**date**
5:5 11:19

**dates**
12:9 16:3 18:10
24:10 28:18 31:23
47:7 52:12

**daughter**
34:15

**David**
5:18 101:12
102:11

**day**
13:2 65:12 79:24
87:2,4 102:10

**days**
32:17

**dealing**
41:25

**debris**
73:8

**debt**
68:17

**debts**
75:4

**deceased**
43:20 67:5 74:15

**December**
13:16,20

**decided**
44:14

**decision**
33:12 38:8 62:4

**Defendant**
5:19

**Defendants**
5:9

**define**
61:1,3 71:3

**degree**
14:4,7,12

**degrees**
14:24

**Demo**
85:25

**demolition**
85:23 88:11 89:11

**Dennis**
5:7,17 6:5 16:17
30:22 63:9,14,16,
21 64:4 84:12
85:18 87:8 89:16
92:16 93:16

**denominated**
68:18

**Department**
43:13 51:2

**depends**
32:3 62:2 83:19

**deponents**
9:5

**deposit**
27:22

**deposited**
30:11

**deposition**
5:1,6 6:5,8 7:13,25
8:3,5,9 9:15 10:16,
21,24 11:2,5 35:19
60:5 101:19,24
102:17,18

**Depot**
94:8,12

**depth**
36:15

**describe**
52:20

**designated**
78:8

**designs**
70:3

**desk**
42:15

**details**
63:20 73:25
100:17

**device**
52:15

**devices**
95:8

**didn't**
31:20 32:7 35:5
42:8 45:17 65:24
73:13 85:19 95:2

**different**
18:24 36:7 46:8
52:22,23 62:16,19,
22 76:7 93:7

**difficult**
88:15

**difficulties**
80:6

**digging**
89:8

**dips**
95:7

**direct**
6:1 30:11

**directed**
25:18

**discovery**
75:10

**discuss**
47:19

**discussed**
54:21

**discussing**
35:25

**discussion**
35:17 60:3

**display**
93:8 94:14 95:24
96:7

**displaying**
93:10

**displays**
93:13,23 94:9,10

**dissolution**
53:19

**distance**
81:12

**distancing**
81:8

**distinct**
43:25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

distribution
73:3

distributor
51:14,15 72:15

District
5:11

districts
18:24

divorce
6:14,24

divorced
16:22

DNA
57:16,18

document
49:4,8,12 51:1
67:18,19,20,23
68:4 75:5,9,18
76:24,25 77:24
97:1,4,6 99:3,12,
15,18,20 100:3

documents
41:25 42:1 46:12

doesn't
40:3,4 45:15,16
53:20 66:12 67:10,
17 69:21 87:8
88:17

dogs
85:8,9,10 86:5
88:23

don't
9:3,16 12:6,14,18,
19,24 15:16 18:10
19:2 22:10 23:3,21
24:6,10,14 25:16,
22 30:16 31:23
32:23 34:5,10
36:15 37:18 39:6
40:6 41:14,18,22
44:4 45:11,12

46:1,25 47:4,6,7
48:19,23 51:13,23
52:11,24 53:8,25
54:10 55:1 56:19
58:3,18 62:23
63:19 66:12,13,20,
22,25 67:4,8 68:20
72:10,22 73:5,12,
13,24,25 74:10,15,
17 76:1,6,7,13,14,
21 77:7,9,12,19,
20,22 78:6,7,12,23
79:18 80:24 81:4
83:15 84:1,5,20
85:19,21,25 86:2,
25 88:20,21,22
89:19 92:16,20
93:3 99:9,10,21
100:9,17 101:12

done
55:21 62:25 73:16
83:8 85:21,22 88:8
89:17 91:13 96:24

Donuts
58:20

door
27:18 31:14,15
34:25 35:7 87:5

doors
90:11

Dorado
55:20,21

Dorados
54:13,23 55:9 56:4
65:13 96:16

Doral
24:13 54:18 56:12

down
48:15 49:11 56:1
68:3 75:17 76:23
86:1 96:9

downsized
72:19

dramatic
66:3

drift
39:8

drunk
81:15,16

Drywall
31:17

duly
5:25

Dunkin
58:20

during
12:4 17:22 18:12
22:7,13 32:19
42:10 60:21 61:11
69:18 70:1,13 72:7
74:24 75:10

duties
46:7,8 57:7

---

**E**

e-mail
18:13,18 99:8

e-mails
19:4 99:10

each
9:6 41:16 47:6
77:20

earlier
23:19 29:6 47:20
56:15 62:6 86:6
89:10 90:21 91:1
94:21

early
38:15

easier
95:13

eating
84:11

education
14:3 15:8

educational
20:7

educator
15:5

effectively
8:19

eight
11:23,25 12:4
22:11 65:9

either
37:7 40:19 84:7

elbow
93:20

electric
94:24

electrician
84:3

electricians
62:1

Elementary
20:9,10

eligible
17:2

else
7:20 12:15 16:19
28:1 29:15 34:16
48:24 55:1 59:9
85:17 100:1

elsewhere
34:14 49:19

employee
45:25 52:11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

employees
26:12 37:13,15
54:7,8

empty
66:2 85:5

emptying
85:1

encourage
80:16 81:24

encumber
68:24

ended
36:18 79:18

engage
66:8

engaged
26:17 51:12 57:12
72:6

engages
71:1,3

engaging
27:16 70:14

engineer
61:18,21

English
11:8,12 13:19
53:13

enough
22:6 36:11 72:3
93:19

ensure
10:4

ensuring
8:14 9:24 26:19
27:10 41:24

entail
26:18

entered
50:1

entire
43:3 64:14 88:20

entities
34:20 43:25 44:2
47:18 60:11 72:6

entity
35:25 47:18 50:13
51:7

envelope
87:21,22,25

equipment
51:25 59:8 70:8

equipped
82:19

equivalent
77:14,19

estate
15:6,13 20:20
21:13 22:19 23:17,
20 25:14,18,21
35:4 36:6 45:23
68:24

estimate
32:15 38:12 53:9
64:24 65:18,22

etc
64:3

event
52:20 93:9

every
28:12 79:24 81:11
87:2,4 93:6

everybody
102:14

everything
8:16 55:1 59:8
73:6 75:3,4 99:24

everywhere
88:16

exact
28:18

exactly
8:1 34:1 39:13
46:3 51:13 84:13
93:2

EXAMINATION
6:1

example
26:23

except
30:5,6 71:24 99:25

exchange
79:5 90:17

exclusively
71:17

excuse
82:25 83:1

excuses
64:15

exhibit
49:1,23,25 70:19

exists
24:19 66:9,18

expand
36:5

expertise
33:13

expired
21:11

explaining
46:11

explanation
36:16

expo
52:9,11,18,19,21
53:14

export

51:18 69:5

exporting
51:25

expos
93:12

expressing
81:15

extra
100:8

extremely
52:14

eyes
47:5

---

**F**

fabric
94:6

facing
42:19

familiar
52:14

family
41:16 46:4 81:19
82:11 93:17

far
44:2 61:23 63:8,13
72:4,17 78:24,25
86:22 91:12 92:1

father
37:12 39:19 45:19
46:17,22 50:11
54:1 55:14,19
60:12 67:20 74:23
75:1,21 78:22
86:18,19,23 87:10
89:12 90:22 91:19

father's
41:7 78:19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**favor**
28:9 29:14 46:4
88:1 89:17 90:13

**favors**
46:5

**February**
65:16 68:1

**feeding**
79:15,21 84:12
88:4

**feel**
80:19

**feelings**
81:15

**feet**
79:12,17 80:17
82:3 88:21 96:4

**felt**
64:9 79:6

**Fernandez**
5:1,7,9,20,21,23
6:3,7,12,13 7:5,12
10:7,14 11:15 14:2
15:23 16:14,16,21
35:24 47:12,13,15
50:11 60:9 75:6
97:3 102:8

**Fernandez-arellano**
6:20

**Fernandez. christina**
18:22

**Fersom**
34:9,10,12 37:21
38:13 39:17,20,22
40:2,10 41:20
42:11,14 43:2,6,9,
11,21,25 44:1,17
45:3,4,9,18 46:7,
16,23,24 47:2 56:8

91:18,22 92:2

**few**
8:10 31:21 33:20
34:19 61:18 65:25
68:7 73:11 99:3

**fictitious**
21:6

**fifth**
19:13

**figure**
76:6

**filed**
7:19 16:17 49:8
51:1 68:1 75:14

**filing**
42:2

**fill**
27:21 100:16

**filled**
38:6 88:20

**films**
70:7

**filth**
88:15,23

**finally**
14:19

**Finance**
43:14

**financial**
80:6

**financially**
79:16

**find**
62:4 79:12 80:9
82:6 93:11

**fine**
14:9,16 15:1 102:4

**finger**

80:18,19

**finish**
89:4

**finished**
20:13

**finishes**
9:12

**first**
5:24 8:12 14:14
15:11 17:15 20:10
23:5 24:16 33:16
44:16 61:1 69:11
74:19 82:10 97:12

**fit**
19:21

**five**
29:25 30:2 32:18

**fix**
61:14 83:9

**fixed**
83:7 84:22

**fixes**
61:7

**fixing**
88:9 89:1,8

**flipped**
39:2

**floor**
73:8 95:4 96:1

**floral**
95:18

**Florida**
5:11 13:21,22
14:20 15:25 21:18
24:13,24 28:3,23
29:16 31:1,25 51:2
71:11 73:18,23
74:5 76:10,21
87:11 91:15

**fluent**
11:14

**fly**
95:8

**flyers**
93:8

**focus**
33:15

**follow**
99:3 101:13,14

**follows**
5:25

**food**
79:15 80:1,13

**foreclosures**
39:1

**foreign**
76:25 77:3

**foreigner**
76:12

**Forest**
15:25 23:19

**forgot**
94:21

**forgotten**
51:5

**formal**
25:11,12

**forms**
68:18

**Fort**
22:10 26:22 29:6
31:6

**forward**
87:25 94:25

**forwarding**
87:22 89:11,19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**found**
34:19 43:5 47:24

**four**
15:5 29:1,3,25
30:2,23 32:17

**fourth**
68:4

**franchise**
58:8,9,11,14,25
59:1

**free**
79:5 80:23 88:2
90:17

**fresh**
46:2

**friend**
80:5,15 84:15,16
100:18

**friends**
28:8,9 29:13 63:22
64:4,10 81:7 88:3
98:13 99:5,6,7

**from**
11:22 13:15,20
14:13,14,20 18:1
27:17,25 28:17,25
40:22 42:1 43:2
44:3,5 45:23 49:4,
16 53:13,18 62:11,
12 67:11,20 71:24
75:10 76:7,9 80:1
81:8,13 82:1,11,
13,22 84:12 86:8,
16,17,20,23 87:19,
20 91:3,14 94:1,8
95:2 98:5,7 101:3

**front**
9:1 10:18

**frustrated**
81:20

**full**
6:9 39:13 56:17,19
83:4

**functioned**
37:19

**furniture**
82:24

**Fusion**
50:13 51:6 52:4,8
53:15,18,22 54:4
92:4

**futures**
69:5

_____

# G

**garbage**
88:22

**gardeners**
61:15

**gave**
10:15 80:19

**Geez**
51:5

**general**
61:8

**Georgia**
58:12

**gesture**
79:7

**gestures**
8:14

**get**
6:22,25 9:17 13:3
15:14 20:4 34:25
35:7,11,20 44:11
61:13 64:12 79:12,
17 80:16 81:24
82:2,8,22 83:3,23
84:3 94:11 95:2,

15,16,22 96:6,10
100:2

**get all**
90:10

**gets**
88:18

**getting**
41:25 87:20

**gift**
91:9

**gifts**
49:14,15,20

**girl**
36:11

**give**
27:22 29:2 38:7
48:25 59:16 79:24
80:17 97:20

**go**
8:10 9:4 12:12
15:18 27:18 28:11
31:10,22 32:6,12,
16 34:2 35:7,14
39:25 51:23 52:25
55:7 59:18 61:1
62:15,17,24 65:7,
23 72:17 76:10
78:13 80:8 81:5
82:5,6 86:15,19
89:5 90:20,25
92:17 98:14 100:1,
16

**goes**
61:6 62:23

**going**
6:15 8:15,23 12:8,
16 14:8 15:18 38:8
49:23 50:25 54:21
55:23,24 59:11
61:13 62:18 65:6
66:3 77:25 88:1,5

98:7

**Golden**
54:19

**good**
5:16 6:3 19:21
36:10,11 74:11
79:8 87:7 100:19
102:3,11

**goodness**
18:6 69:6

**grade**
19:13

**grandfather**
38:2,7 39:14,18
43:9,19 44:14,24
45:18 46:17,22,25
60:19 63:19,23
64:2,6,11 66:10,20
69:24 73:24 75:2
76:14 78:25 79:6
82:13 86:18 87:3

**grandfather's**
37:23 39:11 67:5
74:2

**grandma**
95:10

**grandmother**
47:16

**grease**
93:20

**Gregorian**
13:6

**ground**
8:10 9:4

**grown**
83:1

**guess**
44:20,21 53:4 74:3
78:8,9 81:21 90:19
95:22 96:24 97:12



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

98:1,17

**guidelines**
23:17

**Gutierrez**
5:12

**guy**
72:2,10,11,13,21
79:10 82:14 92:15

**guys**
59:10 64:4

---

**H**

**had**
7:12,24 8:5,9 16:6
17:7,12,16,23
18:5,6,11 20:24,25
22:12 23:6 24:3,5
26:9,21 29:2 30:1
32:4,12,15 33:8
34:14 38:12,21
39:1 41:3 42:14
43:15,16 45:6,22
50:15 51:5,13
53:4,14 54:8,18
58:18 61:15,17,18,
24,25 63:23 64:2,
10,24 65:18 67:6
72:3 74:11 76:14
78:5 79:23 80:2
83:3 85:20 86:12
91:2,3 93:19 94:2,
3 95:7 96:3 97:24

**hand**
8:14 80:18

**handed**
97:25

**handing**
98:3,21

**handle**
27:3,8 31:14 78:7

**handled**
29:9 31:19 51:18

**handling**
93:11

**hands**
42:7

**happen**
100:4

**happened**
44:14

**happens**
93:4

**hard**
80:9

**hardly**
44:12

**has**
30:13 31:9 50:18
60:24 61:10,16
62:9 63:6,16
66:15,24 68:7
71:12 72:1,6 73:16
76:8 78:22 81:21
83:1,5 85:8,22
86:5,22 88:8,15,
20,22 89:14,16
90:4 91:4,19,22
92:1,11 99:11
101:13 102:19

**have**
6:13,16 7:10,12
8:5,21 10:7,11,20,
23 11:1 13:1,25
14:10 15:5,6,11,16
16:2,23,25 17:5,7,
11,14,22 18:7,12,
21,22,23 19:7
20:6,15 22:18
23:1,3 24:8 25:6,
11,19,20,24 27:19
28:3 30:16 32:7,19
34:2,25 35:5 37:3,

10 39:24 40:8,12
42:8,11 43:6 47:25
48:4 50:14,18 52:7
53:9,17,22 54:14
55:14 56:4 59:3
60:11 62:13 63:3
65:2 67:6,11,13
68:19,20 69:18,21
71:14,22 73:22
74:2,6,14,25 75:23
76:2,8 77:4 78:19
80:7,25 84:17
85:5,10 86:12
87:7,15 91:13
92:25 93:5,22 94:6
95:2 96:24 97:6,22
99:2,3 101:12,14

**haven't**
40:9 63:11 88:14

**having**
5:24 59:3 64:17
66:3 77:10 80:6,12

**he**
25:6 26:1,5,7,9
28:8,9 29:12,14
30:15,16,19,20
31:1,2,3,14,20,21
32:4 33:12 35:4,5
36:17,18,22 37:18
38:4,8 40:6,7 41:3,
17 43:10,11,12
44:7,20,22 46:14,
24 47:8 50:16
51:14,15,18 52:22,
25 53:1 54:8 55:16
58:9,24,25 59:2,7
61:12,13,14,16,18
62:3,4,9,10,17,18,
23 63:6 64:6,8,9,
11,13,14,18,21,22
66:10,21 67:3
72:14,19 73:2,8,11
74:1,6,11,12,16
75:2,3 78:5,24
79:6,9,12,17,18,25

80:3,4,5,7,8,10,12,
19 81:14,18,21
82:8,14 83:1,7,11
84:1,3,14,23,25
85:1,2,8,9,20 86:1,
5,12,13 87:2,4,18,
19,23 88:1,2,4,15,
17,18,20 89:3,17,
21,22 90:1,2,11,
13,14,17 91:13,15,
16 92:18,24,25
96:12 98:13,18
100:2,8,14

**he's**
41:18 43:20 61:17,
25 63:10,18 74:15
80:21,22 81:11,23
83:1,3,8,9 84:17
85:10 88:13 90:1,
14

**head**
8:13

**headquarters**
58:6

**hear**
12:16 54:16
101:20,21

**heard**
34:3 43:6 47:25
48:4 50:14 54:14
55:3 73:22 75:24
77:4 85:18 87:15

**hearing**
12:15 47:8

**height**
90:10

**held**
35:17 60:3

**help**
26:3 28:1,4,6,8
29:10,12,14 40:5
41:16 48:21 53:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

79:7,16 80:13
82:14 92:19,21
93:16,20 94:16
95:22 96:10,19

**helped**
28:15 30:8 34:4
45:19 52:9,18 86:7
91:2,4 92:24,25
100:7,12

**helpful**
56:21

**helping**
33:25 34:15 52:19
53:7,12 79:21 82:2

**her**
27:23 54:20 55:3,5

**here**
5:6 9:17 15:19
16:6 30:25 31:1
74:5 80:7 96:25

**hey**
41:4 85:4 92:21

**Hialeah**
34:5 58:3,7,9,19
96:23

**high**
15:19,20 19:24,25
20:2,13

**highest**
14:3

**Hills**
20:10,12

**him**
32:24 33:22,25
34:4,15 36:24
38:16 41:18 46:13
52:9,18,19,25
53:1,2 63:19 64:7,
9,12,17 74:14
78:20,22 79:7,14,
15,16,17,21,24

80:3,5,13,16 81:2,
8,10,24 82:8,14,
15,17,22,23 83:11,
12 85:11,19 88:4
89:18 90:18 97:21
98:1 100:7,15,20

**himself**
83:9,10

**hinge**
31:15

**hire**
61:14 78:5 84:7

**hired**
92:15

**his**
25:25 35:5 43:9
47:5,12 52:10 58:9
59:3 63:6,23 64:2,
20 66:11 72:11,14,
25 73:1,11,12,25
75:3,4 78:14
79:12,17,18 80:8,
17 81:15 83:3
85:6,18 90:2,19
100:13

**history**
66:13,22

**hoards**
88:18

**hold**
15:3 35:5 36:10
65:4 92:18

**home**
16:19 32:10 37:8
80:1 94:8,11

**homeless**
64:9 79:19 80:22

**Honest**
74:10

**honestly**
37:10 74:15

**hopefully**
49:1

**hours**
9:15

**house**
23:16,18

**housekeeping**
61:9

**human**
57:14,16

**hung**
80:4

_____

**I**

**I'D**
9:4 35:8,9 39:24
59:13

**I'LL**
48:25 53:7 59:23
67:24 75:13 84:14
90:14

**I'M**
12:14 13:9 15:5
16:3,4,8 18:6 22:5
23:20 36:14 38:14,
17 41:13 44:5,12
48:15,18 49:23
51:19 52:14 65:4
66:15 67:8 72:4,24
76:4 78:9 86:13
87:14 97:4 99:14,
15 100:9 101:5,17
102:3,7

**I'VE**
9:20 17:12 18:24
36:6 81:10 85:18
93:3

**I-T-A-L-A**
6:18

**idea**
26:6 36:3,22 47:7
64:12 74:2 95:12
100:7

**Idlewild**
20:9,12

**IFAC**
14:16

**import**
69:5

**in**
5:7 6:6 7:15 8:4
9:1,7 10:17,20,23
11:1,5,21,22,23
12:7,20 13:2,7,10,
13,15,16,18,22,25
14:9,11 15:10,19,
20 17:2,14,20
18:18 20:12,15,18
21:1,13,15 22:10
23:2,6,9 24:4,13,
22 26:17,22 27:4,
11,16 28:16 29:6,
21 30:25 33:15,16
34:5 38:10,21 39:1
40:9 41:4 42:4,7,
17 43:12,16 44:4,
20,22 45:24,25
46:2 47:4 48:2,7
49:8,16 51:12,16
52:4 53:19,21
54:18 55:6,9,15,16
56:18 57:6,12,24
58:3,11,19 59:7,23
61:15,22,24 62:1,
7,10,13,21 63:3,9,
19 64:3,11 65:14,
20 66:4,8,11,15,24
67:21 68:11,12,18
69:15,20 70:5,6,
14,20 71:1,2,3,10,
14 72:6,19 73:8,21
74:5,6,8 75:11,14,
20 76:2,9,10,14,18

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

77:15 78:9,10,14,
22 79:4,5,9 81:1,9,
13,14,16,17 82:14,
24 83:9 84:10 85:2
86:11,23 87:1,5,
11,18,21,22,24
88:19,23 90:17
91:15,16 93:20
94:4 95:4,5 96:9,
22 97:20,25
100:24

**in-charge**
39:16

**in-person**
9:7

**inactive**
21:12 50:8

**inappropriately**
81:16

**Inc**
21:7,25 24:17 25:2
32:21 33:19 34:22
35:2 37:22 39:20,
23 40:2,10 41:20
42:11 43:12,16,25
44:5 45:3 46:8
47:22,25 48:13
49:8 50:4 51:8
54:13,23 91:1,3,5,
6,7,8,18,23

**including**
6:10 68:15 69:3,16
70:6 88:9 89:1,8

**income**
100:8

**incorporated**
65:14 66:10

**incorporation**
40:20 48:20 49:7
51:1 67:25

**individual**

40:22 99:13

**individuals**
9:8 37:13 40:18
46:15,19,21 54:4
57:1 90:22

**indoors**
64:7

**industrial**
70:8

**industry**
45:23 52:15

**information**
38:7,23 73:14
75:14 78:3

**initially**
36:17

**inside**
92:15 100:25
101:4,6,8

**inspection**
26:23 27:1

**Inspections**
27:14

**inspector**
27:3

**install**
89:3,22

**installed**
85:15,17,18

**installing**
88:10 89:2,10

**instance**
28:11 83:16

**instances**
84:10

**instead**
64:20

**Institute**

14:15,18

**institutions**
20:7

**instructions**
35:1

**insurance**
7:21

**intended**
79:11

**intent**
55:9

**intention**
82:8,17

**intentional**
97:21

**interest**
68:17,25

**interject**
9:9

**intermediate**
69:4

**International**
14:16

**interpreting**
53:13

**interrupt**
12:14

**into**
21:17 27:20 33:2
34:2 35:11 42:6
46:13 47:4 50:1
54:21 56:1 64:17,
25 65:7,19,23 94:1
95:6 96:6,10

**introduce**
49:24

**invest**
68:14 69:15

**investing**
69:20

**Investments**
21:7,25 22:4,9
23:13,23 24:2,17
25:2 26:12,16
29:17,22 32:1,21
33:19 34:18 35:2
47:21 91:3,6

**investor**
36:23

**invite**
80:3

**involved**
38:13 40:9 52:4
60:11,13 76:9
84:25

**involvement**
36:20 40:12 47:2
53:15 55:15 66:23
67:6 77:11

**issue**
26:6 85:7,9,11

**issues**
22:14 27:11 61:8

**it's**
8:8 9:8 10:2 12:18,
22 13:6 21:12
24:19 36:16 39:12
41:10 44:10 46:1
63:7 66:17 67:19
69:3 70:18 72:2
74:2,3,23 76:6,10,
15 77:13 80:9 82:4
83:4,20,21 86:25
88:23 94:7 95:5
99:9,21 100:19
102:9,10

**Itala**
6:18 7:1

**Italian**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

11:14

**its**
58:18 68:15 69:15

---

**J**

**jackets**
79:15,22

**Jesse**
72:12 73:10,12

**Jesse's**
83:14,17 89:9

**job**
20:15 25:12 26:11
27:20 28:2 34:14
38:5 46:6 55:23
57:7 62:2 80:10
84:16 90:16 92:20
100:19

**jobs**
31:19,21 38:23
80:7 83:8

**Judge**
10:18

**July**
11:20 28:16 49:8

**June**
65:20

**junk**
85:2

**Jury**
10:18

**just**
8:9,14,18 9:19
10:4 12:22 13:6
16:6,15 18:7 19:17
21:5,24 24:19 28:6
29:15 32:9,11
33:2,16,17,21
34:18 35:12 36:23

37:9 41:3,4,5,7
42:14 43:4 45:24
48:14,15,16,24,25
49:5 50:22 52:13,
19 53:2 54:1,12,23
55:21 56:1 59:3
61:4 62:23 64:13,
23 66:16,18,24
67:10 68:10 70:18,
19 72:24 74:3
76:10 77:5,9 78:3
79:4,22 80:3,16
82:2,9,14 83:11
85:20 87:4,24
88:1,17,25 89:6
93:3,10,18,24,25
94:4,10,13,16 95:6
96:8,13,24 97:1,17
100:15,18 102:6

---

**K**

**keep**
9:25 31:6 35:8,9
40:6 44:6 87:20

**keeping**
61:5 71:15

**kept**
59:1

**kind**
8:12 10:2 24:24
26:3 31:7 32:12
33:10,16 36:3 43:4
46:12 51:11 61:8,
20 77:15 80:5
84:22 90:15 94:5,
14 95:1 97:12 98:5
100:19

**kindness**
79:7

**knew**
80:5

**knock**
87:4

**know**
7:16 9:7,8,14,19
10:2 12:6,9,15,18,
19 15:16 18:10
21:14 23:3 25:3,
10,24,25 26:15
28:20 30:17 31:23
32:12,13,14,23
33:6,17,20,24
34:6,8,18 36:15
39:6,24 40:15,19
41:1,14,21 44:5,
11,13,14 45:4
46:16,25 47:4,6,7,
14,21 48:19 50:10,
18 51:1,13,24
52:5,6,11,15,24
53:25 54:11 55:5,
8,11 56:15,17,19
58:1,3,5,21 59:10
60:17,21 61:4,5,17
62:13,17,23 63:2,
16 65:18,19,22
66:12,13,14,21,22
67:1,4,9,24 68:10
69:14,16,22 70:23
71:1,21 72:10,22
73:12,13,16,24,25
74:4,10,17 76:1,6,
7,8,13,14,21 77:7,
9,12,19 78:5,7,12,
19,23,24,25 79:18
80:10,17 81:4,21
82:10 83:5,17,24
85:6,13,21,22,25
86:2,6 87:5 88:9,
20,21,22,25 89:19
90:3,4,8,11,15
91:1,18,25 92:1,3,
6,7,14,20 93:4,23
94:6,23 95:17,21
96:16,17 97:13,18
98:21 100:4,7

**knowing**
66:23 83:4

**knowledge**
45:23 48:17

**known**
6:16 7:4

**knows**
84:16

---

**L**

**lab**
57:9,13,14,20,21,
24,25 58:10,13

**label**
25:19

**ladder**
83:23

**ladders**
90:9

**lady**
54:17,18 55:10

**lady's**
55:2

**Lake**
19:25

**language**
45:20

**languages**
11:7,10,12

**Larou**
5:16 6:2,4 13:1,5,8
35:8,11,13,16,23
49:22 50:2 59:10,
14,17,21,23 60:8
101:11 102:8

**last**
6:10,18 7:1,5 9:14



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

17:25 20:3,8 21:14
28:10,13,17 32:19
41:19,21,22 42:3
46:3 53:10 63:3,6
70:10,18 73:12
88:14

**late**
27:13 65:21

**later**
64:15

**latest**
28:21

**Latin**
11:14

**Lauderdale**
22:10 26:22 29:6
31:6

**lawsuit**
6:6 7:15 16:17
67:23 75:13

**leak**
31:13 84:12

**leaked**
30:18

**leaking**
31:14

**leaks**
88:9 89:1,8

**leaky**
61:7 84:7,21 89:19

**learned**
36:6

**learning**
13:19

**lease**
68:23 70:18

**least**
32:17 62:15 76:5
81:5 86:7 95:25

**leave**
82:12 96:4

**leaves**
88:19

**leaving**
82:24

**left**
35:24 61:23 62:21
63:8,24 64:13,23
72:20 75:3 80:4
82:9 83:18 89:9

**legal**
39:4 44:10 76:6

**legally**
6:23

**Lego**
93:24

**Lesly**
5:12 102:11

**let's**
9:5,10,25 15:8
21:20 51:6 61:1
66:5 69:11

**letter**
97:14,15

**letting**
90:18

**level**
14:3 45:8

**liability**
35:6 36:4,14

**license**
15:7,8,13 20:20
21:1,9,10 43:17
100:2,5

**licensed**
31:5,10,19

**licenses**
15:3

**life**
45:7 66:24 74:1
79:18 80:8 95:13

**lift**
95:1,19

**light**
61:6 73:7 83:16,
18,19,24 88:10

**liked**
44:20

**likely**
41:3

**Limo**
63:21,22 64:1,4,7,
13 72:2,11,12,19
73:10 79:9,10
82:14 85:2

**Limos**
89:9

**Limousines**
83:14,18

**line**
95:22

**lingering**
24:20

**listed**
25:25 33:4 34:9,20
40:1,11,15,18 41:1
43:15,16 44:2
45:14 48:2,7
50:10,11 51:7
53:17 54:2 56:18
57:1 58:22 67:8,15
69:11 70:11 75:22
76:24 87:19 90:22,
23 91:19 99:13

**listing**
33:6 40:23 49:9
77:2

**lists**
75:18 76:25 91:20

**literally**
27:18 82:23 88:20
95:6

**literature**
94:10

**little**
30:18 36:5 37:20
45:22 51:6 52:17
60:15 63:13 64:2,
17,21 65:6 66:5
69:9 73:3,6 74:3
80:2 83:7,8 84:5,6
94:10 95:10,11,17
100:12

**live**
11:21 13:13 16:11
66:3 82:5,6,17

**lived**
11:22 12:11 13:25
16:2 24:4 62:9

**lives**
16:19 62:7 91:16

**living**
12:1,3 64:11 78:14
79:6 80:22 81:21
83:9 87:18 88:2,23
90:2

**LLC**
34:21 36:1,4,21
37:1,3,17 43:6
44:1,5 45:4,9
46:17,23 47:22
50:14 51:7 52:8
53:15,18,22 54:5
56:25 76:11 91:10
92:2,4,7,22 96:21

**loan**
38:3,9 41:23 45:7
46:10

**loans**
38:25 39:5 41:24
45:7



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**local**
72:2 76:3 77:13,14

**located**
24:12 42:16 60:16

**location**
58:1,15 71:10 72:9

**locations**
58:13

**logo**
90:11 92:8

**long**
6:20,22 7:4,9,24
9:16 11:21 13:13
15:15,16 16:2
19:7,15 24:8 43:18
50:15 53:4 59:14
62:9 63:16,18,19
64:24 71:24 72:18,
20 73:19 79:20
81:23 83:13 99:5
102:10

**longer**
23:20 42:4 59:15

**look**
15:11,17 23:1,4
25:6 34:2 48:13
50:23 56:22

**looked**
98:17

**looking**
48:7 52:23 56:24
62:20 65:13 100:8

**loop**
46:13

**losing**
63:11

**lot**
18:5 31:20 44:10
45:20 55:23 62:18
63:11 77:7,20
80:12 93:15 96:4

**loud**
68:20

**lunch**
59:12 79:24 84:11

---

**M**

**M-S-C-H-R-I-S-T-Y**
18:21

**machine**
13:2 51:18

**machines**
51:14 52:1,5

**Madam**
49:22

**made**
27:19

**magazine**
54:18,22 55:10,12,
22 65:6,7,10,23

**mail**
27:4 87:20,21,23
89:11,19

**mailbox**
87:20

**mailing**
59:6 87:15,17

**mails**
87:14

**maintain**
23:14

**maintaining**
23:22 60:22 61:2,4

**maintenance**
27:7 60:24 61:9
83:6 84:5,22

**major**
31:4 61:19

**make**
8:18 9:5,11 12:22
16:15 27:22 38:5,8
42:5 62:4 69:1
71:23 75:8 83:10
87:8 95:13 100:9

**makes**
44:23 72:3 87:1,6
94:15 98:20

**making**
33:8,12 42:6 63:14
100:15

**man**
83:2

**manage**
29:18,22 33:7
36:24,25 68:23
78:6

**managed**
22:19,21,25 25:7
57:8

**management**
21:18 26:17

**manager**
20:21 21:21,23
22:3,8,16 24:23
25:13 32:23 36:22
57:2,4,7,10 76:5
97:9,19,22,23
98:9,10

**manages**
62:3

**managing**
22:9,14 23:11
26:20

**manufacturer**
51:16

**many**
28:24 29:21 30:3,4
32:15 60:12 81:3

**Marante**
47:13

**market**
22:13 25:19 38:21
39:1

**marketing**
90:19 93:8,9 94:22

**marks**
70:3

**married**
6:18 16:21 81:18

**Master's**
14:4,8

**materials**
69:6 70:14,15 93:8

**matter**
5:7

**may**
25:24 60:11 65:20

**maybe**
15:15 25:16 28:20
33:24 44:5 45:2
48:6,18 54:10 63:3
65:10,20 92:18
94:20

**MBA**
14:4,5,22

**me**
6:17 9:2,19 13:14
14:2 15:24 17:10,
15,19 18:10,17
20:8,18 21:3,21
22:2,24 24:17 26:7
27:2 28:9 29:2,12,
14 30:19 31:11
33:5,11,23 34:10,
24,25 35:20 40:3,7
41:4 44:11 45:15,
17 46:2 47:7 48:25
51:3 52:17,20,25
53:6,20 55:20



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

59:16 62:11,15
67:9,17 68:3,10,11
69:8 72:5,24 74:4,
19,22 77:9 81:14,
16 82:25 87:1,8
88:12 89:4 91:25
92:21 93:16 96:13
97:23,25 98:6,14
100:11,14 101:21

**mean**
48:4 64:22 71:17
75:4 77:8 80:24
82:15 88:17

**mechanic**
63:6 72:2,10,21

**medical**
10:10 51:25 52:15
92:7,22

**medication**
10:8

**medicine**
52:24

**meeting**
52:23 102:10

**member**
45:14

**members**
54:9

**memories**
47:8

**memory**
10:8,12 49:1,10
52:13 66:15

**mentioned**
17:16 26:15 27:15
29:6 36:1 37:20
46:15 56:14 62:6
63:1 67:17 78:6
79:22 84:15 89:10
92:7 95:21

**mentioning**
55:8 86:6

**message**
99:4

**met**
10:23 54:17,20

**metals**
69:6 70:15

**Miami**
12:7,13 13:10,13,
17,19 15:19 62:16
81:5 91:16

**microwave**
80:2

**mics**
12:20

**mid**
65:20,21

**middle**
6:10,13,18,22,25
63:9 64:1,18 81:15

**middleman**
51:16

**might**
8:22 10:8,11 40:7

**Milagros**
47:13

**million**
64:15

**mind**
46:2 58:24 78:9

**mine**
25:7 30:6 34:11

**minerals**
69:6 70:15

**minor**
31:3 76:5,15 89:18

**minutes**

59:15

**mitigate**
36:14

**mitigating**
27:11

**mobility**
94:25

**mom**
54:10 62:24

**moment**
25:23 32:11 33:16,
17 35:12 48:25

**money**
33:2 38:9 56:2
63:12 71:23 72:4
89:23 93:19 98:21
100:9,15

**month**
12:4 19:17 28:10,
12,13 62:11

**months**
11:23 12:1 20:11
65:9,25

**more**
18:15,16 33:12,13
34:15 38:25 39:1
42:6 46:4 47:18,24
49:24 51:6 52:17
53:6 54:12 57:24
60:15 62:17 66:5
75:5 77:14 81:8
83:10 92:21 96:25
97:1,20 98:18
100:12

**morning**
5:16 6:3 81:17

**mortgage**
34:10 37:21 38:13
39:17,20,23 40:2,
10 41:20 42:11
43:9,12,13,17,25

44:17 45:3,18,23
46:7 68:23 91:18,
23,24

**mortgages**
38:4 42:6

**most**
60:12 63:5 90:22
95:25 96:1,14

**mostly**
12:2,3 26:10 28:2
32:4 34:14 38:23
45:20 46:9,11 83:8
85:6

**mother**
16:20

**motion**
70:7

**move**
18:8 28:10 29:15
64:17,25 73:8
79:18 82:5 83:4
85:9 92:25 94:4
98:15

**moved**
12:8,10,13 13:17,
20,22 20:13 21:18
23:9,10 24:23
28:3,5,16,22 31:24
50:16 62:10,12
63:21 65:19 81:1
83:14 87:11 97:8

**moving**
64:20 82:24 92:19

**much**
24:22 27:14 38:3
42:2,5,7 43:2
52:11,24 64:14
79:24 99:24

**multiple**
6:10 22:20 24:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**mundane**
84:6

**music**
12:16

**must**
9:20

**my**
5:12 6:3,14,15
7:21 13:2 15:11
16:6,10,16,20
17:13 18:6 20:10,
20,25 21:24 22:19
23:11,16 25:5,9
26:10,11 27:20,23
28:2 29:9,10
30:11,21 32:3,7,23
33:11 34:14 35:2,3
37:23 38:1,2,5,7
39:13,14,18 40:5,7
41:17,18 43:9,19
44:3 45:8,18,19
46:2,3,9,11,24,25
47:2,3,4,12,16
48:7 49:2,10,16
50:15 51:20 52:25
53:7,16 54:10,11
58:8,14 59:19
60:19,23 62:17,24
63:19,22,23 64:2,
3,5,11,16,22 65:2
66:10,15,20,22,24
67:5,19 69:6,24,25
73:24 74:2,23
75:2,3,6 76:1,14
77:25 79:6 82:13
83:22 84:16 85:4
86:4,18 87:1,3,14,
22,25 88:24 89:4
90:15 93:16 97:2,
7,12 101:2

**myself**
7:21 17:14 29:10
81:8 99:16,25

---

**N**

---

**N.V.**
5:9 6:7 77:4

**name**
5:12 6:3,9,13,14,
18,19,23,25 7:2,5,
8,10 16:13 21:3,6
23:6 25:20 32:8
33:23 34:6 35:5
36:14,19 41:5,7,17
43:8 44:6 47:12
48:3 50:23 55:2,3,
5 56:7,17,19 57:1
58:9,11 63:6 66:11
71:19 72:5,11,14,
23,25 73:1,12
77:12

**named**
32:25 34:19 37:21
43:5 47:14,17,24,
25 72:13 78:9

**names**
6:10,11,16,17
33:23 47:10 63:2

**naming**
77:2

**need**
9:18 12:17 18:25
23:21 28:3 41:6
44:21 48:13 66:1
68:11 76:12 82:5
86:13 87:9

**needed**
26:5,24 27:13 28:6
29:10 31:14,17
32:13 44:7 45:8
50:23 61:14 62:5,
21 90:9 96:4

**needs**
41:17 62:25

**neighbor**
58:19

**Netherlands**
75:23,25 77:2

**never**
22:15 25:6 26:5,9
29:10,14 30:8 31:1
33:1 37:15 45:24
48:8 49:15,18
50:17,22,24 52:11
53:14 54:8,23,25
55:2,18,25 59:9
64:23 78:22,24
79:14 80:4 82:9,17
83:10 84:15 89:3,
21,22 90:3 91:9,11
93:3,19 96:18

**new**
17:14,20 38:25
42:6 44:7 54:22
59:8 62:21 78:6

**next**
6:15 77:25 87:4,5
91:18 92:4,7

**nice**
95:17 102:10

**night**
81:15

**nights**
81:17

**no**
8:24 10:1,22 12:21
13:9 15:20,23
16:22,24 17:9,24
19:1,6 22:17
23:20,25 24:5,25
26:10 28:22 30:11,
25 37:18 38:22,25
39:8 40:3,12 41:12
47:7 48:2,6,12,13,
15 50:20 52:6 53:6
54:6,7,8,9 55:13

**56:2,19 58:8,18
67:9,14 69:21,24
70:4,9,16,25 71:5,
7,12 73:21 74:2,21
75:25 77:6,12
78:2,5,18,21,22,23
79:3 80:10 82:3
83:15 88:5,17
91:8,24 92:3,10,15
93:24 94:19 95:25
96:20,22 100:6,22**

**nods**
8:14

**noise**
13:1,2

**non-**
8:13

**non-existent**
56:2

**non-financial**
98:12

**None**
66:9

**Nope**
8:7 10:9,13,25
11:3,6 17:1 26:14

**Northwest**
24:12 56:11 58:23
60:16,17

**not**
6:14 8:1 10:3
11:14 13:9 14:23
19:6 21:11 22:5,
17,18 24:19 25:3,
17 26:1 30:25
32:17,22 36:15
37:7 38:9,10,17
39:24 42:18 46:1
48:6 51:14,19
52:6,14 53:11,16
57:18 61:13 63:10,
14 64:6 66:3,11


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

70:16 71:16,22,23
72:24,25 76:4,10
77:22 80:12,21
81:25 82:1,4,18,
19,24 84:16,18
85:10,15 86:12,13,
25 87:13,14,17,23
88:12 91:25 92:6,
14,20 94:2 96:20,
22 97:20,21 98:2,
9,18 99:19 101:14
102:7

**notarize**
99:16,24,25

**notarized**
99:11,18

**notary**
99:16,24 100:2,5,
8,13

**nothing**
48:24 55:21 56:3
79:5 82:3

**notifications**
27:12

**Nova**
14:6

**November**
5:2,5 40:11

**now**
5:3 17:13 21:20
43:20 48:14 49:13,
19 58:10 60:19
67:11 83:18 85:11
101:21

**number**
5:10 17:7,13,14,
16,20 42:18 56:1
63:7

## O

**o'clock**
81:16,17

**oath**
10:15,16

**obtain**
14:5,7,12 15:9
43:16

**obtained**
14:22,25 67:20
75:10

**obtaining**
100:13

**obviously**
26:15 79:10

**occasion**
8:6 86:7

**occupied**
63:9,14

**occupying**
63:16

**odd**
38:22

**off**
8:12 12:17 24:17
35:14,17 38:22
40:7 50:22,24
54:24 55:2 60:1,3
64:12 74:19 82:8
91:9,11 102:15

**offered**
28:8 29:14 83:11
86:1 87:19 89:17
98:14

**offering**
84:17

**office**
13:2 23:14,21,22

24:9 32:5 37:7
42:12,14,16 56:4,
7,8 57:8,10 58:7,
17 63:14,17 64:2,
16,17,25 65:8,23
72:9 86:1 87:1,5,
18 90:2,5 94:11
97:8 98:3,12
100:23,25 101:4,7

**officer**
25:5,8,25 32:20
33:18,25 34:20

**officers**
25:4 39:22 40:18,
24 91:20

**official**
98:5,18

**officially**
23:16 25:17

**often**
32:1 62:13,18
94:18

**oh**
18:6 39:18 56:16
69:6 80:9

**okay**
7:22 8:3,8 9:1,14,
23 10:7,10,14
11:7,21,25 12:23,
24 13:10 14:7,24
15:21 16:5,13
18:1,3,12,17 19:1,
5 22:2,7 23:8 24:1
25:10 27:15 28:20
30:2 31:11,24
33:15 34:13 35:20,
24 36:10 37:12,20
41:15,19 42:10,23
43:4 44:19 45:1,3,
15 46:5,15 47:17
48:14 49:2,4 50:21
51:9 52:3,7 53:4,7
55:14,19 56:24

57:3,6 59:5,19,25
60:9 61:1 63:23
65:3,15,18 66:1
67:18,22 68:9,14,
22 69:10,13,17
70:1,17,19 75:5,6,
12,16 76:20 78:19
83:23 86:19 88:24
89:6 94:18 97:17
98:16,25 99:8,11,
22 100:4,11,24
101:9 102:4

**old**
11:23 12:1

**on**
5:3,16,18 8:5,25
12:16,19 14:8 18:8
22:6,12,21,25 25:9
32:25 33:4,15 34:9
35:5,21 36:5,10,14
38:8,22 40:19
41:17 42:19 44:2
45:24 46:14,16
47:17 48:17 54:25
55:18,23,24,25
59:18 60:6 61:13,
23 62:2 63:8,12,
13,24 64:15 65:4,6
67:8,19 74:13
79:1,12,17,18
80:8,16 81:7 82:2,
5 83:19,23 85:18
89:23 90:2,11
92:8,18 93:8 95:9,
18,24,25 96:3,7,9,
14 100:20,24

**once**
62:15 81:5

**one**
9:6,9 14:14 17:12,
16 18:15 19:17
20:1 22:12,22,23
23:1,10 24:4 25:6,
8 26:24 27:15,25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

30:1,17 31:16
34:20 35:12 39:16
40:7 44:7 47:6,18,
24 48:7 49:24
53:14 54:13 56:13,
14,25 58:15 61:22,
23 63:5,8,9,13,24
64:18 67:11 69:14
70:10 71:14 75:5
77:13 83:21 84:25
86:7 90:11,25
93:3,11,25 95:19,
25 96:1,13,22 97:1
99:12,18 100:24

**ones**
18:23 20:24 23:5
31:3 34:1 83:21

**online**
49:14

**only**
9:19 18:25 22:12
24:16 25:8 27:25
28:11,13 29:18
30:7 58:14 65:22
66:9,14,23 71:12,
24 72:1 74:4 75:3
89:16 94:19

**open**
45:4,6,8 76:11
87:23

**operate**
58:16 71:8,16
85:19

**operated**
37:5,6 42:13 43:2
58:10 60:13 74:1

**operating**
23:23 24:2,18,19,
21 25:9 28:14
29:18 31:25 45:5
53:21 71:10 87:19

**operation**

26:10 33:11 40:10
66:24 71:12

**order**
43:16 76:9

**ordered**
57:9

**orders**
33:9

**organic**
70:15

**organic--**
69:7

**organized**
33:11

**original**
43:8,9 74:13 75:2

**originally**
37:24 60:19 79:9

**origination**
46:10

**Orlando**
5:9,19 6:7 16:14,
16 50:11

**other**
6:16 7:22 8:3,6
9:11 11:7,12 12:4
13:7 20:6,7,15
22:15,16 23:10
25:1,4,12 26:13
28:11 29:8 30:9,
12,13 32:20 33:18
37:12,13 39:19,20,
22 41:7,16 46:18,
21 52:3,4 53:12,14
54:1,3,4,9 58:5,6,
7,13 59:3 68:15,17
70:3 72:8 74:25
75:1,21 84:6,19,
21,22 87:24 88:24
89:6,13 90:20
92:9,11 96:5 98:11

**others**
29:3

**otherwise**
68:24 79:17

**our**
8:18 37:8 58:19
67:21 72:8 75:10
84:7,12 97:8 98:12

**out**
9:17 19:7 23:10
24:2 26:4,7,19
27:19,21 28:4,15
30:2 32:1 33:25
34:4,15 36:16 38:6
40:5 41:16 42:13
43:22 52:18 53:7
57:20 58:16 60:13
61:5,6 62:17
63:11,21,24 64:19,
21 68:20 74:5
79:16 80:13 81:25
82:2,7,15 83:4,14,
16,20 85:1,5 88:9
89:9 91:2,4 92:21
95:8,18 96:3,19
100:16

**outside**
64:8 71:10 73:17,
23 83:21 90:5,7

**outstanding**
39:5 45:7

**over**
8:10 9:4,9 22:22
60:11 64:14,23
69:25 79:23 80:3,
21 85:1 98:1,21

**own**
16:7,9 20:25 21:2,
3,24 22:19,21,25
23:16 25:9 32:24
34:14 35:6 36:13,
14 37:8 48:7 58:18
66:11 68:22 72:8

77:22 79:12,17
80:8,17 82:3 85:19
86:8 90:2,19

**owned**
22:19,21 33:1
58:8,9,14 101:4,7

**owner**
25:11,12 26:23
27:19,23 30:20,21
31:4,23 32:20
33:18,25 74:20
75:2 76:5 79:10

**owners**
25:1 39:20 59:8
74:22,25

**owning**
33:21 36:19 66:18,
25

**owns**
16:10 60:17,19
62:3

---

**P**

**P.M.**
60:7 102:16,17

**page**
49:11 50:3 56:25
68:4 75:17 76:24

**paid**
27:23 30:15 48:8
68:21

**paint**
61:25 83:8 90:14

**painted**
90:1,4,8,11 92:8

**painting**
89:24

**paperwork**
46:11



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**Paragraph**
69:12 70:11

**parents**
82:6

**part**
11:17 33:13 75:18
76:25

**parted**
56:2

**participant**
45:25

**participated**
47:3

**participation**
68:16

**particularly**
81:9

**parties**
5:14 22:17,18

**partners**
55:22

**partnership**
54:25 55:17

**parts**
73:3

**party**
30:7

**passed**
39:14,18 44:24
45:19 46:25

**passive**
36:23

**past**
17:8,17,22 18:12,
18 60:21 61:11
70:1,5,13 71:9
72:7 73:21,23
74:24 81:21

**patents**
70:2

**pause**
69:8

**pay**
26:7 27:9 30:22
33:10 78:16,20,23
79:1 88:5 93:19

**paying**
71:14 80:21

**payment**
28:17

**payments**
27:13 87:12 97:10

**Pembroke**
24:5,6

**pending**
6:6

**people**
77:7 94:25 95:5,22

**per**
23:16 32:15

**percent**
77:7

**percentage**
55:24

**perform**
37:16

**performed**
30:13 41:20 46:23
52:7 54:4 60:25
67:13 83:5 89:14
91:22 92:2,12

**performing**
42:11 46:7,16 89:7

**Perhaps**
48:23

**period**
12:5 24:8,10

**periods**
12:7

**permanent**
84:16

**permanently**
82:18

**permission**
79:10

**permitted**
79:4

**permitting**
31:9

**person**
79:11 96:2 98:4

**personal**
29:9 48:17

**phlebotomy**
57:14,15

**phone**
17:5,7,13,15,19,
20,23 18:9 65:2
81:7 99:7 100:21

**phones**
17:11

**phonetic**
96:21

**photographers**
94:6

**physically**
57:23 93:23 95:2

**pick**
28:25 69:9

**picky**
31:7

**picture**
70:7

**pictures**
90:18

**piece**
49:24

**pieces**
72:15,16 93:24,25

**Pine**
19:24 20:2,14 23:7
24:4,5

**Pines**
24:6

**place**
23:14 27:11 37:4
42:12 53:22 56:5
58:6,19,22 64:21
76:14 79:12 82:19,
20 90:1,23 91:21

**places**
12:4

**placing**
33:9

**Plaintiff**
5:8,15,17 6:6

**Plaintiff's**
49:25

**plan**
35:4 49:14

**playing**
13:2,7

**plaza**
22:10,12,15 26:22
27:4 29:5,11,20,25
30:5,6,7,10,14,15
31:2,3 86:8

**please**
5:14 6:9 8:12 9:11,
19,24 14:2 15:23
17:10,15,19 18:17
66:2 68:12 75:8
89:4

**plumber**
26:8 84:8



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**point**
9:18 12:7 24:25
25:6 26:24 29:1
34:10 38:25 40:7
48:18 66:25 67:2,3
86:2 99:17 100:2,6

**poor**
88:23

**popular**
48:2

**popup**
94:9,10

**portfolio**
90:16

**possibility**
45:11 99:9

**possible**
9:17 99:14,21

**possibly**
25:24 46:10

**power**
27:6

**prepared**
10:20 77:24 78:1

**president**
25:15,22 40:2,12,
16 48:9 50:11,12
51:8 67:16 69:19,
22 73:15 74:18
76:16

**pretending**
88:13

**prettier**
95:14

**pretty**
24:22 27:14 35:9
38:3 42:2,5,7 43:2
64:14 79:24 95:16
99:24

**previously**
39:10

**primarily**
26:16 51:24

**principal**
23:14 37:3 53:22
56:5 58:6,22 90:23
91:21

**prior**
7:6

**probably**
26:16 37:7 41:2
42:4 51:3 53:11
54:21 55:4,6 56:22
58:25 59:2 65:9
67:3,8 101:1

**problem**
8:23,24 9:4 84:2,
17 88:6

**problems**
13:9 94:25

**process**
15:10

**processing**
41:24 46:10

**processor**
38:3

**product**
52:22

**production**
67:21

**products**
52:23 93:8,10
94:22

**properties**
22:9,16,20,25
29:9,18,19,21
30:3,4,9,24,25
34:21 35:3 36:1,4,
21,25 37:1,3,17

**properties@**
**gmail.com**
18:20

**properties@**
**gmail.com.**
18:21

**property**
16:7,9 20:21
21:18,21,22 22:3,
8,16 23:12 24:23
25:13 26:7,17
29:5,10 36:13,14,
22,23 60:18,22,25
61:3,5,9 62:3
68:24 71:15 83:17
91:15 97:19,22,23
98:9,10

**proprietorship**
76:11

**protect**
98:2,6

**provider**
17:23 18:4,11 62:5

**providing**
27:12

**public**
100:5,13

**publishing**
55:11

**pull**
48:25

**pulled**
49:4

**purchase**
36:4

**Purchases**
71:4

**purpose**
8:14 9:23 18:19
33:6 66:18 68:5,14
69:11 74:4,12,13
98:8 99:15

**purposes**
32:25 33:5 36:5
59:6 68:7 69:15

**put**
22:12 25:20 27:20
33:1 37:10 41:4,17
47:4 56:1 87:24
89:21 93:7,13,15,
20 94:4,5,7,16
95:17,24

**putting**
87:21 94:13 95:9

---

**Q**

**Quest**
57:9

**question**
6:16 8:21 9:20,21
40:17 41:18 61:2
74:7 77:23,25
88:24 89:4 97:11,
13

**questioning**
8:11

**questions**
41:13 96:25 99:2
101:12

**quick**
35:9 59:11

**Quini**
96:21

**quite**
60:10 99:19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

## R

**R-O-D-O-B-E-L**
73:2

**ramp**
96:9

**random**
81:17 88:18 98:4

**raw**
69:5 70:14

**read**
68:10,19,20 87:23
101:16,18,23,25

**reading**
102:18

**real**
15:6,13 20:20
21:13 22:19 23:16,
20 25:14,18,20,21
35:4 36:6 45:23
68:24,25

**reality**
97:20

**really**
16:3 26:1 32:7,14
33:21 40:6 42:8
48:14,16 52:14
53:16 62:23 73:13
76:7 93:4 96:18

**reason**
7:8,16 19:20 40:8
41:17 43:21 45:17
58:21 65:22 66:9
74:11 81:12

**reasons**
62:16,19

**recall**
29:4 37:6 45:11
47:8 63:20 72:10
84:1,5,10,20

91:11,14 92:16
99:9,10

**recent**
63:5

**recently**
78:5

**recliner**
94:24 95:19

**recollection**
8:10 48:22

**recommendation**
36:7,8

**record**
5:3 6:10 8:15 9:10,
24 10:4 35:15,18,
21 50:1 60:2,4,6
102:15

**records**
27:21 30:16

**referenced**
32:9

**Referring**
70:19

**reflect**
48:21

**reflected**
8:24

**reflects**
12:19

**refresh**
8:10 48:22 49:1,10

**regarding**
99:2

**register**
37:9

**registered**
42:1 48:10,24
50:22 77:17,18
99:13

**registering**
72:8

**related**
47:19 71:6

**relationship**
87:7

**rem**
90:7

**remained**
45:6

**remember**
14:21,25 17:24
18:7,11 19:2,18
21:16 22:11 23:6,7
24:3,6,10,14 25:5
28:18 29:2 31:13
34:1,6,11 35:1
36:18,19 37:2,11
38:2,14 39:7,13,14
40:8 41:21,23
42:17 43:18 44:4,
8,23 49:13,19
52:12 53:8 54:17,
19 55:2,3,16 56:7
58:3 61:20 63:6,7,
25 64:5,16 65:1
72:14,16,21 73:1,
5,7,11 79:15,20
81:8 83:13 84:13
85:4 92:14 93:6
94:20 96:12,13,22
99:19,21 100:17

**removal**
61:17

**renewed**
48:23 50:17

**rent**
16:7,9 27:12,16,17
28:4,25 30:9,12,14
63:11,15 64:19,22
66:1 67:10 68:23
71:14,24 74:5

78:16,20,23 79:1,
14 80:21 82:7 85:5
86:17,23 87:12
91:3 97:10 98:3,7

**rental**
22:13 36:13 58:18

**rentals**
70:6

**rented**
23:10 26:19 63:24
71:25 83:20 96:8

**renting**
71:13

**rents**
86:8,11,12,13
98:14

**reorganize**
43:11

**repair**
26:21 31:15 61:19,
20 84:22

**repaired**
31:17

**repairs**
30:17,18,24 31:2,
12 89:18

**repeat**
46:20

**rephrase**
91:25

**report**
41:2,3

**reported**
8:19

**Reporter**
5:3,13 8:15 12:19,
21 35:14,20 49:22
60:1,6 101:15,18,
21,23 102:2,4,13,
15


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**Reporting**
5:13

**reports**
40:21

**represent**
6:5 67:24 75:13

**representative**
53:18 54:2 76:3
77:14

**represented**
11:4

**request**
26:21 27:3 75:11

**requests**
67:21

**required**
10:16

**requirements**
43:13

**residence**
82:18

**residential**
29:18 30:3,5,23
81:25 82:1,4,19,20

**residing**
15:24

**respectfully**
41:11

**respond**
9:21

**responding**
9:12

**response**
67:21

**responses**
9:25

**responsibility**
83:21,22

**responsible**
40:23 60:22 61:2,
10,12 71:21 86:16

**restaurant**
26:25

**result**
56:25

**results**
57:21

**resumed**
35:19 60:5

**retail**
32:4,8 57:24 94:14

**retired**
45:18 69:25

**retrospect**
98:8

**return**
75:14 78:3

**returned**
62:14,15

**revenues**
68:19,21

**rid**
6:22,25 7:1

**Ridge**
19:24 20:2,14 23:7
24:4,5

**right**
12:23 19:3 20:4
35:11 38:17 40:24
42:20 43:23 44:22
46:2 48:4,14 52:16
56:13 59:23 62:7
63:13,23 64:1
67:11 68:8 69:2
78:10 81:22,23
84:18 87:4 93:22
97:8 98:2,4,20,22
99:17 101:10

**rights**
68:25 70:2

**Rodobel**
72:13,18,22 73:2

**role**
37:25

**roles**
38:1

**roll**
95:4,5,6

**rolled**
96:8,9

**roller**
95:10,16

**rollers**
95:10

**Rolling**
20:10,12

**roof**
61:7,13 84:3

**roofers**
61:17

**room**
13:7 82:7

**royalties**
68:21 70:6

**rug**
94:7

**rule**
9:4

**rules**
8:10

**run**
26:23 67:3

**running**
8:22 82:16

**S**

**said**
8:17 12:3,10 13:10
21:2,8 22:18,20
25:23 28:14,20
31:18,25 32:11
33:4,20 36:3 37:18
39:10 40:5 41:4
42:4 44:21 64:6
66:21 73:4,24 77:5
82:13 84:2,6 85:4,
20 90:14 91:1,8
96:17 97:22 98:13
99:5

**sale**
59:7

**sales**
20:20,23 21:9,10,
15,16 25:21 51:25
52:5,15 71:4

**same**
7:1 10:16 16:15
17:7,12,23 23:2
45:17 46:6 56:8,10
91:11

**sample**
93:7

**Sanford**
13:24,25 15:25
62:7,12 81:1

**sat**
42:14

**saw**
48:6,20 81:2
100:14

**say**
7:6 8:1 20:11
21:17 22:5 24:11
29:3,25 32:17
42:18 44:25 46:9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

53:9 65:1,12 74:23
81:4 90:8,15 97:21

**saying**
44:9 67:2 80:17
84:12 97:14 99:17
101:6

**says**
44:16,17 55:7
56:25 77:19

**schedule**
32:7,14 75:18

**school**
15:12,19,20 18:24
19:13,16,18,19,24,
25 20:1,2,3,4,5,9,
10,13,14,16 46:3

**schools**
20:6

**scientific**
70:8

**screen**
49:2 67:19 75:7
97:2

**scrolling**
49:11 68:3 75:17
76:23

**second**
7:4 16:6 29:2 38:4
49:11 50:12 69:8
75:17 77:3,4 78:13

**section**
75:20 76:24,25

**securities**
69:16,20

**security**
68:15 85:13,16
88:10 89:2,10

**see**
9:1 49:2,6 50:17
56:24,25 57:1

59:23 65:13 75:6
88:15 97:3 102:12

**seeing**
73:7

**seems**
76:15

**seen**
80:25 81:10 97:6

**sell**
22:22

**selling**
49:14

**send**
57:20,21

**sense**
44:23 69:1 87:1,6,
8 94:15 98:20

**separate**
44:1

**September**
19:8

**serve**
97:8

**service**
18:4 62:5

**services**
61:16 77:3

**set**
32:14 35:4 36:17
94:16

**setting**
61:22

**seven**
9:15 96:4

**seventh**
76:24

**several**
28:12 81:14

**shakes**
8:13

**share**
67:18 75:5 76:15
97:2

**shareholder**
77:1,3

**shareholders**
74:25 75:19,22
76:18

**shares**
68:15 69:16,20

**sharing**
51:4 97:4

**she**
27:2 31:5

**sheet**
27:21

**Sheoah**
23:2

**shipments**
71:4

**shoes**
79:16

**shop**
63:7 91:9

**short**
35:17 60:3

**should**
97:22

**shouldn't**
36:8,9,13 39:21,24

**show**
78:8 90:15 93:7
96:7,11 97:1
100:20

**showed**
70:20 78:3 100:15

**shower**
82:3 95:4,6

**showing**
52:22

**shows**
92:23 93:3 94:19
95:23 96:13,15

**side**
33:14

**signature**
97:7

**signing**
33:9 102:18

**silence**
12:24

**similarly**
34:19 43:5 47:17,
24

**since**
8:8 13:19,25 19:17
40:10 50:18 81:10

**sir**
22:1

**sister**
23:11 54:11 93:17

**sit**
38:5 79:25 95:22
96:2

**site**
88:15

**situation**
78:14 80:24

**six**
18:2,3 20:3 65:9

**sleep**
64:7

**sleeping**
64:8 82:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**small**
31:18,20 49:15
89:20

**smell**
88:16

**socks**
95:9

**sold**
58:24,25 59:7 95:4

**sole**
76:11

**solutions**
32:10 95:13

**some**
13:18 34:10 38:6
39:4,5 41:21 45:22
46:10 48:18 60:10
61:18,19 66:25
67:2,3 73:2 85:18
86:2 88:7,10,25
89:2,11 90:20 91:2
92:19 93:7 98:4
99:17,18 100:2,6
101:13

**somebody**
28:6 31:5 53:1
55:1 63:24 76:8,
12,14 78:5 84:16
88:5

**someone**
7:20

**something**
26:22 31:15,18
43:17 44:6 52:10,
13 54:19 61:21
62:22 69:3 72:14,
15 82:7 83:8 84:8
85:20 86:2,3,25
92:19 93:6 97:25
98:5

**Sometimes**

**96:12**

**somewhere**
100:1

**son**
16:20 49:16

**son's**
17:13 65:2

**soon**
9:17

**sorry**
12:14,25 14:10
15:22 16:4,8 24:6
36:8 41:11,12
46:20 65:2 78:18
101:5,17

**sort**
61:18

**Souls**
19:13,23

**sounds**
8:8 38:17 51:24
81:19

**sources**
36:7

**Southeastern**
14:6

**Southern**
5:11

**space**
83:14 96:1,4

**Spanish**
11:11,13 48:3
53:2,13

**speak**
10:3 11:7 54:13

**speaking**
9:12 47:20 102:11

**speaks**
9:6

**specific**
20:22

**specimen**
57:13

**specimens**
57:20

**spell**
56:20 72:23

**spend**
89:23

**spent**
60:10

**spoke**
34:17 47:21 64:16
90:21

**spoken**
11:1 88:7

**spot**
57:19

**spray**
8:22,23

**Springs**
23:3

**spruce**
95:17

**square**
88:21

**start**
15:8 44:7 49:13,
14,17 54:22 55:9
69:11 91:1

**started**
15:10 19:23 34:6
38:2,14 43:9,22
44:17 47:2 48:19
49:18 64:5,11
66:21 73:20 74:16
81:12 82:11

**starting**

**5:15 49:17 54:22**
55:22

**state**
5:14 6:9 50:8 51:2
71:10 73:17,23

**stated**
6:4 23:19 25:10
51:10 68:7 70:20

**states**
5:10 12:13 17:3
50:16 69:14

**stay**
45:8 76:9 79:4

**stayed**
59:8 64:13

**step**
13:14

**still**
15:25 21:10 23:18
24:17 29:17 38:10
39:3,4,6 40:11
45:4 64:22 71:1
80:22 81:7,18
85:11 86:5

**stop**
24:21 51:4 59:19
62:16 81:6

**stopped**
19:20 21:19 24:23,
24 38:19,20 42:5

**store**
49:14 57:24

**storefront**
58:19

**story**
86:2

**street**
24:12 56:12 58:23
60:16,17 64:13
82:8



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**streets**
66:4

**stretch**
96:3

**strike**
7:22 20:6 71:8

**structural**
61:8

**stuff**
18:25 25:17 44:10
59:3 61:14 64:20
73:8 74:2 76:6
78:8 79:16 80:13
85:3,6 90:9 94:3,4,
11 95:11

**subject**
6:8

**sued**
16:23,24

**summer**
16:6

**Sunbiz**
32:25 33:4 34:2,19
37:9 40:19 43:5
44:2,4,16,17 48:7
49:4 50:3 55:6,7
56:18,24 65:12,13
76:11 77:15

**Sunrise**
97:10

**supplies**
57:10

**support**
33:22

**supposed**
29:13 56:6 65:7,23
77:22 87:23 91:8,
15

**sure**
8:1,18 9:5,11

12:22 14:23 16:15
22:6 27:22 35:8,
13,16 38:6,18
40:18 42:18 46:21
48:16 51:19,24
53:11 61:4 72:24
76:4 87:14 100:9

**surprise**
40:3,4 45:15,16,17
53:20 67:9,17

**survivor**
75:4 78:9

**sweat**
93:15,20

**sworn**
5:25

---

**T**

**T-MOBILE**
18:6

**table**
79:25 84:11,12

**tagged**
53:2

**take**
5:6 9:15,16,18,21
10:17 27:22 29:24
33:10,13 55:23,24
59:11 80:18 84:14
86:1,20 87:19
90:18

**taken**
7:13,25 8:4,5,9
10:7

**takes**
40:7 61:5 62:24
88:19

**taking**
13:18 46:14 88:3
89:18

**talk**
21:20 51:6 60:15
66:5 81:7 85:11

**talked**
55:21 88:25 89:7

**talking**
60:10 71:18 84:11

**taxes**
27:7 71:15 72:4

**teach**
15:6

**teacher**
18:23,25 19:14
20:5,7,16

**teaching**
20:11

**tears**
93:16

**technical**
68:22

**technically**
17:13 23:11

**tell**
6:17 14:2 15:24
17:10,15,19 18:17
20:18 21:3,21
22:2,24 30:19
31:11 33:5,23
34:24 46:3 52:17
55:20 69:25 72:5
74:19,22 80:9
99:15 100:3,11

**temporary**
79:11

**tenant**
27:11 62:21 67:11
71:13 72:25 73:2
82:15 86:20 87:14

**tenant's**
83:20

**tenants**
22:14 26:21 27:2,
10,12,17 28:1,24
63:1,2 72:9 82:21
86:8,11,17,24 87:8
91:3 97:24 98:1,
18,21

**term**
32:23

**terms**
54:25 55:18 85:19
90:2

**Terrace**
15:25 23:19

**test**
57:16,18 58:10
96:3,21

**Test's**
58:13

**testified**
5:25

**testifying**
10:17

**testimony**
48:16

**tests**
57:15

**text**
99:4,7

**than**
7:22 8:3 11:7,12
20:7,15 22:15
25:12 26:13 28:11
29:8 30:9,12,14
32:20 33:18 34:15
37:12 39:19 41:7
46:18,22 52:4
53:12 54:1,3 58:7
72:8 75:1 84:6,19,
21 87:24 88:25
89:6 92:9,11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**Thank**
17:22 36:11 60:1
101:15 102:5,12,
13,14

**that**
6:15 7:1,4,11,15,
19,23,24 8:2,4,18,
23,24 9:5,7,11,15,
16,19 10:4,11,14,
15,16 11:25 12:4,
19 13:3,13,20
14:5,8,12,21 15:6,
9,14 16:15,19
17:12,14,16,20
18:11,18,23 19:11,
25 20:2,4,6,8,25
21:1,9,14,15,19,25
22:3,6,7,12,21,25
23:4,10,11,18,19,
22,23 24:1,5,6,12,
15 25:3,10,16,23
26:9,15,18,19,23
27:3,4,11,13 28:4,
5,9,10,11,13,14,
16,17,20 29:1,5,
11,15 30:18 31:5,
9,12,14,16,17,18,
25 32:4,8,11 33:2,
20 34:5,15,25
35:3,4,5 36:1,5,7,
8,13,15,19,20,22
37:19,21 38:6,24,
25 39:5,17,24
40:1,4,17 41:3,14,
19,24 42:3,9,10,
12,16 43:6,9,17,
18,19 44:6,9,10,
13,17,18 45:13,15,
16 46:4,5,7 47:1,8,
11,25 48:4,6,9,10,
21 49:10,13,15,19
50:8,14,15,18
51:5,7,10,11 52:4,
6,7,10,13,18 53:1,
5,9,17 54:12,14,

16,17,18,22 55:6,
8,9 56:6,8,18,21
57:9 58:1,7,15
59:7,13 60:11,17,
22,25 61:3,7,10,
14,15,16,25 62:12,
14,21 63:3,11,12,
17 64:2,5,6,16,18,
19 65:6,7,10,22,
23,25 66:10,14,15,
17,23,24 67:11,15,
20 69:1,14,18
70:20,23 71:8,12,
14,17 72:1,3,6,8,9,
23 73:10,14,19
74:1,11,12,16,17
75:9,14 76:2,7,8,
13,14 77:4,8,15,
23,24,25 78:1,3
79:17,20 80:5,9,
10,13,25 81:4,12,
22,25 82:10,15
83:4,11,13,17,18
84:1,3,6,10,16,21,
23,25 85:1,3,4,6,
10,15,17,18,20
86:4,6,13,18 87:1,
3,6,8,9,10,12,20,
25 88:1,8,13,25
89:6,7,13,14,16,20
90:3,8,11,13,14,21
91:2,11,14,17,25
92:3,5,6,8,9,11,14,
15,19 93:6 94:3,7,
11,14,15,16,23
95:4,5,8,11,12,19,
21,22 96:10,19,22
97:1,4,7,17,24
98:6,7,14,17,18,
20,24,25 99:3,12
100:15 101:6

**that'll**
9:3

**that's**
8:16 15:22 18:12,

25 19:1,3,4 20:3
21:6 22:6 23:8
27:14 28:22 31:24
34:12 36:11,17,24
37:5,12 42:2,23
43:8,21 45:8 46:1
47:16 48:14 51:19,
20 58:10,14 65:3,
21 66:1,13 67:11
68:1 71:15 72:1,
16,21 77:6,18,20
78:9 81:22 83:20
85:20 86:5 92:24,
25 95:20 97:7
102:4

**their**
52:22 95:13 98:7,
21

**them**
8:22 9:1 23:1,2
27:20,22 31:20,21,
22 57:20 77:20
80:18,19 85:19
88:19 93:15 95:1
98:6

**themselves**
95:2 98:2

**then**
11:23 12:8 13:16,
19,20,25 14:16,18,
19 15:1 17:13
18:7,8 20:12,13
21:17 23:5,9
27:10,23 30:21
36:23 38:4,7,16,19
48:24 49:18 50:12
57:15 64:15 66:2
72:19,20 73:10
80:8 81:10 96:25

**there**
12:7,11 15:11
16:2,11 19:8,15,20
20:9,13 22:20
24:20,25 25:1,4

26:6,12 27:11
30:17 31:14,16
32:2 33:3,20,21
36:16 37:13 38:16,
22,25 39:4,13,19,
22 41:4 43:3
46:18,20,21 47:9,
11,18 52:21 54:18
58:5,13,21 61:18
62:9,17,18,21
63:1,18,20 64:3,
11,14 70:24 72:11,
13,18,20 73:11
74:24,25 75:20,21
78:16 80:2,7
81:11,12,21,24
82:16,18,21 84:1,
2,22 85:8,13,16
86:3,5,7 87:1 88:2,
14,23 89:13 92:15
94:4

**there's**
41:4 50:13 61:7
80:10 82:3 84:12

**thereupon**
5:22 35:17 49:25
60:3

**these**
43:24 49:7 52:5,23
75:24 76:17 77:7,
9,10,13 78:10
90:25

**they**
8:21 14:19 21:12
26:20,21 27:18
30:5,6 31:8 38:21
46:6 57:16 62:24
64:7,10 76:3,12,
15,21,22 77:16,20,
22 79:14 87:7 90:9
94:2,3,6,24 95:1,5
97:25 98:1,5

**they're**
44:1,2 58:11 77:22


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

98:2,21

**thing**
9:14 27:13 31:9
37:6 53:16 57:9
65:6 66:14 67:8
68:19 84:4,25
85:12 91:11 93:17
100:2 102:1

**things**
26:3 35:6 40:7
41:22 45:20 46:12
62:22 78:10 79:22
83:8 84:6 88:18
89:20 94:10 95:12
96:5

**think**
8:2 9:3 11:22
14:18,23 19:4 21:6
24:20 25:8,13,16,
22 27:14 28:17
29:1 34:8,9,12
37:18,19 38:15,16
43:15 45:2,12
46:11 48:6,21
49:17 50:16 51:19,
20,23 52:9 53:24,
25 54:10 55:16,17
56:6 57:16 58:18,
21 59:15 62:10
65:5 66:25 73:4
76:3 77:18 83:7
84:25 86:25 89:13
90:1 94:14,19
96:1,3,16 101:11

**thinking**
98:18

**third**
22:17,18 30:7

**this**
9:15 10:17 12:15
29:11 35:8 40:16
44:21 49:4,8,12,
21,22 50:3 51:1

64:12 67:19,23
68:4,10 69:9 74:5
75:9,13,14,17,18,
20 76:13,24,25
78:8 82:1 84:17
85:5,12 88:5 93:20
96:17 97:6,13,15,
20,21 98:8,9
100:9,18 101:15,
25 102:7

**those**
6:17 11:10 14:25
18:25 19:2 20:7,21
21:8 22:7,24 23:5
27:7,15,20 28:7
30:2,3,9,16,23,25
31:6 33:24 34:24
40:23 46:5,18
51:25 63:2 76:1
79:22 88:22 93:2,
11,13,23 95:21,23
96:2,14 99:2
101:11

**though**
21:11 40:9 57:18
66:13

**thought**
49:16,17 80:15
99:6

**three**
19:24 20:8 21:9
22:13 24:14 46:15,
18 63:23 75:20,21
94:20

**three-way**
55:17

**three/four**
31:21

**through**
11:24 13:15 20:22
22:4,5,8 27:2
29:22 30:15 31:22
34:19 36:6 38:17

40:19,21 43:5,10
53:19 86:8 90:25
102:6

**Throughout**
38:1

**thus**
55:24

**till**
11:22 13:20 82:2

**time**
5:4 6:20 7:1 9:6
11:25 12:6 15:15,
16 19:11 21:14
22:13,22 24:8,9
29:24 35:22 39:13
41:19,21 42:10
43:3,14,18 44:18
48:7 50:16 53:14
60:2,7,10 62:12,18
63:18,19 65:5
69:18 71:24 72:18,
20 73:19 80:25
81:11 82:10 83:17
87:10 88:14 99:5
101:2 102:12,16

**times**
22:13 28:12 32:15
81:2,14 93:17

**tiny**
73:6

**title**
25:12,14,16,25
38:3 41:25

**titled**
68:5

**titles**
20:21

**today**
5:13 10:5,8 40:11
54:13,23 55:9,20
56:4 65:14 96:16

98:9

**today's**
5:4 6:8 9:24 10:15,
20,24 11:2,5

**together**
54:22 83:3 93:14,
15 94:13,16

**toilet**
83:7 84:7,21 89:19

**told**
20:8 54:1 77:9

**took**
43:19 50:22,24
54:24 55:2 64:14,
21,23 69:25 80:19
85:1 91:9,11

**tools**
85:3

**top**
49:5

**topic**
47:17

**total**
29:21,25

**towards**
55:11,20

**track**
40:6

**trade**
69:3,4,5 70:14
92:22 93:2,6 95:23
96:6,11,13,14

**Trading**
5:8,19 6:6 50:14
51:7 52:4,8 53:15,
18,22 54:4 66:18
67:7,16 73:15
74:18 75:19 76:17
92:4



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**transaction**
56:2

**transcript**
8:16,25 101:24

**transfer**
18:8

**transferred**
20:12 58:25 59:2

**transform**
74:14

**transition**
43:22

**transitions**
43:23

**translate**
53:1,7

**translating**
46:9,12

**trash**
27:7 61:6,16,17
88:16,22

**traveling**
26:2,4,6

**tree**
64:8 79:6 82:23

**trial**
10:17

**tried**
80:16

**trivial**
53:6

**trolleys**
94:3

**true**
66:13

**trust**
44:11

**try**
8:12 9:5,11,16,24,
25

**trying**
18:6 24:3 38:14
39:14 65:4 79:16
80:20 81:24 82:22
93:10

**turn**
12:17

**Turnberry**
20:24

**turns**
33:10

**TV**
78:8

**twice**
81:5

**two**
16:3,4 17:11 20:3,
11,21 22:13 23:5
34:24 43:25 44:1
54:3 62:11 79:17
80:17 82:3 94:19,
20

**type**
27:13 31:9 52:3
57:9,11,25 60:24
66:7 84:2,4 85:23
94:22

**typical**
9:7

**typically**
10:3

**typing**
8:16

---

**U**

---

**U-HAUL**

96:8

**U.S.**
73:17 75:19,22

**uh-huhs**
9:25

**um-hum**
9:22,25 13:12 39:9
40:25 42:25 52:2
66:6 68:6 70:12,22
78:15 86:21

**unaware**
76:17

**uncle**
46:24 47:5,11

**uncle's**
47:3,12

**under**
20:20 21:2,9 25:20
35:5 36:4,19,25
47:6 56:25 58:9
64:8 68:4 69:12
70:11 71:19 75:18,
20 76:24 79:6
82:23 99:23

**undergraduate**
14:7

**understand**
7:11 10:14 13:1
44:12 80:24 98:24

**understanding**
44:3 63:22 66:17
72:24 74:8 76:2
77:8 86:4 87:25

**understood**
6:15 7:22 8:20 9:3,
13,21 19:22 22:15
67:6 102:8

**unit**
22:12 27:5 42:17,
19 56:13 63:7
71:25 83:9,20

**United**
5:10 12:13 17:2
50:16

**units**
22:11 26:19,24
29:1,3 30:1 31:16
63:23 71:14

**Universal**
5:13

**University**
14:6,20

**unless**
80:22

**until**
9:11 21:18 28:4
39:11 79:11 83:18

**up**
9:15 12:18 14:19
15:17 23:4 25:6
28:25 31:24 33:17
34:5 35:4 36:17,18
48:13,25 56:22
61:5,13,22 62:7,9,
12 71:15 79:19
81:1 83:9,23 87:11
88:20 90:10 94:7,
16 95:1,2,17,20,22
96:25

**ups**
99:3 101:13,14

**urine**
57:15

**us**
9:6 35:20 57:21
63:14 79:25 80:9
90:18 93:9,18

**use**
19:4 70:7 90:18

**used**
18:13,18 24:9,15
25:13,16,22 37:7



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

**using**
18:4 23:24 24:24

**usually**
32:22 100:1

**utilities**
27:8

---

**V**

**vacant**
22:12 26:20 29:3
31:16

**vacate**
64:18

**vacated**
64:16

**vacating**
63:10

**vague**
52:13

**van**
94:1 96:8

**various**
20:24 22:14

**vendors**
33:8 50:23 52:23
57:8

**Venezuela**
11:16,21,22 12:11
15:20 51:17 52:1

**verbal**
8:13

**verify**
38:6

**verifying**
38:23

**Verizon**
18:5

**vice**
40:2,12,15 50:12
51:7 67:15 69:18,
22 73:15 74:18
76:16

**Vida**
32:10 33:8,16
34:12 61:22 79:24
90:12 92:7,9,16,
17,18,22 94:22,23

**video**
59:19

**Viormar**
5:8,19 6:6 24:9,11
32:1,12 37:7 42:23
53:24 56:6 58:17
60:13 65:19 66:5,
8,9,12,15,17,24
67:7,10,13,16,20,
25 69:15,19,23
70:2,6,14 71:8,9,
12,16,19 72:1,6
73:13,15,22 74:4,
18,22 75:1,10,14,
19 76:16 77:11
78:7,14 79:1 84:23
85:14,24 86:10,16
88:8 89:1,8,14
90:24 91:21
100:25 101:1,4,7

**visit**
62:24 81:11 83:24

**visited**
62:14

**vote**
17:2

---

**W**

**wait**
9:11 15:15 49:10

**waive**

101:16,19,24,25
102:3

**waived**
102:19

**waiving**
102:7

**walking**
9:1

**wall**
86:1,3,4

**walls**
61:25

**want**
8:1,9,18 9:14 10:4
12:22 16:15 20:11
21:17 22:5 29:3,25
31:8 33:15,16
42:18 43:24 44:25
48:14,16 54:12
59:11 60:15 67:18
69:8 70:10 75:5
78:13 85:5 90:8,
20,25 97:1 98:11,
20

**wanted**
26:23 30:20 31:4
43:12 47:18 53:1
79:7 96:2 97:17
98:1,5

**warehouse**
24:9,11,12,15
32:1,2,13,16
42:17,24 53:24
58:17 60:14,16
62:14,20,24 63:2,
3,17 64:14,18,25
65:19 66:2,16,19,
25 69:1 71:17,19,
25 72:9 74:5
78:14,17 79:2,5,9
80:22 81:6,11
83:4,6,14,24 84:24

85:1,14,17,24
86:11,17,20,24
87:2,4 88:8,10,12,
13,19,21 89:1,8,9,
14,23,25 90:6,7,24
91:21 92:8 94:1,2
101:8

**warehouses**
61:22

**wasn't**
15:16 19:21 32:14
33:10 39:12 53:16
63:20 74:16
100:22 101:1

**water**
27:6 95:8

**way**
10:20 12:20 64:22
80:18 88:15 90:10,
15 94:14 98:17

**ways**
56:2

**we**
5:3,6 9:11,21 10:3
12:7 22:12 26:24
28:8,9 29:13 31:22
33:10 34:17 35:24,
25 41:3,8,16 42:5
43:2,10 47:21
54:21,22,25 55:18,
21,23,25 56:1
57:15,19,25 60:9
61:21,24 62:16
63:10 64:19,21
66:1 67:11,20
71:13 72:3,20 75:9
79:23,24,25 80:2,
4,5,13,15,16,18,19
81:6,7 83:10 84:7,
10 85:11,15,19
88:3,4,25 89:6,18
90:21 93:5,7,20
94:11,19 95:4,25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

96:8 97:1 98:13
99:5,6 102:6,15

**we'll**
59:17

**we're**
5:4 35:21 41:16
60:1,6 63:11 66:1
82:2 96:24

**we've**
59:10 71:18 81:24
88:7

**website**
100:16

**week**
32:15,17

**weird**
12:20

**went**
11:23 13:14,15
15:20 21:17 42:6
83:16 88:14 96:12
102:6

**were**
7:4 10:17 11:15,25
12:1,3,7 18:4
19:11,12,15 20:9,
18,22 21:2 22:3,7,
9,20,21 23:2,5,22,
24 24:1 25:10
26:4,12,19,20
27:16,25 28:8,9
29:3,13 30:3,4,5,6,
23 31:19,25 33:18,
20,21,25 35:25
37:13 38:13 40:15
42:10 46:5,6,7,16
47:20 50:10 52:18,
21 54:2 55:8,10,25
57:7,19,22 58:2
60:13 61:22 63:1
64:4,10,21 72:20
79:21 81:6 82:21

84:11 86:6 87:19
88:3,4 89:18 94:9,
22 98:13 99:5,6

**what**
11:10,17 13:23
14:25 18:3 19:12
20:18 21:12 22:9
23:21 24:1 25:11,
15,23,25 26:3,17
30:19,20 31:17
32:5,23 33:5
36:17,20 37:11,25
38:12 41:23 44:3,
23 46:2,6,13,14,20
47:4,7,10 48:12
51:11,15,19,20
52:18,19 55:16,20
57:6,7,11 58:24
60:24 61:20 65:12,
21 66:7 67:2
72:16,23 76:3,6
77:15,19 80:15
84:13 87:10 91:14
93:2,4 94:21 95:5,
20 99:8,15

**what's**
11:19 16:13 31:8
32:8 39:5 55:6
74:7 97:11

**whatever**
25:21 40:6,8 41:17
42:15 43:14 44:16,
17 50:24 55:7 59:6
62:25 64:9 66:4
71:13 74:12 80:8,
10 81:8 82:7,23
84:13 93:1 94:12
99:25

**wheelchair**
95:6

**when**
15:9,13 17:24
18:10 21:18 24:11,
21,22 28:22 29:17

37:9 38:14 39:11,
13 41:19,23 44:13,
14,21 48:7 57:22
61:21 62:18 64:15
65:5,15 66:1,21
67:4 69:22,24 72:3
74:16 79:23 82:10,
14 84:1 88:5
92:24,25 100:5,7

**where**
11:15 12:1,11
14:5,12 15:24
19:11,22 21:22
29:11 30:24 33:24
34:20 42:16 50:6
56:8 57:22 58:1
59:2 83:9 85:2
86:5,7 87:18 90:1
100:16,18 101:2

**whereas**
80:20

**whether**
38:8

**which**
6:7 10:8,11 12:7
18:11 24:14 34:1
37:11 47:6 55:23,
24 60:12,13 68:4
69:14 83:19 90:23
91:18,20 97:13
99:15,19 100:3

**whichever**
56:13

**while**
8:8 21:1 23:22
24:16 34:17 37:20
59:11 81:20

**white**
13:1,2

**who**
6:5 16:16,19 41:1
46:16,19,22 51:1

54:4 55:23,24
56:16 60:17 61:2,
5,6,7 63:25 76:1,
15,17,21 77:7,9
78:1 86:14,16
87:11 93:13 98:21

**who's**
60:21 71:21

**whole**
68:19 80:18,19
85:2,12 101:25

**wholesale**
69:4

**why**
34:10 40:4 41:6,8
43:21 45:16 46:1
48:19 58:22 66:21
74:5,8 77:19 78:9
79:18 84:18 86:12
88:4 100:9

**wife**
47:3,5,13

**will**
5:14 9:16 61:14
62:3,4 95:19 97:2
101:15

**Winter**
23:3

**wise**
27:4

**with**
5:13,15 6:24 7:15
8:4,23 9:5 10:23,
24 11:1,2,5 15:8
16:3,11,19,25
22:14 23:20 24:23
25:7 26:4,7,20
27:2,10,11 28:6
29:10,11 30:8
31:10,15 32:3 33:8
34:4,7 36:20 37:9,
25 38:5,13,16,20



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

40:6,12 41:25
42:5,8 43:10,13
45:9,18,20 46:25
47:2,19 49:15
51:1,14 52:14,18,
25 53:12,15 54:13,
23 55:1,7,10,21
59:8,9 60:11 62:7
63:22 64:4,15,17
67:4,7,18 69:11
70:7 72:7,15 74:13
75:5,13 77:11
79:9,18,21,25
81:20 82:5,6,14
84:2 85:1 87:7
88:22 91:1,2,4
92:12 93:15 94:25
96:13,19 97:4
99:4,7 100:7,9,12,
15 102:3,10,11

**within**
17:24 42:3 53:10
63:3 71:9,17,19
83:19

**without**
63:10 64:21

**witness**
5:21,24 12:17,24
13:4,6 35:10,12
36:10 59:13,16,19,
22,25 101:16,17,
20,22,25 102:3,6,
14,19

**won't**
8:24

**wooden**
86:1

**word**
39:5 51:15 98:12

**work**
14:8 19:7,22 21:20
27:9 30:13 31:1
32:5,13,24 37:16

41:20 42:11 45:9
46:16,23 52:7
54:4,6 55:11,20
57:4,13,14,18
60:24 61:11 62:5
67:13 73:13 83:6
84:2,5,23 85:23,25
86:1 88:7,11,25
89:2,6,11,13,16
90:15 91:5,14,17,
22 92:2,12 96:14
99:23

**worked**
18:24 20:6,15
21:8,15,22 22:16
32:3 33:2 34:4,8
38:16 46:19,25
47:8,11 92:5

**working**
19:5,11,12,15,20,
23 20:5,19,22 21:2
22:3,8 32:2,6
37:14 38:2,13,19,
20 39:12 45:24
49:19 55:10 57:23
58:2 64:3 97:18

**world**
21:13

**worries**
15:23

**would**
7:6 10:16 15:10,16
18:7 22:22 23:1,3
25:6 26:3,7 27:2,3,
8,10,17,18,19,23
28:9,11 30:19,20,
21,22 31:22,23
32:2,6,15,17,22,
23,24 33:4,5,9,10,
12,13 34:1 35:14
36:22,24 37:11
38:7,8,22 41:6
42:18,19 46:9
48:21 51:15 53:9

55:3,6 56:21
57:15,19,21 59:7,
14 65:1,21 69:1,24
73:8 74:5,6,11,14,
23 76:13 77:13,23
79:24,25 80:2,7,8,
12,13 81:4,7
83:18,23 84:3,7
86:12,13,19 87:4,
11 92:17,25 93:2,
5,7,13,16,21,22,24
94:5,7,11,16,18
95:1,23,25 96:6,10
98:6,18 99:6,23,24
100:1,6 101:18,23

**would've**
41:1 92:24 100:22

**wouldn't**
12:9 41:8 44:8
67:9 87:9 91:13,16
95:8 96:4 98:8
99:14 100:3

**wrap**
96:25

**write**
97:13 98:8

**writing**
48:15 97:25

**written**
8:16,25 67:21
75:10

**wrong**
44:5

**wrote**
97:7,15 98:17

---

### X

**x-ray**
51:14,25 52:5

---

### Y

**yeah**
6:24 9:3 12:17
13:4,9 14:1,9,23
15:1,5 16:6 17:11,
18 19:2,4,21 20:9,
21,24,25 22:22
23:7,12 28:16,19
29:2,7,9 32:22
34:23 35:10 36:6
37:23 38:10 39:8
41:12,14 42:14
43:2,8,23 44:3,9,
11 48:16,18,25
49:3,6,10,13,19
50:5,7,9,15,17
51:3 56:8,13,16,17
59:13,14,22 62:8,
10,25 63:5 65:13,
15,17 67:17 68:1,
12 74:3 75:8 78:12
79:19 81:2,14,16,
23 83:7 85:12 86:3
87:6 89:5 90:1
92:15,21,24 93:12
94:17 95:15 96:12
97:5,7,10,16 98:23
100:9,11,14,18,20
101:8,22 102:2

**year**
8:2 14:21 15:12
18:8 19:10,18,19
20:1,10,13 44:23
62:15 65:10 81:5

**years**
14:25 16:3,4 17:8,
12,17,22 18:2,3,
12,18 19:25 20:3,4
22:3,7 32:19 38:1,
12 42:3 53:10
60:12,21 61:11,18
63:4 70:1,5,13,18
71:9 72:7 73:11,


**UNIVERSAL**
**Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation
Fernandez, Christina on 11/08/2024

21,23 74:24 79:23
80:3,21 81:22 83:3

**Yep**
8:21

**yes**
7:3,14 10:1,6,19
11:9 16:12,18
17:4,6 18:14 20:4,
17 22:1 23:16
24:14 30:15 37:5
54:15 57:5 62:15
76:19 97:14 99:1,5

**Yolanda**
55:5

**you**
6:9,13,16,17,22,
23,25 7:1,4,12,16,
24 8:5,11 9:8,14,
17,18,20 10:2,7,
10,11,14,15,16,17,
20,23 11:1,4,7,15,
21,25 12:1,3,10,
12,15 13:10,13,22,
25 14:2,5,7,12,21,
25 15:3,9,14,18,23
16:2,7,9,11,19,21,
23,25 17:2,5,7,10,
15,16,19,20,22,23
18:4,7,13,17,25
19:5,7,11,12,15,
20,22 20:6,8,15,
18,22 21:2,3,8,14,
21 22:2,3,7,9,18,
20,21,24,25 23:19,
22,23 24:1,11,16
25:10,11,18,19,20,
23,24,25 26:3,4,15
27:15,16,17,25
28:1,14,15,20
29:5,21 30:8
31:11,24,25 32:2,
9,11,12,13,14,15,
16,19 33:4,5,6,17,
20,21,23,24,25

34:3,18,24 35:14
36:1,3,5,8,9,11,12,
13,25 37:9,10,20
38:12,13,19 39:10
40:1,4,9,12,15,17,
19 41:1,6,19
42:10,11,12 43:6,
15 44:4,5,13,14,
21,23 45:4,9,13,16
46:2,3,5,7,16,20
47:14,19,20,25
48:4,9,20,21 49:2
50:10,14,18 51:1,
10,24 52:4,7,14,
17,18,19 53:4,8,9,
17 54:2,3,13,14,16
55:3,5,8,10,11,20
56:14,15,17,20
57:4,6,22 58:1,2,5,
21 59:11,15,16,23
60:1,11,17,21
61:3,4,5 62:6,7,12,
13 63:1,2,16 64:24
65:18,19 67:2,6,
13,15,18,23,24
68:10,11,12,20
69:8,14,16,18,19,
22,25 70:1,5,10,
13,20,23 71:1,3,9,
17,21 72:5,23
73:4,16,22 74:4,7,
14,19,22 75:6,8,
13,23 76:2,10
77:4,9,10 78:1,4,
19,23,25 79:20,21,
22 80:10,17,25
81:1,12,19,21
82:2,5,10 83:5,13,
17,24 85:4,13,22
86:6,8,10 87:5,15
88:4,9,14,25 89:4,
9,13,24 90:4,14,
15,21 91:1,2,4,18
92:1,4,7,21 93:2,
21,22 94:4,5,16,
18,21,22,23,24

95:15,16,17,18,19,
20,21,23 96:6,10,
17,25 97:2,3,4,6,
12,13,14,18 98:20
99:3,6,12,15,18
100:3,4,10,11,12,
16,18,20 101:12,
15,18,20,21,23
102:5,11,12,13,14

**you'll**
9:1 100:16

**you're**
15:24 34:20 40:1,
11 44:9 76:10,17
84:23 86:22 97:14
98:2 99:12,17,19
101:6

**you've**
8:9 17:16 18:18
21:22 22:15 45:13
46:15 53:14 88:13

**your**
5:14 6:9,22,23,25
7:1,12,16,24 8:5,9,
10 10:8,11 11:19
14:2,22 15:13
16:11,13 18:8
21:2,3,9,20 22:8,
21,25 23:13,18
25:20,23,24 26:3
29:24 31:12 33:21,
24 34:17 35:1
36:1,14,20 37:12,
25 39:8,10,16,19
41:7 44:14,23
46:17,22 47:10
48:16,17,22 49:1
50:11 51:10 53:12
54:1 55:14,19
57:1,6,7 60:12,24
61:1,10 62:6 66:17
67:20 74:8 75:1,21
76:18 77:8 78:19,
22,25 81:19 82:3,

5,6,11 83:23 86:8,
19,23 87:10,16
89:11 90:21 91:19
93:20 98:3,20
99:19 101:19,24
102:9,12

**yourself**
7:19 25:20 26:13
37:13 46:17,22
81:13 91:19

---

## Z

**ZIP**
23:3

**zoom**
68:11,12

---



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com