Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-20772-GAYLES/LOUIS


DENNIS ANEIROS,

      Plaintiff,

vs.

VIORMAR TRADING CORPORATION, N.V.,
AND ORLANDO A. FERNANDEZ,

      Defendant.




DEPOSITION OF ORLANDO FERNANDEZ

TAKEN ON BEHALF OF THE PLAINTIFF

September 23RD, 2024
10:00 A.M. TO 1:25 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
KIANNA MACHADO, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 2

```
01                    APPEARANCES OF COUNSEL

02    ON BEHALF OF THE PLAINTIFF:

03         PATRICK B. LAROU, ESQUIRE
           FAIRLAW FIRM
04         135 SAN LORENZO AVENUE SUITE 770
           CORAL GABLES, FLORIDA 33146-1878
05         305-928-4893
           BROOKS@FAIRLAWATTORNEY.COM
06         (REMOTELY VIA ZOOM)

07    ON BEHALF OF THE DEFENDANT:

08         DAVID ALVAREZ, ESQUIRE
           ALVAREZ LAW, LLC
09         PO BOX 561773
           MIAMI, FLORIDA 33256-1773
10         786-889-4383
           ALVAREZLAWLLC@GMAIL.COM
11         (REMOTELY VIA ZOOM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 3

```
01                    INDEX OF EXAMINATION

02   WITNESS:  Orlando Fernandez
                                                 PAGE
03   DIRECT EXAMINATION
          By Patrick B. LaRou, Esquire              5
04
     CROSS EXAMINATION
05        By David Alvarez, Esquire                98

06   RE- DIRECT EXAMINATION
          By Patrick B. LaRou, Esquire             102
07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 4

```
01                    INDEX OF EXHIBITS

02   EXHIBIT              DESCRIPTION              PAGE

03   PLAINTIFF'S

04   EXHIBIT A     NOD                             10

05   EXHIBIT 2     ARTICLES OF CORPORATION         32

06   EXHIBIT 3     2022 VIOMAR TRADING CORPORATION RETURN  33

07   EXHIBIT 4     VIORMAR TRADING CORPORATION 2022 TAX
                   RETURN                          38
08
09   EXHIBIT 5     VIORMAR TRADING CORPORATION 2023 TAX
                   RETURN                          40

10   EXHIBIT 6     PHOTOGRAPH                      50

11   EXHIBIT 7     DECEMBER 12 2016 LETTER         56

12   EXHIBIT 8     SUNBIZ FLORIDA DIVISION OF CORPORATION  61

13   EXHIBIT 9     SEPTEMBER 29 2023 LETTER        74

14   EXHIBIT 10    TAX CARD                        79

15   EXHIBIT 11    COMPOSITE                       80

16   EXHIBIT 12    RESPONSE TO INTERROGATORIES     96

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        VIDEOTAPED DEPOSITION OF ORLANDO FERNANDEZ

02                    SEPTEMBER 23, 2024

03   THE COURT REPORTER:  Would Counsels, please

04   introduce themselves to the record?

05        MR. LAROU:  Good morning.  Brooks LaRou on

06   behalf of the Plaintiff, Dennis Aneiros.

07        MR. ALVAREZ:  Good morning.  David Alvarez on

08   behalf of the Defendant, Viormar Trading and

09   Orlando Fernandez.

10        THE COURT REPORTER:  Thank you.  You may

11   proceed.

12   Thereupon:

13                    ORLANDO FERNANDEZ,

14   was called as a witness, and after having been first duly

15   sworn, testified as follows:

16                    DIRECT EXAMINATION

17   BY MR. LAROU:

18        Q    Mr. Fernandez, I know you just showed your ID

19   on your camera a moment ago, but could you please state

20   your full name for the record for me?

21        A    Orlando A. Fernandez.

22        Q    And what does the A stand for?

23        A    Andres.

24        Q    Great.  Thank you.  And Mr. Fernandez, have

25   you ever been known by any other names?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 6

```
01        A     No.  One, yes, sorry.  My -- it was Orlando
02   Olimpio Fernandez.
03        Q     And can you please spell the middle name for
04   me?
05        A     Orlando Olimpio, O-L-I-M-P-I-O, Olimpio.
06        Q     Thank you.  And do you remember around when
07   that name change occurred?
08        A     When I became a U.S. citizen there was, I
09   can't remember 10, 12 years ago approximately, I don't
10   remember.
11        Q     Okay.  And what was your reason for changing
12   the middle name from Andres to Olimpio, I'm sorry the
13   other way from Olimpio to Andres?
14        A     I never liked my second first name.
15        Q     That's fair.  I understand that my -- Brooks
16   is my middle name, but it's what everybody calls me.
17   So, I understand name complications.  I can relate to
18   that.
19        So, Mr. Fernandez, have you ever had your
20   deposition taken before?
21        A     No.
22        Q     Okay.  So, before we begin, I'll just go over
23   some ground rules with you.  First to ensure that
24   there's a clear record of the transcript of today's
25   deposition, please try to avoid any kind of non-verbal
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 7

01   communication that we might have in ordinary day-to-day

02   conversations such as head shakes, head nods, hand

03   gestures, understood?

04         A    Yeah, understood.

05         Q    Thank you.  And also to ensure clarity of the

06   record for today's deposition, let's try and make a

07   conscious effort that only one person speaks at a time.

08         Again, I know in day-to-day conversation kind of

09   flows, sometimes we might interrupt one another, but

10   I'll try to do my best.

11         A    Okay.

12         Q    Give you a chance to finish speaking before I

13   begin talking and I would ask that you do the same,

14   please.  Thank you.

15         Okay.  And another thing that I always like to

16   mention is that I'm not sure exactly how long today's

17   deposition will go, but it can take up to seven hours.

18   I don't anticipate that it will take that long.  But if

19   you need a break at any time during today's deposition,

20   please just let me know.

21         The only thing I ask is that if there's a question

22   pending, meaning if I've asked you a question on the

23   record, you have to answer that question before we go

24   take a break, understood?

25         A    Okay.



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01     Q    Great.  Mr. Fernandez, have you taken any

02  medication, which might affect your memory and ability

03  to testify today?

04     A    No.

05     Q    And do you suffer from any kind of medical

06  condition that might affect your memory or your ability

07  to testify today?

08     A    Part of my age, no.

09     Q    And do you understand that the oath you gave

10  at the beginning of this deposition was the same oath

11  that you would be required to take if you were

12  testifying at Trial in this case in front of a Judge

13  and a Jury?

14     A    Yeah, I understand.

15     Q    And do you also understand that oath which

16  you took at the beginning of today's deposition,

17  requires you to testify truthfully under penalty of

18  perjury, which is the Federal law?

19     A    Yes, I do.

20     Q    Mr. Fernandez, did you prepare in any way for

21  today's deposition?

22     A    Well, I read the question already that you

23  sent, my answers.

24     Q    Okay.  And those questions that you're

25  referring to are those titled Plaintiff's



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 9

```
01   Interrogatories to Viormar and to yourself?

02        A    Yeah, the questionnaire that you sent.

03        Q    Sent.  Did you -- is there anything other

04   than reading over those interrogatory responses that

05   you did to prepare for today's deposition?

06        A    No.

07        Q    I'm going to share my screen with you here

08   for just a moment.  Mr. Fernandez, are you able to see

09   the screen that I'm sharing with you now?

10        A    Yes, I can see it.

11        Q    Perfect.  Have you seen this document before?

12        A    Not until today.

13        Q    Okay.  So, I'm going to represent to you that

14   this is a Notice of Taking your Deposition today, we've

15   agreed to take your deposition individually and also in

16   your capacity as the person with most knowledge of the

17   claims and defenses raised in this lawsuit on behalf of

18   Viormar.

19        Do you believe that there's any other individual

20   who would have more knowledge of the claims or defenses

21   in this lawsuit against Viormar and yourself other than

22   you?

23        A    No.

24        Q    And I'm scrolling down to Page 3 of this

25   deposition notice titled Exhibit A.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 10

```
01   (Thereupon, Plaintiff's Exhibit A was entered

02   into the record.)

03   BY MR. LAROU:

04        Q    These are the areas of inquiry for Viormar's

05   Corporate Representative.  And I'll give you just a

06   moment to read through these areas of inquiry.  And

07   whenever you're finished, you can just let me know.

08        A    Okay.

09        Q    Set.  Okay.  So, with regard to all of these

10   areas of inquiry set forth in Exhibit A of today's

11   deposition notice, is there any other individual that

12   you think might have more knowledge regarding these

13   areas of inquiry than yourself?

14        A    No.

15        Q    Great.  Thank you.  Okay.  And Mr. Fernandez,

16   do you speak any languages other than English?

17        A    Spanish.

18        Q    Spanish.  Okay.  Do you read and write both

19   Spanish and English?

20        A    Yes, I do.

21        Q    And where were you born?

22        A    Cuba.

23        Q    What part of Cuba were you born in?

24        A    The province of Camaguey, a little town

25   called Esmeralda.
```



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 11

```
01          Q    How long did you live in Cuba?

02          A    Four years.

03          Q    Four years, and where did you move after you

04   were four years old?

05          A    To Venezuela and live in Caracas, Venezuela,

06   the rest of my life.

07          Q    Where do you currently live?

08          A    Orlando, Florida.

09          Q    I'm sorry.  I think I was having trouble

10   hearing you.  What part of Florida?

11          A    Orlando, Florida.

12          Q    Okay.

13          A    Well, basically the city of Sanford in

14   Florida.

15          Q    Got it.  When did you come to Florida from

16   Venezuela?

17          A    2015, I think.

18          Q    And have you ever lived anywhere other than

19   Cuba, Venezuela and Orlando?

20          A    No.

21          Q    What is your current residential --

22          A    Sorry, I live -- let me correct that previous

23   question.

24          Q    Okay.

25          A    I live in Toronto, Canada from 1985.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 12

01      Q      You said in 1985?

02      A      Until 1985, I moved back to Venezuela.

03      Q      So, when did you move to Toronto?

04      A      --.

05      Q      I'm sorry.  I think I'm having some trouble

06   with the audio again.  Can you repeat that for me?

07      A      I moved to -- I live in Toronto from 1980 or

08   1981 to 1985.

09      Q      Thank you.  And Mr. Fernandez, what is your

10   highest level of education?

11      A      A university postgraduate studies.

12      Q      You went to university and where did you

13   attend University?

14      A      University of Toronto, Ontario, Canada.

15      Q      And what degree did you receive there?

16      A      Physical medicine and rehabilitation

17   specialist.

18      Q      What level of degree was that?  Is that a

19   bachelor's degree, a postgraduate --

20      A      Like I said, it's a university degree.  My --

21   I am a physician in Venezuela and I did my postgraduate

22   training in Toronto.

23      Q      Where did you attend school in Venezuela?

24      A      In Central University of Venezuela.

25      Q      Do you currently practice medicine?



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A    No.

02        Q    When did you stop?

03        A    When I moved to the United States.

04        Q    So, was that about 2015?

05        A    Around there, yeah.

06        Q    Is there any reason that you decided to stop

07   practicing medicine?

08        A    I'm licensed, I didn't apply for the license

09   of practice medicine in United States.

10        Q    Understood.  And so, when you were practicing

11   medicine in Venezuela, was there a particular area of

12   medicine that you specialized in?

13        A    Physical medicine and rehabilitation.

14        Q    Other than -- strike that.  Is your license

15   to practice medicine in Venezuela still active in good

16   standing?

17        A    Yes.

18        Q    Other than that medical license in Venezuela,

19   do you currently hold any other type of licenses or

20   certifications?  And I'm -- Mr. Fernandez I'm not sure

21   I heard any verbal response.  Was that a yes or no?

22        A    No.

23        Q    Thank you.  And what is your date of birth?

24        A    12/19/1949.

25        Q    And I'm going to ask your Social Security
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  Number in just a moment.

02      MR. LAROU:  But first I'll ask the Court

03  Reporter that we please go off the record.

04  (Thereupon, a short discussion was held off

05  record.)

06      (Deposition resumed.)

07  BY MR. LAROU:

08      Q    Mr. Fernandez, can you please tell me your

09  current residential address?

10      A    439 Still Forest Terrace, Sanford, Florida

11  32771.

12      Q    And how long have you lived at that address?

13      A    Six years.

14      Q    So, just a moment ago, you stated that you

15  came to Orlando or Sanford in 2015.  Did you leave at

16  any other addresses before this 439 address, you just

17  told me?

18      A    Yes, I live in a small apartment from the

19  address was 1212 South Pine Ridge, Sanford, Florida.

20      Q    Okay.  So, other than that apartment address,

21  you just gave me the 1212 address and the 439 address

22  where you currently live.  Have you lived in any other

23  residences in the state of Florida?

24      A    No, but yes, I live in Miami for a few days,

25  for a few years as I mentioned before.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 15

```
01        Q    So, during what years did you live in Miami?
02        A    Since I moved to the United States, until I
03   moved to Orlando.
04        Q    So, what year did you move to the United
05   States?
06        A    I moved to the United States in 2005.
07        Q    Okay.  So, just to make sure I'm
08   understanding correctly, you came from Venezuela to the
09   United States in 2005, you landed in Miami.  Is that
10   correct?
11        A    Yes.
12        Q    And then after you arrived in Miami, you
13   lived there from about 2005 until 2015, correct?
14        A    Right, yeah.
15        Q    Through which point you moved up to the
16   Orlando area?
17        A    Right, yeah.
18        Q    Got it.  When you lived in Miami, did you
19   rent or own the property where you were living?
20        A    That was my parent's house.
21        Q    Do you remember the address of your parent's
22   house?
23        A    10030 East Calusa Club Drive.
24        Q    Who do you -- do you currently live with
25   anyone at your address in Sanford, Florida?
```



UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 16

```
01        A    My wife and my daughter and grandson.

02        Q    What is your wife's name?

03        A    Ytala, Y-T-A-L-A.

04        Q    How long have you two been married?

05        A    51 years.

06        Q    Congratulations.

07        A    Thank you.

08        Q    Have you ever had any prior marriages?

09        A    No.

10        Q    And have you ever been sued before?

11        A    No.

12        Q    Has Viormar Trading Corporation ever been

13  sued before?

14        A    No.

15        Q    Have you ever sued anyone individually?

16        A    No.

17        Q    And has Viormar Trading Corporation ever sued

18  anyone individually?

19        A    No.

20        Q    Have you ever been charged with a crime?

21        A    No.

22        Q    Not even in a traffic ticket?

23        A    Warning.

24        Q    It's a warning?

25        A    Yeah.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 17

```
01        Q    What was that warning for?

02        A    A left turn violation.

03        Q    Do you remember what county that was in?

04        A    Seminole County.

05        Q    Are you currently eligible to vote in the

06   United States?

07        A    Yes.

08        Q    Do you currently have a cell phone?

09        A    Yes.

10        Q    Can you please give me that cell phone

11   number?

12        A    (305) 7035 -- present (305) 301-7035.

13        Q    Thank you.  And during the past 10 years,

14   have you ever had a different phone number?

15        A    No.

16        Q    And during the past 10 years, what cell phone

17   provider or providers have you used?

18        A    T-Mobile.

19        Q    And have you had the same physical phone,

20   during the past 10 years or have you replaced it at any

21   point?

22        A    I replace it --

23        MR. ALVAREZ:  Objection, form.  Hold on.

24   Hold on, Fernando.  Objection.  Brooks, we're

25   going a bit past the relevant portion of what's
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 18

```
01   being alleged in this case.  You've already asked

02   for his cell phone number, he's in our care.

03        If you wanted to contact him, you could

04   contact us directly.  I don't see the relevance in

05   you asking about his model phone and how many

06   phone carriers he's using.

07        MR. LAROU:  Yeah, we're not going to contact

08   Mr. Fernandez directly.  Of course, if we would

09   communicate through Counsel.

10        But if anything, we would be using this

11   information to obtain relevant discovery as far as

12   communications between Mr. Fernandez and the

13   Plaintiff or between Mr. Fernandez and other

14   businesses related to Viormar.

15        MR. ALVAREZ:  Okay.  Understood.  All right.

16   You can answer Fernando, I mean Fernandez.

17        A    Yeah, T-Mobile as far as I remember.  Of

18   course, during the years, I think I replaced my phone

19   once, twice, I don't remember.  Pay attention to these

20   types of things.

21   BY MR. LAROU:

22        Q    Understood.  What type of cell phone do you

23   currently have?

24        A    Apple.

25        Q    Do you know if you keep the information
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01    stored on your phone backed up to a cloud?

02         A    Yes.

03         Q    Do you -- Mr. Fernandez, do you currently

04    have an e-mail address?

05         A    Yes, I do.

06         Q    Okay.  And can you please list that for me?

07         A    Orlandofernandezs@yahoo.com.

08         Q    Great.  Thank you.  Are you currently

09    employed?

10         A    No.

11         Q    Do you remember when you were last employed?

12         A    I don't remember.

13         Q    So, maybe let's take it back to when you

14    graduated from medical school.  Do you remember what

15    year you graduated from medical school?

16         A    It was 1978.

17         Q    So, if I understood you correctly earlier

18    after you graduated medical school in Toronto, you then

19    went to Venezuela to --?

20         A    I graduated from medical school in Venezuela

21    and I did a specialized training in Toronto after that.

22         Q    Understood.  Okay.  So, after you received

23    your medical degree, do you remember the first place

24    you went to work after that?

25         A    In Venezuela or in United State?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 20

01      Q     Anywhere, the first place you worked after

02   that?

03      A     They called Central Medical Docente La

04   Trinidad in Caracas, Venezuela.

05      Q     What type of medical setting was that?  Was

06   it a clinic, a hospital, some type -- other type of

07   facility?

08      A     Well, they had a sec -- a clinic.

09      Q     Do you remember what years you worked there

10   or about how long you worked there?

11      A     Since 2005, until I moved to the United

12   States.

13      Q     I think earlier you told me that you lived in

14   Miami from 2005 until 2015, correct?

15      A     More or less.

16      Q     So, did you work -- you're saying you worked

17   in that clinic until 2005 or you started working there

18   in 2005?

19      A     Until I moved to the United States.

20      Q     Got it.  Okay.  So, from the time that you

21   graduated medical school until you moved to the U.S.

22   you only worked at one, worked for one employer?

23      A     I was not an employee.  It was an independent

24   physician affiliated to that clinic.

25      Q     Understood.  So, you only worked as an


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 21

```
01    independent contractor through that one clinic?

02         A    Yeah.

03         Q    From the time that you graduated medical

04    school until you moved to the U.S.?

05         A    After I graduated in my postgraduate training

06    until I moved to the United States.

07         Q    Got it.  After you moved to the U.S. around

08    2005, did you do anything for work, were you employed?

09         A    I was employed for one of my father's

10    company.  I was helping him with the administrative

11    duties and I was employee for a few years until we

12    stopped the company.

13         Q    And what company was that?

14         A    It was a mortgage lending company.

15         Q    Do you remember the name of it?

16         A    Mortgage, Inc.

17         Q    Okay.  And so, said you worked there for a

18    few years at Mortgage, Inc.  So, that would've been

19    from 2005 until about when did you stop working for

20    Mortgage, Inc.?

21         A    I can tell you that.  I don't remember.

22         Q    Okay.  After you stopped working for

23    Mortgage, Inc., what did you do for work?

24         A    Before that or after that?

25         Q    No, after you stopped working for Mortgage,
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 22

```
01  Inc., what did you do for work after that?
02       MR. ALVAREZ:  You have to give a verbal
03  response, Fernando.
04       A    I didn't work for anybody.  I just retired
05  and was leaving from my Social Security retirement.
06  BY MR. LAROU:
07       Q    Okay.  So, from the time that you finished
08  medical school, just to make sure I'm understanding
09  correctly, the only work that you've performed, or as
10  an independent contractor through that clinic you named
11  in Venezuela as well as for Mortgage, Inc.  Other than
12  that, you haven't worked for any other company?
13       A    No, I have not.
14       Q    Okay.  And earlier when you were telling me
15  about Mortgage, Inc., you stated that you worked for
16  one of your father's companies.  What other companies
17  did your father have?
18       A    Fersom Mortgage and Viormar Trading.
19       Q    And can you please tell me the spelling of
20  that first business that you just named?
21       A    Fersom, F-E-R-S-O-M, Fersom Mortgage, Inc.
22       Q    And do you know where that company was
23  formed?
24       A    I don't remember.
25       Q    Do you remember where that company was
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 23

```
01   engaged in business, what states?

02        A    In Florida.

03        Q    Okay.  Just in Florida not in any other

04   states?

05        A    Florida only.

06        Q    Okay.  And not outside of the U.S. at all?

07        A    No.

08        Q    Can you tell me about the work that you were

09   doing for Mortgage, Inc.?

10        A    Helping my father with the administrative

11   issues or task.

12        Q    What type of administrative tasks?

13        A    Well, helping him with the keeping records,

14   giving payment from the customers and making sure the

15   deposit in the bank, this type of things.

16        Q    Have you ever performed work for the company

17   Viormar Trading?

18        A    No.

19        Q    And I was having trouble hearing your

20   response.  I'm not sure if it's your microphone.

21        A    Never worked for Viormar Trading, I was never

22   an employee of Viormar Trading.

23        Q    Okay.  So, you said that your father was the

24   owner of Viormar Trading.  Is your father still

25   presently the owner of Viormar Trading?
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01        A    My father passed away several years ago.

02        Q    **About when did your father pass away?  And**

03   **I'm sorry to hear that, by the way.**

04        A    2017.

05        Q    **Has Viormar Trading continued to do business**

06   **since the time that your father passed?**

07        A    No, just renting the warehouse space there.

08        Q    **Would you agree with me that renting**

09   **warehouse space is a form of business in and of itself?**

10        A    It can be considered like that.

11        Q    **Did Viormar Trading rent any warehouse space**

12   **prior to your father's passing in 2017?**

13        A    Yeah, he rent the warehouse spaces.

14        Q    **And where were those warehouse spaces**

15   **located?  Can you give me an address?**

16        A    It goes from 7880 to 7884 Northwest 78th

17   Street, Doral, Florida.

18        Q    **And are those multiple separate warehouses or**

19   **are they one single warehouse?**

20        A    Just one building, two base and one small

21   office.  So, that's why there are three addresses 7880,

22   82 and 84.

23        Q    **So, since you said that Viormar Trading has**

24   **rented out those office space or those warehouse**

25   **spaces, I'm assuming -- is it correct for me to assume**



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 25

```
01   that Viormar owns that warehouse?

02        A    Yes, yes.

03        Q    And do you know how long Viormar Trading has

04   owned that warehouse space, located at 7880 through

05   7884 Northwest 78th Street?

06        A    I believe this was at the early 80s.

07        Q    Okay.  When was Viormar Trading Company,

08   first formed?

09        A    I think I sent you the copy of that.

10   Probably late 70s.

11        Q    Yeah.  And I'm sorry to -- I'm sorry, but I

12   think I'm still having trouble hearing you.

13        MR. LAROU:  Is everyone else able to hear Mr.

14   Fernandez when he speaks?

15        MR. ALVAREZ:  So, it seems to cut out.

16        THE COURT REPORTER:  Yeah.

17        MR. ALVAREZ:  Sometimes, but he said late

18   70s, I think.

19        THE COURT REPORTER:  Same for me.  Thank you.

20   BY MR. LAROU:

21        Q    Okay.  So, Viormar Trading Corporation was

22   formed in the late 70s.  Who decided to form the

23   company Viormar Trading Corporation?

24        A    Who decided?

25        Q    Yes.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 26

```
01        A    My father.
02        Q    In what country was Viormar Trading
03   Corporation formed?
04        A    In Curacao and register in Florida.
05        Q    Do you know why your father decided to form
06   Viormar Trading in Curacao?
07        A    The United State Law forbids, foreign person
08   to register company in the United States.
09        Q    Okay.  Other than renting out office or
10   warehouse space, what type of business activities has
11   Viormar Trading engaged in since the time it was
12   formed?
13        A    Well, it was formed to facilitate my father
14   to export some merchandise to Venezuela.
15        Q    To export merchandise to Venezuela from
16   where?
17        A    Well, usually China.  I don't remember I was
18   not involved in that company at that time.
19        Q    And what type of merchandise did Viormar
20   Trading export during that time?  Mr. Fernandez, did
21   you hear my question?
22        A    Yeah, I can answer.  Clothing.
23        Q    Oh, clothing.  Sorry, I wasn't able to hear
24   you.  Any other type of merchandise other than clothing
25   that Viormar Trading has ever exported?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A    As far as I remember, nothing else.

02      Q    Okay.  And Mr. Fernandez, I'm going to share

03   my screen with you for just a moment.  Are you able to

04   see my screen?

05      A    Yes, I do.

06      Q    Okay.  Perfect.  So, the document that I am

07   showing you on my screen, was produced to you -- or was

08   produced by you in response to our list for production.

09   And it appears to be the articles of incorporation for

10   Viormar Trading Corporation.  And have you seen this

11   document before?

12      A    Yes, I sent it to you.

13      Q    Okay.  And looking at Page 4 of this

14   document, the articles of incorporation, it lists the

15   corporation's purposes.

16      And for the purpose -- the first purpose listed

17   here in the article of incorporation.  It states that

18   the purpose of Viormar Trading Corporation is to invest

19   its assets and securities, including shares and other

20   certificates of participation in bonds, as well as

21   other claims for interest bearing debts, however,

22   denominated in any and all forms.

23      So, my question for you Mr. Fernandez, has Viormar

24   Trading ever invested in any type of securities or

25   shares bonds?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 28

```
01        A    As far as I remember, he never invest in all
02   this type of --
03        Q    Okay.  I see as another purpose listed under
04   B, is that the purpose of Viormar Trading is to acquire
05   revenues derived from the alienation or leasing of the
06   right to use copyrights, patents, designs secret
07   processes or formula trademarks, and other analogous
08   property.
09        So, to your knowledge Mr. Fernandez, has Viormar
10   Trading ever wired revenue derived from these areas
11   listed in item B under Article 2?
12        A    Not as far as I remember.
13        Q    Okay.  I'll stop sharing my screen now.  So,
14   I know earlier you mentioned that Viormar Trading has
15   done business in Venezuela, China.
16        Has Viormar ever done business in any other
17   countries that you can think of?
18        A    I don't remember my father mentioned anything
19   else.  But I say I was not involved in the company, so
20   I'm not sure what type of businesses he was doing.  I
21   just remember they want to send merchandise to
22   Venezuela and that's what I remember.
23        Q    Has Viormar Trading ever done business within
24   the state of Florida?
25        A    As I know, no.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 29

```
01        Q    Has Viormar Trading been in good standing
02   with the state of Florida to continue doing business
03   within the state --
04        A    Yes.
05        Q    -- during the past 10 years?
06        A    Yes.
07        Q    So, what is the purpose of Viormar Trading
08   Corporation being active within the state of Florida,
09   if it's not doing business here in Florida?
10        A    Well, just get their revenue from the rental
11   area.
12        Q    So, it's your testimony that the only
13   business that Viormar Trading Corporation has done
14   within the state of Florida is receiving revenue from
15   rental property?
16        A    Yeah.
17        Q    And from the time that your father passed in
18   2017, has Viormar engaged in the import or export of
19   any type of goods?
20        A    No.
21        Q    Does Viormar Trading still do business in
22   Curacao?
23        A    It's registered there.  It's not doing
24   business, it just registered.
25        Q    Does Viormar Trading Corporation own any
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 30

```
01   property in Curacao?

02        A    No, just registered the company.

03        Q    And does it rent -- does Viormar Trading

04   Corporation rent any property in Curacao?

05        A    No, doesn't have any properties in Curacao.

06        Q    Does Curacao Corporation own any property in

07   Venezuela currently?

08        A    No.

09        Q    Does Viormar Trading Corporation rent any

10   property in Venezuela currently?

11        A    No.

12        Q    What has been your involvement in Viormar

13   Trading Corporation, during the last 10 years?

14        A    Make keeping the company administrative

15   issues regarding accounts, paying taxes, register with

16   the State of Florida, making sure that the company's up

17   to date.  That's it.

18        Q    Are you currently an owner of Viormar Trading

19   Corporation?

20        A    Yes.

21        Q    Are there currently any other owners or

22   shareholders of Viormar?

23        A    No.

24        Q    Have there ever been any other owners of

25   Viormar Trading Corporation other than yourself and
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 31

```
01   your father?

02        A    No.

03        MR. LAROU:  Do you mind if we take a quick,

04   maybe 10-minute break?

05        MR. ALVAREZ:  That's fine.

06   (Thereupon, a short discussion was held off

07   record.)

08        (Deposition resumed.)

09   BY MR. LAROU:

10        Q    Okay.  Mr. Fernandez, right before the break,

11   you stated that you were the only owner or shareholder

12   of Viormar Trading.

13        Other than yourself and your father from the time

14   that Viormar Trading was formed, have there been any

15   other owners other than yourself or your father?

16        And just as a reminder Mr. Fernandez, can you

17   please give me a verbal response, either a yes or no?

18        A    No.

19        Q    And so, I'll ask again, just because I didn't

20   hear a verbal response my last question.  So, during --

21   from the time that Viormar Trading was formed until

22   today, other than yourself and your father, have there

23   any -- ever been any other owners or shareholders of

24   the company?

25        A    No.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 32

```
01        Q    Mr. Fernandez, who has been responsible for

02   filing Viormar's taxes during the past five years?

03        A    Myself and probably the accountant.

04        Q    Okay.  Mr. Fernandez, I'm going to share with

05   you the last exhibit that I just shared with you on my

06   screen that should be Exhibit 2, which is the Articles

07   of Incorporation for Viormar Trading.

08   (Thereupon, Plaintiff's Exhibit 2 was entered

09   into the record.)

10   BY MR. LAROU:

11        Q    Are you able to see my screen?

12        A    Yes, I do.

13        Q    Okay.  Great.  So, on Page 3 of the document,

14   looks like the second full paragraph the articles of

15   incorporation state that Viormar Trading Corporation

16   N.V., has been legally incorporated by the limited

17   liability companies, Curacao Corporation Company N.V.

18   and Netherlands Antilles Corporation Company N.V., both

19   established in Curacao.

20        My question to you.  Are either of these companies

21   listed in the articles of incorporation, have they ever

22   been owners or shareholders of the company?

23        A    No, they were the required registered

24   companies in for the Curacao authorities to register

25   that company.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 33

```
01        Q    Okay.  So, are you saying that -- and forgive
02   me because I'm not extremely familiar with the laws in
03   Curacao.  But are you saying that it was a requirement
04   that Viormar Trading Corporation had to be formed
05   through some other kind of company?
06        A    Apparently, yes.  I was not familiar with
07   that, but what I understand is that that's the
08   requirement.
09        Q    So, by that logic in Curacao a company can
10   only be formed by another company?
11        A    They need -- they're required to have a
12   registered agent in Curacao.
13        Q    Understood.  So, are both of these companies
14   Curacao Corporation Company, and Netherlands Antilles
15   Corporation, both just registered agents for Viormar
16   Trading Corporation?
17        A    As far as I know, yes.
18        Q    Do you know who created those two companies?
19        A    I don't know those companies.  I was not
20   involved Viormar at that time.
21        Q    Okay.  And I'll share with you now, what will
22   be marked as Exhibit 3.
23   (Thereupon, Plaintiff's Exhibit 3 was entered
24   into the record.)
25   BY MR. LAROU:
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 34

01        Q     This is the 2022 information return for

02   Viormar Trading Corporation that was, produced in

03   response to our statement of claim in the lawsuit.

04        These documents are -- or this document is Bates

05   marked Viormar 35 through 44, and I'll scroll through

06   slowly, but just to make sure that you're familiar with

07   this document.

08        Mr. Fernandez, have you seen this document before?

09        A     I think I remember that.

10        Q     Okay.  Do you know who was responsible for

11   filing this?

12        A     The accountant and this Curacao

13   representative I think, I don't know, I'm not familiar

14   the details of that.

15        Q     The accountant that you just referenced, who

16   you believe was responsible for filing this document,

17   are they an employee of Viormar Trading Corporation?

18        A     No.

19        Q     Is there any individual who works for Viormar

20   or who owns Viormar who would possess the authority for

21   filing this document with the IRS other than yourself?

22        I didn't hear a verbal response from you, Mr.

23   Fernandez.

24        A     No, there is no other employees.

25        Q     Okay.  So, looking at the first page of this



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 35

01  document and Bates marked Viormar 35, if you look at

02  line H states persons on behalf of -- persons on whose

03  behalf this information return is filed.  Listed under

04  that states Curacao Corporation Company, N.V.

05       Can you tell me why Curacao Corporation Company

06  N.V. is filing this document -- is having this document

07  filed on its behalf through Viormar?

08       A    I don't know.  I suppose that is the

09  requirement of the Curacao authorities.

10       Q    Okay.  Scrolling down through the document

11  down to the page that is Bates marked Viormar 41.

12       A    Um-hum.

13       Q    Under Part 2, right about the middle of the

14  page, it states 25% foreign shareholder.  Underneath

15  that it lists the name and address of direct 25%

16  foreign shareholder as Netherland Antilles Corporation.

17       Just a moment ago you stated that, you know, from

18  the time that Viormar Trading Corporation was formed

19  until today, the only two shareholders or owners of the

20  company have been yourself and your father.

21       So, can you please explain to me why then

22  Netherlands Antilles Corporation is listed as a 25%

23  foreign shareholder on this information return?

24       A    As far as I understand, that was a

25  requirement from the Curacao authorities to have a



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   registered corporation.

02        Q    Got it.  Also see that under Line 5A on the

03   same page.  There's another 25% foreign shareholder

04   listed as Corpag Services, Curacao N.V.

05        Can you explain to me -- first, can you clarify to

06   me is Corpag Services Curacao N.V., a shareholder of

07   Viormar Trading Corporation?

08        A    But Corpag Services is the new registered

09   agent that hired.  And what they told me that's the way

10   that this document has been filed -- must be filed in

11   Curacao according with their laws.  That's what I was

12   told, that's what I know.

13        Q    Okay.  And you -- can you also please clarify

14   for me because you said there were no other owners or

15   shareholders of the company other than yourself and

16   your father.

17        Can you please clarify for me whether Netherlands

18   Antilles Corporation is also a 25% foreign shareholder

19   of Viormar Trading Corporation?

20        A    I say apparently, as far as I was told,

21   that's a requirement from the Curacao authorities.

22        Q    Okay.  Do you personally have any involvement

23   in any of the three companies listed on this

24   information return --

25        A    No.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q      -- Corporate Netherland?

02      A      Not at all.

03      Q      I see on the same page.  Third, 25% foreign

04  shareholder identified as bearer.  Can you tell me what

05  bearer is?

06      A      No, I don't.

07      Q      Okay.  Scrolling all the way down to the last

08  page of the document Bates marked Viormar 44.  Again,

09  we see Curacao Corporation, Netherlands Antilles and

10  Bearer listed as shareholders of Viormar Trading

11  Corporation.

12          Do you have any reason to dispute that these three

13  entities listed on the information return are in fact

14  shareholders of Viormar Trading Corporation?

15      A      As far as I know, I'm not the only

16  shareholder.  I have I -- what I was told that's was a

17  requirement of the Curacao authorities.

18      Q      So, when your father was still alive and

19  involved in the business of Viormar, during that time

20  were there any other owners or shareholders other than

21  himself?

22      A      As far as I know, nobody else.

23      Q      Okay.  And do you have any personal

24  involvement in Curacao Corporation Company N.V.?

25      A      No.


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 38

```
01        Q    Do you have any personal involvement in

02   Netherlands Antilles Corporation Company N.V.?

03        A    No.

04        Q    Do you have any personal involvement in

05   Corpag Services?

06        A    No.

07        Q    Okay.  I'm going to share with you one more

08   exhibit.  I believe this should be marked as Exhibit 4.

09   (Thereupon, Plaintiff's Exhibit 4 was entered

10   into the record.)

11   BY MR. LAROU:

12        Q    And this is -- I'll represent to you that

13   this is Viormar Trading Corporation's 2022 tax return,

14   which was produced by yourself and the company in

15   response to Mr. Aneiros's requests for production.

16        Mr. Fernandez, have you ever seen this document

17   before?

18        A    Yes.

19        Q    I'll scroll through just so you can see the

20   whole thing here.  So, this document again corresponds

21   to the 2022 tax year.  Were you responsible for filing

22   this document?

23        A    Yes.

24        Q    Scrolling down to Page 19 of the document, it

25   was a contact person listed in connection with this
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    2022 tax return.  A contact person is listed as Corpag

02    Services.

03         Two lines below, there's an e-mail address Orlando

04    Fernandez S that I assume it, is supposed to read

05    yahoo.com, which is the same e-mail that you provided

06    me with at the beginning of today's deposition.

07         A    Right.

08         Q    Is there any reason why you decided to

09    include Corpag Services as the contact person for this

10    tax return?

11         A    I don't know.  That's the way that the

12    accountant filled that the form, I don't know.

13         Q    So, you're saying you didn't put the name

14    Corpag Services as the contact person, it was your

15    accountant?

16         A    It was the accountant for that, I don't know.

17         Q    Do you remember the name of the accountant

18    that helped you file this 2022 tax return?

19         A    It's there in the same page, Magno and

20    Associates.

21         Q    Okay.  Thank you.  Earlier, we -- just a

22    moment ago we were discussing those individuals listed

23    as shareholders, foreign shareholders of Viormar

24    Trading Corporation, Curacao Corporation Company,

25    Netherlands Antilles Corporation Company, Corpag



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  Services.

02          As far as you know, did your father ever have any

03  involvement with any of those three companies?

04          A    As far as I know, no.

05          Q    Okay.  I'll share one more exhibit with you.

06  It should be marked as Exhibit 5.

07  (Thereupon, Plaintiff's Exhibit 5 was entered

08  into the record.)

09  BY MR. LAROU:

10          Q    This is represent to you that this is Viormar

11  Trading Corporation's 2023 tax return, which was

12  produced in response to Mr. Aneiros' first request for

13  production.

14          And Mr. Fernandez, have you seen this document

15  before?

16          A    Probably.

17          Q    And I'll scroll through just to make sure you

18  can see the whole thing.  And Mr. Fernandez, were you

19  responsible for filing this document?

20          A    The owner of the company I suppose I am the

21  final responsible.

22          Q    Okay.  And again, on Page 23 of this

23  document, I see that the contact person listed for 2023

24  is also listed as Corpag Services.

25          A    Um-hum.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 41

```
01        Q    And again, with your e-mail listed beneath.

02   So, I'll ask you again, is there any reason that you

03   decided to include Corpag Services as the contact

04   person for this 2023 tax return?

05        A    Well, as an accountant for that reason.

06        Q    Got it.  And for the location of the

07   corporate books, see something written here that it

08   appears to be maybe an address list that in a foreign

09   language.  Do you know what this is --

10        A    It's not -- that's not a foreign language.

11   Just the address of Corpag Services in Curacao.

12        Q    Got it.  So, this is the -- so, you're saying

13   the location of the corporate books for Viormar Trading

14   Corporation is located in Curacao?

15        A    That's what the accountant stated.

16        Q    To your knowledge, as the owner of Viormar

17   Trading Corporation are the company's corporate books

18   located in Curacao?

19        A    Sorry, can you say that again?

20        Q    Sure.  Yeah.  To your knowledge, as the owner

21   and the Corporate Representative of Viormar Trading

22   Corporation are the corporate books for Viormar located

23   in Curacao?

24        A    Yes.

25        Q    Does Viormar Trading Corporation operate an
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   office in Curacao?

02        A    No, it works the -- all the businesses are

03   from Corpag Services office, as a registered agent.

04        Q    Got it.  So, are you saying that the address

05   listed here under line H, the address in Curacao is the

06   address of Corpag Services?

07        A    Correct.

08        Q    Does Curacao Corporation Company have any

09   control over the business activities of Viormar?

10        A    No.

11        Q    So, even though Curacao Corporation is listed

12   as a 25% shareholder in the company, you're saying it

13   has no say whatsoever the business activities conducted

14   by Viormar?

15        A    Correct.

16        Q    Okay.  I'll ask you the same question,

17   regarding Netherlands Antilles Corporation.  Although

18   that business entity is listed as the 25% shareholder

19   on Viormar's tax documents, your testimony is that

20   Netherlands Antilles has no, say or control over the

21   business activities of Viormar?

22        A    Correct.

23        Q    And just one more similar question, Corpag --

24   regarding Corpag Services.  Although that company is

25   listed as a 25% shareholder of Viormar Trading
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 43

01    Corporation on the company's tax documents, your

02    testimony is that Corpag Service has no control over

03    the business activities of Viormar?

04         A    Correct.

05         Q    Does Viormar currently maintain any bank

06    accounts?

07         A    Yes.

08         Q    Just one or more than one?

09         A    Just one.

10         Q    And which banking institution does Viormar do

11    business with?

12         A    Ocean Bank.

13         Q    Has Viormar Trading Corporation maintained

14    that bank account with Ocean Bank from the time it was

15    formed?

16         A    I believe so.

17         Q    And to your knowledge, has Viormar Trading

18    Corporation banked with any, other institutions other

19    than Ocean Bank during the last five years?

20         A    I don't know.

21         Q    So, when you're saying you don't know there

22    could be a possibility that Viormar has banked with

23    other institutions?

24         A    As far as I know, the only bank account is

25    from the other Ocean Bank.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q    Do you know who opened that bank account?

02      A    My father.

03      Q    Do you know if that bank account was created

04   at the inception of Viormar Trading Corporation?

05      A    I was not involved in Viormar at that time.

06      Q    Just a moment ago, you said that Viormar

07   still maintains that bank account with Ocean Bank.  Can

08   you tell me all of the individuals who are authorized

09   on that account?

10      A    It's me and my wife.

11      Q    The Ocean Bank, as far as I know that bank is

12   based here in the U.S.  Does Viormar Trading

13   Corporation currently bank with any institutions

14   outside of the U.S.?

15      A    No.

16      Q    And has it ever as far as you know?

17      A    As far as I know, no.

18      Q    Okay.  And towards the beginning of the

19   deposition today, you stated that Viormar currently

20   owns a warehouse and office space located at 7880

21   through 7884 Northwest 78th Street in Doral.

22      Has Viormar Trading Corporation owned any other

23   property than those addresses during the past 10 years?

24      A    No, thought of saying no.

25      Q    Do you know how many square feet that



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  warehouse and office space is?

02      A    Around 8,000 square feet?

03      Q    I know you stated that the primary business

04  activity that Viormar engages in is renting that

05  warehouse and office space.

06      Can you please tell me the name of all businesses

07  that Viormar has rented that space to during the past

08  10 years?

09      A    A tenant was a company called Jesses Limo,

10  it's a limousines company and this is German and

11  Italian cars.  And I believe it was somebody else at

12  the beginning of that period, but I don't remember the

13  name of the company.

14      Q    Okay.  Does Jesses Limousines currently rent

15  warehouse or office space from Viormar Trading?

16      A    No, they had -- they moved several years ago.

17      Q    Can you tell me what years Jesses Limousines

18  was renting --

19      A    I don't remember.

20      Q    -- from the space?

21      A    I don't remember.

22      Q    Okay.  Let's talk about the second business

23  that you just named a second ago, German and Italian

24  cars.  Do they still currently rent space from Viormar

25  Trading Corporation?


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 46

```
01        A    Yes.
02        Q    Do they rent the entire warehouse space of
03   7880 through 7884 Northwest 78th Street?
04        A    7880.
05        Q    Just 7880?
06        A    Um-hum.
07        Q    And how long has that company German and
08   Italian cars been renting out 7880?
09        A    Six years ago.
10        Q    And how about the -- you stated that German
11   and Italian cars is only renting the 7880-street
12   address.  What about the remainder of the warehouse and
13   office space?  Is that currently being rented out?
14        A    Well, after Jesses Limo move out, that was --
15   that's when your client Dennis took over that space and
16   have been -- he have been using that for all this time
17   without paying any rent.
18        Q    And so, I just want to make sure that I'm
19   correctly understanding the space that's owned by
20   Viormar Trading Corporation, it's between 7880 and
21   7884.  So, does that include 7880, 7882 as well as
22   7884?
23        A    Yes, it's one building.
24        Q    It's one building.  Okay.  So, you're saying
25   from the time that Jesses Limousines stopped renting
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  that warehouse or office space, that 7882 and 7884 has

02  not been rented out to any other business, but it's

03  only been occupied by Mr. Aneiros?

04      MR. ALVAREZ:  Objection, form.  Orlando, you

05  could answer.

06      THE WITNESS:  Sorry.  Could I have -- David,

07  I didn't understand.

08      MR. ALVAREZ:  You could answer his question.

09      THE WITNESS:  Okay.

10      MR. ALVAREZ:  I was just objecting to form,

11  but you can answer.

12      THE WITNESS:  Okay.

13      A    Yeah, 7284, 7282 are being occupied by Dennis

14  Aneiros.

15  BY MR. LAROU:

16      Q    Got it.  So, for the past six years -- or I'm

17  sorry since -- just to clarify to make sure I'm

18  understanding correctly because I don't think that

19  response was completely, directly responsive to my

20  question.

21      Since the time that Jesses Limousines moved out of

22  the warehouse rented by Viormar Trading Corporation

23  7882 and 7884.  Has Viormar rented that space to any

24  other company or any other individual other than

25  Jesses?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01        A    No.

02        Q    Do you remember who rented that space out

03   before Jesses?  And I didn't hear a verbal response Mr.

04   Fernandez.

05        A    Oh, no, I didn't -- I don't know the name of

06   the person.

07        Q    Okay.  You said Jesses Limousines moved out

08   several years ago.  If you had to give me kind of a

09   ballpark estimate, would you say that it was more than

10   five years, less than five years?

11        A    Much more than five years.

12        Q    Okay.  And again, if you had to estimate,

13   would you say that Jesses Limousines moved out of that

14   office space rented by Viormar more or less than 10

15   years ago?

16        A    10 to 8 years ago.

17        Q    Okay.  So, since Jesses Limousines moved out

18   of Viormar's warehouse and office space 8 to 10 years

19   ago, you're saying that you or Viormar has not rented

20   out that warehouse and office space for profit during

21   the last 8 or 10 years?

22        A    No.

23        Q    Is there any reason why you or Viormar

24   decided not to rent out that office space and warehouse

25   space?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 49

01        A     During the first couple of years, I store

02   some personal items there.   After that it was occupied

03   by Dennis Aneiros.

04        Q     Do you remember, when that warehouse or

05   office space became occupied by Mr. Aneiros?

06        A     I don't remember exactly the date, no.

07   Several years ago, but I don't remember exactly the

08   date.

09        Q     Right.   I guess, in my mind it seems like a

10   missed business opportunity to leave that valuable

11   warehouse space unoccupied or unleased for 8 to 10

12   years.

13        Is there any reason that you -- strike that.

14   During the time that Mr. Aneiros, you're claiming

15   occupied that property owned by Viormar, did you ever

16   ask him to leave?

17        A     Yes.

18        Q     When?

19        A     Several years ago.

20        Q     About how long?

21        A     Four years, five years ago, I've been telling

22   him to vacate the premises, at least the warehouse.

23        Q     So, I know we've been talking quite a bit

24   throughout this deposition about the warehouse where

25   Viormar Trading Corporation owns leases where Mr.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  Aneiros was occupying.

02       I just want to make sure we're on the same page.

03  So, I'll pull up one more exhibit.  I believe this

04  should be Exhibit Number 6.

05  (Thereupon, Plaintiff's Exhibit 6 was entered

06  into the record.)

07  BY MR. LAROU:

08       Q    Mr. Fernandez, are you able to see my screen?

09       A    Yes.

10       Q    Have you seen these photos before, let's

11  scroll through slowly?

12       A    The photos, no.  I have been there in person.

13       Q    So, you've been to this location in person

14  that's depicted in the photos?

15       A    Yes, at least a year ago.

16       Q    And what is the location depicted in these

17  photos?

18       A    It is the 7882.

19       Q    So, this is only the 7882 Street address --

20       A    Yes.

21       Q    -- not including 7880 or 7884?

22       A    7884 is an office.

23       Q    Got it.  So, I just want to make sure that I

24  have an accurate understanding of your testimony.  I

25  believe you stated just a moment ago that Mr. Aneiros



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01  was occupying 7882 and 7884 Northwest 78th Street.

02       So, the location depicted in these images that I'm

03  showing you now, which are Bates marked Aneiros 97

04  through 101.  This is the property located at 7882?

05       A    Yes.

06       Q    Okay.  Thank you.  And I believe just a

07  moment ago you stated that the last time that you

08  visited that location was maybe a year, year and a half

09  ago?

10       A    Right here eight months, more or less.

11       Q    And what was the purpose of that visit?

12       A    Collect the mail and to check what -- how was

13  the situation with that space and ask him when he was

14  going to move.

15       Q    I know you stated earlier, you've been living

16  primarily in Orlando for the past nine or so years, 9

17  or 10 years.

18       During that time that you primarily residing in

19  Orlando, how often would you come and visit the

20  warehouse and office space owned by Viormar Trading

21  Corporation?

22       A    Probably two times a year.

23       Q    So, what would you do during those visits

24  where you would come about twice a year?

25       A    Well, I visit Viormar I talk to Dennis.  I
```



**UNIVERSAL
COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 52

```
01   check the place, ask him to clean that and ask him when

02   he is going to move out.

03        Q    What would you ask him to clean?

04        A    All this garbage and debris that you saw in

05   the pictures, plus the smell of dog urine that is all

06   over the place.

07        Q    So, you said during those visits you would

08   ask him when he was going to move.  Would you -- was

09   that more of a question, like when are you going to

10   move out?  Or was it a demand that you need to move

11   out?

12        A    Well, at the beginning was always a question,

13   leaving him time to find another place.  I always

14   asking or tell him that he should leave the warehouse

15   and he can still sleep in the office space until he

16   finds another place.

17        But lately I have to request him to move out

18   because my situation the -- my situation is very

19   difficult.  The taxes have been double and the

20   insurance have been increased.

21        Q    Understood.  And so, do you remember around

22   what point it became -- it turned from question of when

23   are you going to leave to a demand that Mr. Aneiros

24   needed to leave?

25        A    Several months ago, I don't remember the
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  exact date.

02       Q    So, you mentioned earlier, just a moment ago

03  that Mr. Aneiros was responsible for cleaning out or

04  that you asked him to clean out the warehouse, how do

05  you things up?

06       A    I never say that.

07       Q    I believe just a moment ago, when I asked,

08  you know, when you would visit the warehouse.  In

09  response you stated that -- you know, I asked you what

10  the purpose would be of visiting the warehouse.

11       You told me that you would talk to Dennis.  You

12  would check the place out.  You would ask him to clean

13  all the garbage and the debris plus the smell of dog

14  urine.

15       A    That's correct.

16       MR. ALVAREZ:  Brooks, could we have the Court

17  Reporter repeat that section just to make sure

18  that we're getting it correct.

19       MR. LAROU:  Sure.  Sure.

20       THE COURT REPORTER:  One second.  Okay.  I'm

21  going to play it.

22  (Thereupon, a question was played back.)

23       MR. ALVAREZ:  So, I think it was a bit before

24  that, but is right now we're asking about him

25  saying, you know, whether he said that Dennis



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01 needs to clean.

02      So, I think maybe it was 30 seconds before

03 where you started initially with that recording.

04      MR. LAROU:  I think so too.

05      THE COURT REPORTER:  Oh, I'm sorry.  I

06 thought you said to put back the last answer to

07 the question, my mistake.

08      MR. ALVAREZ:  No, sorry about that.  It's

09 where they're talking about whether or not Dennis

10 was asked to clean the property.

11      THE COURT REPORTER:  Okay.

12      MR. ALVAREZ:  Mr. Larou, do you mind if we

13 take a break at 12:00 for like five minutes?

14 That's --

15      MR. LAROU:  Yeah, no problem at all.

16      THE COURT REPORTER:  I am sorry, was it the

17 question where you asked what would you ask him to

18 clean or you recall?

19      MR. LAROU:  Yes, and we were talking about, I

20 believe Mr. Fernandez's response was something

21 like he would visit the warehouse about two times

22 a year.

23      I asked him, what would you do during those

24 visits or what was the purpose of those visits?

25 And he stated that he would, you know, talk to



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  Dennis, check the place ask him to clean things

02  around the warehouse.

03       THE COURT REPORTER:  Yes, so I have -- so,

04  find another place, I'll always ask him, I'll tell

05  him that he should leave the warehouse and he can

06  still sleep in the office space until he finds

07  another place.  Are you referring to that?

08       MR. LAROU:  I think it was before that.

09       THE COURT REPORTER:  Okay.  So, you said,

10  what would you ask him to clean?  He said all the

11  garbage and debris that you saw in the pictures

12  plus the smell of dog urine that is all over the

13  place.  And you said thank you.

14       MR. LAROU:  Exactly.  And so, I just wanted

15  to expand on that a little bit.

16  BY MR. LAROU:

17       **Q    So, other than being responsible to clean the**

18  **warehouse, clear out the garbage and debris fix the**

19  **smell of dog urine.  Was Mr. Aneiros responsible for**

20  **any other duties at the warehouse owned and leased by**

21  **Viormar Trading Corporation?**

22       A    No, he was asked him to clean the space that

23  he was occupying.

24       **Q    Is there any individual during the past 10**

25  **years who was responsible for maintaining a warehouse**



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    owned and leased by Viormar Trading Corporation other

02    than Mr. Aneiros?

03        A    Tenant was responsible to clean their own

04    space.

05        Q    Got it.  So, if I'm understanding correctly,

06    Mr. Aneiros was responsible for cleaning his own space

07    and then tenants that were renting the warehouse space

08    were also responsible for cleaning the space?

09        A    Their space.

10        Q    I'd like to share my screen with you once

11    more.  I believe this should be Exhibit 7.

12    (Thereupon, Plaintiff's Exhibit 7 was entered

13    into the record.)

14    BY MR. LAROU:

15        Q    And Mr. Fernandez, have you ever seen this

16    document that I'm sharing with you on the screen, which

17    is Bates marked Aneiros 102?

18        A    Yeah, it was a long time ago.

19        Q    Got it.  Yeah, it looks like it was dated

20    December 12th, 2016.

21        A    Um-hum.

22        Q    Is this a letter that you wrote?

23        A    Yeah, apparently, yes.  It's not signed by

24    me, but it should be.

25        Q    Okay.  And it looks like the letter is



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   written on Viormar Trading Corporation letterhead.

02        A    Yeah.

03        Q    With the address of the warehouse owned by

04   Viormar.  The letter is dated to Jesses -- or I'm

05   sorry, address to Jesses Limousines.  And I'm not

06   completely fluent in Spanish, but I understand some and

07   I have a translation written down.

08        So, by -- if I'm interpreting this document

09   correctly or translating it correctly, it states that

10   through this note we inform you that Mr. Dennis Aneiros

11   has been appointed as the person in charge of the care

12   order and maintenance of the property, Northwest 7870

13   through 7882 and 7884.

14        So, it appears to me that you're acknowledging

15   that Mr. Aneiros is the individual in charge of

16   maintaining the warehouse property owned by Viormar.

17   Is that correct?

18        A    At that time.

19        Q    That time in December of 2016 Mr. Aneiros,

20   was responsible for maintaining the warehouse?

21        A    At that time.

22        Q    Okay.  When did Mr. Aneiros first become

23   responsible for those job duties?

24        A    The date that is in the letter, I suppose.

25        Q    Okay.  So, that -- I mean that would've been



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01    December 2016.  You're saying that's the first date

02    that he became responsible for maintaining the

03    warehouse?

04         A    I don't remember.

05         Q    Okay.  At what point did Mr. Aneiros, stop

06    being responsible for maintaining Viormar's warehouse?

07         A    I don't remember.  I don't keep track of

08    those dates.

09         Q    Well, if you had to -- without asking you for

10    a specific date, if you had to give me kind of an

11    estimate, would you say during the past five years, was

12    Mr. Aneiros responsible for maintaining the warehouse

13    of Viormar?

14         A    That's a year, mostly two years most.

15         Q    One or two years ago or?

16         A    No, one or two years after the day that is in

17    the letter.

18         Q    Do you individually own any property Mr.

19    Fernandez?

20         A    Yes.

21         Q    Is that the address where you currently

22    reside?  Is that the property that you currently -- do

23    you currently own that property?

24         And I think your audio cut out just a bit.  So, I

25    just wanted to confirm you said, yes?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 59

```
01          A    Yes.

02          Q    Okay.  And other than your current

03   residential address, do you own any other property?

04          A    No.

05          Q    And do you currently lease any property?

06          A    No.

07          Q    During the past 10 years, have you owned any

08   property other than your current residential address?

09          A    No, but my previous home then.

10          Q    Was that located in Orlando?

11          A    No, that was in Miami -- yes, in Orlando.  In

12   Miami, I'm sorry.

13          Q    Got it.  And do you remember that address?

14          A    I told you 10030 Calusa Club Drive.

15          Q    Got it.  I thought that was your parent's

16   address, so they -- did you inherit it from your

17   parents?

18          A    Yes.

19          Q    But since then you've sold it?

20          A    I sold it and moved to Orlando -- to Central

21   Florida.

22          Q    Understood.

23          MR. LAROU:  David, I know you were asking

24   about a break and we're about four minutes till

25   12:00.  This is a good time for me to take a break
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                Page 60

```
01   if you guys are ready.

02        MR. ALVAREZ:  Yeah, that would be great.

03   Thank you.

04        MR. LAROU:  Perfect.  Maybe want to go back

05   on at 12:10?

06        MR. ALVAREZ:  Yeah, that's fair.  We can do

07   12:10.

08        MR. LAROU:  Okay.  Perfect.

09   (Thereupon, a short discussion was held off

10   record.)

11        (Deposition resumed.)

12   BY MR. LAROU:

13        Q    Okay.  Mr. Fernandez, are you currently

14   involved in the operation of any businesses other than

15   Viormar?

16        A    No.

17        Q    Have you been involved in the operation of

18   any business other than Viormar during the past 10

19   years?

20        A    The past 10 years, I don't remember.

21        Q    What about the two companies that your father

22   owned Fersom and let's just -- let's do Fersom and

23   Viormar.  So, during the past 10 years, you haven't

24   been involved in the business operations of Fersom

25   Mortgage, Inc.?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01       A    Well, I am involved in Fersom Mortgage,

02  collecting the payment bank deposits, these types of

03  activities.  That's it.

04       **Q    Okay.  So, you're still presently operating**

05  **Fersom Mortgage?**

06       A    That context, yes.

07       **Q    Does Fersom Mortgage have central office**

08  **location?**

09       A    My house.

10       **Q    Does Fersom Mortgage operate out of the**

11  **warehouse and office space owned by Viormar Trading?**

12       A    Many, many years ago.

13       **Q    When did it stop operating out of that**

14  **warehouse and this office space?**

15       A    When I move to Central Florida.

16       **Q    Okay.  I'll share with you one more exhibit.**

17  **This should be marked as Exhibit 8.**

18  (Thereupon, Plaintiff's Exhibit 8 was entered

19  into the record.)

20  BY MR. LAROU:

21       **Q    And this is the Sun page -- or Sunbiz page**

22  **that I just pulled sunbiz.org through the Florida**

23  **Division of Corporations for Fersom Mortgage, Inc.**

24       **I see that you are listed here as the registered**

25  **agent Mr. Fernandez, as well as the President of the**



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 62

```
01  company.  I also see your wife's name listed as the

02  Director and a Christina Fernandez listed as the Vice

03  President.

04      Mr. Fernandez, can you please tell me who

05  Christina Fernandez is?

06      A    I told you --

07      MR. ALVAREZ:  Objection.  Wait, hold on, Mr.

08  Fernandez.  Mr. Larou, would you mind sharing your

09  screen?  Thank you.

10      MR. LAROU:  Sorry about that.

11      MR. ALVAREZ:  No, it's --

12  BY MR. LAROU:

13      Q    So, this is the Sunbiz page for Fersom

14  Mortgage, Inc.  And currently listed as the registered

15  agent, as well as the President of the company is Mr.

16  Fernandez, listed as the Vice President is Christina

17  Fernandez, and I see your wife's name listed here as

18  Director of the company.

19      So, my question for you is who is Christina

20  Fernandez in relation to yourself?

21      A    My daughter.

22      Q    Got it.  And I also see that the principal

23  address for Fersom Mortgage, Inc. is 7884 Northwest

24  55th Street.  I believe, is that the same address owned

25  and operated by Viormar Trading Corporation?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A    That's the address.

02      Q    That's the address of the warehouse and --

03      A    Office.

04      Q    -- the space?

05      A    Not -- the office.

06      Q    That's just the office space owned by

07 Viormar?

08      A    Yeah.

09      Q    And that's the space where your -- where you

10 told me earlier that Mr. Aneiros was occupying and

11 still presently occupies?

12      A    Yes.

13      Q    Okay.  Has Mr. Aneiros ever performed any

14 type of work for the benefit of Fersom Mortgage, Inc.?

15      A    No, no.

16      Q    When is the last time that Fersom Mortgage,

17 Inc. used that office space located at 7884?

18      A    We moved to Central Florida.

19      Q    Can you please tell me the current management

20 structure of Viormar Trading Corporation?

21      A    Just me.

22      Q    What about during the past 10 years have

23 there been any other individuals responsible for

24 managing the company?

25      A    No.


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                     Page 64

```
01        Q    Any individuals currently work for Viormar

02   Trading Corporation?

03        A    Nobody.

04        Q    Not even yourself?

05        A    No.  As an employee, no.

06        Q    During the past 10 years about how many

07   individuals have worked for Viormar Trading

08   Corporation?

09        A    Nobody.

10        Q    Has Viormar Trading Corporation ever had any

11   employee?

12        A    About 20 years ago.

13        Q    Do you remember that employee -- was it one

14   or more individual employed by Viormar?

15        A    One person.

16        Q    It's one.  Do you remember their name?

17        A    Maria something, I don't remember.  I was not

18   leaving here.  I was not involved in Viormar operation.

19        Q    Do you know what Maria's job duties were as

20   an employee of Viormar Trading Corporation?

21        A    He was a secretary.

22        Q    Do you know, where she worked?

23        A    Recently?

24        Q    Where she was physically located when she was

25   performing work for Viormar --
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01          A     In the office.

02          Q     At the 7884 address?

03          A     Yes.

04          Q     Has there been any construction to the
05    warehouse and office space owned by Viormar during the
06    last 10 years?

07          A     I replaced the ceiling, the roof.

08          Q     Did you do that personally or did you --

09          A     Of course I did not -- of course, I did not
10    do it personally.  That's a big job, had to be a
11    contractor, licensed contractor.

12          Q     Thought you were maybe multi-talented a
13    doctor as well as a roofer.

14          A     That's a bad joke.

15          Q     So, you brought in a licensed contractor to
16    per perform that work?

17          A     Yes.

18          Q     Do you remember the name of the licensed
19    contractor?

20          A     JL Roofing, I think.

21          Q     Other than the roof and ceiling repair have
22    there been any other renovations made to the warehouse
23    and office space owned by Viormar during the last 10
24    years?

25          A     Renovations, no.  Electrical work has been



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  done to comply with the 40 years old recertification.

02  That was not completely because we don't have access to

03  the 74 -- 80 -- 7882.

04      Q    Got it.  So, the only type of renovations,

05  that you're aware of during the last 10 years are just

06  keeping the electrical work up to code?

07      A    Yeah, but that's not finished.

08      Q    Got it.  And during the past 10 years, has

09  there been any type of demolition work to the warehouse

10  and office space owned by Viormar?

11      A    Not by me.

12      Q    What about by anyone else?

13      A    Any -- you saw the pictures.

14      Q    So, you're saying the images that I showed

15  you earlier were demolition work that were performed by

16  Mr. Aneiros?

17      A    Yes, I never ordered that.  I don't contract

18  anybody.

19      Q    So, you're saying you never ordered that.

20  So, how do you -- did Mr. Aneiros ever give you a

21  reason for why he was performing demolition work in the

22  warehouse or office?

23      A    No.

24      Q    You never authorized that demolition?

25      A    No.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 67

```
01        Q     Did he ever give you any kind of explanation
02   as to why he performed that demolition?
03        A     No.
04        Q     But it's your understanding that he performed
05   that demolition work just on his own volition?
06        A     As far as I know, yes.
07        Q     Do you remember, about how long ago that
08   demolition work was done?
09        A     It's recent, but I don't know the time.
10        Q     If you had to estimate, would you say it was
11   within the past year?
12        A     Probably.
13        Q     When did you first meet Mr. Aneiros?
14        A     Several years ago, when my father asked him
15   to sleep inside the old house because he was living on
16   the street.
17        Q     You said several years ago, can you give me
18   an approximate estimate?
19        A     I don't remember the date.
20        Q     Would you say it was more than 10 years ago,
21   less than 10 years ago?
22        A     10 years ago, or a little bit more.  I don't
23   remember exactly.
24        Q     And so, if I'm understanding you correctly
25   there was, I don't know if I should say an agreement,
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 68

```
01   but or rather your father asked Mr. Aneiros to come

02   live inside of the warehouse space and office space.

03   Is that correct?

04        A    The warehouse space, not the office.

05        Q    Just the warehouse space, so that would've

06   been, I guess 7880 or and 7882, either one of one or

07   both of those.

08        A    7882.

09        Q    Did your father ask Mr. Aneiros to pay any

10   type of rent in exchange for staying in that warehouse

11   space?

12        A    I was not involved with the company at that

13   time.

14        Q    Right.  So, what is your understanding of the

15   agreement that they formed?

16        A    That I was told by my father he was a

17   humanitarian action.

18        Q    Sorry, I'm sorry, could you please repeat

19   that, I didn't hear you?

20        A    As far as I remember, my father told me that

21   Dannie was sleeping under a car and he as a goodwill,

22   ask him to sleep inside so he won't get the rain and

23   things like that.

24        Q    Got it.  Did -- as far as you know, did your

25   father ever ask Mr. Aneiros to perform work for his
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   benefit?

02        A    As far as I know, never.

03        Q    And as far as you know did your -- has

04   Viormar Trading Corporation or any of its owners or

05   employees ever asked Mr. Aneiros to perform work for

06   the benefit of the company?

07        A    As far as I know, no, nobody.

08        Q    Has Mr. Aneiros ever been employed by Viormar

09   Trading company, sorry, Corporation?

10        A    Never.

11        Q    Has Viormar Trading Corporation ever been

12   employed by you?

13        A    Can you repeat the question?

14        Q    Yes.  Has Mr. Aneiros ever been employed by

15   you?

16        A    No.

17        Q    Has Mr. Aneiros ever been employed by any of

18   your father's other companies?

19        A    No.

20        Q    From the time that you met Mr. Aneiros a

21   little over 10 years ago, how often have you

22   communicated with him since then?

23        A    I was living in Miami, once a week, so around

24   that.  But since I moved to Atlanta seven years ago,

25   just once or twice a year.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 70

```
01         Q    So, it sounds like from the time that, you

02   know, while you were living in Miami from the time that

03   Mr. Aneiros moved in, you were in pretty constant

04   communication with him, you said about on a weekly

05   basis?

06         A    Maybe.

07         Q    What kind of things would you talk about?

08         A    Personal things.

09         Q    What kind of personal things?

10         A    Well, he always talked about his other

11   activities.  He was -- he sculpting wood, making some

12   figures and working in nearby businesses doing minor

13   repairs, these types of things.

14         Q    Have you ever seen Mr. Aneiros inside of the

15   warehouse or office space owned by Viormar?

16         A    Outside of Viormar, what you're asking --

17         Q    Have you seen Mr. -- no, I'll repeat.  So,

18   have you ever seen Mr. Aneiros inside of the office and

19   warehouse space owned by Viormar?

20         A    Inside the warehouse space, I never went into

21   the office since he took over that place.

22         Q    When is the last time that you saw Mr.

23   Aneiros inside of the warehouse?

24         A    Inside the warehouse?

25         Q    Yes.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A    No, I don't remember.  It was a couple of

02    months ago, I don't remember.

03        Q    Did -- when you saw Mr. Aneiros about a month

04    ago in the warehouse did you have a conversation with

05    him?

06        A    More than more -- sorry, let's say more than

07    a month ago, not a few months ago.

08        Q    Okay.  So, during that last time that you saw

09    Mr. Aneiros in the warehouse, did you have a

10    conversation with him?

11        A    Of course, yes.

12        Q    What did you talk about with him?

13        A    The need for him to move out.

14        Q    So, during the past 10 or so years ago until

15    today, is there any reason that you have not forced Mr.

16    Aneiros to move out?

17        A    Except the recent years, that I mentioned

18    that --

19        Q    Sorry, I -- your audio cut out during the

20    beginning of your response.

21        A    Yeah, but I never forced him out of the

22    warehouse.  I asked him to move because the economic

23    situation of your market required that I rent the space

24    due to the increase in taxes, insurance, another

25    expensive.  I told him I need the space to pay for --
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   to help pay for those increase in the cost of leaving.
02        Q    I guess my question for you is, if you had
03   someone living in company's warehouse space, and you
04   didn't want them to be there, why did you wait until
05   just a few months ago to force him to move out?
06        A    Because I ask him always for a good will to
07   move out by himself, give him time and he always give
08   some excuses and time passed.
09        Q    Okay.  During the last visit with Mr. Aneiros
10   where you saw him in the warehouse, did he discuss any
11   type of upkeep that he had been doing at the warehouse
12   or in the office owned by Viormar?
13        A    No.
14        Q    Did you ask him to perform any kind of
15   cleanup or maintenance work during your last visit with
16   Mr. Aneiros?
17        A    Yes, I told him to clean the urine and all
18   the garbage and things that you saw in the pictures.
19        Q    So, other than picking up garbage, clearing
20   debris, cleaning up the urine, those tasks that you've
21   mentioned already has Mr. Aneiros ever performed work
22   for the benefit of Viormar?
23        A    Never, we asked for anything any workout.
24        Q    What was that --?
25        A    We never asked him to do any work and behalf
```



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                Page 73

```
01  of Viormar.
02       Q    Okay.  And in the letter that we looked at
03  earlier, was the letter from I believe it was Exhibit
04  7, a letter written by you to Jesses Limousines, where
05  you're acknowledging that Mr. Aneiros was responsible
06  for maintaining the warehouse.
07       Did you make the decision that Mr. Aneiros would
08  be responsible for those job duties?
09       A    At that specific period of time, probably.
10  That letter doesn't have my signature, but I suppose
11  that I told Jesses Limo to -- Aneiros to do that.  But
12  I don't remember the letter.  He is not -- it doesn't
13  have my signature, but.
14       Q    Right.  Do you have any reason to believe
15  that you did not write that letter to Jesses
16  Limousines, that I showed earlier as Exhibit 7?
17       A    I don't remember that letter.
18       Q    Has Mr. Aneiros ever notarized a document for
19  you?
20       A    Me, no.
21       Q    Has Mr. Aneiros ever notarized a document for
22  Viormar Trading Corporation?
23       A    No.
24       Q    As far as you know, has Mr. Aneiros ever
25  notarized a document for your father?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                     Page 74

```
01        A    No.

02        Q    Did you know that Mr. Aneiros was a notary

03   public?

04        A    Yes, I know.

05        Q    How did you know that?

06        A    He told me.

07        Q    Did you ever request that -- did you ever

08   request Mr. Aneiros to become a notary public?

09        A    Not as far as I remember.

10        Q    And as far as you remember, did your father

11   ever request Mr. Aneiros to become a notary public?

12        A    No.

13        Q    Okay.  I'm going to share with you one more

14   exhibit.  Okay.  And Mr. Aneiros are you able to -- or

15   I'm sorry, Mr. Fernandez, can you see my screen?

16        A    Um-hum.

17        Q    And I believe this should be marked as

18   Exhibit 8.

19        THE COURT REPORTER:  I have Exhibit 9.

20        MR. LAROU:  Oh, Exhibit 9.  Thank you.

21   (Thereupon, Plaintiff's Exhibit 9 was entered

22   into the record.)

23   BY MR. LAROU:

24        Q    And Mr. Fernandez, have you ever seen this

25   document before that's displayed on my screen and Bates
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 75

```
01    marked on Aneiros 41?

02         A    Yeah, yeah, I suppose that I sent that

03    letter.

04         Q    Okay.  Again, I'll try and do as best of a

05    job as I can on the translation here, but if I'm

06    reading this correctly, it says, "Thank you very much

07    for sending me the correspondence.  This card that I

08    enclose in this envelope must remain in the Viormar

09    office in a visible place, but inside the building."

10         Do you remember writing this or -- strike that.

11         A    Yes.

12         Q    Did you write this letter?

13         A    Yes.

14         Q    What was your purpose in writing this letter?

15         A    But as the letter says, I thank him to send

16    me the mail and the card that I mentioned is the local

17    business tax that by law is required to have it, and

18    inside the office.  So, I ask him to take this card and

19    keep it in a visible place.  That was it.

20         Q    Okay.  So, if I'm understanding correctly,

21    Mr. Aneiros received the mail for Viormar and then he

22    would, he forwarded it to you in the mail.  Is that

23    correct?

24         A    Yes, for a time.

25         Q    And how long was Mr. Aneiros responsible for
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  doing that?

02       A    He was not responsible.  He did that as a

03  favor.

04       Q    Okay.  So, for how long was Mr. Aneiros,

05  receiving and forwarding Viormar's mail to you?

06       A    I think that several months.

07       Q    Okay.  And I see that this letter is dated

08  September 29th, 2023.  So, and you're saying he was

09  only receiving this mail and forwarding for a few

10  months.  So, would that have been during 2023, I guess?

11       A    I suppose, I don't remember.

12       Q    Okay.  And can you explain to me a little bit

13  more, I didn't quite understand.  What was the card

14  that you were enclosing in the envelope and asking him

15  to place inside the building?

16       A    There is a tax called Local Business Tax.

17  It's a small card that the county sent you every year

18  and is required to keep it in the visible place inside

19  the office.

20       Q    And so, that's a --

21       A    It's a Miami-Dade requirement.

22       Q    Got it.  And so, that was a requirement for

23  Viormar to keep that card inside of the office or the

24  warehouse?

25       A    The Miami-Dade County requirement.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 77

```
01        Q    Got it.  Would you -- do you think you would

02    recognize that tax card if you saw it?

03        A    Every year is the same card, different color,

04    but different date, but --

05        Q    Okay.

06        A    That's about it.

07        Q    Is this was the card that you were

08    referencing in the letter?

09        A    Oh, well, that was the year before.  But

10    that's the type of card that I mentioned, yes.

11        Q    Got it.  So, you were instructing -- in your

12    letter, you were instructing Mr. Aneiros to place this

13    card inside of the office or the warehouse as a

14    requirement for the company?

15        A    Yes, because he wasn't occupying the space, I

16    asked him to keep that card visible.

17        Q    Understood.  And just for the record, the

18    document that I'm showing is Bates labeled Aneiros 54.

19        Okay.  When you were living in Miami before you

20    moved to Orlando, how often would you visit the

21    warehouse owned by Viormar?

22        A    Maybe, once a week.

23        Q    Okay.  So, from the -- like if my memory is

24    correct, I think you said from after the time you moved

25    up to Orlando, you would maybe visit the warehouse
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  about twice a year.  Is that correct?

02      A    Approximately.

03      Q    Okay.  What -- so, during the time that you

04  were away from the warehouse, was there any person or

05  any business responsible for making sure that the

06  warehouse was secure?

07      A    Secure?  No, there's no for that.

08      Q    Have you -- to your knowledge, during the

09  past 10 years, have there ever been any type of

10  incidents at the warehouse and office space owned by

11  Viormar where police had to be called?

12      A    As far as I remember, police was called

13  because Dennis was drunk on the street.

14      Q    Do you remember about when that was?

15      A    No, but you can ask the record from the Doral

16  police.

17      Q    During the last 10 years, who has paid for

18  the electricity at the warehouse and office space owned

19  by Viormar?

20      A    Viormar paid for the electricity until, I

21  don't remember when Dennis told me that he will take

22  care of the bill for his office space.  Before that

23  Viormar was paying for all the electricity.

24      Q    So, Viormar would pay for the electricity

25  even for its leasing tenants?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 79

```
01        A    No, just the warehouse and the office 7882

02   and 7884.

03        Q    Got it.  Do you remember about when Mr.

04   Aneiros --

05        A    No.

06        Q    -- began paying?

07        A    No.

08        Q    Have you ever communicated with Mr. Aneiros

09   by text message?

10        A    I don't remember.

11        Q    Share with my screen with you once more,

12   introducing my next exhibit I believe --

13        MR. LAROU:  Madam Court Reporter, is this

14   Exhibit 11?

15        THE COURT REPORTER:  I didn't hear you mark

16   the last exhibit.  I believe it was Exhibit 10,

17   but I don't think you marked it.  It was the card

18   the --

19        MR. LAROU:  Yes, so the text I'll go ahead

20   and postmark that, I guess as Exhibit 10 the text

21   card that I just showed.

22   (Thereupon, Plaintiff's Exhibit 10 was

23   entered into the record.)

24        MR. LAROU:  And this next exhibit will be

25   Exhibit 11, which is a composite exhibit
```


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 80

01  containing photos of several text messages, I'll

02  just scroll through quickly.

03  (Thereupon, Plaintiff's Exhibit 11 was

04  entered into the record.)

05  BY MR. LAROU:

06       Q    And these documents are Bates marked Aneiros

07  64 through 89.  Mr. Fernandez, these documents were

08  produced by Mr. Aneiros, along with his statement of

09  claim.  Have you seen these photos before?

10       A    -- of the photos.

11       Q    I guess both, have you seen these photos of

12  the text messages?

13       A    No.

14       Q    Okay.  Well, have you seen text messages

15  before?

16       A    Well, I remember that the one time, I

17  mentioned that Mr. Barkin was about to call Dennis to

18  show inside of the warehouse.  Mr. Barkin called me,

19  said that he was not able to stay there because of the

20  smell.

21       Q    Okay.  And who is Hector Barkin?

22       A    He's a contractor that I called to check the

23  inside to see if there is any -- the demolition that

24  was required by the county, but he was not able to do

25  any assessment.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q    So, how was Mr. Barkin first contacted

02  regarding this demolition work?  Was he contacted by

03  you?

04      A    Was contacted by me, yes.

05      Q    And I guess so you asked Mr. Barkin to

06  perform some contracting work, some demolition work for

07  Viormar.

08      A    Yes.

09      Q    Okay.  And if I'm translating the text

10  message correctly, it says something that Hector Barkin

11  is going to call you to show him the problem with the

12  wall then you call me.

13      What was the problem with the wall that you're

14  referring to in this message?

15      A    Told me that there was some cracking part in

16  a small part of the wall.  I never seen that.  But he

17  told me that there was a small crack, so I asked the

18  contractor to check that.  And he gave me an estimate

19  of the demolition.

20      Q    And when you say he noticed a small crack in

21  the wall, who is he?  Is that Mr. Aneiros?

22      A    Yes.  I have never seen it, that's what he

23  told me.

24      Q    And then so after Mr. Aneiros told you about

25  the crack in the wall, you contacted Hector Barkin?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01        A    Yes.

02        Q    Understood.  Scrolling down to the document

03    Bates marked as an Aneiros 66.  And it appears from the

04    contact information in this photo that an individual

05    other than you that's sending a message to Dennis.

06        And so, if I'm translating this text message

07    correctly, it says, "Good afternoon, Dennis.  It's

08    Orlando's brother-in-law.  It's Fabio Orlando's

09    brother-in-law.  Let me know, when I can call you."

10        So, first I'll ask, do you have a brother-in-law

11    named Fabio?

12        MR. ALVAREZ:  Objection to form.  You can

13    answer Orlando.

14        A    Fabio is my brother-in-law, and he asked me

15    to keep some belongings in the warehouse for -- because

16    he was moving.  So, I told him that he can store that

17    for certain period of time.

18        And when he was ready to move, that was he -- I

19    asked him to call Dennis and agree in the time and the

20    day that he can go and pick up his belonging.  That's

21    it.

22    BY MR. LAROU:

23        Q    Understood.  So, did Fabio pay anything to

24    store his belongings in the warehouse?

25        A    My brother-in-law, I never asked him for



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 83

```
01   anything.

02        Q    Is this is Page 4 of the document Bates

03   marked Aneiros 67, 68 and 69.  It appears to be an e-

04   mail from Mr. Aneiros from I see an e-mail address

05   listed as dennisaneiros@gmail.com to

06   orlandofernandezs@yahoo.com.

07        Where Mr. Aneiros is saying, if all those pieces

08   are -- he says, "Hello.  If all those pieces are on the

09   way, it will take 60 days."

10        And then scrolling down to Page 6 of the document

11   on Aneiros 69, it looks like there's some kind of

12   mechanical component -- a photo of some kind of

13   mechanical component or piece that he might be

14   referring to.

15        Do you know what -- first of all, do you remember

16   ever receiving this e-mail?

17        A    I don't remember that.

18        Q    Okay.  Do you know what pieces Mr. Aneiros

19   might be referring to in this e-mail?

20        A    No, I don't.  Probably one of his projects,

21   he always has a project in mind.

22        Q    What kind of projects --

23        A    He --

24        Q    -- Mr. Aneiros have going on?

25        A    Any kind of projects.  He always has
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    something on mind.  So, I was not involved with that, I

02    don't know what he meant.

03         Q    Yeah, but --

04         A    I don't recognize that picture that, yeah.

05         Q    Can you give me examples of some of the

06    projects that Mr. Aneiros would engage in during the

07    time that you've known him?

08         A    Well, the latest one is that it was a car

09    seat or child not to be left alone in the inside the

10    car.  He had a patent on that device, and lately he was

11    work in conversation with some investors to develop

12    that car seat.

13         And sometime he has some projects or ideas of

14    electronic parts, wireless antennas and a number of

15    things.

16         Q    Okay.  Has Viormar Trading Corporation ever

17    been involved in investing in any of those projects?

18         A    No, never.

19         Q    Has your Viormar Trading Company ever been

20    involved in helping Mr. Aneiros, to secure any kind of

21    patent or copyright?

22         A    No, always by his own on.

23         Q    Okay.  And scrolling down to Page 7 of the

24    document Bates marked Aneiros 70.  I'll rep -- do you -

25    - have you ever seen this message before?



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024            Page 85

```
01        A    I don't remember, but probably I -- when I

02   went to Miami, I always ask him that I told him that I

03   was going to visit Viormar so make sure that he was

04   there.

05        Q    Okay.

06        MR. ALVAREZ:  I'm sorry, one second.  Could -

07   - and maybe it's just that the quality of the

08   image.  But can we identify, you know, who this

09   communication is between?

10        MR. LAROU:  Yeah, unfortunately in this

11   photo, I'm not able to see the contact information

12   there, which is why I was asking if he had ever,

13   you know, seen this image before or if he

14   recognized it.

15        MR. ALVAREZ:  Okay.

16        MR. LAROU:  So, yeah, I can't confirm that

17   right now.

18   BY MR. LAROU:

19        Q    Okay.  So, scrolling down to the next page,

20   this is Page 8 of the composite exhibit.  I believe

21   that would be Bates marked Aneiros 71.

22        So, I see your contact information, listed at the

23   top of the message.  And I believe this is a -- I'll

24   represent to you that this is a message sent by Mr.

25   Aneiros to yourself.  Have you ever seen this message
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                Page 86

```
01   before?

02        A    I remember that time, that occasion, yeah.

03        Q    Okay.  And again, if my translation is

04   correct, Mr. Aneiros saying, "Good day.  The trash,

05   they didn't pick it up and I need to throw out

06   everything that's left outside, please."  It looks like

07   this was dated August 18th.  Do you remember receiving

08   this text message?

09        A    Yes.

10        Q    And can you kind of elaborate on the

11   situation that Mr. Aneiros was explaining to you?

12        A    Well, it is perfectly described that the

13   garbage truck didn't go to pick the trash.  So, I

14   called the company and they sent the truck again to

15   collect the garbage.  That was it.

16        Q    Got it.  So, was Mr. Aneiros responsible then

17   for making sure that trash was cleared out?

18        A    It was his garbage so.  But I have this

19   company to come and pick up the trash container.  So,

20   there was one container for the whole building the

21   tenant and the other part, so.

22        Q    Got it.  Do you remember the name of the

23   company that you hired to pick up the trash?

24        A    I don't remember that.  At this moment I

25   don't remember.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 87

```
01        Q     That's okay.  And I'll scroll down just a

02   little bit further.  So, this is Bates marked Aneiros

03   73, Page 10 of the composite exhibit.

04        It looks like again, Mr. Aneiros is messaging you

05   about the trash.  And do you remember receiving this

06   text message?  I believe that was --

07        A     No.

08        Q     -- a day, two days before the other message.

09        A     I don't remember that.

10        Q     Okay.  Rolling down to Page 12 of the

11   document Bates marked Aneiros 75.  This appears to be a

12   message from yourself to Mr. Aneiros.  Do you remember

13   sending this text message?

14        A     I don't remember, so probably to ask, I did.

15   I don't remember that.

16        Q     And it sounds like you were asking Mr.

17   Aneiros to send something to an e-mail address.  It

18   looks like your e-mail address

19   orlandofernandezs@yahoo.com.  Do you remember what you

20   were asking him to send to you?

21        A     No.

22        Q     Next, this is Page 14 of the composite

23   exhibit Bates marked Aneiros 77.  This looks like a

24   text message from you to Mr. Aneiros stating that the

25   issue of cars is Carlos' issues, he should resolve it.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                          Page 88

01        **Can you expand on that a little bit for me?  What**

02  **kind of problem with the cars was Carlos having?**

03        A     Yeah, Carlos is the tenant the next the other

04  day, and he parked some cars in front of my warehouse.

05  And because I was asking Dennis to clean the place, his

06  -- the warehouse that he's occupied, and he told me

07  that there was some cars blocking the door.  So, that

08  was that.  I asked Carlos to remove the cars.

09        MR. ALVAREZ:  I'm sorry, before we move to

10  the next question, I'm thinking there might be a

11  translation issue on there.

12        Is it all right if or since its Orlando's

13  message, is it all right if he translates his own

14  message.

15        MR. LAROU:  Please.

16        MR. ALVAREZ:  So, Orlando, could you

17  translate into English what that message says?

18        THE WITNESS:  Yes, sir.  The issue with the

19  cars is an -- is a Carlos responsibility, let him

20  to solve this problem.

21        MR. ALVAREZ:  Okay.  All right.  Thank you.

22        MR. LAROU:  Yeah, and I appreciate the

23  clarification.  I am in the process of learning

24  Spanish, but I'm far from fluent.

25        MR. ALVAREZ:  Yeah, neither am I, so --.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        THE WITNESS:  Well, if you live in Miami, you

02   should learn Spanish.

03        MR. ALVAREZ:  Yeah.

04        MR. LAROU:  Right.  I agree.  I agree.

05   BY MR. LAROU:

06        Q    So, scrolling down a little further.  This

07   will be Page 16 of the composite exhibit.  It looks

08   like, you know, the same text exchange regarding the

09   cars Carlos' cars.

10        So, this is page -- again Page 16 of the composite

11   exhibit Bates marked Aneiros 79.  Mr. Fernandez, can

12   you translate this text for me please?

13        A    It said, "The City came to inspect and closed

14   the issue with the trees.  The only thing left are the

15   old cars that belong to Carlos.  And Carlos told me

16   that we should ask to the City another month to be able

17   to move those old cars."

18        Q    Got it.  And so, I'm assuming that the, you

19   know, the case of the cars was the same issue that you

20   mentioned a moment ago.

21        A    Yeah.

22        Q    Where cars were being parked in front of the

23   warehouse and they needed to be moved?

24        A    Yes.

25        Q    And you're referencing also another issue
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    that I guess the city had with the trees.  Can you tell

02    me about, what was going on with the trees?

03        A    Yeah, it was overgrown tree branches and the

04    City asked me to trim those branches.  So, I hired a

05    contractor to clean those branches as to the City

06    requirement.

07        Q    Did Mr. Aneiros ever trim any tree branches

08    for you or for Viormar?

09        A    Trim the trees?  No, no.

10        Q    Do you remember, the name of the contractor

11    that you hired to come fix to the tree branch issue?

12        A    I don't have it in here in front of me, but

13    it's a licensed contractor.

14        Q    Okay.  Scrolling down now to Page 18 of this

15    composite exhibit Bates marked Viormar 81.  Can you

16    please interpret -- can you please translate this text

17    message for me?

18        A    Yes.  "Good afternoon.  Please remember your

19    friend that he has to send me the invoice as he

20    promised."

21        Q    Okay.  What invoice are you referring to in

22    this message?

23        A    I'm not sure, but I assume there was the tree

24    trimming.

25        Q    So, and just to confirm, is this text message



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 91

```
01   that you sent to Mr. Aneiros?
02        A    I believe so.
03        Q    And do you know who the friend is that you're
04   referring to in this message?
05        A    He told me that he has a friend that had this
06   tree trimming company.  So, -- let me talk to him and
07   that was -- that's what I asked.  I hired him to trim
08   the trees.  He said that he has this friend that has
09   this business, so I --
10        Q    And it --
11        A    -- I follow his recommendation.
12        Q    Got it.  And is that the same licensed
13   contractor that you referred to just a moment ago that
14   came and performed the work on the trees?
15        A    I think so.
16        Q    Got it.  Almost through the text messages
17   there are just a couple that a couple more I want to
18   ask about.  This is Page 20 of the composite exhibit
19   Bates marked Aneiros 83.  And can you please translate
20   this text message for you for me?
21        A    Well, he wants you to pay the rest of the
22   balance.  He will send you the invoice and for text or
23   per mail.  I suppose it is related to the previous
24   question.
25        Q    Related to the issue of the tree trimming?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 92

```
01        A    I believe so.  It's not clear when this text

02   --.

03        Q    Understood.  Do you remember ever receiving

04   this text message?

05        A    I don't remember, but it's possible.  I don't

06   remember.

07        Q    Okay.  I'll scroll down to the next page.

08   This is Page 21 of the composite exhibit Bates marked

09   Aneiros 84.  Can you please translate this message for

10   me?

11        A    I need for the accounting and invoice under

12   the name of your Viormar Trading Corporation is

13   important.

14        Q    Would this be -- are you -- first off all, do

15   you remember sending this text message?

16        A    I don't remember.  Probably I send it,

17   probably it is related to the tree trimming contractor,

18   I assume that.

19        Q    Got it.  And so, you're requesting in this

20   message that Mr. Aneiros make sure that there's an

21   invoice --

22        A    No, I didn't ask --

23        Q    --?

24        A    I didn't ask him to be sure.  That I asked

25   him to talk to his friend to please send me the
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024          Page 93

01   invoice.

02        Q    Understood.  Okay.  And then Page 22 the

03   composite exhibit Bates marked Aneiros 85.  Can you

04   please translate these two messages for me?

05        A    There is a phone number and a name Ambrosio

06   Reinoso $1,125.  That's half of the amount owe.  And I

07   said "Yes, it was sent.  Let me know if you received

08   that."

09        Q    And so, do you remember this exchange of text

10   messages either sending or receiving these messages?

11        A    I assume that did.  I don't remember that.

12   But it was related to the tree trimming issue.  So, he

13   sent me the invoice, I sent him the check and close and

14   case closed.

15        Q    Understood.  Almost to the end here.  Looking

16   at Page 24 of the composite exhibit Bates marked

17   Aneiros 87.  Mr. Fernandez, do you remember ever seeing

18   or sending this text message?

19        A    Probably.

20        Q    Can you please translate that for me?

21        A    Sometimes they all say, state that the cheap

22   business at the end result more expensive.  They had a

23   lot of work moving the cars or nothing.  Apparently,

24   the tree trimming people didn't come the day that they

25   agreed.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01          So, they move all these old cars and they didn't

02    come to trim the trees branches, I think that's what

03    this message means.

04          Q    Okay.  Just want to take a look at one more

05    message.  Mr. Fernandez, have you ever seen this text

06    message before?

07          A    I don't remember -- I don't remember that.

08          Q    Okay.  Can you please translate that for me?

09          A    You pay and that's it.  Well, I think that

10    this is why he -- I'm calling you to agree, but anyway

11    and rest.

12          Q    Got it.  And do you have any idea what this

13    message is in reference to?

14          A    No idea.

15          Q    Okay.  This is the last page from this

16    composite exhibit that I want to go through with you.

17    The last Page 26 of 26 Bates marked Aneiros 89.  Mr.

18    Fernandez, have you ever seen this photo before?

19          A    No.

20          Q    Do you have any idea what's going on in this

21    photo?

22          A    There was some previous tenant left these

23    whole tires inside the warehouse.  And these people

24    that were willing to remove all these tires and I

25    suppose that's a picture when they come and remove the



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 95

```
01   old tires.

02        Q     Got it.  Was Mr. Aneiros responsible for

03   removing these tires?

04        A     No.

05        Q     So, it was a third-party company that was

06   hired by Viormar to come and remove the tires?

07        A     That's correct.

08        Q     Is it a company that you found on your own?

09        A     Oh, Dennis found it because he's -- he lives

10   there.  I don't live in there in Miami.  So, he's

11   always around the city and he found these people and

12   they called me and we agreed on that work and that's

13   it.

14        Q     Got it.  So, it sounds like, you know, Dennis

15   then was responsible for removing these tires from the

16   warehouse he was responsible for --

17        A     He was not repo -- sorry, he was not

18   responsible.  He just found the company and told me

19   about them.  We agree with the time and the price and

20   that was it.  He was not responsible.  He just find the

21   name of the company, there was no work for him no

22   responsibility at all.

23        Q     Is that the case for the tree trimming

24   services as well?  It was a similar arrangement where

25   Mr. Aneiros found the contractor to come in and perform
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 96

```
01  that work for you?

02       A    Told me that he has this friend that has this

03  company.  And I trust him and contact the person.

04       Q    Great.  Thank you.  I think I really just

05  have one more exhibit that I want to go through with

06  you and then I should be done here.

07       Okay.  I believe this should be marked as Exhibit

08  12.

09  (Thereupon, Plaintiff's Exhibit 12 was

10  entered into the record.)

11       MR. LAROU:  If I'm correct, Madam Court

12  Reporter?

13       THE COURT REPORTER:  Yes, that's correct.

14  Thank you.

15       MR. LAROU:  Thank you.

16  BY MR. LAROU:

17       Q    Okay.  So, Mr. Fernandez, I'll represent to

18  you that these are the Viormar Trading Corporations

19  responses to Mr. Aneiros's interrogatories.  Scroll

20  through quickly just to give you a peek at the whole

21  document.

22       And Mr. Fernandez, have you seen this document

23  before?

24       A    Yes.

25       Q    Okay.  And is this your signature here at the
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 97

```
01   bottom?

02        A     Yes.

03        Q     And do you remember signing the document?

04        A     Yes, I took it to the notary as requested.

05        Q     Okay.  Did you prepare these -- and first off

06   all, let me qualify this question by telling me --

07   telling, you know, please don't disclose to me anything

08   that, any kind of conversations that you might have had

09   with your Attorney in private or anything they may have

10   told you in private.

11        But did you prepare these responses on your own or

12   with the assistance of an Attorney?

13        A     I prepared the responses on my own.

14        Q     Okay.  I'm scrolling down to Interrogatory

15   Number 14.  And the question is, "Please state

16   Viormar's gross annual revenues for each quarter from

17   2021 to present listing a breakdown of its gross

18   revenues for each fiscal quarter".

19        Now, in the answer, I only see the total income

20   listed for 2022.  Is there any reason that you were not

21   able to list the total income for 2021 or 2023?

22        A     I don't remember why it's not there, but let

23   me I answered that in a separate document, as you

24   requested.  It is a regarding Question Number 14, I

25   sent you a list an Excel list of that.  I don't know
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  why you don't have it.

02       Q    Yeah, I'm not sure why either.

03       A    --.

04       Q    I'm not sure why either.  I don't believe

05  I've seen that document.  And if it hasn't been sent

06  over already, can I -- I'll just ask.

07       MR. LAROU:  David, could you please make sure

08  that, you know, that's recent?  Because I don't

09  believe I've seen that yet.

10       MR. ALVAREZ:  Sure.  Thank you.

11       MR. LAROU:  Okay.  Great.  I have no further

12  questions.

13       MR. ALVAREZ:  Okay.  I'll make my questions

14  relatively brief.

15                      CROSS EXAMINATION

16  BY MR. ALVAREZ:

17       Q    Orlando, with respect to the tires you stated

18  that, you know, Dennis found the company to remove

19  those tires.  Did you instruct Dennis to find that

20  company?

21       A    I asked him as a favor because he was around

22  the city.  So, he has more opportunities than me to

23  find a company that do that because I don't live in

24  Miami area.

25       So, that was I asked him as a favor.  If you see a


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   company like that, do this type of work.  That was it

02   asking him for a favor.

03        Q     Okay.

04        A     Because it --

05        Q     And so, remind me the streets that comprise,

06   you know, the warehouse, it's 7882, 7884 and what was

07   the other ones?

08        A     Or West 55 Street Doral.

09        Q     Okay.  And does Dennis live in the office

10   that's on 7884?

11        A     7884.

12        Q     Okay.

13        A     The office's space.

14        Q     And with respect to the picture that Mr.

15   LaRou showed you of 7884, was it in that state prior to

16   Dennis living in it?

17        A     No.

18        Q     Okay.  And when you visit -- you testified

19   that you would visit the warehouse once or twice a year

20   or more or less.  Is that right?

21        A     That's correct.

22        Q     And you stated that you spoke to Dennis and

23   you asked him to clean.  Did you ask him just to clean

24   7884 or the other properties at the warehouse?

25        A     No, I asked him to clean 7882, that's the
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   warehouse.
02        Q    Okay.  Because --
03        A    -- you know, you see in the pictures, that is
04   not acceptable conditions to have a space like that.
05   7884 is the office where he's sleeping.  I have never
06   been inside that space.
07        Q    Okay.
08        A    So, I don't know what -- in what condition he
09   has that.
10        Q    Okay.  And then 7882 is Dennis occupying that
11   space at all?
12        A    7882 and 7884.
13        Q    Okay.  So, the December 12th, 2016 letter
14   that you sent when you're talking about Dennis
15   maintaining.  Is that referring to maintaining the
16   entirety of the warehouses or just the places that he's
17   occupying?
18        A    Places that he is occupied and the parking he
19   offered to get rid of the leaves basically, the leaves.
20   And that was because of the dispute that he has with
21   the Jesses Limo.
22        Q    Okay.  And are you leasing any part of the
23   warehouse to another entity?
24        A    Just the -- the shop leasing 7880.
25        Q    Okay.  And are they responsible for
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                    Page 101

```
01   maintaining their own unit at 7880?

02        A    Yes, yes, they are.

03        Q    Okay.  And when your father first discovered

04   Dennis, did your father ask him to sleep inside 7884 or

05   Dennis ask for that --

06        A    82.

07        Q    82, I'm sorry, my apologies.

08        A    Um-hum.

09        Q    So, let me repeat my question.  When your

10   father first discovered Dennis, was it your father who

11   asked him to sleep at 7882 to or did Dennis ask for

12   that?

13        A    Oh, my father offered him a place to shelter

14   from the rain and the weather.

15        Q    Okay.  And with respect to the accountant who

16   you said was responsible for filing the taxes, is that

17   is -- does that accountant -- is that still the

18   accountant you use?

19        A    Yeah, Magno and Associates, that's the last

20   one.

21        MR. ALVAREZ:  Okay.  All right.  Those are

22   all the questions that I have.  Thank you.

23        THE WITNESS:  You're welcome.

24        MR. LAROU:  I just have one quick follow-up.

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                Page 102

```
01                    RE-DIRECT EXAMINATION

02   BY MR. LAROU:

03        Q    A moment ago you referenced a dispute between

04   Mr. Aneiros and Jesses Limousines.  Can you tell me a

05   little bit more about that?

06        A    They always are arguing between them because,

07   Jesses Limo different drivers and Dennis never liked

08   the drivers to sleep in their cars and they said they

09   was not well respectful or whatever.

10        So, he always has these arguments between them

11   regarding that type of things, the drivers never --

12   Dennis never like them.

13        Q    Okay.  Do you remember about what years those

14   disputes were taking place?

15        A    No.

16        Q    If you -- and if you had to estimate what it

17   would you say it was in -- within the past five years?

18        A    Yes, Limo moved more a lot over five years or

19   about 10 years or around that.

20        MR. LAROU:  Okay.  That's what I thought just

21   wanted to make sure.  Okay.  No further questions

22   on my end.

23        THE COURT REPORTER:  Okay.  Would he like to

24   read or waive?

25        MR. ALVAREZ:  I'll waive.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   (Deposition concluded at 01:25

02   p.m.)

03   (Reading and signing of the

04   deposition by the witness has been

05   waived.)

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024                Page 104

```
01                   CERTIFICATE OF REPORTER

02   STATE OF FLORIDA

03   COUNTY OF BROWARD

04

05        I, KIANNA MACHADO, Court Reporter and Notary

06   Public for the State of Florida, do hereby certify that

07   I was authorized to and did digitally report and

08   transcribe the foregoing proceedings, and that the

09   transcript is a true and complete record of my notes.

10

11        I further certify that I am not a relative,

12   employee, attorney or counsel of any of the parties,

13   nor am I a relative or employee of any of the parties'

14   attorneys or counsel connected with the action, nor am

15   I financially interested in the action.

16        Witness my hand this 13th day of December, 2024.

17

18

19

20

21

22

23

24   _____
     KIANNA MACHADO, COURT REPORTER
25   NOTARY PUBLIC, STATE OF FLORIDA
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                      CERTIFICATE OF OATH

02   STATE OF FLORIDA

03   COUNTY OF BROWARD

04

05        I, KIANNA MACHADO, the undersigned authority,

06   certify that ORLANDO FERNANDEZ, appeared before me

07   remotely pursuant to Florida Supreme Court Order

08   AOSC20-23 and was duly sworn on the 23rd day of

09   September, 2024.

10

11           Witness my hand this 13th day of December, 2024.

12

13

14

15

16

17

18

19

20

21

22

23   _____

24   KIANNA MACHADO, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  HH 205555
25   Commission Exp:  12/07/25
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**$**

**$1,125**
93:6

**(**

**(305)**
17:12

**0**

**01:25**
103:1

**1**

**10**
6:9 17:13,16,20
29:5 30:13 44:23
45:8 48:14,16,18,
21 49:11 51:17
55:24 59:7 60:18,
20,23 63:22 64:6
65:6,23 66:5,8
67:20,21,22 69:21
71:14 78:9,17
79:16,20,22 87:3
102:19

**10-minute**
31:4

**10030**
15:23 59:14

**101**
51:4

**102**
56:17

**11**
79:14,25 80:3

**12**

6:9 87:10 96:8,9

**12/19/1949**
13:24

**1212**
14:19,21

**12:00**
54:13 59:25

**12:10**
60:5,7

**12th**
56:20 100:13

**14**
87:22 97:15,24

**16**
89:7,10

**18**
90:14

**18th**
86:7

**19**
38:24

**1978**
19:16

**1980**
12:7

**1981**
12:8

**1985**
11:25 12:1,2,8

**2**

**2**
28:11 32:6,8 35:13

**20**
64:12 91:18

**2005**
15:6,9,13 20:11,

14,17,18 21:8,19

**2015**
11:17 13:4 14:15
15:13 20:14

**2016**
56:20 57:19 58:1
100:13

**2017**
24:4,12 29:18

**2021**
97:17,21

**2022**
34:1 38:13,21
39:1,18 97:20

**2023**
40:11,23 41:4
76:8,10 97:21

**2024**
5:2

**21**
92:8

**22**
93:2

**23**
5:2 40:22

**24**
93:16

**25%**
35:14,15,22 36:3,
18 37:3 42:12,18,
25

**26**
94:17

**29th**
76:8

**3**

**3**

9:24 32:13 33:22,
23

**30**
54:2

**305 301-7035**
17:12

**32771**
14:11

**35**
34:5 35:1

**4**

**4**
27:13 38:8,9 83:2

**40**
66:1

**41**
35:11 75:1

**439**
14:10,16,21

**44**
34:5 37:8

**5**

**5**
40:6,7

**51**
16:5

**54**
77:18

**55**
99:8

**55th**
62:24

**5A**
36:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**6**

**6**
  50:4,5 83:10
**60**
  83:9
**64**
  80:7
**66**
  82:3
**67**
  83:3
**68**
  83:3
**69**
  83:3,11

**7**

**7**
  56:11,12 73:4,16
  84:23
**70**
  84:24
**7035**
  17:12
**70s**
  25:10,18,22
**71**
  85:21
**7282**
  47:13
**7284**
  47:13
**73**
  87:3
**74**
  66:3

**75**
  87:11
**77**
  87:23
**7870**
  57:12
**7880**
  24:16,21 25:4
  44:20 46:3,4,5,8,
  20,21 50:21 68:6
  100:24 101:1
**7880-street**
  46:11
**7882**
  46:21 47:1,23
  50:18,19 51:1,4
  57:13 66:3 68:6,8
  79:1 99:6,25
  100:10,12 101:11
**7884**
  24:16 25:5 44:21
  46:3,21,22 47:1,23
  50:21,22 51:1
  57:13 62:23 63:17
  65:2 79:2 99:6,10,
  11,15,24 100:5,12
  101:4
**78th**
  24:16 25:5 44:21
  46:3 51:1
**79**
  89:11

**8**

**8**
  48:16,18,21 49:11
  61:17,18 74:18
  85:20
**8,000**
  45:2

**80**
  66:3
**80s**
  25:6
**81**
  90:15
**82**
  24:22 101:6,7
**83**
  91:19
**84**
  24:22 92:9
**85**
  93:3
**87**
  93:17
**89**
  80:7 94:17

**9**

**9**
  51:16 74:19,20,21
**97**
  51:3

**A**

**ability**
  8:2,6
**able**
  9:8 25:13 26:23
  27:3 32:11 50:8
  74:14 80:19,24
  85:11 89:16 97:21
**about**
  13:4 15:13 18:5
  20:10 21:19 22:15
  23:8 24:2 35:13
  45:22 46:10,12

  49:20,24 51:24
  53:24 54:8,9,19,21
  59:24 60:21 62:10
  63:22 64:6,12
  66:12 67:7 70:4,7,
  10 71:3,12 77:6
  78:1,14 79:3 80:17
  81:24 87:5 90:2
  91:18 95:19
  100:14 102:5,13,
  19
**acceptable**
  100:4
**access**
  66:2
**according**
  36:11
**account**
  43:14,24 44:1,3,7,
  9
**accountant**
  32:3 34:12,15
  39:12,15,16,17
  41:5,15 101:15,17,
  18
**accounting**
  92:11
**accounts**
  30:15 43:6
**accurate**
  50:24
**acknowledging**
  57:14 73:5
**acquire**
  28:4
**action**
  68:17
**active**
  13:15 29:8
**activities**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

26:10 42:9,13,21
43:3 61:3 70:11

**activity**
45:4

**address**
14:9,12,16,19,20,
21 15:21,25 19:4
24:15 35:15 39:3
41:8,11 42:4,5,6
46:12 50:19 57:3,5
58:21 59:3,8,13,16
62:23,24 63:1,2
65:2 83:4 87:17,18

**addresses**
14:16 24:21 44:23

**administrative**
21:10 23:10,12
30:14

**affect**
8:2,6

**affiliated**
20:24

**after**
5:14 11:3 15:12
19:18,21,22,24
20:1 21:5,7,22,24,
25 22:1 46:14 49:2
58:16 77:24 81:24

**afternoon**
82:7 90:18

**again**
7:8 12:6 31:19
37:8 38:20 40:22
41:1,2,19 48:12
75:4 86:3,14 87:4
89:10

**against**
9:21

**age**
8:8

**agent**
33:12 36:9 42:3
61:25 62:15

**agents**
33:15

**ago**
5:19 6:9 14:14
24:1 35:17 39:22
44:6 45:16,23 46:9
48:8,15,16,19
49:7,19,21 50:15,
25 51:7,9 52:25
53:2,7 56:18 58:15
61:12 64:12 67:7,
14,17,20,21,22
69:21,24 71:2,4,7,
14 72:5 89:20
91:13 102:3

**agree**
24:8 82:19 89:4
94:10 95:19

**agreed**
9:15 93:25 95:12

**agreement**
67:25 68:15

**ahead**
79:19

**alienation**
28:5

**alive**
37:18

**all**
10:9 18:15 23:6
27:22 28:1 37:2,7
42:2 44:8 45:6
46:16 52:4,5 53:13
54:15 55:10,12
72:17 78:23 83:7,
8,15 88:12,13,21
92:14 93:21 94:1,
24 95:22 97:6
100:11 101:21,22

**alleged**
18:1

**Almost**
91:16 93:15

**alone**
84:9

**along**
80:8

**already**
8:22 18:1 72:21
98:6

**also**
7:5 8:15 9:15 36:2,
13,18 40:24 56:8
62:1,22 89:25

**Although**
42:17,24

**Alvarez**
5:7 17:23 18:15
22:2 25:15,17 31:5
47:4,8,10 53:16,23
54:8,12 60:2,6
62:7,11 82:12
85:6,15 88:9,16,
21,25 89:3 98:10,
13,16 101:21
102:25

**always**
7:15 52:12,13 55:4
70:10 72:6,7
83:21,25 84:22
85:2 95:11 102:6,
10

**am**
12:21 27:6 40:20
54:16 61:1 88:23,
25

**Ambrosio**
93:5

**amount**
93:6

**analogous**
28:7

**Andres**
5:23 6:12,13

**Aneiros**
5:6 47:3,14 49:3,5,
14 50:1,25 51:3
52:23 53:3 55:19
56:2,6,17 57:10,
15,19,22 58:5,12
63:10,13 66:16,20
67:13 68:1,9,25
69:5,8,14,17,20
70:3,14,18,23
71:3,9,16 72:9,16,
21 73:5,7,11,18,
21,24 74:2,8,11,14
75:1,21,25 76:4
77:12,18 79:4,8
80:6,8 81:21,24
82:3 83:3,4,7,11,
18,24 84:6,20,24
85:21,25 86:4,11,
16 87:2,4,11,12,
17,23,24 89:11
90:7 91:1,19 92:9,
20 93:3,17 94:17
95:2,25 102:4

**Aneiros'**
40:12

**Aneiros's**
38:15 96:19

**annual**
97:16

**another**
7:9,15 28:3 33:10
36:3 52:13,16
55:4,7 71:24
89:16,25 100:23

**answer**
7:23 18:16 26:22
47:5,8,11 54:6
82:13 97:19



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**answered**
97:23

**answers**
8:23

**antennas**
84:14

**anticipate**
7:18

**Antilles**
32:18 33:14 35:16,
22 36:18 37:9 38:2
39:25 42:17,20

**any**
5:25 6:25 7:19 8:1,
5,20 9:19 10:11,16
13:6,19,21 14:16,
22 16:8 17:20
22:12 23:3 24:11
26:24 27:22,24
28:16 29:19,25
30:4,5,6,9,21,24
31:14,23 34:19
36:22,23 37:12,20,
23 38:1,4 39:8
40:2,3 41:2 42:8
43:5,18 44:13,22
46:17 47:2,23,24
48:23 49:13 55:20,
24 58:18 59:3,5,7
60:14,18 63:13,23
64:1,10 65:4,22
66:9,13 67:1 68:9
69:4,17 71:15
72:10,14,23,25
73:14 78:4,5,9
80:23,25 83:25
84:17,20 90:7
94:12,20 97:8,20
100:22

**anybody**
22:4 66:18

**anyone**
15:25 16:15,18

66:12

**anything**
9:3 18:10 21:8
28:18 72:23 82:23
83:1 97:7,9

**anyway**
94:10

**anywhere**
11:18 20:1

**apartment**
14:18,20

**apologies**
101:7

**apparently**
33:6 36:20 56:23
93:23

**appears**
27:9 41:8 57:14
82:3 83:3 87:11

**Apple**
18:24

**apply**
13:8

**appointed**
57:11

**appreciate**
88:22

**approximate**
67:18

**approximately**
6:9 78:2

**area**
13:11 15:16 29:11
98:24

**areas**
10:4,6,10,13 28:10

**arguing**
102:6

**arguments**
102:10

**around**
6:6 13:5 21:7 45:2
52:21 55:2 69:23
95:11 98:21
102:19

**arrangement**
95:24

**arrived**
15:12

**article**
27:17 28:11

**articles**
27:9,14 32:6,14,21

**ask**
7:13,21 13:25 14:2
31:19 41:2 42:16
49:16 51:13 52:1,
3,8 53:12 54:17
55:1,4,10 68:9,22,
25 72:6,14 75:18
78:15 82:10 85:2
87:14 89:16 91:18
92:22,24 98:6
99:23 101:4,5,11

**asked**
7:22 18:1 53:4,7,9
54:10,17,23 55:22
67:14 68:1 69:5
71:22 72:23,25
77:16 81:5,17
82:14,19,25 88:8
90:4 91:7 92:24
98:21,25 99:23,25
101:11

**asking**
18:5 52:14 53:24
58:9 59:23 70:16
76:14 85:12 87:16,
20 88:5 99:2

**assessment**
80:25

**assets**
27:19

**assistance**
97:12

**Associates**
39:20 101:19

**assume**
24:25 39:4 90:23
92:18 93:11

**assuming**
24:25 89:18

**Atlanta**
69:24

**attend**
12:13,23

**attention**
18:19

**Attorney**
97:9,12

**audio**
12:6 58:24 71:19

**August**
86:7

**authorities**
32:24 35:9,25
36:21 37:17

**authority**
34:20

**authorized**
44:8 66:24

**avoid**
6:25

**aware**
66:5

**away**
24:1,2 78:4



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

## B

**bachelor's**
12:19

**back**
12:2 19:13 53:22
54:6 60:4

**backed**
19:1

**bad**
65:14

**balance**
91:22

**ballpark**
48:9

**bank**
23:15 43:5,12,14,
19,24,25 44:1,3,7,
11,13 61:2

**banked**
43:18,22

**banking**
43:10

**Barkin**
80:17,18,21 81:1,
5,10,25

**base**
24:20

**based**
44:12

**basically**
11:13 100:19

**basis**
70:5

**Bates**
34:4 35:1,11 37:8
51:3 56:17 74:25
77:18 80:6 82:3
83:2 84:24 85:21

**bearer**
37:4,5,10

**bearing**
27:21

**became**
6:8 49:5 52:22
58:2

**because**
31:19 33:2 36:14
47:18 52:18 66:2
67:15 71:22 72:6
77:15 78:13 80:19
82:15 88:5 95:9
98:8,21,23 99:4
100:2,20 102:6

**become**
57:22 74:8,11

**before**
6:20,22 7:12,23
9:11 14:16,25
16:10,13 21:24
27:11 31:10 34:8
38:17 40:15 48:3
50:10 53:23 54:2
55:8 74:25 77:9,19
78:22 80:9,15
84:25 85:13 86:1
87:8 88:9 94:6,18
96:23

**began**
79:6

**begin**
6:22 7:13

**beginning**
8:10,16 39:6 44:18
45:12 52:12 71:20

**behalf**
5:6,8 9:17 35:2,3,7

87:2,11,23 89:11
90:15 91:19 92:8
93:3,16 94:17

**believe**
9:19 25:6 34:16
38:8 43:16 45:11
50:3,25 51:6 53:7
54:20 56:11 62:24
73:3,14 74:17
79:12,16 85:20,23
87:6 91:2 92:1
96:7 98:4,9

**belong**
89:15

**belonging**
82:20

**belongings**
82:15,24

**below**
39:3

**beneath**
41:1

**benefit**
63:14 69:1,6 72:22

**best**
7:10 75:4

**between**
18:12,13 46:20
85:9 102:3,6,10

**big**
65:10

**bill**
78:22

**birth**
13:23

**bit**
17:25 49:23 53:23
55:15 58:24 67:22
76:12 87:2 88:1
102:5

**blocking**
88:7

72:25

**bonds**
27:20,25

**books**
41:7,13,17,22

**born**
10:21,23

**both**
10:18 32:18 33:13,
15 68:7 80:11

**bottom**
97:1

**branch**
90:11

**branches**
90:3,4,5,7 94:2

**break**
7:19,24 31:4,10
54:13 59:24,25

**breakdown**
97:17

**brief**
98:14

**Brooks**
5:5 6:15 17:24
53:16

**brother-in-law**
82:8,9,10,14,25

**brought**
65:15

**building**
24:20 46:23,24
75:9 76:15 86:20

**business**
22:20 23:1 24:5,9
26:10 28:15,16,23
29:2,9,13,21,24
37:19 42:9,13,18,
21 43:3,11 45:3,22
47:2 49:10 60:18,
24 75:17 76:16



**Universal Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

78:5 91:9 93:22

**businesses**
18:14 28:20 42:2
45:6 60:14 70:12

---

**C**

**call**
80:17 81:11,12
82:9,19

**called**
5:14 10:25 20:3
45:9 76:16 78:11,
12 80:18,22 86:14
95:12

**calling**
94:10

**calls**
6:16

**Calusa**
15:23 59:14

**Camaguey**
10:24

**came**
14:15 15:8 89:13
91:14

**camera**
5:19

**can**
6:3,17 7:17 9:10
10:7 12:6 14:8
17:10 18:16 19:6
21:21 22:19 23:8
24:10,15 26:22
28:17 31:16 33:9
35:5,21 36:5,13,17
37:4 38:19 40:18
41:19 44:7 45:6,17
47:11 52:15 55:5
60:6 62:4 63:19
67:17 69:13 74:15

75:5 76:12 78:15
82:9,12,16,20 84:5
85:8 86:10 88:1
89:11 90:1,15,16
91:19 92:9 93:3,20
94:8 98:6 102:4

**can't**
6:9 85:16

**Canada**
11:25 12:14

**capacity**
9:16

**car**
68:21 84:8,10,12

**Caracas**
11:5 20:4

**card**
75:7,16,18 76:13,
17,23 77:2,3,7,10,
13,16 79:17,21

**care**
18:2 57:11 78:22

**Carlos**
88:2,3,8,19 89:15

**Carlos'**
87:25 89:9

**carriers**
18:6

**cars**
45:11,24 46:8,11
87:25 88:2,4,7,8,
19 89:9,15,17,19,
22 93:23 94:1
102:8

**case**
8:12 18:1 89:19
93:14 95:23

**ceiling**
65:7,21

**cell**
17:8,10,16 18:2,22

**central**
12:24 20:3 59:20
61:7,15 63:18

**certain**
82:17

**certificates**
27:20

**certifications**
13:20

**chance**
7:12

**change**
6:7

**changing**
6:11

**charge**
57:11,15

**charged**
16:20

**cheap**
93:21

**check**
51:12 52:1 53:12
55:1 80:22 81:18
93:13

**child**
84:9

**China**
26:17 28:15

**Christina**
62:2,5,16,19

**citizen**
6:8

**city**
11:13 89:13,16
90:1,4,5 95:11
98:22

**claim**
34:3 80:9

**claiming**
49:14

**claims**
9:17,20 27:21

**clarification**
88:23

**clarify**
36:5,13,17 47:17

**clarity**
7:5

**clean**
52:1,3 53:4,12
54:1,10,18 55:1,
10,17,22 56:3
72:17 88:5 90:5
99:23,25

**cleaning**
53:3 56:6,8 72:20

**cleanup**
72:15

**clear**
6:24 55:18 92:1

**cleared**
86:17

**clearing**
72:19

**client**
46:15

**clinic**
20:6,8,17,24 21:1
22:10

**close**
93:13

**closed**
89:13 93:14

**clothing**
26:22,23,24


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**cloud**
19:1

**Club**
15:23 59:14

**code**
66:6

**collect**
51:12 86:15

**collecting**
61:2

**color**
77:3

**come**
11:15 51:19,24
68:1 86:19 90:11
93:24 94:2,25
95:6,25

**communicate**
18:9

**communicated**
69:22 79:8

**communication**
7:1 70:4 85:9

**communications**
18:12

**companies**
22:16 32:17,20,24
33:13,18,19 36:23
40:3 60:21 69:18

**company**
21:10,12,13,14
22:12,22,25 23:16
25:7,23 26:8,18
28:19 30:2,14
31:24 32:17,18,22,
25 33:5,9,10,14
35:4,5,20 36:15
37:24 38:2,14
39:24,25 40:20
42:8,12,24 45:9,
10,13 46:7 47:24

62:1,15,18 63:24
68:12 69:6,9 77:14
84:19 86:14,19,23
91:6 95:5,8,18,21
96:3 98:18,20,23
99:1

**company's**
30:16 41:17 43:1
72:3

**completely**
47:19 57:6 66:2

**complications**
6:17

**comply**
66:1

**component**
83:12,13

**composite**
79:25 85:20 87:3,
22 89:7,10 90:15
91:18 92:8 93:3,16
94:16

**comprise**
99:5

**concluded**
103:1

**condition**
8:6 100:8

**conditions**
100:4

**conducted**
42:13

**confirm**
58:25 85:16 90:25

**Congratulations**
16:6

**connection**
38:25

**conscious**

7:7

**considered**
24:10

**constant**
70:3

**construction**
65:4

**contact**
18:3,4,7 38:25
39:1,9,14 40:23
41:3 82:4 85:11,22
96:3

**contacted**
81:1,2,4,25

**container**
86:19,20

**containing**
80:1

**context**
61:6

**continue**
29:2

**continued**
24:5

**contract**
66:17

**contracting**
81:6

**contractor**
21:1 22:10 65:11,
15,19 80:22 81:18
90:5,10,13 91:13
92:17 95:25

**control**
42:9,20 43:2

**conversation**
7:8 71:4,10 84:11

**conversations**
7:2 97:8

**copy**
25:9

**copyright**
84:21

**copyrights**
28:6

**Corpag**
36:4,6,8 38:5 39:1,
9,14,25 40:24
41:3,11 42:3,6,23,
24 43:2

**corporate**
10:5 37:1 41:7,13,
17,21,22

**corporation**
16:12,17 25:21,23
26:3 27:10,18
29:8,13,25 30:4,6,
9,13,19,25 32:15,
17,18 33:4,14,15,
16 34:2,17 35:4,5,
16,18,22 36:1,7,
18,19 37:9,11,14,
24 38:2 39:24,25
41:14,17,22,25
42:8,11,17 43:1,
13,18 44:4,13,22
45:25 46:20 47:22
49:25 51:21 55:21
56:1 57:1 62:25
63:20 64:2,8,10,20
69:4,9,11 73:22
84:16 92:12

**corporation's**
27:15 38:13 40:11

**Corporations**
61:23 96:18

**correct**
11:22 15:10,13
20:14 24:25 42:7,
15,22 43:4 53:15,
18 57:17 68:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

75:23 77:24 78:1
86:4 95:7 96:11,13
99:21

**correctly**
15:8 19:17 22:9
46:19 47:18 56:5
57:9 67:24 75:6,20
81:10 82:7

**correspondence**
75:7

**corresponds**
38:20

**cost**
72:1

**could**
5:19 18:3 43:22
47:5,6,8 53:16
68:18 85:6 88:16
98:7

**Counsel**
18:9

**Counsels**
5:3

**countries**
28:17

**country**
26:2

**county**
17:3,4 76:17,25
80:24

**couple**
49:1 71:1 91:17

**course**
18:8,18 65:9 71:11

**Court**
5:3,10 14:2 25:16,
19 53:16,20 54:5,
11,16 55:3,9 74:19
79:13,15 96:11,13
102:23

**crack**
81:17,20,25

**cracking**
81:15

**created**
33:18 44:3

**crime**
16:20

**CROSS**
98:15

**Cuba**
10:22,23 11:1,19

**Curacao**
26:4,6 29:22 30:1,
4,5,6 32:17,19,24
33:3,9,12,14 34:12
35:4,5,9,25 36:4,6,
11,21 37:9,17,24
39:24 41:11,14,18,
23 42:1,5,8,11

**current**
11:21 14:9 59:2,8
63:19

**currently**
11:7 12:25 13:19
14:22 15:24 17:5,8
18:23 19:3,8 30:7,
10,18,21 43:5
44:13,19 45:14,24
46:13 58:21,22,23
59:5 60:13 62:14
64:1

**customers**
23:14

**cut**
25:15 58:24 71:19

---

### D

**Dannie**
68:21

**date**
13:23 30:17 49:6,8
53:1 57:24 58:1,10
67:19 77:4

**dated**
56:19 57:4 76:7
86:7

**dates**
58:8

**daughter**
16:1 62:21

**David**
5:7 47:6 59:23
98:7

**day**
58:16 82:20 86:4
87:8 88:4 93:24

**day-to-day**
7:1,8

**days**
14:24 83:9 87:8

**debris**
52:4 53:13 55:11,
18 72:20

**debts**
27:21

**December**
56:20 57:19 58:1
100:13

**decided**
13:6 25:22,24 26:5
39:8 41:3 48:24

**decision**
73:7

**Defendant**
5:8

**defenses**
9:17,20

**degree**

12:15,18,19,20
19:23

**demand**
52:10,23

**demolition**
66:9,15,21,24
67:2,5,8 80:23
81:2,6,19

**Dennis**
5:6 46:15 47:13
49:3 51:25 53:11,
25 54:9 55:1 57:10
78:13,21 80:17
82:5,7,19 88:5
95:9,14 98:18,19
99:9,16,22 100:10,
14 101:4,5,10,11
102:7,12

**dennisaneiros@
gmail.com**
83:5

**denominated**
27:22

**depicted**
50:14,16 51:2

**deposit**
23:15

**deposition**
5:1 6:20,25 7:6,17,
19 8:10,16,21 9:5,
14,15,25 10:11
14:6 31:8 39:6
44:19 49:24 60:11
103:1,4

**deposits**
61:2

**derived**
28:5,10

**described**
86:12



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**designs**
28:6

**details**
34:14

**develop**
84:11

**device**
84:10

**didn't**
13:8 22:4 31:19
34:22 39:13 47:7
48:3,5 68:19 72:4
76:13 79:15 86:5,
13 92:22,24 93:24
94:1

**different**
17:14 77:3,4 102:7

**difficult**
52:19

**direct**
5:16 35:15

**directly**
18:4,8 47:19

**Director**
62:2,18

**disclose**
97:7

**discovered**
101:3,10

**discovery**
18:11

**discuss**
72:10

**discussing**
39:22

**discussion**
14:4 31:6 60:9

**displayed**
74:25

**dispute**
37:12 100:20
102:3

**disputes**
102:14

**Division**
61:23

**Docente**
20:3

**doctor**
65:13

**document**
9:11 27:6,11,14
32:13 34:4,7,8,16,
21 35:1,6,10 36:10
37:8 38:16,20,22,
24 40:14,19,23
56:16 57:8 73:18,
21,25 74:25 77:18
82:2 83:2,10 84:24
87:11 96:21,22
97:3,23 98:5

**documents**
34:4 42:19 43:1
80:6,7

**doesn't**
30:5 73:10,12

**dog**
52:5 53:13 55:12,
19

**don't**
6:9 7:18 18:4,19
19:12 21:21 22:24
26:17 28:18 33:19
34:13 35:8 37:6
39:11,12,16 43:20,
21 45:12,19,21
47:18 48:5 49:6,7
52:25 58:4,7 60:20
64:17 66:2,17
67:9,19,22,25
71:1,2 73:12,17

**displayed**
74:25

76:1 78:21 79:10,
17 83:17,20 84:2,4
85:1 86:24,25
87:9,14,15 90:12
92:5,16 93:11 94:7
95:10 97:7,22,25
98:1,4,8,23 100:8

**done**
28:15,16,23 29:13
66:1 67:8 96:6

**door**
88:7

**Doral**
24:17 44:21 78:15
99:8

**double**
52:19

**down**
9:24 35:10,11 37:7
38:24 57:7 82:2
83:10 84:23 85:19
87:1,10 89:6 90:14
92:7 97:14

**Drive**
15:23 59:14

**drivers**
102:7,8,11

**drunk**
78:13

**due**
71:24

**duly**
5:14

**during**
7:19 15:1 17:13,
16,20 18:18 26:20
29:5 30:13 31:20
32:2 37:19 43:19
44:23 45:7 48:20
49:1,14 51:18,23
52:7 54:23 55:24

58:11 59:7 60:18,
23 63:22 64:6
65:5,23 66:5,8
71:8,14,19 72:9,15
76:10 78:3,8,17
84:6

**duties**
21:11 55:20 57:23
64:19 73:8

---

**E**

**e-**
83:3

**e-mail**
19:4 39:3,5 41:1
83:4,16,19 87:17,
18

**each**
97:16,18

**earlier**
19:17 20:13 22:14
28:14 39:21 51:15
53:2 63:10 66:15
73:3,16

**early**
25:6

**East**
15:23

**economic**
71:22

**education**
12:10

**effort**
7:7

**eight**
51:10

**either**
31:17 32:20 68:6
93:10 98:2,4



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

elaborate
86:10

electrical
65:25 66:6

electricity
78:18,20,23,24

electronic
84:14

eligible
17:5

else
25:13 27:1 28:19
37:22 45:11 66:12

employed
19:9,11 21:8,9
64:14 69:8,12,14,
17

employee
20:23 21:11 23:22
34:17 64:5,11,13,
20

employees
34:24 69:5

employer
20:22

enclose
75:8

enclosing
76:14

end
93:15,22 102:22

engage
84:6

engaged
23:1 26:11 29:18

engages
45:4

English
10:16,19 88:17

ensure
6:23 7:5

entered
10:1 32:8 33:23
38:9 40:7 50:5
56:12 61:18 74:21
79:23 80:4 96:10

entire
46:2

entirety
100:16

entities
37:13

entity
42:18 100:23

envelope
75:8 76:14

Esmeralda
10:25

established
32:19

estimate
48:9,12 58:11
67:10,18 81:18
102:16

every
76:17 77:3

everybody
6:16

everyone
25:13

everything
86:6

exact
53:1

exactly
7:16 49:6,7 55:14
67:23

EXAMINATION
5:16 98:15 102:1

examples
84:5

Excel
97:25

Except
71:17

exchange
68:10 89:8 93:9

excuses
72:8

exhibit
9:25 10:1,10 32:5,
6,8 33:22,23 38:8,
9 40:5,6,7 50:3,4,5
56:11,12 61:16,17,
18 73:3,16 74:14,
18,19,20,21 79:12,
14,16,20,22,24,25
80:3 85:20 87:3,23
89:7,11 90:15
91:18 92:8 93:3,16
94:16 96:5,7,9

expand
55:15 88:1

expensive
71:25 93:22

explain
35:21 36:5 76:12

explaining
86:11

explanation
67:1

export
26:14,15,20 29:18

exported
26:25

extremely
33:2

F

F-E-R-S-O-M
22:21

Fabio
82:8,11,14,23

facilitate
26:13

facility
20:7

fact
37:13

fair
6:15 60:6

familiar
33:2,6 34:6,13

far
18:11,17 27:1
28:1,12 33:17
35:24 36:20 37:15,
22 40:2,4 43:24
44:11,16,17 67:6
68:20,24 69:2,3,7
73:24 74:9,10
78:12 88:24

father
22:17 23:10,23,24
24:1,2,6 26:1,5,13
28:18 29:17 31:1,
13,15,22 35:20
36:16 37:18 40:2
44:2 60:21 67:14
68:1,9,16,20,25
73:25 74:10 101:3,
4,10,13

father's
21:9 22:16 24:12
69:18

favor
76:3 98:21,25 99:2



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**Federal**
8:18

**feet**
44:25 45:2

**Fernandez**
5:1,9,13,18,21,24
6:2,19 8:1,20 9:8
10:15 12:9 13:20
14:8 18:8,12,13,16
19:3 25:14 26:20
27:2,23 28:9
31:10,16 32:1,4
34:8,23 38:16 39:4
40:14,18 48:4 50:8
56:15 58:19 60:13
61:25 62:2,4,5,8,
16,17,20 74:15,24
80:7 89:11 93:17
94:5,18 96:17,22

**Fernandez's**
54:20

**Fernando**
17:24 18:16 22:3

**Fersom**
22:18,21 60:22,24
61:1,5,7,10,23
62:13,23 63:14,16

**few**
14:24,25 21:11,18
71:7 72:5 76:9

**figures**
70:12

**file**
39:18

**filed**
35:3,7 36:10

**filing**
32:2 34:11,16,21
35:6 38:21 40:19
101:16

**filled**
39:12

**final**
40:21

**find**
52:13 55:4 95:20
98:19,23

**finds**
52:16 55:6

**fine**
31:5

**finish**
7:12

**finished**
10:7 22:7 66:7

**first**
5:14 6:14,23 14:2
19:23 20:1 22:20
25:8 27:16 34:25
36:5 40:12 49:1
57:22 58:1 67:13
81:1 82:10 83:15
92:14 97:5 101:3,
10

**fiscal**
97:18

**five**
32:2 43:19 48:10,
11 49:21 54:13
58:11 102:17,18

**fix**
55:18 90:11

**Florida**
11:8,10,11,14,15
14:10,19,23 15:25
23:2,3,5 24:17
26:4 28:24 29:2,8,
9,14 30:16 59:21
61:15,22 63:18

**flows**
7:9

**fluent**
57:6 88:24

**follow**
91:11

**follow-up**
101:24

**follows**
5:15

**forbids**
26:7

**force**
72:5

**forced**
71:15,21

**foreign**
26:7 35:14,16,23
36:3,18 37:3 39:23
41:8,10

**Forest**
14:10

**forgive**
33:1

**form**
17:23 24:9 25:22
26:5 39:12 47:4,10
82:12

**formed**
22:23 25:8,22
26:3,12,13 31:14,
21 33:4,10 35:18
43:15 68:15

**forms**
27:22

**formula**
28:7

**forth**
10:10

**forwarded**
75:22

**forwarding**
76:5,9

**found**
95:8,9,11,18,25
98:18

**four**
11:2,3,4 49:21
59:24

**friend**
90:19 91:3,5,8
92:25 96:2

**from**
6:12,13 8:5 11:15,
25 12:7 14:18
15:8,13 19:14,15,
20 20:14,20 21:3,
19 22:5,7 23:14
24:16 26:15 28:5,
10 29:10,14,17
31:13,21 34:22
35:17,25 36:21
42:3 43:14,25
45:15,20,24 46:25
52:22 59:16 69:20
70:1,2 73:3 77:23,
24 78:4,15 82:3
83:4 87:12,24
88:24 94:15 95:15
97:16 101:14

**front**
8:12 88:4 89:22
90:12

**full**
5:20 32:14

**further**
87:2 89:6 98:11
102:21

---

**G**

**garbage**
52:4 53:13 55:11,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

18 72:18,19 86:13,
15,18

**gave**
8:9 14:21 81:18

**German**
45:10,23 46:7,10

**gestures**
7:3

**get**
29:10 68:22
100:19

**getting**
53:18

**give**
7:12 10:5 17:10
22:2 24:15 31:17
48:8 58:10 66:20
67:1,17 72:7 84:5
96:20

**giving**
23:14

**go**
6:22 7:17,23 14:3
60:4 79:19 82:20
86:13 94:16 96:5

**goes**
24:16

**going**
9:7,13 13:25 17:25
18:7 27:2 32:4
38:7 51:14 52:2,8,
9,23 53:21 74:13
81:11 83:24 85:3
90:2 94:20

**good**
5:5,7 13:15 29:1
59:25 72:6 82:7
86:4 90:18

**goods**
29:19

**goodwill**
68:21

**graduated**
19:14,15,18,20
20:21 21:3,5

**grandson**
16:1

**great**
5:24 8:1 10:15
19:8 32:13 60:2
96:4 98:11

**gross**
97:16,17

**ground**
6:23

**guess**
49:9 68:6 72:2
76:10 79:20 80:11
81:5 90:1

**guys**
60:1

---

**H**

**had**
6:19 16:8 17:14,19
20:8 33:4 45:16
48:8,12 58:9,10
64:10 65:10 67:10
72:2,11 78:11
84:10 85:12 90:1
91:5 93:22 97:8
102:16

**half**
51:8 93:6

**hand**
7:2

**has**
16:12,17 24:5,23
25:3 26:10,25
27:23 28:9,14,16,

23 29:1,13,18
30:12 32:1,16
36:10 42:13,20
43:2,13,17,22
44:16,22 45:7 46:7
47:1,23 48:19
57:11 63:13 64:10
65:4,25 66:8 69:3,
8,11,14,17 72:21
73:18,21,24 78:17
83:21,25 84:13,16,
19 90:19 91:5,8
96:2 98:22 100:9,
20 102:10 103:4

**hasn't**
98:5

**have**
5:24 6:19 7:1,23
8:1 9:11,20 10:12
11:18 14:12,22
16:4,8,10,15,20
17:8,14,17,19,20
18:23 19:4 22:2,
13,17 23:16 27:10
30:5,24 31:14,22
32:21 33:11 34:8
35:20,25 36:22
37:12,16,23 38:1,
4,16 40:2,14 42:8
46:16 47:6 50:10,
12,24 52:17,19,20
53:16 55:3 56:15
57:7 59:7 60:17
61:7 63:22 64:7
65:21 66:2 69:21
70:14,17,18 71:4,
9,15 73:10,13,14
74:19,24 75:17
76:10 78:8,9 79:8
80:9,11,14 81:22
82:10 83:24 84:25
85:25 86:18 90:12
94:5,12,18,20
96:5,22 97:8,9
98:1,11 100:4,5

101:22,24

**haven't**
22:12 60:23

**having**
5:14 11:9 12:5
23:19 25:12 35:6
88:2

**he**
24:13 25:14,17
28:1,20 46:16
51:13 52:2,8,14,15
53:25 54:21,25
55:5,6,10,22,23
58:2 64:21 66:21
67:1,2,4,15 68:16,
21,22 70:10,11,21
72:7,10,11 73:12
74:6 75:21,22
76:2,8 77:15 78:21
80:19,24 81:2,16,
18,20,21,22 82:14,
16,18,20 83:8,13,
21,23,25 84:2,10,
13 85:3,12,13
87:25 88:4,6,13
90:19 91:5,8,21,22
93:12 94:10 95:9,
11,16,17,18,20
96:2 98:21,22
100:8,18,20
102:10,23

**he's**
18:2,6 80:22 88:6
95:9,10 100:5,16

**head**
7:2

**hear**
24:3 25:13 26:21,
23 31:20 34:22
48:3 68:19 79:15

**heard**
13:21



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**hearing**
11:10 23:19 25:12

**Hector**
80:21 81:10,25

**held**
14:4 31:6 60:9

**Hello**
83:8

**help**
72:1

**helped**
39:18

**helping**
21:10 23:10,13
84:20

**here**
9:7 27:17 29:9
38:20 41:7 42:5
44:12 51:10 61:24
62:17 64:18 75:5
90:12 93:15 96:6,
25

**highest**
12:10

**him**
18:3 21:10 23:13
49:16,22 51:13
52:1,3,8,13,14,17
53:4,12,24 54:17,
23 55:1,4,5,10,22
67:14 68:22 69:22
70:4 71:5,10,12,
13,21,22,25 72:5,
6,7,10,14,17,25
75:15,18 76:14
77:16 81:11 82:16,
19,25 84:7 85:2
87:20 88:19 91:6,7
92:24,25 93:13
95:21 96:3 98:21,
25 99:2,23,25
101:4,11,13

**himself**
37:21 72:7

**hired**
36:9 86:23 90:4,11
91:7 95:6

**his**
18:2,5 47:8 56:6
67:5 68:25 70:10
78:22 80:8 82:20,
24 83:20 84:22
86:18 88:5,13
91:11 92:25

**hold**
13:19 17:23,24
62:7

**home**
59:9

**hospital**
20:6

**hours**
7:17

**house**
15:20,22 61:9
67:15

**humanitarian**
68:17

---

**I**

**I'D**
56:10

**I'LL**
6:22 7:10 10:5
14:2 28:13 31:19
33:21 34:5 38:12,
19 40:5,17 41:2
42:16 50:3 55:4
61:16 70:17 75:4
79:19 80:1 82:10
84:24 85:23 87:1
92:7 96:17 98:6,13

102:25

**I'M**
6:12 7:16 9:7,9,13,
24 11:9 12:5 13:8,
20,25 15:7 22:8
23:20 24:3,25
25:11,12 27:2
28:20 32:4 33:2
34:13 37:15 38:7
46:18 47:16,17
51:2 53:20 54:5
56:5,16 57:4,5,8
59:12 67:24 68:18
74:13,15 75:5,20
77:18 81:9 82:6
85:6,11 88:9,10,24
89:18 90:23 94:10
96:11 97:14 98:2,4
101:7

**I'VE**
7:22 49:21 98:5,9

**ID**
5:18

**idea**
94:12,14,20

**ideas**
84:13

**identified**
37:4

**identify**
85:8

**image**
85:8,13

**images**
51:2 66:14

**import**
29:18

**important**
92:13

**in**
7:1,8 8:12,20 9:15,

17,21 10:10,23
11:1,5,13,25 12:1,
7,21,22,23,24
13:9,11,12,15,18
14:1,15,18,22,23,
24 15:1,6,9,12,18,
25 16:22 17:3,5
18:1,2,4 19:18,20,
21,25 20:4,13,17,
18 21:5 22:11
23:1,2,3,15 24:9,
12 25:22 26:2,4,6,
8,11,18 27:8,17,
20,22,24 28:1,11,
15,16,19 29:1,9,
17,18,21 30:1,4,5,
6,10,12 32:19,21,
24 33:2,9,12 34:2,
3 36:10,23 37:13,
19,24 38:1,4,14,25
39:19 40:12 41:8,
11,14,18,23 42:1,
5,12 44:5,12,21
45:4 49:9 50:12,
13,14,16 51:2,16,
18 52:4,15 53:8
55:6,11 57:6,11,
15,19,24 58:16
59:10,11 60:14,17,
24 61:1 62:20
64:18 65:1,15
66:21 68:10 69:23
70:2,3,12 71:4,9,
24 72:1,3,10,12,18
73:2 75:8,9,14,19,
22 76:14,18 77:8,
11,19 81:14,15,20,
25 82:4,15,19,24
83:19,21 84:6,9,
11,17,20 85:10
88:4,23 89:1,22
90:12,21 91:4
92:19 94:13,20
95:10,25 97:9,10,
19,23 98:23 99:9,
15,16 100:3,8

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

102:8,17

**Inc**
21:16,18,20,23
22:1,11,15,21 23:9
60:25 61:23 62:14,
23 63:14,17

**inception**
44:4

**incidents**
78:10

**include**
39:9 41:3 46:21

**including**
27:19 50:21

**income**
97:19,21

**incorporated**
32:16

**incorporation**
27:9,14,17 32:7,
15,21

**increase**
71:24 72:1

**increased**
52:20

**independent**
20:23 21:1 22:10

**individual**
9:19 10:11 34:19
47:24 55:24 57:15
64:14 82:4

**individually**
9:15 16:15,18
58:18

**individuals**
39:22 44:8 63:23
64:1,7

**inform**
57:10

**information**
18:11,25 34:1
35:3,23 36:24
37:13 82:4 85:11,
22

**inherit**
59:16

**initially**
54:3

**inquiry**
10:4,6,10,13

**inside**
67:15 68:2,22
70:14,18,20,23,24
75:9,18 76:15,18,
23 77:13 80:18,23
84:9 94:23 100:6
101:4

**inspect**
89:13

**institution**
43:10

**institutions**
43:18,23 44:13

**instruct**
98:19

**instructing**
77:11,12

**insurance**
52:20 71:24

**interest**
27:21

**interpret**
90:16

**interpreting**
57:8

**interrogatories**
9:1 96:19

**interrogatory**

9:4 97:14

**interrupt**
7:9

**into**
10:2 32:9 33:24
38:10 40:8 50:6
56:13 61:19 70:20
74:22 79:23 80:4
88:17 96:10

**introduce**
5:4

**introducing**
79:12

**invest**
27:18 28:1

**invested**
27:24

**investing**
84:17

**investors**
84:11

**invoice**
90:19,21 91:22
92:11,21 93:1,13

**involved**
26:18 28:19 33:20
37:19 44:5 60:14,
17,24 61:1 64:18
68:12 84:1,17,20

**involvement**
30:12 36:22 37:24
38:1,4 40:3

**IRS**
34:21

**issue**
87:25 88:11,18
89:14,19,25 90:11
91:25 93:12

**issues**
23:11 30:15 87:25

**it's**
6:16 12:20 16:24
23:20 29:9,12,23
39:19 41:10 44:10
45:10 46:20,23,24
47:2 54:8 56:23
62:11 64:16 67:4,9
76:17,21 82:7,8
85:7 90:13 92:1,5
97:22 99:6

**Italian**
45:11,23 46:8,11

**item**
28:11

**items**
49:2

**its**
27:19 35:7 69:4
78:25 88:12 97:17

**itself**
24:9

_____

**J**

**Jesses**
45:9,14,17 46:14,
25 47:21,25 48:3,
7,13,17 57:4,5
73:4,11,15 100:21
102:4,7

**JL**
65:20

**job**
57:23 64:19 65:10
73:8 75:5

**joke**
65:14

**Judge**
8:12

**Jury**
8:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**just**
5:18 6:22 7:20 9:8
10:5,7 14:1,14,16,
21 15:7 22:4,8,20
23:3 24:7,20 27:3
28:21 29:10,24
30:2 31:16,19 32:5
33:15 34:6,15
35:17 38:19 39:21
40:17 41:11 42:23
43:8,9 44:6 45:23
46:5,18 47:10,17
50:2,23,25 51:6
53:2,7,17 55:14
58:24,25 60:22
61:22 63:6,21 66:5
67:5 68:5 69:25
72:5 77:17 79:1,21
80:2 85:7 87:1
90:25 91:13,17
94:4 95:18,20
96:4,20 98:6 99:23
100:16,24 101:24
102:20

---

## K

**keep**
18:25 58:7 75:19
76:18,23 77:16
82:15

**keeping**
23:13 30:14 66:6

**kind**
6:25 7:8 8:5 33:5
48:8 58:10 67:1
70:7,9 72:14
83:11,12,22,25
84:20 86:10 88:2
97:8

**know**
5:18 7:8,20 10:7
18:25 22:22 25:3
26:5 28:14,25

33:17,18,19 34:10,
13 35:8,17 36:12
37:15,22 39:11,12,
16 40:2,4 41:9
43:20,21,24 44:1,
3,11,16,17,25 45:3
48:5 49:23 51:15
53:8,9,25 54:25
59:23 64:19,22
67:6,9,25 68:24
69:2,3,7 70:2
73:24 74:2,4,5
82:9 83:15,18 84:2
85:8,13 89:8,19
91:3 93:7 95:14
97:7,25 98:8,18
99:6 100:3,8

**knowledge**
9:16,20 10:12 28:9
41:16,20 43:17
78:8

**known**
5:25 84:7

---

## L

**La**
20:3

**labeled**
77:18

**landed**
15:9

**language**
41:9,10

**languages**
10:16

**Larou**
5:5,17 10:3 14:2,7
18:7,21 22:6
25:13,20 31:3,9
32:10 33:25 38:11
40:9 47:15 50:7

53:19 54:4,12,15,
19 55:8,14,16
56:14 59:23 60:4,
8,12 61:20 62:8,
10,12 74:20,23
79:13,19,24 80:5
82:22 85:10,16,18
88:15,22 89:4,5
96:11,15,16 98:7,
11 99:15 101:24
102:2,20

**last**
19:11 30:13 31:20
32:5 37:7 43:19
48:21 51:7 54:6
63:16 65:6,23 66:5
70:22 71:8 72:9,15
78:17 79:16 94:15,
17 101:19

**late**
25:10,17,22

**lately**
52:17 84:10

**latest**
84:8

**law**
8:18 26:7 75:17

**laws**
33:2 36:11

**lawsuit**
9:17,21 34:3

**learn**
89:2

**learning**
88:23

**lease**
59:5

**leased**
55:20 56:1

**leases**
49:25

**leasing**
28:5 78:25 100:22,
24

**least**
49:22 50:15

**leave**
14:15 49:10,16
52:14,23,24 55:5

**leaves**
100:19

**leaving**
22:5 52:13 64:18
72:1

**left**
17:2 84:9 86:6
89:14 94:22

**legally**
32:16

**lending**
21:14

**less**
20:15 48:10,14
51:10 67:21 99:20

**let's**
7:6 19:13 45:22
50:10 60:22 71:6

**letter**
56:22,25 57:4,24
58:17 73:2,3,4,10,
12,15,17 75:3,12,
14,15 76:7 77:8,12
100:13

**letterhead**
57:1

**level**
12:10,18

**liability**
32:17

**license**
13:8,14,18


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**licensed**
13:8 65:11,15,18
90:13 91:12

**licenses**
13:19

**life**
11:6

**liked**
6:14 102:7

**limited**
32:16

**Limo**
45:9 46:14 73:11
100:21 102:7,18

**limousines**
45:10,14,17 46:25
47:21 48:7,13,17
57:5 73:4,16 102:4

**line**
35:2 36:2 42:5

**lines**
39:3

**list**
19:6 27:8 41:8
97:21,25

**listed**
27:16 28:3,11
32:21 35:3,22
36:4,23 37:10,13
38:25 39:1,22
40:23,24 41:1
42:5,11,18,25
61:24 62:1,2,14,
16,17 83:5 85:22
97:20

**listing**
97:17

**lists**
27:14 35:15

**little**

**10:24** 55:15 67:22
69:21 76:12 87:2
88:1 89:6 102:5

**live**
11:1,5,7,22,25
12:7 14:18,22,24
15:1,24 68:2 89:1
95:10 98:23 99:9

**lived**
11:18 14:12,22
15:13,18 20:13

**lives**
95:9

**living**
15:19 51:15 67:15
69:23 70:2 72:3
77:19 99:16

**local**
75:16 76:16

**located**
24:15 25:4 41:14,
18,22 44:20 51:4
59:10 63:17 64:24

**location**
41:6,13 50:13,16
51:2,8 61:8

**logic**
33:9

**long**
7:16,18 11:1 14:12
16:4 20:10 25:3
46:7 49:20 56:18
67:7 75:25 76:4

**look**
35:1 94:4

**looked**
73:2

**looking**
27:13 34:25 93:15

**looks**

32:14 56:19,25
83:11 86:6 87:4,
18,23 89:7

**lot**
93:23 102:18

———————————

**M**

**Madam**
79:13 96:11

**made**
65:22

**Magno**
39:19 101:19

**mail**
51:12 75:16,21,22
76:5,9 83:4 91:23

**maintain**
43:5

**maintained**
43:13

**maintaining**
55:25 57:16,20
58:2,6,12 73:6
100:15 101:1

**maintains**
44:7

**maintenance**
57:12 72:15

**make**
7:6 15:7 22:8
30:14 34:6 40:17
46:18 47:17 50:2,
23 53:17 73:7 85:3
92:20 98:7,13
102:21

**making**
23:14 30:16 70:11
78:5 86:17

**management**
63:19

**managing**
63:24

**many**
18:5 44:25 61:12
64:6

**Maria**
64:17

**Maria's**
64:19

**mark**
79:15

**marked**
33:22 34:5 35:1,11
37:8 38:8 40:6
51:3 56:17 61:17
74:17 75:1 79:17
80:6 82:3 83:3
84:24 85:21 87:2,
11,23 89:11 90:15
91:19 92:8 93:3,16
94:17 96:7

**market**
71:23

**marriages**
16:8

**married**
16:4

**may**
5:10 97:9

**maybe**
19:13 31:4 41:8
51:8 54:2 60:4
65:12 70:6 77:22,
25 85:7

**me**
5:20 6:4,16 7:20
10:7 11:22 12:6
14:8,17,21 17:10
19:6 20:13 22:14,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

19 23:8 24:8,15,25
25:19 31:17 33:2
35:5,21 36:5,6,9,
14,17 37:4 39:6
44:8,10 45:6,17
48:8 53:11 56:24
57:14 58:10 59:25
62:4 63:10,19,21
66:11 67:17 68:20
73:20 74:6 75:7,16
76:12 78:21 80:18
81:4,12,15,17,18,
23 82:9,14 84:5
88:1,6 89:12,15
90:2,4,12,17,19
91:5,6,20 92:10,25
93:4,7,13,20 94:8
95:12,18 96:2
97:6,7,23 98:22
99:5 101:9 102:4

**mean**
18:16 57:25

**meaning**
7:22

**means**
94:3

**meant**
84:2

**mechanical**
83:12,13

**medical**
8:5 13:18 19:14,
15,18,20,23 20:3,
5,21 21:3 22:8

**medication**
8:2

**medicine**
12:16,25 13:7,9,
11,12,13,15

**meet**
67:13

**memory**
8:2,6 77:23

**mention**
7:16

**mentioned**
14:25 28:14,18
53:2 71:17 72:21
75:16 77:10 80:17
89:20

**merchandise**
26:14,15,19,24
28:21

**message**
79:9 81:10,14
82:5,6 84:25
85:23,24,25 86:8
87:6,8,12,13,24
88:13,14,17 90:17,
22,25 91:4,20
92:4,9,15,20 93:18
94:3,5,6,13

**messages**
80:1,12,14 91:16
93:4,10

**messaging**
87:4

**met**
69:20

**Miami**
14:24 15:1,9,12,18
20:14 59:11,12
69:23 70:2 77:19
85:2 89:1 95:10
98:24

**Miami-dade**
76:21,25

**microphone**
23:20

**middle**
6:3,12,16 35:13

**might**
7:1,9 8:2,6 10:12
83:13,19 88:10
97:8

**mind**
31:3 49:9 54:12
62:8 83:21 84:1

**minor**
70:12

**minutes**
54:13 59:24

**missed**
49:10

**mistake**
54:7

**model**
18:5

**moment**
5:19 9:8 10:6 14:1,
14 27:3 35:17
39:22 44:6 50:25
51:7 53:2,7 86:24
89:20 91:13 102:3

**month**
71:3,7 89:16

**months**
51:10 52:25 71:2,7
72:5 76:6,10

**more**
9:20 10:12 20:15
38:7 40:5 42:23
43:8 48:9,11,14
50:3 51:10 52:9
56:11 61:16 64:14
67:20,22 71:6
74:13 76:13 79:11
91:17 93:22 94:4
96:5 98:22 99:20
102:5,18

**morning**
5:5,7

**mortgage**
21:14,16,18,20,23,
25 22:11,15,18,21
23:9 60:25 61:1,5,
7,10,23 62:14,23
63:14,16

**most**
9:16 58:14

**mostly**
58:14

**move**
11:3 12:3 15:4
46:14 51:14 52:2,
8,10,17 61:15
71:13,16,22 72:5,7
82:18 88:9 89:17
94:1

**moved**
12:2,7 13:3 15:2,3,
6,15 20:11,19,21
21:4,6,7 45:16
47:21 48:7,13,17
59:20 63:18 69:24
70:3 77:20,24
89:23 102:18

**moving**
82:16 93:23

**much**
48:11 75:6

**multi-talented**
65:12

**multiple**
24:18

**must**
36:10 75:8

**my**
6:1,14,15,16 7:10
8:8,23 9:7 11:6
12:20,21 15:20
16:1 18:18 21:5,9
22:5 23:10 24:1



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

26:1,13,21 27:3,4,
7,23 28:13,18
31:20 32:5,11,20
44:2,10 47:19 49:9
50:8 52:18 54:7
56:10 59:9 61:9
62:19,21 67:14
68:16,20 72:2
73:10,13 74:15,25
77:23 79:11,12
82:14,25 86:3 88:4
97:13 98:13 101:7,
9,13 102:22

**Myself**
32:3

**N**

**N.V.**
32:16,17,18 35:4,6
36:4,6 37:24 38:2

**name**
5:20 6:3,7,12,14,
16,17 16:2 21:15
35:15 39:13,17
45:6,13 48:5 62:1,
17 64:16 65:18
86:22 90:10 92:12
93:5 95:21

**named**
22:10,20 45:23
82:11

**names**
5:25

**nearby**
70:12

**need**
7:19 33:11 52:10
71:13,25 86:5
92:11

**needed**
52:24 89:23

**needs**
54:1

**neither**
88:25

**Netherland**
35:16 37:1

**Netherlands**
32:18 33:14 35:22
36:17 37:9 38:2
39:25 42:17,20

**never**
6:14 23:21 28:1
53:6 66:17,19,24
69:2,10 70:20
71:21 72:23,25
81:16,22 82:25
84:18 100:5 102:7,
11,12

**new**
36:8

**next**
79:12,24 85:19
87:22 88:3,10 92:7

**nine**
51:16

**no**
6:1,21 8:4,8 9:6,23
10:14 11:20 13:1,
21,22 14:24 16:9,
11,14,16,19,21
17:15 19:10 21:25
22:13 23:7,18 24:7
28:25 29:20 30:2,
5,8,11,23 31:2,17,
18,25 32:23 34:18,
24 36:14,25 37:6,
25 38:3,6 40:4
42:2,10,13,20 43:2
44:15,17,24 45:16
48:1,5,22 49:6
50:12 54:8,15
55:22 58:16 59:4,

6,9,11 60:16 62:11
63:15,25 64:5
65:25 66:23,25
67:3 69:7,16,19
70:17 71:1 72:13
73:20,23 74:1,12
78:7,15 79:1,5,7
80:13 83:20 84:18,
22 87:7,21 90:9
92:22 94:14,19
95:4,21 98:11
99:17,25 102:15,
21

**nobody**
37:22 64:3,9 69:7

**nods**
7:2

**non-verbal**
6:25

**Northwest**
24:16 25:5 44:21
46:3 51:1 57:12
62:23

**not**
7:16 9:12 13:20
16:22 18:7 20:23
22:13 23:3,6,20
26:18 28:12,19,20
29:9,23 33:2,6,19
34:13 37:2,15
41:10 44:5 47:2
48:19,24 50:21
54:9 56:23 57:5
63:5 64:4,17,18
65:9 66:2,7,11
68:4,12 71:7,15
73:12,15 74:9 76:2
80:19,24 84:1,9
85:11 90:23 92:1
95:17,20 97:20,22
98:2,4 100:4 102:9

**notarized**
73:18,21,25

**notary**
74:2,8,11 97:4

**note**
57:10

**nothing**
27:1 93:23

**notice**
9:14,25 10:11

**noticed**
81:20

**now**
9:9 28:13 33:21
51:3 53:24 85:17
90:14 97:19

**number**
14:1 17:11,14 18:2
50:4 84:14 93:5
97:15,24

**O**

**O-L-I-M-P-I-O**
6:5

**oath**
8:9,10,15

**objecting**
47:10

**Objection**
17:23,24 47:4 62:7
82:12

**obtain**
18:11

**occasion**
86:2

**occupied**
47:3,13 49:2,5,15
88:6 100:18

**occupies**
63:11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**occupying**
50:1 51:1 55:23
63:10 77:15
100:10,17

**occurred**
6:7

**Ocean**
43:12,14,19,25
44:7,11

**off**
14:3,4 31:6 60:9
92:14 97:5

**offered**
100:19 101:13

**office**
24:21,24 26:9
42:1,3 44:20 45:1,
5,15 46:13 47:1
48:14,18,20,24
49:5 50:22 51:20
52:15 55:6 61:7,
11,14 63:3,5,6,17
65:1,5,23 66:10,22
68:2,4 70:15,18,21
72:12 75:9,18
76:19,23 77:13
78:10,18,22 79:1
99:9 100:5

**office's**
99:13

**often**
51:19 69:21 77:20

**Oh**
26:23 48:5 54:5
74:20 77:9 95:9
101:13

**okay**
6:11,22 7:11,15,25
8:24 9:13 10:8,9,
15,18 11:12,24
14:20 15:7 18:15
19:6,22 20:20

21:17,22 22:7,14
23:3,6,23 25:7,21
26:9 27:2,6,13
28:3,13 31:10
32:4,13 33:1,21
34:10,25 35:10
36:13,22 37:7,23
38:7 39:21 40:5,22
42:16 44:18 45:14,
22 46:24 47:9,12
48:7,12,17 51:6
53:20 54:11 55:9
56:25 57:22,25
58:5 59:2 60:8,13
61:4,16 63:13 71:8
72:9 73:2 74:13,14
75:4,20 76:4,7,12
77:5,19,23 78:3
80:14,21 81:9
83:18 84:16,23
85:5,15,19 86:3
87:1,10 88:21
90:14,21 92:7 93:2
94:4,8,15 96:7,17,
25 97:5,14 98:11,
13 99:3,9,12,18
100:2,7,10,13,22,
25 101:3,15,21
102:13,20,21,23

**old**
11:4 66:1 67:15
89:15,17 94:1 95:1

**Olimpio**
6:2,5,12,13

**on**
5:5,7,19 7:22 9:17
17:23,24 19:1 27:7
32:5,13 35:2,7,23
36:2,23 37:3,13
40:22 42:19 43:1
44:9 50:2 55:15
56:16 57:1 60:5
62:7 67:5,15 70:4
74:25 75:1,5 78:13
83:8,11,24 84:1,

10,22 86:10 88:1,
11 90:2 91:14
94:20 95:8,12
97:11,13 99:10
102:22

**once**
18:19 56:10 69:23,
25 77:22 79:11
99:19

**one**
6:1 7:7,9 20:22
21:1,9 22:16
24:19,20 38:7 40:5
42:23 43:8,9
46:23,24 50:3
53:20 58:15,16
61:16 64:13,15,16
68:6 74:13 80:16
83:20 84:8 85:6
86:20 94:4 96:5
101:20,24

**ones**
99:7

**only**
7:7,21 20:22,25
22:9 23:5 29:12
31:11 33:10 35:19
37:15 43:24 46:11
47:3 50:19 66:4
76:9 89:14 97:19

**Ontario**
12:14

**opened**
44:1

**operate**
41:25 61:10

**operated**
62:25

**operating**
61:4,13

**operation**

60:14,17 64:18

**operations**
60:24

**opportunities**
98:22

**opportunity**
49:10

**order**
57:12

**ordered**
66:17,19

**ordinary**
7:1

**Orlando**
5:1,9,13,21 6:1,5
11:8,11,19 14:15
15:3,16 39:3 47:4
51:16,19 59:10,11,
20 77:20,25 82:13
88:16 98:17

**Orlando's**
82:8 88:12

**orlandofernandez
s@yahoo.com.**
19:7 83:6 87:19

**other**
5:25 6:13 9:3,19,
21 10:11,16 11:18
13:14,18,19 14:16,
20,22 18:13 20:6
22:11,12,16 23:3
26:9,24 27:19,21
28:7,16 30:21,24,
25 31:13,15,22,23
33:5 34:21,24
36:14,15 37:20
43:18,23,25 44:22
47:2,24 55:17,20
56:1 59:2,3,8
60:14,18 63:23
65:21,22 69:18



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

70:10 72:19 82:5
86:21 87:8 88:3
99:7,24

**our**
18:2 27:8 34:3

**out**
24:24 25:15 26:9
46:8,13,14 47:2,21
48:2,7,13,17,20,24
52:2,10,11,17
53:3,4,12 55:18
58:24 61:10,13
71:13,16,19,21
72:5,7 86:5,17

**outside**
23:6 44:14 70:16
86:6

**over**
6:22 9:4 42:9,20
43:2 46:15 52:6
55:12 69:21 70:21
98:6 102:18

**overgrown**
90:3

**owe**
93:6

**own**
15:19 29:25 30:6
56:3,6 58:18,23
59:3 67:5 84:22
88:13 95:8 97:11,
13 101:1

**owned**
25:4 44:22 46:19
49:15 51:20 55:20
56:1 57:3,16 59:7
60:22 61:11 62:24
63:6 65:5,23 66:10
70:15,19 72:12
77:21 78:10,18

**owner**
23:24,25 30:18

31:11 40:20 41:16,
20

**owners**
30:21,24 31:15,23
32:22 35:19 36:14
37:20 69:4

**owns**
25:1 34:20 44:20
49:25

---

## P

**p.m.**
103:2

**page**
9:24 27:13 32:13
34:25 35:11,14
36:3 37:3,8 38:24
39:19 40:22 50:2
61:21 62:13 83:2,
10 84:23 85:19,20
87:3,10,22 89:7,10
90:14 91:18 92:7,8
93:2,16 94:15,17

**paid**
78:17,20

**paragraph**
32:14

**parent's**
15:20,21 59:15

**parents**
59:17

**parked**
88:4 89:22

**parking**
100:18

**part**
8:8 10:23 11:10
35:13 81:15,16
86:21 100:22

**participation**
27:20

**particular**
13:11

**parts**
84:14

**pass**
24:2

**passed**
24:1,6 29:17 72:8

**passing**
24:12

**past**
17:13,16,20,25
29:5 32:2 44:23
45:7 47:16 51:16
55:24 58:11 59:7
60:18,20,23 63:22
64:6 66:8 67:11
71:14 78:9 102:17

**patent**
84:10,21

**patents**
28:6

**pay**
18:19 68:9 71:25
72:1 78:24 82:23
91:21 94:9

**paying**
30:15 46:17 78:23
79:6

**payment**
23:14 61:2

**peek**
96:20

**penalty**
8:17

**pending**
7:22

**people**
93:24 94:23 95:11

**per**
65:16 91:23

**Perfect**
9:11 27:6 60:4,8

**perfectly**
86:12

**perform**
65:16 68:25 69:5
72:14 81:6 95:25

**performed**
22:9 23:16 63:13
66:15 67:2,4 72:21
91:14

**performing**
64:25 66:21

**period**
45:12 73:9 82:17

**perjury**
8:18

**person**
7:7 9:16 26:7
38:25 39:1,9,14
40:23 41:4 48:6
50:12,13 57:11
64:15 78:4 96:3

**personal**
37:23 38:1,4 49:2
70:8,9

**personally**
36:22 65:8,10

**persons**
35:2

**phone**
17:8,10,14,16,19
18:2,5,6,18,22
19:1 93:5

**photo**
82:4 83:12 85:11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

94:18,21

**photos**
50:10,12,14,17
80:1,9,10,11

**physical**
12:16 13:13 17:19

**physically**
64:24

**physician**
12:21 20:24

**pick**
82:20 86:5,13,19,
23

**picking**
72:19

**picture**
84:4 94:25 99:14

**pictures**
52:5 55:11 66:13
72:18 100:3

**piece**
83:13

**pieces**
83:7,8,18

**Pine**
14:19

**place**
19:23 20:1 52:1,6,
13,16 53:12 55:1,
4,7,13 70:21 75:9,
19 76:15,18 77:12
88:5 101:13
102:14

**places**
100:16,18

**Plaintiff**
5:6 18:13

**Plaintiff's**
8:25 10:1 32:8

33:23 38:9 40:7
50:5 56:12 61:18
74:21 79:22 80:3
96:9

**play**
53:21

**played**
53:22

**please**
5:3,19 6:3,25 7:14,
20 14:3,8 17:10
19:6 22:19 31:17
35:21 36:13,17
45:6 62:4 63:19
68:18 86:6 88:15
89:12 90:16,18
91:19 92:9,25
93:4,20 94:8 97:7,
15 98:7

**plus**
52:5 53:13 55:12

**point**
15:15 17:21 52:22
58:5

**police**
78:11,12,16

**portion**
17:25

**possess**
34:20

**possibility**
43:22

**possible**
92:5

**postgraduate**
12:11,19,21 21:5

**postmark**
79:20

**practice**
12:25 13:9,15

**practicing**
13:7,10

**premises**
49:22

**prepare**
8:20 9:5 97:5,11

**prepared**
97:13

**present**
17:12 97:17

**presently**
23:25 61:4 63:11

**President**
61:25 62:3,15,16

**pretty**
70:3

**previous**
11:22 59:9 91:23
94:22

**price**
95:19

**primarily**
51:16,18

**primary**
45:3

**principal**
62:22

**prior**
16:8 24:12 99:15

**private**
97:9,10

**probably**
25:10 32:3 40:16
51:22 67:12 73:9
83:20 85:1 87:14
92:16,17 93:19

**problem**
54:15 81:11,13
88:2,20

**proceed**
5:11

**process**
88:23

**processes**
28:7

**produced**
27:7,8 34:2 38:14
40:12 80:8

**production**
27:8 38:15 40:13

**profit**
48:20

**project**
83:21

**projects**
83:20,22,25 84:6,
13,17

**promised**
90:20

**properties**
30:5 99:24

**property**
15:19 28:8 29:15
30:1,4,6,10 44:23
49:15 51:4 54:10
57:12,16 58:18,22,
23 59:3,5,8

**provided**
39:5

**provider**
17:17

**providers**
17:17

**province**
10:24

**public**
74:3,8,11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**pull**
50:3

**pulled**
61:22

**purpose**
27:16,18 28:3,4
29:7 51:11 53:10
54:24 75:14

**purposes**
27:15

**put**
39:13 54:6

**Q**

**qualify**
97:6

**quality**
85:7

**quarter**
97:16,18

**question**
7:21,22,23 8:22
11:23 26:21 27:23
31:20 32:20 42:16,
23 47:8,20 52:9,
12,22 53:22 54:7,
17 62:19 69:13
72:2 88:10 91:24
97:6,15,24 101:9

**questionnaire**
9:2

**questions**
8:24 98:12,13
101:22 102:21

**quick**
31:3 101:24

**quickly**
80:2 96:20

**quite**
49:23 76:13

**R**

**rain**
68:22 101:14

**raised**
9:17

**rather**
68:1

**RE-DIRECT**
102:1

**read**
8:22 10:6,18 39:4
102:24

**reading**
9:4 75:6 103:3

**ready**
60:1 82:18

**really**
96:4

**reason**
6:11 13:6 37:12
39:8 41:2,5 48:23
49:13 66:21 71:15
73:14 97:20

**recall**
54:18

**receive**
12:15

**received**
19:22 75:21 93:7

**receiving**
29:14 76:5,9 83:16
86:7 87:5 92:3
93:10

**recent**
67:9 71:17 98:8

**Recently**
64:23

**recertification**
66:1

**recognize**
77:2 84:4

**recognized**
85:14

**recommendation**
91:11

**record**
5:4,20 6:24 7:6,23
10:2 14:3,5 31:7
32:9 33:24 38:10
40:8 50:6 56:13
60:10 61:19 74:22
77:17 78:15 79:23
80:4 96:10

**recording**
54:3

**records**
23:13

**reference**
94:13

**referenced**
34:15 102:3

**referencing**
77:8 89:25

**referred**
91:13

**referring**
8:25 55:7 81:14
83:14,19 90:21
91:4 100:15

**regard**
10:9

**regarding**
10:12 30:15 42:17,
24 81:2 89:8 97:24
102:11

**register**
26:4,8 30:15 32:24

**registered**
29:23,24 30:2
32:23 33:12,15
36:1,8 42:3 61:24
62:14

**rehabilitation**
12:16 13:13

**Reinoso**
93:6

**relate**
6:17

**related**
18:14 91:23,25
92:17 93:12

**relation**
62:20

**relatively**
98:14

**relevance**
18:4

**relevant**
17:25 18:11

**remain**
75:8

**remainder**
46:12

**remember**
6:6,9,10 15:21
17:3 18:17,19
19:11,12,14,23
20:9 21:15,21
22:24,25 26:17
27:1 28:1,12,18,
21,22 34:9 39:17
45:12,19,21 48:2
49:4,6,7 52:21,25
58:4,7 59:13 60:20
64:13,16,17 65:18
67:7,19,23 68:20



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

71:1,2 73:12,17
74:9,10 75:10
76:11 78:12,14,21
79:3,10 80:16
83:15,17 85:1
86:2,7,22,24,25
87:5,9,12,14,15,19
90:10,18 92:3,5,6,
15,16 93:9,11,17
94:7 97:3,22
102:13

**remind**
99:5

**reminder**
31:16

**remove**
88:8 94:24,25 95:6
98:18

**removing**
95:3,15

**renovations**
65:22,25 66:4

**rent**
15:19 24:11,13
30:3,4,9 45:14,24
46:2,17 48:24
68:10 71:23

**rental**
29:10,15

**rented**
24:24 45:7 46:13
47:2,22,23 48:2,
14,19

**renting**
24:7,8 26:9 45:4,
18 46:8,11,25 56:7

**rep**
84:24

**repair**
65:21

**repairs**
70:13

**repeat**
12:6 53:17 68:18
69:13 70:17 101:9

**replace**
17:22

**replaced**
17:20 18:18 65:7

**repo**
95:17

**Reporter**
5:3,10 14:3 25:16,
19 53:17,20 54:5,
11,16 55:3,9 74:19
79:13,15 96:12,13
102:23

**represent**
9:13 38:12 40:10
85:24 96:17

**representative**
10:5 34:13 41:21

**request**
40:12 52:17 74:7,
8,11

**requested**
97:4,24

**requesting**
92:19

**requests**
38:15

**required**
8:11 32:23 33:11
71:23 75:17 76:18
80:24

**requirement**
33:3,8 35:9,25
36:21 37:17 76:21,
22,25 77:14 90:6

**requires**
8:17

**reside**
58:22

**residences**
14:23

**residential**
11:21 14:9 59:3,8

**residing**
51:18

**resolve**
87:25

**respect**
98:17 99:14
101:15

**respectful**
102:9

**response**
13:21 22:3 23:20
27:8 31:17,20
34:3,22 38:15
40:12 47:19 48:3
53:9 54:20 71:20

**responses**
9:4 96:19 97:11,13

**responsibility**
88:19 95:22

**responsible**
32:1 34:10,16
38:21 40:19,21
53:3 55:17,19,25
56:3,6,8 57:20,23
58:2,6,12 63:23
73:5,8 75:25 76:2
78:5 86:16 95:2,
15,16,18,20
100:25 101:16

**responsive**
47:19

**rest**

11:6 91:21 94:11

**result**
93:22

**resumed**
14:6 31:8 60:11

**retired**
22:4

**retirement**
22:5

**return**
34:1 35:3,23 36:24
37:13 38:13 39:1,
10,18 40:11 41:4

**revenue**
28:10 29:10,14

**revenues**
28:5 97:16,18

**rid**
100:19

**Ridge**
14:19

**right**
15:14,17 18:15
28:6 31:10 35:13
39:7 49:9 51:10
53:24 68:14 73:14
85:17 88:12,13,21
89:4 99:20 101:21

**Rolling**
87:10

**roof**
65:7,21

**roofer**
65:13

**Roofing**
65:20

**rules**
6:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

## S

**said**
12:1,20 21:17
23:23 24:23 25:17
36:14 44:6 48:7
52:7 53:25 54:6
55:9,10,13 58:25
67:17 70:4 77:24
80:19 89:13 91:8
93:7 101:16 102:8

**same**
7:13 8:10 17:19
25:19 36:3 37:3
39:5,19 42:16 50:2
62:24 77:3 89:8,19
91:12

**Sanford**
11:13 14:10,15,19
15:25

**saw**
52:4 55:11 66:13
70:22 71:3,8
72:10,18 77:2

**say**
28:19 36:20 41:19
42:13,20 48:9,13
53:6 58:11 67:10,
20,25 71:6 81:20
93:21 102:17

**saying**
20:16 33:1,3 39:13
41:12 42:4,12
43:21 44:24 46:24
48:19 53:25 58:1
66:14,19 76:8 83:7
86:4

**says**
75:6,15 81:10 82:7
83:8 88:17

**school**
12:23 19:14,15,18,

20 20:21 21:4 22:8

**screen**
9:7,9 27:3,4,7
28:13 32:6,11 50:8
56:10,16 62:9
74:15,25 79:11

**scroll**
34:5 38:19 40:17
50:11 80:2 87:1
92:7 96:19

**scrolling**
9:24 35:10 37:7
38:24 82:2 83:10
84:23 85:19 89:6
90:14 97:14

**sculpting**
70:11

**seat**
84:9,12

**sec**
20:8

**second**
6:14 32:14 45:22,
23 53:20 85:6

**seconds**
54:2

**secret**
28:6

**secretary**
64:21

**section**
53:17

**secure**
78:6,7 84:20

**securities**
27:19,24

**Security**
13:25 22:5

**see**

9:8,10 18:4 27:4
28:3 32:11 36:2
37:3,9 38:19
40:18,23 41:7 50:8
61:24 62:1,17,22
74:15 76:7 80:23
83:4 85:11,22
97:19 98:25 100:3

**seeing**
93:17

**seems**
25:15 49:9

**seen**
9:11 27:10 34:8
38:16 40:14 50:10
56:15 70:14,17,18
74:24 80:9,11,14
81:16,22 84:25
85:13,25 94:5,18
96:22 98:5,9

**Seminole**
17:4

**send**
28:21 75:15 87:17,
20 90:19 91:22
92:16,25

**sending**
75:7 82:5 87:13
92:15 93:10,18

**sent**
8:23 9:2,3 25:9
27:12 75:2 76:17
85:24 86:14 91:1
93:7,13 97:25 98:5
100:14

**separate**
24:18 97:23

**September**
5:2 76:8

**Service**
43:2

**services**
36:4,6,8 38:5 39:2,
9,14 40:1,24 41:3,
11 42:3,6,24 95:24

**set**
10:9,10

**setting**
20:5

**seven**
7:17 69:24

**several**
24:1 45:16 48:8
49:7,19 52:25
67:14,17 76:6 80:1

**shakes**
7:2

**share**
9:7 27:2 32:4
33:21 38:7 40:5
56:10 61:16 74:13
79:11

**shared**
32:5

**shareholder**
31:11 35:14,16,23
36:3,6,18 37:4,16
42:12,18,25

**shareholders**
30:22 31:23 32:22
35:19 36:15 37:10,
14,20 39:23

**shares**
27:19,25

**sharing**
9:9 28:13 56:16
62:8

**she**
64:22,24

**shelter**
101:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**shop**
100:24

**short**
14:4 31:6 60:9

**should**
32:6 38:8 40:6
50:4 52:14 55:5
56:11,24 61:17
67:25 74:17 87:25
89:2,16 96:6,7

**show**
80:18 81:11

**showed**
5:18 66:14 73:16
79:21 99:15

**showing**
27:7 51:3 77:18

**signature**
73:10,13 96:25

**signed**
56:23

**signing**
97:3 103:3

**similar**
42:23 95:24

**since**
15:2 20:11 24:6,23
26:11 47:17,21
48:17 59:19 69:22,
24 70:21 88:12

**single**
24:19

**sir**
88:18

**situation**
51:13 52:18 71:23
86:11

**six**
14:13 46:9 47:16

**sleep**
52:15 55:6 67:15
68:22 101:4,11
102:8

**sleeping**
68:21 100:5

**slowly**
34:6 50:11

**small**
14:18 24:20 76:17
81:16,17,20

**smell**
52:5 53:13 55:12,
19 80:20

**Social**
13:25 22:5

**sold**
59:19,20

**solve**
88:20

**some**
6:23 12:5 20:6
26:14 33:5 49:2
57:6 70:11 72:8
81:6,15 82:15
83:11,12 84:5,11,
13 88:4,7 94:22

**somebody**
45:11

**someone**
72:3

**something**
41:7 54:20 64:17
81:10 84:1 87:17

**sometime**
84:13

**sometimes**
7:9 25:17 93:21

**sorry**
6:1,12 11:9,22

**12:5** 24:3 25:11
26:23 41:19 47:6,
17 54:5,8,16 57:5
59:12 62:10 68:18
69:9 71:6,19 74:15
85:6 88:9 95:17
101:7

**sounds**
70:1 87:16 95:14

**South**
14:19

**space**
24:7,9,11,24 25:4
26:10 44:20 45:1,
5,7,15,20,24 46:2,
13,15,19 47:1,23
48:2,14,18,20,24,
25 49:5,11 51:13,
20 52:15 55:6,22
56:4,6,7,8,9 61:11,
14 63:4,6,9,17
65:5,23 66:10
68:2,4,5,11 70:15,
19,20 71:23,25
72:3 77:15 78:10,
18,22 99:13 100:4,
6,11

**spaces**
24:13,14,25

**Spanish**
10:17,18,19 57:6
88:24 89:2

**speak**
10:16

**speaking**
7:12

**speaks**
7:7 25:14

**specialist**
12:17

**specialized**

13:12 19:21

**specific**
58:10 73:9

**spell**
6:3

**spelling**
22:19

**spoke**
99:22

**square**
44:25 45:2

**stand**
5:22

**standing**
13:16 29:1

**started**
20:17 54:3

**state**
5:19 14:23 19:25
26:7 28:24 29:2,3,
8,14 30:16 32:15
93:21 97:15 99:15

**stated**
14:14 22:15 31:11
35:17 41:15 44:19
45:3 46:10 50:25
51:7,15 53:9 54:25
98:17 99:22

**statement**
34:3 80:8

**states**
13:3,9 15:2,5,6,9
17:6 20:12,19 21:6
23:1,4 26:8 27:17
35:2,4,14 57:9

**stating**
87:24

**stay**
80:19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**staying**
68:10

**still**
13:15 14:10 23:24
25:12 29:21 37:18
44:7 45:24 52:15
55:6 61:4 63:11
101:17

**stop**
13:2,6 21:19 28:13
58:5 61:13

**stopped**
21:12,22,25 46:25

**store**
49:1 82:16,24

**stored**
19:1

**street**
24:17 25:5 44:21
46:3 50:19 51:1
62:24 67:16 78:13
99:8

**streets**
99:5

**strike**
13:14 49:13 75:10

**structure**
63:20

**studies**
12:11

**sued**
16:10,13,15,17

**suffer**
8:5

**Sun**
61:21

**Sunbiz**
61:21 62:13

**sunbiz.org**

61:22

**suppose**
35:8 40:20 57:24
73:10 75:2 76:11
91:23 94:25

**supposed**
39:4

**sure**
7:16 13:20 15:7
22:8 23:14,20
28:20 30:16 34:6
40:17 41:20 46:18
47:17 50:2,23
53:17,19 78:5 85:3
86:17 90:23 92:20,
24 98:2,4,7,10
102:21

**sworn**
5:15

---

**T**

---

**T-MOBILE**
17:18 18:17

**take**
7:17,18,24 8:11
9:15 19:13 31:3
54:13 59:25 75:18
78:21 83:9 94:4

**taken**
6:20 8:1

**taking**
9:14 102:14

**talk**
45:22 51:25 53:11
54:25 70:7 71:12
91:6 92:25

**talked**
70:10

**talking**
7:13 49:23 54:9,19

100:14

**task**
23:11

**tasks**
23:12 72:20

**tax**
38:13,21 39:1,10,
18 40:11 41:4
42:19 43:1 75:17
76:16 77:2

**taxes**
30:15 32:2 52:19
71:24 101:16

**tell**
14:8 21:21 22:19
23:8 35:5 37:4
44:8 45:6,17 52:14
55:4 62:4 63:19
90:1 102:4

**telling**
22:14 49:21 97:6,7

**tenant**
45:9 56:3 86:21
88:3 94:22

**tenants**
56:7 78:25

**Terrace**
14:10

**testified**
5:15 99:18

**testify**
8:3,7,17

**testifying**
8:12

**testimony**
29:12 42:19 43:2
50:24

**text**
79:9,19,20 80:1,
12,14 81:9 82:6

86:8 87:6,13,24
89:8,12 90:16,25
91:16,20,22 92:1,
4,15 93:9,18 94:5

**than**
9:4,21 10:13,16
11:18 13:14,18
14:20 22:11 26:9,
24 30:25 31:13,15,
22 34:21 36:15
37:20 43:8,19
44:23 47:24 48:9,
10,11,14 55:17
56:2 59:2,8 60:14,
18 65:21 67:20,21
71:6 72:19 82:5
98:22

**thank**
5:10,24 6:6 7:5,14
10:15 12:9 13:23
16:7 17:13 19:8
25:19 39:21 51:6
55:13 60:3 62:9
74:20 75:6,15
88:21 96:4,14,15
98:10 101:22

**that**
6:7,15,18,23 7:1,7,
13,15,16,18,21,23
8:6,9,11,15,22,24
9:2,4,9,13,19
10:11 11:22 12:6,
18 13:4,6,12,14,
18,21 14:3,12,14,
20 15:9,20 17:1,3,
10 19:6,21,24
20:2,5,13,17,20,24
21:1,3,13,18,21,24
22:1,7,9,10,12,15,
20,22,25 23:8,23
24:3,6,8,10,23
25:1,4,9 26:18,20,
25 27:6,17 28:4,
14,17 29:12,13,17
30:16 31:11,14,21


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

32:5,6,15,25 33:1,
3,4,7,9,20 34:2,6,
9,14,15 35:4,8,11,
15,17,18,24 36:2,
9,10 37:12,19
38:12 39:4,5,11,
12,16,18 40:10,23
41:2,5,7,8,19 42:4,
18,19,24 43:2,14,
22 44:1,3,5,6,7,9,
11,19,25 45:3,4,7,
12,23 46:7,10,13,
14,15,16,18,21,25
47:1,18,21,23
48:2,9,13,19,20,24
49:2,4,10,13,14,15
50:23,25 51:2,7,8,
11,13,18 52:1,4,5,
9,10,14,23 53:3,4,
6,9,11,17,18,24,25
54:3,8,25 55:5,7,8,
11,12,15,22 56:7,
16,22 57:9,10,14,
15,17,18,19,21,24,
25 58:2,16,21,22,
23 59:10,11,13,15
60:2,21 61:6,13,
22,24 62:10,22,24
63:10,16,17 64:13
65:8,16 66:2,5,14,
15,17,19,24 67:2,
4,5,7 68:3,5,10,12,
15,16,19,20,23
69:20,24 70:1,2,
21,22 71:8,15,17,
18,23 72:11,18,20,
24 73:2,5,7,9,10,
11,15,16,17 74:2,
5,7 75:2,7,10,16,
17,19,22 76:1,2,6,
7,10,14,17,22,23
77:2,7,9,10,16,18
78:1,3,5,7,14,21,
22 79:20,21 80:16,
17,19,22,23 81:10,
13,15,16,17,18,21

82:4,16,18,20
83:13,17 84:1,4,6,
7,8,10,12 85:2,3,7,
16,21,24 86:2,11,
12,15,17,23,24
87:6,9,15,24 88:1,
6,7,8,17 89:15,16,
18,19 90:1,11,19
91:1,3,5,7,8,12,13,
17 92:18,20,24
93:8,11,20,21,24
94:7,8,9,16,24
95:5,8,12,20,23
96:1,2,5,18 97:8,
20,23,25 98:5,8,9,
18,19,23,25 99:1,
5,14,15,19,20,22
100:3,4,6,9,10,14,
15,16,18,20 101:5,
12,16,17,22 102:5,
11,19

**that's**
6:15 24:21 28:22
30:17 31:5 33:7
36:9,11,12,21
37:16 39:11 41:10,
15 46:15,19 50:14
53:15 54:14 58:1,
14 60:6 61:3 63:1,
2,6,9 65:10,14
66:7 74:25 76:20
77:6,10 81:22
82:5,20 86:6 87:1
91:7 93:6 94:2,9,
25 95:7,12 96:13
98:8 99:10,21,25
101:19 102:20

**their**
29:10 36:11 56:3,9
64:16 101:1 102:8

**them**
72:4 95:19 102:6,
10,12

**themselves**

5:4

**then**
15:12 19:18 35:21
56:7 59:9,19 69:22
75:21 81:12,24
83:10 86:16 93:2
95:15 96:6 100:10

**there**
6:8 9:3 10:11
12:15 13:5,6,11
15:13 20:9,10,17
21:17 24:7,21
29:23 30:21,24
31:14,22 34:19,24
36:14 37:20 39:8,
19 41:2 43:21
48:23 49:2,13
50:12 55:24 63:23
65:4,22 66:9 67:25
71:15 72:4 76:16
78:4,9 80:19,23
81:15,17 85:4,12
86:20 88:7,10,11
90:23 91:17 93:5
94:22 95:10,21
97:20,22

**there's**
6:24 7:21 9:19
36:3 39:3 78:7
83:11 92:20

**thereupon**
5:12 10:1 14:4
31:6 32:8 33:23
38:9 40:7 50:5
53:22 56:12 60:9
61:18 74:21 79:22
80:3 96:9

**these**
10:4,6,9,12 18:19
28:10 32:20 33:13
34:4 37:12 50:10,
16 51:2 61:2 70:13
80:6,7,9,11 93:4,
10 94:1,22,23,24

95:3,11,15 96:18
97:5,11 102:10

**they**
20:3,8 24:19 28:21
32:21,23 33:11
34:17 36:9 45:16,
24 46:2 59:16
68:15 86:5,14
89:23 93:21,22,24
94:1,25 95:12 97:9
100:25 101:2
102:6,8

**they're**
33:11 54:9

**thing**
7:15,21 38:20
40:18 89:14

**things**
18:20 23:15 53:5
55:1 68:23 70:7,8,
9,13 72:18 84:15
102:11

**think**
10:12 11:9,17 12:5
18:18 20:13 25:9,
12,18 28:17 34:9,
13 47:18 53:23
54:2,4 55:8 58:24
65:20 76:6 77:1,24
79:17 91:15 94:2,9
96:4

**thinking**
88:10

**Third**
37:3

**third-party**
95:5

**this**
8:10,12 9:11,14,
17,21,24 14:16
18:1,10 23:15 25:6
27:10,13 28:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

34:1,4,7,8,11,12,
16,21,25 35:3,6,23
36:10,23 38:8,12,
13,16,20,22,25
39:9,18 40:10,14,
19,22 41:4,9,12
45:10 46:16 49:24
50:3,13,19 51:4
52:4 56:11,15,22
57:8,10 59:25
61:14,17,21 62:13
74:17,24 75:6,7,8,
10,12,14,18 76:7,9
77:7,12 79:13,24
81:2,14 82:4,6
83:2,16,19 84:25
85:8,10,13,20,23,
24,25 86:7,8,18,24
87:2,5,11,13,22,23
88:20 89:6,10,12
90:14,16,22,25
91:4,5,8,9,18,20
92:1,4,8,9,14,15,
19 93:9,18 94:3,5,
10,12,15,18,20
96:2,7,22,25 97:6
99:1

**those**
8:24,25 9:4 24:14,
18,24 33:18,19
39:22 40:3 44:23
51:23 52:7 54:23,
24 57:23 58:8 68:7
72:1,20 73:8 83:7,
8 84:17 89:17
90:4,5 98:19
101:21 102:13

**though**
42:11

**thought**
44:24 54:6 59:15
65:12 102:20

**three**
24:21 36:23 37:12

40:3

**through**
10:6 15:15 18:9
21:1 22:10 25:4
33:5 34:5 35:7,10
38:19 40:17 44:21
46:3 50:11 51:4
57:10,13 61:22
80:2,7 91:16 94:16
96:5,20

**throughout**
49:24

**throw**
86:5

**ticket**
16:22

**till**
59:24

**time**
7:7,19 20:20 21:3
22:7 24:6 26:11,
18,20 29:17 31:13,
21 33:20 35:18
37:19 43:14 44:5
46:16,25 47:21
49:14 51:7,18
52:13 56:18 57:18,
19,21 59:25 63:16
67:9 68:13 69:20
70:1,2,22 71:8
72:7,8 73:9 75:24
77:24 78:3 80:16
82:17,19 84:7 86:2
95:19

**times**
51:22 54:21

**tires**
94:23,24 95:1,3,6,
15 98:17,19

**titled**
8:25 9:25

**today**
8:3,7 9:12,14
31:22 35:19 44:19
71:15

**today's**
6:24 7:6,16,19
8:16,21 9:5 10:10
39:6

**told**
14:17 20:13 36:9,
12,20 37:16 53:11
59:14 62:6 63:10
68:16,20 71:25
72:17 73:11 74:6
78:21 81:15,17,23,
24 82:16 85:2 88:6
89:15 91:5 95:18
96:2 97:10

**took**
8:16 46:15 70:21
97:4

**top**
85:23

**Toronto**
11:25 12:3,7,14,22
19:18,21

**total**
97:19,21

**towards**
44:18

**town**
10:24

**track**
58:7

**trademarks**
28:7

**Trading**
5:8 16:12,17 22:18
23:17,21,22,24,25
24:5,11,23 25:3,7,
21,23 26:2,6,11,

20,25 27:10,18,24
28:4,10,14,23
29:1,7,13,21,25
30:3,9,13,18,25
31:12,14,21 32:7,
15 33:4,16 34:2,17
35:18 36:7,19
37:10,14 38:13
39:24 40:11 41:13,
17,21,25 42:25
43:13,17 44:4,12,
22 45:15,25 46:20
47:22 49:25 51:20
55:21 56:1 57:1
61:11 62:25 63:20
64:2,7,10,20 69:4,
9,11 73:22 84:16,
19 92:12 96:18

**traffic**
16:22

**training**
12:22 19:21 21:5

**transcript**
6:24

**translate**
88:17 89:12 90:16
91:19 92:9 93:4,20
94:8

**translates**
88:13

**translating**
57:9 81:9 82:6

**translation**
57:7 75:5 86:3
88:11

**trash**
86:4,13,17,19,23
87:5

**tree**
90:3,7,11,23 91:6,
25 92:17 93:12,24
95:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

**trees**
89:14 90:1,2,9
91:8,14 94:2

**Trial**
8:12

**trim**
90:4,7,9 91:7 94:2

**trimming**
90:24 91:6,25
92:17 93:12,24
95:23

**Trinidad**
20:4

**trouble**
11:9 12:5 23:19
25:12

**truck**
86:13,14

**trust**
96:3

**truthfully**
8:17

**try**
6:25 7:6,10 75:4

**turn**
17:2

**turned**
52:22

**twice**
18:19 51:24 69:25
78:1 99:19

**two**
16:4 24:20 33:18
35:19 39:3 51:22
54:21 58:14,15,16
60:21 87:8 93:4

**type**
13:19 18:22 20:5,6
23:12,15 26:10,19,
24 27:24 28:2,20

29:19 63:14 66:4,9
68:10 72:11 77:10
78:9 99:1 102:11

**types**
18:20 61:2 70:13

——————

**U**

**U.S.**
6:8 20:21 21:4,7
23:6 44:12,14

**Um-hum**
35:12 40:25 46:6
56:21 74:16 101:8

**under**
8:17 28:3,11 35:3,
13 36:2 42:5 68:21
92:11

**Underneath**
35:14

**understand**
6:15,17 8:9,14,15
33:7 35:24 47:7
57:6 76:13

**understanding**
15:8 22:8 46:19
47:18 50:24 56:5
67:4,24 68:14
75:20

**understood**
7:3,4,24 13:10
18:15,22 19:17,22
20:25 33:13 52:21
59:22 77:17 82:2,
23 92:3 93:2,15

**unfortunately**
85:10

**unit**
101:1

**United**
13:3,9 15:2,4,6,9

17:6 19:25 20:11,
19 21:6 26:7,8

**university**
12:11,12,13,14,20,
24

**unleased**
49:11

**unoccupied**
49:11

**until**
9:12 12:2 15:2,13
20:11,14,17,19,21
21:4,6,11,19 31:21
35:19 52:15 55:6
71:14 72:4 78:20

**up**
7:17 15:15 19:1
30:16 50:3 53:5
66:6 72:19,20
77:25 82:20 86:5,
19,23

**upkeep**
72:11

**urine**
52:5 53:14 55:12,
19 72:17,20

**us**
18:4

**use**
28:6 101:18

**used**
17:17 63:17

**using**
18:6,10 46:16

**usually**
26:17

——————

**V**

**vacate**

49:22

**valuable**
49:10

**Venezuela**
11:5,16,19 12:2,
21,23,24 13:11,15,
18 15:8 19:19,20,
25 20:4 22:11
26:14,15 28:15,22
30:7,10

**verbal**
13:21 22:2 31:17,
20 34:22 48:3

**Vice**
62:2,16

**VIDEOTAPED**
5:1

**violation**
17:2

**Viormar**
5:8 9:1,18,21
16:12,17 18:14
22:18 23:17,21,22,
24,25 24:5,11,23
25:1,3,7,21,23
26:2,6,11,19,25
27:10,18,23 28:4,
9,14,16,23 29:1,7,
13,18,21,25 30:3,
9,12,18,22,25
31:12,14,21 32:7,
15 33:4,15,20
34:2,5,17,19,20
35:1,7,11,18 36:7,
19 37:8,10,14,19
38:13 39:23 40:10
41:13,16,21,22,25
42:9,14,21,25
43:3,5,10,13,17,22
44:4,5,6,12,19,22
45:4,7,15,24 46:20
47:22,23 48:14,19,
23 49:15,25 51:20,

 **UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

25 55:21 56:1
57:1,4,16 58:13
60:15,18,23 61:11
62:25 63:7,20
64:1,7,10,14,18,
20,25 65:5,23
66:10 69:4,8,11
70:15,16,19 72:12,
22 73:1,22 75:8,21
76:23 77:21 78:11,
19,20,23,24 81:7
84:16,19 85:3
90:8,15 92:12 95:6
96:18

**Viormar's**
10:4 32:2 42:19
48:18 58:6 76:5
97:16

**visible**
75:9,19 76:18
77:16

**visit**
51:11,19,25 53:8
54:21 72:9,15
77:20,25 85:3
99:18,19

**visited**
51:8

**visiting**
53:10

**visits**
51:23 52:7 54:24

**volition**
67:5

**vote**
17:5

---

**W**

---

**wait**
62:7 72:4

**waive**
102:24,25

**waived**
103:5

**wall**
81:12,13,16,21,25

**want**
28:21 46:18 50:2,
23 60:4 72:4 91:17
94:4,16 96:5

**wanted**
18:3 55:14 58:25
102:21

**wants**
91:21

**warehouse**
24:7,9,11,13,14,
19,24 25:1,4 26:10
44:20 45:1,5,15
46:2,12 47:1,22
48:18,20,24 49:4,
11,22,24 51:20
52:14 53:4,8,10
54:21 55:2,5,18,
20,25 56:7 57:3,
16,20 58:3,6,12
61:11,14 63:2
65:5,22 66:9,22
68:2,4,5,10 70:15,
19,20,23,24 71:4,
9,22 72:3,10,11
73:6 76:24 77:13,
21,25 78:4,6,10,18
79:1 80:18 82:15,
24 88:4,6 89:23
94:23 95:16 99:6,
19,24 100:1,23

**warehouses**
24:18 100:16

**warning**
16:23,24 17:1

**wasn't**
26:23 77:15

**way**
6:13 8:20 24:3
36:9 37:7 39:11
83:9

**we**
6:22 7:1,9,23 14:3
18:8,10 21:11 31:3
37:9 39:21,22
53:16 54:12,19
57:10 60:6 63:18
66:2 72:23,25 73:2
85:8 88:9 89:16
95:12,19

**we're**
17:24 18:7 50:2
53:18,24 59:24

**we've**
9:14 49:23

**weather**
101:14

**week**
69:23 77:22

**weekly**
70:4

**welcome**
101:23

**went**
12:12 19:19,24
70:20 85:2

**were**
8:11 10:21,23 11:4
13:10 15:19 19:11
21:8 22:14 23:8
24:14 31:11 32:23
36:14 37:20 38:21
39:22 40:18 54:19
56:7,8 59:23 64:19
65:12 66:15 70:2,3
76:14 77:7,11,12,

19 78:4 80:7
87:16,20 89:22
94:24 97:20
102:14

**West**
99:8

**what**
5:22 6:11,16 10:23
11:10,21 12:9,15,
18 13:23 15:1,4
16:2 17:1,3,16
18:22 19:14 20:5,9
21:13,23 22:1,16
23:1,12 26:2,10,19
28:20,22 29:7
30:12 33:7,21
36:9,11,12 37:4,16
41:9,15 45:17
46:12 50:16 51:11,
12,23 52:3,22 53:9
54:17,23,24 55:10
58:5 60:21 63:22
64:19 66:12 68:14
70:7,9,16 71:12
72:24 75:14 76:13
78:3 81:13,22
83:15,18,22 84:2
87:19 88:1,17
90:2,21 91:7 94:2,
12 99:6 100:8
102:13,16,20

**what's**
17:25 94:20

**whatever**
102:9

**whatsoever**
42:13

**when**
6:6,8 11:15 12:3
13:2,3,10 15:18
19:11,13 21:19
22:14 24:2 25:7,14
37:18 43:21 46:15


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

49:4,18 51:13
52:1,8,9,22 53:7,8
57:22 61:13,15
63:16 64:24 67:13,
14 70:22 71:3
77:19 78:14,21
79:3 81:20 82:9,18
85:1 92:1 94:25
99:18 100:14
101:3,9

**whenever**
10:7

**where**
10:21 11:3,7
12:12,23 14:22
15:19 22:22,25
24:14 26:16 49:24,
25 51:24 54:3,9,17
58:21 63:9 64:22,
24 72:10 73:4
78:11 83:7 89:22
95:24 100:5

**whether**
36:17 53:25 54:9

**which**
8:2,15,18 15:15
32:6 38:14 39:5
40:11 43:10 51:3
56:16 79:25 85:12

**while**
70:2

**who**
9:20 15:24 25:22,
24 32:1 33:18
34:10,15,19,20
44:1,8 48:2 55:25
62:4,19 78:17
80:21 81:21 85:8
91:3 101:10,15

**whole**
38:20 40:18 86:20
94:23 96:20

**whose**
35:2

**why**
24:21 26:5 35:5,21
39:8 48:23 66:21
67:2 72:4 85:12
94:10 97:22 98:1,
2,4

**wife**
16:1 44:10

**wife's**
16:2 62:1,17

**will**
7:17,18 33:21 72:6
78:21 79:24 83:9
89:7 91:22

**willing**
94:24

**wired**
28:10

**wireless**
84:14

**with**
6:23 9:7,9,16 10:9
12:6 15:24 16:20
21:10 23:10,13
24:8 27:3 29:2
30:15 32:4,5 33:2,
6,21 34:6,21 36:11
38:7,25 39:6 40:3,
5 41:1 43:11,14,
18,22 44:7,13
51:13 54:3 56:10,
16 57:3 61:16 66:1
68:12 69:22 70:4
71:4,10,12 72:9,15
74:13 79:8,11 80:8
81:11,13 84:1,11
88:2,18 89:14
90:1,2 94:16 95:19
96:5 97:9,12 98:17
99:14 100:20

101:15

**within**
28:23 29:3,8,14
67:11 102:17

**without**
46:17 58:9

**witness**
5:14 47:6,9,12
88:18 89:1 101:23
103:4

**won't**
68:22

**wood**
70:11

**work**
19:24 20:16 21:8,
23 22:1,4,9 23:8,
16 63:14 64:1,25
65:16,25 66:6,9,
15,21 67:5,8 68:25
69:5 72:15,21,25
81:2,6 84:11 91:14
93:23 95:12,21
96:1 99:1

**worked**
20:1,9,10,16,22,25
21:17 22:12,15
23:21 64:7,22

**working**
20:17 21:19,22,25
70:12

**workout**
72:23

**works**
34:19 42:2

**would**
5:3 7:13 8:11 9:20
18:8,10 24:8 34:20
48:9,13 51:19,23,
24 52:3,7,8 53:8,
10,11,12 54:17,21,

23,25 55:10 58:11
60:2 62:8 67:10,20
70:7 73:7 75:22
76:10 77:1,20,25
78:24 84:6 85:21
92:14 99:19
102:17,23

**would've**
21:18 57:25 68:5

**write**
10:18 73:15 75:12

**writing**
75:10,14

**written**
41:7 57:1,7 73:4

**wrote**
56:22

---

**Y**

**Y-T-A-L-A**
16:3

**yahoo.com**
39:5

**yeah**
7:4 8:14 9:2 13:5
15:14,17 16:25
18:7,17 21:2 24:13
25:11,16 26:22
29:16 41:20 47:13
54:15 56:18,19,23
57:2 60:2,6 63:8
66:7 71:21 75:2
84:3,4 85:10,16
86:2 88:3,22,25
89:3,21 90:3 98:2
101:19

**year**
15:4 19:15 38:21
50:15 51:8,22,24
54:22 58:14 67:11
69:25 76:17 77:3,9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

78:1 99:19

**years**
6:9 11:2,3,4 14:13,
25 15:1 16:5
17:13,16,20 18:18
20:9 21:11,18 24:1
29:5 30:13 32:2
43:19 44:23 45:8,
16,17 46:9 47:16
48:8,10,11,15,16,
18,21 49:1,7,12,
19,21 51:16,17
55:25 58:11,14,15,
16 59:7 60:19,20,
23 61:12 63:22
64:6,12 65:6,24
66:1,5,8 67:14,17,
20,21,22 69:21,24
71:14,17 78:9,17
102:13,17,18,19

**yes**
6:1 8:19 9:10
10:20 13:17,21
14:18,24 15:11
17:7,9 19:2,5 25:2,
25 27:5,12 29:4,6
30:20 31:17 32:12
33:6,17 38:18,23
41:24 43:7 46:1,23
49:17 50:9,15,20
51:5 54:19 55:3
56:23 58:20,25
59:1,11,18 61:6
63:12 65:3,17
66:17 67:6 69:14
70:25 71:11 72:17
74:4 75:11,13,24
77:10,15 79:19
81:4,8,22 82:1
86:9 88:18 89:24
90:18 93:7 96:13,
24 97:2,4 101:2
102:18

**yet**
98:9

**you**
5:10,18,19,24,25
6:3,6,19,23 7:5,12,
13,14,19,22,23
8:1,5,9,11,15,16,
17,20,22 9:2,3,5,7,
8,9,11,13,19,22
10:5,7,12,15,16,
18,21,23 11:1,3,7,
10,15,18 12:1,3,6,
9,12,15,23,25
13:2,6,10,12,19,23
14:8,12,14,15,16,
21,22 15:1,4,8,9,
12,15,18,19,21,24
16:4,7,8,10,15,20
17:3,5,8,10,13,14,
17,19,20 18:3,5,
16,22,25 19:3,6,8,
11,13,14,15,17,18,
22,23,24 20:1,9,
10,13,16,17,20,21,
22,25 21:3,4,7,8,
15,17,19,21,22,23,
25 22:1,2,7,10,12,
14,15,19,20,22,25
23:8,16,23 24:8,
15,23 25:3,9,12,19
26:5,21,24 27:3,7,
8,10,12,23 28:14,
17 30:18 31:3,11,
16 32:5,11,20
33:1,3,18,21 34:8,
10,15,16,22 35:1,
5,17,21 36:5,13,
14,17,22 37:4,12,
23 38:1,4,7,12,16,
19,21 39:5,8,13,
17,18,21 40:2,5,
10,14,17,18 41:2,
9,19 42:4,16 43:21
44:1,3,6,8,16,19,
25 45:3,6,17,23
46:10 47:4,8,11
48:2,7,8,9,12,13,
19,23 49:4,13,15

50:8,10,25 51:3,6,
7,15,18,19,23,24
52:3,4,7,8,9,10,21,
23 53:2,4,5,8,9,11,
12,25 54:3,6,12,
17,18,23,25 55:7,
9,10,11,13 56:10,
15,16,22 57:10
58:9,10,11,18,21,
22,23,25 59:3,5,7,
13,14,16,23 60:1,
3,13,17,23 61:16,
24 62:4,6,8,9,19
63:9,19 64:13,16,
19,22 65:8,12,15,
18 66:13,15,19,20,
24 67:1,7,10,13,
17,20,24 68:18,19,
24 69:3,12,13,15,
20,21 70:1,2,3,4,7,
14,17,18,22 71:3,
4,8,9,12,15 72:2,3,
4,10,14,18 73:4,7,
14,15,19,24 74:2,
5,7,10,13,14,15,
20,24 75:6,10,12,
22 76:5,12,14,17
77:1,2,7,11,12,19,
20,24,25 78:3,8,
14,15 79:3,8,11,
15,17 80:9,11,14
81:3,5,11,12,20,
24,25 82:5,9,10,12
83:15,18 84:5,24,
25 85:8,13,24,25
86:7,10,11,22,23
87:4,5,12,16,19,
20,24 88:1,16,21
89:1,8,12,18,19
90:1,8,10,11,15,
16,21 91:1,3,13,
19,20,21,22 92:3,
9,14,15 93:3,7,9,
17,20 94:5,8,9,10,
12,16,18,20 95:8,
14 96:1,4,6,14,15,

18,20,22 97:3,5,7,
8,10,11,20,23,25
98:1,7,8,10,17,18,
19,25 99:6,15,18,
19,22,23 100:3,14,
22 101:16,18,22
102:3,4,13,16,17

**you're**
8:24 10:7 20:16
34:6 39:13 41:12
42:12 43:21 46:24
48:19 49:14 57:14
58:1 61:4 66:5,14,
19 70:16 73:5 76:8
81:13 89:25 91:3
92:19 100:14
101:23

**you've**
18:1 22:9 50:13
51:15 59:19 72:20
84:7

**your**
5:18,19,20 6:11,19
8:2,6 9:14,15,16
11:21 12:9 13:14,
23,25 14:8 15:21,
25 16:2 19:1,23
22:16,17 23:19,20,
23,24 24:2,6,12
26:5 28:9 29:12,17
30:12 31:1,13,15,
22 35:20 36:16
37:18 39:14 40:2
41:1,16,20 42:19
43:1,17 46:15
50:24 58:24 59:2,
8,15,16 60:21
62:1,8,17 63:9
67:4 68:1,9,14,24
69:3,18 71:19,20,
23 72:15 73:25
74:10 75:14 77:11
78:8 84:19 85:22
87:18 90:18 92:12
95:8 96:25 97:9,11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Dennis Aneiros vs Viormar Trading Corporation 1:24-CV-20772-GAYLES/LOUIS
Fernandez, Orlando on 09/23/2024

101:3,4,9,10

**yourself**
9:1,21 10:13 30:25
31:13,15,22 34:21
35:20 36:15 38:14
62:20 64:4 85:25
87:12

**Ytala**
16:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com