Form **5471**
(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

Go to *www.irs.gov/Form5471* for instructions and the latest information.

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01, 20 22, and ending 12/31, 20 22

OMB No. 1545-0123

Attachment Sequence No. **121**

| Name of person filing this return | A Identifying number |
|---|---|
| VIORMAR TRADING CORPORATION N.V | [redacted] |

| Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address) | B Category of filer (See instructions. Check applicable box(es).): |
|---|---|
| 7884 NW 55TH STREET | 1a☐ 1b☐ 1c☐ 2☐ 3☐ 4☐ 5a☐ 5b☐ 5c☐ |

| City or town, state, and ZIP code | C Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period        % |
|---|---|
| MIAMI, FL 33166 | |

Filer's tax year beginning           , 20    , and ending           , 20

D Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . . . . . . . . . ☐
E Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . . . . . . ☐
F Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . . . . . . . . ☐
G If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . . . . . . . .

H Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| Curacao Corporation Company NV | Curacao, Curacao | [redacted] | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information must be in English. All amounts must be stated in U.S. dollars unless otherwise indicated.*

| 1a Name and address of foreign corporation | b(1) Employer identification number, if any |
|---|---|
| Curacao Corporation Company NV | |
| | b(2) Reference ID number (see instructions) |
| Curacao | 000000 |
| Curacao, Curacao | c Country under whose laws incorporated |

| d Date of incorporation | e Principal place of business | f Principal business activity code number | g Principal business activity | h Functional currency code |
|---|---|---|---|---|
| | | | | |

2 Provide the following information for the foreign corporation's accounting period stated above.

| a Name, address, and identifying number of branch office or agent (if any) in the United States | b If a U.S. income tax return was filed, enter: | |
|---|---|---|
| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
| | | |

| c Name and address of foreign corporation's statutory or resident agent in country of incorporation | d Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different |
|---|---|
| | |

## Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| | | |
| | | |
| | | |
| | | |

For Paperwork Reduction Act Notice, see instructions.   BAA   REV 07/14/23 PRO   Form **5471** (Rev. 12-2022)

VIORMAR0035

DocuSign Envelope ID: FA85ACA3-4A08-4AA3-8213-50475E622B20

Form 5471 (Rev. 12-2022)     Page **2**

## Schedule B   Shareholders of Foreign Corporation

### Part I   U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| VIORMAR Trading Corp ▓▓▓▓▓▓▓ 7884 NW 55TH STREET MIAMI, FL 33166 | CURACAO CORPORATION | 3000 | 3000 | |
| | NETHERLANDS ANTILLES | 3000 | 6000 | |
| | BEARER | 15000 | 30000 | |
| | ORLANDO A FERNANDEZ | 30000 | 30000 | |

### Part II   Direct Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period |
|---|---|---|---|
| | | | |

BAA     REV 07/14/23 PRO     Form **5471** (Rev. 12-2022)

VIORMAR0036

Form 5471 (Rev. 12-2022) Page **3**

### Schedule C — Income Statement (see instructions)

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | | |
| | b | Returns and allowances | 1b | | |
| | c | Subtract line 1b from line 1a | 1c | | |
| | 2 | Cost of goods sold | 2 | | |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | | |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | | |
| | 6a | Gross rents | 6a | | |
| | b | Gross royalties and license fees | 6b | | |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8a | Foreign currency transaction gain or loss—unrealized | 8a | | |
| | b | Foreign currency transaction gain or loss—realized | 8b | | |
| | 9 | Other income (attach statement) | 9 | | |
| | 10 | Total income (add lines 3 through 9) | 10 | | |
| **Deductions** | 11 | Compensation not deducted elsewhere | 11 | | |
| | 12a | Rents | 12a | | |
| | b | Royalties and license fees | 12b | | |
| | 13 | Interest | 13 | | |
| | 14 | Depreciation not deducted elsewhere | 14 | | |
| | 15 | Depletion | 15 | | |
| | 16 | Taxes (exclude income tax expense (benefit)) | 16 | | |
| | 17 | Other deductions (attach statement—exclude income tax expense (benefit)) | 17 | | |
| | 18 | Total deductions (add lines 11 through 17) | 18 | | |
| **Net Income** | 19 | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) | 19 | | |
| | 20 | Unusual or infrequently occurring items | 20 | | |
| | 21a | Income tax expense (benefit)—current | 21a | | |
| | b | Income tax expense (benefit)—deferred | 21b | | |
| | 22 | Current year net income or (loss) per books (combine lines 19 through 21b) | 22 | | |
| **Other Comprehensive Income** | 23a | Foreign currency translation adjustments | 23a | | |
| | b | Other | 23b | | |
| | c | Income tax expense (benefit) related to other comprehensive income | 23c | | |
| | 24 | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) | 24 | | |

BAA  REV 07/14/23 PRO  Form **5471** (Rev. 12-2022)

VIORMAR0037

DocuSign Envelope ID: FA85ACA3-4A08-4AA3-8213-50475E622B20

Form 5471 (Rev. 12-2022) Page **4**

### Schedule F — Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| | Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|---|
| 1 | Cash | 1 | | |
| 2a | Trade notes and accounts receivable | 2a | | |
| b | Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 | Derivatives | 3 | | |
| 4 | Inventories | 4 | | |
| 5 | Other current assets (attach statement) | 5 | | |
| 6 | Loans to shareholders and other related persons | 6 | | |
| 7 | Investment in subsidiaries (attach statement) | 7 | | |
| 8 | Other investments (attach statement) | 8 | | |
| 9a | Buildings and other depreciable assets | 9a | | |
| b | Less accumulated depreciation | 9b | ( ) | ( ) |
| 10a | Depletable assets | 10a | | |
| b | Less accumulated depletion | 10b | ( ) | ( ) |
| 11 | Land (net of any amortization) | 11 | | |
| 12 | Intangible assets: | | | |
| a | Goodwill | 12a | | |
| b | Organization costs | 12b | | |
| c | Patents, trademarks, and other intangible assets | 12c | | |
| d | Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( ) | ( ) |
| 13 | Other assets (attach statement) | 13 | | |
| 14 | Total assets | 14 | | |
| | **Liabilities and Shareholders' Equity** | | | |
| 15 | Accounts payable | 15 | | |
| 16 | Other current liabilities (attach statement) | 16 | | |
| 17 | Derivatives | 17 | | |
| 18 | Loans from shareholders and other related persons | 18 | | |
| 19 | Other liabilities (attach statement) | 19 | | |
| 20 | Capital stock: | | | |
| a | Preferred stock | 20a | | |
| b | Common stock | 20b | | |
| 21 | Paid-in or capital surplus (attach reconciliation) | 21 | | |
| 22 | Retained earnings | 22 | | |
| 23 | Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 | Total liabilities and shareholders' equity | 24 | | |

### Schedule G — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? | | |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? | | |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments . . . . . . . . . $ _____ | | |
| c | Enter the total amount of the base erosion tax benefits . . . . . . . . $ _____ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? | | |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) . . . . $ _____ | | |

BAA  REV 07/14/23 PRO  Form **5471** (Rev. 12-2022)

VIORMAR0038

DocuSign Envelope ID: FA85ACA3-4A08-4AA3-8213-50475E622B20

Form 5471 (Rev. 12-2022) Page **5**

| **Schedule G** | **Other Information** *(continued)* |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| 6a | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," complete lines 6b, 6c, and 6d. See instructions. |  |  |
| b | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . . $ _____ |  |  |
| c | Enter the amount of gross receipts derived from all sales of intangible property to the foreign corporation that the filer included in its computation of FDDEI . . . . . . . . . . . . . . . . . . . . . $ _____ |  |  |
| d | Enter the amount of gross receipts derived from all services provided to the foreign corporation that the filer included in its computation of FDDEI . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ |  |  |
| 7 | During the tax year, was the foreign corporation a participant in any cost sharing arrangement? . . . . . .<br>If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. |  |  |
| 8 | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| 9a | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the tax year? . . . . . . . .<br>If "Yes," go to line 9b. |  |  |
| b | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ |  |  |
| 10 | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," see instructions and attach statement. |  |  |
| 11 | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). |  |  |
| 12 | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| 13 | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . . |  |  |
| 14 | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . . .<br>If "Yes," enter the corresponding code(s) from the instructions and attach statement _____ |  |  |
| 15 | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)? . . . . .<br>If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ |  |  |
| 16 | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ |  |  |
| 17a | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| b | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . . |  |  |
| 18 | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| 19a | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party? . . . . . . . . . . . . . |  |  |
| b | If the answer to question 19a is "Yes," provide the following.<br>(1) The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . $ _____<br>(2) The amount of such related party indebtedness . . . . . . . . . . . . . . . . $ _____ |  |  |

BAA REV 07/14/23 PRO Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)     Page **6**

### Schedule I — Summary of Shareholder's Income From Foreign Corporation (see instructions)

If Item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder      Identifying number

| | | |
|---|---|---|
| 1a | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | 1a |
| b | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) | 1b |
| c | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) | 1c |
| d | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) | 1d |
| e | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A) | 1e |
| f | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) | 1f |
| g | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) | 1g |
| h | Other subpart F income (enter result from Worksheet A) | 1h |
| 2 | Earnings invested in U.S. property (enter the result from Worksheet B) | 2 |
| 3 | Reserved for future use | 3 |
| 4 | Factoring income | 4 |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | |
| 5a | Section 245A eligible dividends (see instructions) | 5a |
| b | Extraordinary disposition amounts (see instructions) | 5b |
| c | Extraordinary reduction amounts (see instructions) | 5c |
| d | Section 245A(e) dividends (see instructions) | 5d |
| e | Dividends not reported on line 5a, 5b, 5c, or 5d | 5e |
| 6 | Exchange gain or (loss) on a distribution of previously taxed earnings and profits | 6 |

| | | Yes | No |
|---|---|---|---|
| 7a | Was any income of the foreign corporation blocked? | | |
| b | Did any such income become unblocked during the tax year (see section 964(b))? | | |

If the answer to either question is "Yes," attach an explanation.

| | | | |
|---|---|---|---|
| 8a | Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)? | | |

b   If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year $_____ and at the end of the tax year $_____. Provide an attachment detailing any changes from the beginning to the ending balances.

c   Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year $_____ and at the end of the tax year $_____. Provide an attachment detailing any changes from the beginning to the ending balances.

9   Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $

VIORMAR0040

# Form 5472 (Rev. December 2022)

**Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business**
(Under Sections 6038A and 6038C of the Internal Revenue Code)
Go to www.irs.gov/Form5472 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

For tax year of the reporting corporation beginning Jan 1, 2022, and ending Dec 31, 2022
Note: Enter all information in English and money items in U.S. dollars.

## Part I — Reporting Corporation (see instructions). All reporting corporations must complete Part I.

**1a Name of reporting corporation:** VIORMAR TRADING CORPORATION N.V
**1b Employer identification number:** [redacted]
**Number, street, and room or suite no.:** 7884 NW 55TH STREET
**City or town, state, and ZIP code:** MIAMI, FL 33166
**1c Total assets:** $ 0.
**1d Principal business activity:** WAREHOUSE RENTAL
**1e Principal business activity code:** 531390
**1f Total value of gross payments made or received reported on this Form 5472:** $ [redacted]
**1g Total number of Forms 5472 filed for the tax year:** 1
**1h Total value of gross payments made or received reported on all Forms 5472:** $ [redacted]
**1i Check here if this is a consolidated filing of Form 5472:** ☐
**1j Check here if this is the initial year for which the U.S. reporting corporation is filing a Form 5472:** ☒
**1k Total number of Parts VIII attached to Form 5472:** 4
**1l Country of incorporation:** UC
**1m Date of incorporation:** 03/17/2022
**1n Country(ies) under whose laws the reporting corporation files an income tax return as a resident:** US
**1o Principal country(ies) where business is conducted:** UC

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of (a) the total voting power of all classes of the stock of the reporting corporation entitled to vote, or (b) the total value of all classes of stock of the reporting corporation ☐

**3** Check here if the reporting corporation is a foreign-owned domestic disregarded entity (foreign-owned U.S. DE) treated as a corporation for purposes of section 6038A. See instructions ☐

## Part II — 25% Foreign Shareholder (see instructions)

Check here if any direct (or ultimate indirect) 25% foreign shareholder listed in Part II is a surrogate foreign corporation under section 7874(a)(2)(B). ☐

**4a Name and address of direct 25% foreign shareholder:** Netherlands Antilles Corporatio   netherlands Antilles   OC
**4b(1) U.S. identifying number, if any:** 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
**4b(2) Reference ID number (see instructions):**
**4b(3) Foreign taxpayer identification number (FTIN), if any (see instructions):**
**4c Principal country(ies) where business is conducted:** NL US
**4d Country of citizenship, organization, or incorporation:**
**4e Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident:**

**5a Name and address of direct 25% foreign shareholder:** CORPAG SERVICES CURACAO N.V   Curacao   UC
**5b(1) U.S. identifying number, if any:** 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
**5b(2) Reference ID number (see instructions):**
**5b(3) FTIN, if any (see instructions):**
**5c Principal country(ies) where business is conducted:** UC
**5d Country of citizenship, organization, or incorporation:**
**5e Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident:**

**6a Name and address of ultimate indirect 25% foreign shareholder:** Bearer   Curacao   Curacao, OC
**6b(1) U.S. identifying number, if any:** 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
**6b(2) Reference ID number (see instructions):**
**6b(3) FTIN, if any (see instructions):**
**6c Principal country(ies) where business is conducted:** UC
**6d Country of citizenship, organization, or incorporation:**
**6e Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident:**

**7a Name and address of ultimate indirect 25% foreign shareholder:**
**7b(1) U.S. identifying number, if any:**
**7b(2) Reference ID number (see instructions):**
**7b(3) FTIN, if any (see instructions):**
**7c Principal country(ies) where business is conducted:**
**7d Country of citizenship, organization, or incorporation:**
**7e Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident:**

For Paperwork Reduction Act Notice, see instructions. BAA   REV 07/14/23 PRO   Form 5472 (Rev. 12-2022)

VIORMAR0041

Form 5472 (Rev. 12-2022) Page **2**

### Part III — Related Party (see instructions).
All reporting corporations must complete this question and the rest of Part III. Check applicable box: Is the related party a ☒ foreign person or ☐ U.S. person?

**8a** Name and address of related party
CORPAG SERVICES (CURACAO) N. Curacao    Curacao, OC

**8b(1)** U.S. identifying number, if any: 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
**8b(2)** Reference ID number (see instructions):
**8b(3)** FTIN, if any (see instructions):

**8c** Principal business activity: Rental
**8d** Principal business activity code: 531390

**8e** Relationship—Check boxes that apply: ☐ Related to reporting corporation  ☐ Related to 25% foreign shareholder  ☐ 25% foreign shareholder

**8f** Principal country(ies) where business is conducted: CU
**8g** Country(ies) under whose laws the related party files an income tax return as a resident: US

### Part IV — Monetary Transactions Between Reporting Corporations and Foreign Related Party (see instructions)
**Caution:** Part IV must be completed if the "foreign person" box is checked in the heading for Part III.
If estimates are used, check here. ☐

| Line | Description | Amount |
|---|---|---|
| 9 | Sales of stock in trade (inventory) | |
| 10 | Sales of tangible property other than stock in trade | |
| 11 | Platform contribution transaction payments received | |
| 12 | Cost sharing transaction payments received | |
| 13a | Rents received (for other than intangible property rights) | |
| 13b | Royalties received (for other than intangible property rights) | |
| 14 | Sales, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | |
| 15 | Consideration received for technical, managerial, engineering, construction, scientific, or like services | |
| 16 | Commissions received | |
| 17 | Amounts borrowed (see instructions) **a** Beginning balance _____ **b** Ending balance or monthly average — **17b** | |
| 18 | Interest received | |
| 19 | Premiums received for insurance or reinsurance | |
| 20 | Loan guarantee fees received | |
| 21 | Other amounts received (see instructions) | |
| 22 | **Total.** Combine amounts on lines 9 through 21 | 0. |
| 23 | Purchases of stock in trade (inventory) | |
| 24 | Purchases of tangible property other than stock in trade | |
| 25 | Platform contribution transaction payments paid | |
| 26 | Cost sharing transaction payments paid | |
| 27a | Rents paid (for other than intangible property rights) | ✗ |
| 27b | Royalties paid (for other than intangible property rights) | |
| 28 | Purchases, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | |
| 29 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services | |
| 30 | Commissions paid | |
| 31 | Amounts loaned (see instructions) **a** Beginning balance _____ **b** Ending balance or monthly average — **31b** | |
| 32 | Interest paid | |
| 33 | Premiums paid for insurance or reinsurance | |
| 34 | Loan guarantee fees paid | |
| 35 | Other amounts paid (see instructions) | |
| 36 | **Total.** Combine amounts on lines 23 through 35 | ✗ |

### Part V — Reportable Transactions of a Reporting Corporation That Is a Foreign-Owned U.S. DE (see instructions)
Describe on an attached separate sheet any other transaction as defined by Regulations section 1.482-1(i)(7), such as amounts paid or received in connection with the formation, dissolution, acquisition, and disposition of the entity, including contributions to and distributions from the entity, and check here. ☐

### Part VI — Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party (see instructions)
Describe these transactions on an attached separate sheet and check here. ☐

REV 07/14/23 PRO    Form **5472** (Rev. 12-2022)

Form 5472 (Rev. 12-2022) Page **3**

| Part VII | Additional Information. All reporting corporations must complete Part VII. |

| # | Question | Yes | No |
|---|---|---|---|
| 37 | Does the reporting corporation import goods from a foreign related party? | ☐ | ☒ |
| 38a | If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? | ☐ | ☐ |
| b | If "Yes," attach a statement explaining the reason or reasons for such difference. | | |
| c | If the answers to questions 37 and 38a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? | ☐ | ☐ |
| 39 | During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement (CSA)? | ☐ | ☒ |
| 40a | During the tax year, did the reporting corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | ☐ | ☒ |
| b | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . $ | | |
| 41a | Is the reporting corporation claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation? If "Yes," complete lines 41b, 41c, and 41d. See instructions | ☐ | ☒ |
| b | Enter the amount of gross receipts derived from all sales of general property to the foreign related party that the reporting corporation included in its computation of foreign-derived deduction eligible income (FDDEI). See instructions . . . $ | | |
| c | Enter the amount of gross receipts derived from all sales of intangible property to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions . . . . . . . . . . . . . . $ | | |
| d | Enter the amount of gross receipts derived from all services provided to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions . . . . . . . . . . . . . . . . . $ | | |
| 42 | Did the reporting corporation have any loan to or from the related party, to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? | ☐ | ☒ |
| 43a | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the tax year, or, during the period beginning 36 months before the date of the respective acquisition or distribution and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party? | ☐ | ☒ |
| b | If the answer to question 43a is "Yes," provide the following. | | |
| | (1) The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . $ | | |
| | (2) The amount of such related party indebtedness . . . . . . . . . . . . . . . . $ | | |

| Part VIII | Cost Sharing Arrangement (CSA) |

**Note:** Complete a separate Part VIII for each CSA in which the reporting corporation was a participant during the tax year. Report all amounts in U.S. dollars. (See instructions.)

44  Provide a brief description of the CSA with respect to which this Part VIII is being completed.
_____
_____
_____

| # | Question | Yes | No |
|---|---|---|---|
| 45 | During the course of the tax year, did the reporting corporation become a participant in the CSA? | ☐ | ☐ |
| 46 | Was the CSA in effect before January 5, 2009? | ☐ | ☐ |
| 47 | What was the reporting corporation's share of reasonably anticipated benefits for the CSA? . . . . . . . . _____ % | | |
| 48a | Enter the total amount of stock-based compensation deductions claimed by the reporting corporation . . . . . $ | | |
| b | Enter the total amount of deductions for the tax year for stock-based compensation that was granted during the term of the CSA and, at date of grant, is directly identified with, or reasonably allocable to, the intangible development activity under the CSA $ | | |
| c | Was there any stock-based compensation granted during the term of the CSA to individuals who performed functions in business activities that generate cost shared intangibles that was not treated as directly identified with, or reasonably allocable to, the intangible development activity? | ☐ | ☐ |
| 49a | Enter the total amount of intangible development costs for the CSA . . . . . . . . . . . . . . . $ | | |
| b | Enter the amount of intangible development costs allocable to the reporting corporation based on the reporting corporation's reasonably anticipated benefits share . . . . . . . . . . . . . . . . . . . . . . . . . $ | | |

| Part IX | Base Erosion Payments and Base Erosion Tax Benefits Under Section 59A (see instructions) |

| # | Item | |
|---|---|---|
| 50 | Amounts defined as base erosion payments under section 59A(d) . . . . . . . . . . . . . . . . . . $ | |
| 51 | Amount of base erosion tax benefits under section 59A(c)(2) . . . . . . . . . . . . . . . . . . $ | |
| 52 | Amount of total qualified derivative payments as described in section 59A(h) made by the reporting corporation . . $ | |
| 53 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▨ | |

REV 07/14/23 PRO                                                                                       Form **5472** (Rev. 12-2022)

VIORMAR0043

# Continuation Statement — 2022

**Name(s):** VIORMAR TRADING CORPORATION N.V

**Social Security Number:** [redacted]

**Foreign corporation name:** Curacao Corporation Company NV

**Form/Part:** Form 5471, Schedule B — Part I
**Explanation of:** U.S. Shareholders of Foreign Corporation
**Shareholder name:** VIORMAR Trading Corp

| (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period |
|---|---:|---:|
| CURACAO CORPORATION | 3,000 | 3,000 |
| NETHERLANDS ANTILLES | 3,000 | 6,000 |
| BEARER | 15,000 | 30,000 |
| ORLANDO A FERNANDEZ | 30,000 | 30,000 |