

Aneiros000097



Aneiros000098



Aneiros000099



Aneiros000100



Aneiros000101