# VIORMAR TRADING CORP
7880 NW 55TH STREET, DORAL FL 33166

Diciembre 12 de 2016

Srs. Jessy's Limonsine
7882 NW 55th Street, Doral FL 33166

Estimados Srs.

Por medio de la presente nota les informamos que el Sr Dennis Aneiro ha sido nombrado encargado del cuidado, orden y mantenimiento y cuidado de la propiedad NW 7870-7882 y 7884.

Agradezco la colaboracion que puedan prestar para que el Sr Aneiro pueda cumplir con las responsabilidades asignadas.

Sin otro asunto al cual hacer referencia, quedo de Uds.
Atentamente,


Orlando Fernandez
Presidente
Viormar Trading Corp.

Aneiros000102