Orlando Fer...

Sin respuesta

11:15 a. m.

**29 de enero de 2024**

Buenas tardes. El Sr Hector Barquin te va a llamar para que le muestres el problema de la pared. Luego me llamas

2:25 p. m.

 **Llamada perdida**
Tocar para volver a llamar

2:23 p. m.

 **Llamada**
2 min   2:39 p. m.

**19 de febrero de 2024**

Llamada perdida

Aneiros000064



Aneiros000065



4:01

**Cuñado De...**
1:21 p. m.

1 mensaje no leído

16 de febrero de 2024

Buenas tardes Denis ,
soy Fabio el cuñado de
Orlando, avísame cuando
te pueda llamar        2:35 p. m.

**Llamada perdida**
Tocar para volver a
llamar        2:33 p. m.

17 de febrero de 2024

**Llamada perdida**
Tocar para volver a
llamar        11:00 a. m.

18 de febrero de 2024

4:36

## Ocultar texto citado

El lunes 3 de septiembre de 2018 a las 13:55:48 EDT, Dennis Aneiros < dennisaneiros@gmail.com > escribió:

Hola. Si todas esas piezas vienen en camino se demoran 60 días

El lunes, 3 de septiembre. de 2018 13:52, Orlando Fernandez S <orlandofernandezs@yaho o.com > escribió:

Inline image

Aneiros000067

 1535....jpg   

 O... 3/9/2018   ⋮

para mí ^

De    Orlando Fernandez S • o
landofernandezs@yahoo
.com

Para    Dennis Aneiros •
dennisaneiros@gmail.co

Fecha    3 sept 2018, 2:14 p. m.

🔒    Encriptación estándar
(TLS)

Ver detalles de seguridad

inglés → español

Aneiros000068

4:35

← 🗑 ✉ ⋮

D... 3/9/2018 😊 ↩ ⋮

para Or... ⌄

Hola. Si todas esas piezas vienen en camino se demoran 60 dias

Mostrar texto citado



1535....jpg

Aneiros000069

viernes, 18 de ago · 3:48 p. m.

Ok yo te aviso

No se envió. Revisar opciones

viernes, 5 de ene · 9:31 a. m.

Buenos días, voy a pasar por Viormar esta tarde. Nos hablamos

9:31 a. m.

  Men...  

Aneiros000070

4:21

← Orlando ...

viernes, 18 de ago · 10:13 a. m.

Buenos días. La basura. No la recogieron y necesito botar todo lo que quedó de afuera. Porfa

10:13 a. m. · SMS

Aneiros000071

4:21

← Orlando ...

maderas y basuras. Porfa

Ok

Aneiros000072

4:21

Orlando ...

**miércoles, 16 de ago • 9:42 a. m.**

Buenos días. La basura no a pasado el tanque está repleto y necesito seguir botando maderas y basura Porfa

Aneiros000073

ezs@yahoo.com

Ahora si llegó

A qué bueno.

miércoles, 16 de ago • 9:42 a. m.

Aneiros000074

4:20

← Orlando ...

Es que escribiste mal la dirección. No es hahuu , es yahoo. Asi: orlandofernandezs@yahoo.com

Ahora si llegó

Aneiros000075

4:20

← Orlando ...

Yo te lo e enviado pero no sé porque no se envia

Revise ahora ver si te llegó

Aneiros000076



Aneiros000077

4:19

Orlando ...

carros viejos de Carlos. Me dijo que debemos pedir otro mes más

A ese correo le falta algo

Aneiros000078

Hoy vino la ciudad y serró el caso de los alboles. Solo queda lo de los carros viejos de Carlos. Me dijo que debemos pedir otro mes más

Aneiros000079

4:18

← Orlando ...

**orlandofernand ezs**

Hoy vino la ciudad y serró el caso de los alboles. Solo queda carros vie

Aneiros000080



4:18

Orlando ...

viernes, 11 de ago • 7:03 p. m.

Buenas tardes, por favor recuerda a tu amigo que me tiene que mandar el invoice como ofreció.

Aneiros000081



4:17

← Orlando ...

martes, 8 de ago • 9:47 p. m.

Acabo de enviar el segundo pago. Espero por el invoice Buenas noches!

Aneiros000082



Aneiros000083

# Orlando ...

martes, 8 de ago • 8:09 a. m.

Yo necesito para
la contabilidad
un invoice a
nombre de
Viormar Trading
Corp.
Es importante!

Aneiros000084

4:16

← Orlando …

lunes, 7 de ago • 8:33 p. m.

7862129336.
Ambrocio
Reinoso. 1.125 $.
Es la mitad

Ya se envió.
Avisa si lo
recibió

Aneiros000085

4:15

Orlando ...

Si yo sé que ese refrán es sierto. Lo siento mucho.

Me dijo que viene el sábado próximo

domingo, 30 de jul • 2:02 p. m.

Aneiros000086

4:15

← Orlando ...

A veces se aplica el viejo refrán de que lo barato sale caro. Pasaron trabajo moviendo los carros para nada 😡

Aneiros000087

4:14

Orlando ...

pagas y
ya.bueno eso
creo te e
llamado para
acordar. Pero
nada qué
descanses

Aneiros000088

sábado, 22 de jul • 7:52 a. m.



Aneiros000089



STATE OF FLORIDA

Executive Department

COMMISSION NO.
GG 23473

I, Rick Scott, Governor of Florida, by virtue of the authority vested in me
by the Constitution and Laws of this State,
do hereby commission

Dennis H. Aneiros

to be

NOTARY PUBLIC

in and for the State of Florida
from August 23, 2016 through August 22, 2020 and in the
Name of the People of the State of Florida to have, hold and exercise the said office and
all the powers and responsibilities appertaining thereto, and to receive the privileges
and emoluments thereof in accordance with the law,
In Testimony Whereof, I do hereunto set my hand and cause to be affixed the
Great Seal of the State, Tallahassee, Florida.

Secretary of State

SANDBERG

Governor

NOTARY I.D. NO.
14-76581

FLORIDA NOTARY
ASSOCIATION

Aneiros000103



11:07

← **Orlando Orla...**



Estuvo alguien aquí dentro y lo ví cuando le percegui se me perdió. Salí con el perro pero se perdió el bandido

26/1/2023 11:44 p. m.

La policía me dijo que estuviéramos atento porque se estaban haciendo muchos allanamientos en mucho lugares

26/1/2023 11:46 p. m.

Aneiro-000405

11:06

← **Orlando Orla...**

26/1/2023 11:38 p. m.



Eso es mi trabajo. Todo el tiempo cuidando todo. Peleando contra todos los rateros. Todo el tiempo mariguaneros y drogadictos etcétera etcétera etcétera etcétera yo solo hago mi trabajo. Que se hacer

26/1/2023 11:41 p. m.

Estuvo alguien



Andres000106



11:05

← **Orlando Orla...**

...........y no
puedo leerlo
21/10/2022 11:40 a. m.

Ok deja ver cómo
lo mando que
puedas leerlos
21/10/2022 11:41 a. m.

O

Buenas noches,
mañana
pasaré por allí
después del
mediodía. Ten la
correspondencia
listas



Aneiros000108

11:04

← **Orlando Orla...**

estabas. Quieren entregar hoy pero necesito saber si vas a estar para recibir. Llámame pronto

18/10/2022 9:46 a. m.

Donde estas?

18/10/2022 9:49 a. m.

Ya llegó los tragaluces

Aneiros000109



Aneiros0001108

11:04

← Orlando Orla... 📞 ⋮

29/9/2022 5:56 p. m.

Ok menos mal que no vote las cajas

29/9/2022 5:57 p. m.

👍

29/9/2022 5:59 p. m.

Los tragaluces probablemente los despachen el Jueves.

14/10/2022 8:11 p. m.

Aneiros000011

11:03

← **Orlando Orla...** 📞 ⋮

Si si quieres lo hago. Pero no trae panel solar solo trae un sensor de luz. Que la encienden cuando ahí oscuridad..y en la mañana se apaga

29/9/2022 5:28 p. m.

O

Parace que mandaron las luces equivocadas. Cuando pueda voy a revisar que compré. Trata de

Si si quieres lo hago. Pero no trae panel solar solo trae un sensor de luz. Que la encienden cuando ahí oscuridad..y en la mañana se apaga

29/9/2022 5:28 p. m.

Parace que mandaron las luces equivocadas. Cuando pueda voy a revisar que

← **Orlando Orla...** 📞 ⋮

Si si quieres lo hago. Pero no trae panel solar solo trae un sensor de luz. Que la encienden cuando ahí oscuridad..y en la mañana se apaga

29/9/2022 5:28 p. m.

O

Parace que mandaron las luces equivocadas. Cuando pueda voy a revisar

Orlando Orla...

Tranquilo solo te lo mandé para qué supieras. Yo las estoy instalando.

29/9/2022 5:23 p. m.

Pero la idea era de no tener que hacer conexión eléctrica.
Podrías probar con una lámpara sin conexión solo ponerla almsol y ver por la noche si funciona?

Aneiros000115

11:02

← Orlando Orla... 📞 ⋮

trabajo la caja de las lámparas. Yo se qué ahora no es tiempo de eso. Pero buscando la encontré para que pudieras leer bien lo quee llegó



Amaro 000116



11:01

← Orlando Orla...

**O**

No puedo leer nada. Yo compré específicamente Led con panel Solar para no tener que conectar cables

27/9/2022 7:50 p. m.

Esas luces no son solares la única intención que trae es la chapa que tiene atrás. Que dice que es de 100 a 227 voltio y el



Enviar mensaje

Aneiros000117



← **Orlando Orla...**   📞   ⋮

cables son lo que
van a la corriente
110 volt

27/9/2022 7:23 p. m.



LED Shoe Box Light
Model: HSSB-200550-003
Input: 100-277Vac 50/60Hz
Power: 200W   (With sensor)
CCT:5000K RA>90
CONFORMS TO UL STD.1598
CERTIFIED TO CSA STD C22.2 NO.250.0    5305687
Made in China

Attention: Non-professionals are not allowed to disassemble
and maintain the products after-sales services

ᶜ ᴱᵀᴸ ᵘˢ
Intertek

27/9/2022 7:25 p. m.



**Mandaron unas
instrucciones?**
27/9/2022 7:45 p. m.

✎   Enviar mensaje   

Areiros000118

27/9/2022 7:09 p. m.

No entiendo para que son esos cables. Tienen un libro de instrucciones?

Se me olvidó preguntarte si los tragaluces habían llegado

Enviar mensaje

Aleiros000119



10:59

← Orlando Orla...

Buenos días, cuantas luces de Exit hay que reemplazar?

Esté es el mensaje que me preguntastes
19/9/2022 9:39 p. m.

**O** Hablamos mañana
19/9/2022 9:39 p. m.

Ok buenas noches

Enviar mensaje

Anaba 000120



10:58

← Orlando Orla...

Quería hablarte sobre una persona deuño de un taller de maquinado. Que quiere rentarte el almacén completo. Yo le dije que eran 4000. Más 4000. El le pareció bien.primero le dije 5000. Por cada uno. Pero me dijo que 4000 si. Que piensas. De eso. Son personas que parecen buenas

Aneiros000122



10:58

← Orlando Orla...

Quería hablarte sobre una persona deuño de un taller de maquinado. Que quiere rentarte el almacén completo. Yo le dije que eran 4000. Más 4000. El le pareció bien.primero le dije 5000. Por cada uno. Pero me dijo que 4000 si. Que piensas. De eso. Son personas que parecen buenas.

Aneiros000123



10:58

Orlando Orla...

Las bases que compre no son para esas luces, son para las luces que van en el techo como te hable.

19/9/2022 9:34 p. m.

Quería hablarte sobre una persona deuño de un taller de maquinado. Que quiere rentarte el almacén completo. Yo le dije que eran 4000. Más 4000

Aneiros000124

10:58

← Orlando Orla...   📞   ⋮

Bueno las luces de éxit O de salida no llevan esas bases. Ellas van conectadas directamente a un registro de corriente. Que tiene como sugetarlas. Si quieres te mando muestras. Pero yo encontré aquí en mis cosas dos luces de éxit

19/9/2022 9:30 p. m.



Yo lo llamo ahora
19/9/2022 3:27 p. m.

19/9/2022 3:27 p. m.

Esas son las bases para instalar las luces en la pared.
19/9/2022 5:31 p. m.

Aneiros000126

10:57

← **Orlando Orla...**   📞   ⋮



Buenas tardes. Llegó un paquete. Pero no eran las luces. Es una caja grande con tres cajas más pequeñas. Que traen tuberías tipo bases de metal

19/9/2022 3:26 p. m.

Yo lo llamo ahora
19/9/2022 3:27 p. m.

Aneiros000127

10:57

← **Orlando Orla...** 📞 ⋮



Buenas tardes.
Llegó un paquete.
Pero no eran las
luces. Es una
caja grande con
tres cajas más
pequeñas. Que
traen tuberías
tipo bases de
metal

19/9/2022 3:26 p. m.

Yo lo llamo ahora
19/9/2022 3:27 p. m.

Aneiros000128

10:57

← **Orlando Orla...**  📞  ⋮

O

Ok gracias. Te llegan el sabado

Ok gracias. Te llegan el sabado
15/9/2022 10:09 a. m.

Ok yo los instalo

Perdón yo no voy a poder estar el sábado en el lugar. Voy a hacer el mejor negocio del

Aneiros000129



Aneiros000130



Aneiros000131

Aneiros000132



Aneiros000133

10:54

← Orlando Orla...   📞   ⋮

Otra dirección:
Fersomc
a@yahoo
.com
31/8/2022 11:55 a. m.



31/8/2022 1:34 p. m.

Todavía no se
puede leer
31/8/2022 1:55 p. m.

Anarros000134

10:53

← Orlando Orla...  📞  ⋮

31/8/2022 7.09 a. m.

Hola buenos días. La Factura es 77.900.00 y voy en camino para decirle de nuevo que no le a llegado para que revisen el correo

31/8/2022 8:09 a. m.

O  Gracias
31/8/2022 8:46 a. m.

O  La dirección que te mandé está

Enviar mensaje



Andrews000136



Aneiros000137





Ellos me dijeron que lo enviaron en ese mismo momento. Y chequeamos le correo también me dieron el estimado en un sobre abierto. Si quieres te mando una foto. Y mañana tendré que ir otra ves allá

30/8/2022 5:52 p. m.

Enviar mensaje

Aneiros000139



10:50

← Orlando Orla...  📞  ⋮

**O**

El árbol que tienes al frente es el Llamado Moringa? Guarda un hijo para mí

30/8/2022 12:05 p. m.

**O**

Todavía a esta hora no me ha llegado el correo con el estimado. Tu revisastes la dirección con ellos?

Todavía a esta

Enviar mensaje



OK el quedó en venir otra ves

19/8/2022 4:44 p. m.

Necesito estos estimados pronto. Podrías preguntar si está interesado?

22/8/2022 12:35 p. m.

Estoy en eso. Al mujer que me dijo no a venido todavía

22/8/2022 12:38 p. m.

Ribeiros000141

10:46

← **Orlando Orla...**

19/8/2022 4:40 p. m.

No he sabido de ninguno de ellos. Nunca recibí un estimado del techo. Creo que si vino hace tiempo debería revisar el techo de nuevo a ver si hay algo nuevo que no vio antes.

19/8/2022 4:43 p. m.

OK el quedó en venir otra ves

19/8/2022 4:44 p. m.

Aneiros000142