Septiembre 29, 2023

Estimado Denis,

Muchas gracias por enviarme la correspondencia.

Esta tarjeta que te incluyo en este sobre deberá permanecer en la oficina de Viormar, en un sitio visible pero dentro del edificio.

Gracias de nuevo,

Orlando

Aneiros000041