

11:05
Orlando Orla...
OCEAN BANK
OCEAN BANK
21/10/2022 10:25 a. m.
O
No se lee
21/10/2022 11:38 a. m.
Esos sol el recibo de los depósitos
21/10/2022 11:39 a. m.

Aneiros000108

10:44

Orlando Orla...

OCEAN BANK

10/5/2022 9:35 a. m.

O

Gracias

10/5/2022 9:36 a. m.

O

Buenas tardes.
Si Dios quiere
voy mañana
para Miami.
Llegaremos

Enviar mensaje



31/12/2021 10:29 a. m.

25/1/2022 10:11 a. m.

O

Gracias

25/1/2022 11:42 a. m.





10:40

Orlando Orla...

8/12/2021 9:41 a. m.

OCEAN BANK

RECEIPT Drawer: 1007 12/08/21
Trans#: 1 09:10:57
XXXXXXXXXX[redacted]
Checking Deposit
$850.00
Deposit may not be available immediately
Thank you for choosing Ocean Bank.

www.oceanbank.com
Member FDIC

8/12/2021 9:44 a. m.

O

Mucho mejor, gracias

8/12/2021 9:50 a. m.

Aneiro 0150

10:39
Orlando Orla...
Buenos días
8/12/2021 9:37 a. m.
OCEAN BANK
8/12/2021 9:37 a. m.
O
No puedo leer, está borroso
8/12/2021 9:38 a. m.
O
Puedes escribir a
Enviar mensaje

OCEAN BANK

Deposits may not be available for immediate withdrawal

All items deposited are conditionally credited subject to later verification and final settlement. All transactions are subject to the rules and regulations of the bank and to the conditions noted on the transaction receipts and signature cards.

Bank symbol, transaction number, date and amount of your deposit shown below

RECEIPT Drawer# 1011 04/09/20

Trans#: 5 09:35:30

XXXXXXXXXXX

Checking Deposit

OB0156

Member FDIC

Aneiros000154



OCEAN BANK

Deposits may not be available for immediate withdrawal

All items deposited are conditionally credited subject to later verification and final settlement. All transactions are subject to the rules and regulations of the bank and to the conditions noted on the transaction receipts and signature cards.

Bank symbol, transaction number, date and amount of your deposit shown below

RECEIPT Drawer: 1011 03/17/20

Trans#: 38 12:34:09

xxxxxxxxxxxx

Checking Deposit

OB0156

Member FDIC

FPL

Aneiros000155



OCEAN BANK

Deposits may not be available for immediate withdrawal

All items deposited are conditionally credited subject to later verification and final settlement. All transactions are subject to the rules and regulations of the bank and to the conditions noted on the transaction receipts and signature cards.

Bank symbol, transaction number, date and amount of your deposit shown below

RECEIPT Drawer: 1011 04/09/20

Trans#: 6 09:36:10

***********

Checking Deposit

OB0156

Member FDIC

Aneiros000156