

Aneiros000179