UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20722-GAYLES/LOUIS

DENNIS ANEIROS

  Plaintiff,

vs.

VIORMAR TRADING CORPORATION, N.V.,
AND ORLANDO A. FERNANDEZ,

  Defendants.

_____/

## AFFIDAVIT OF DEFENDANT, ORLANDO A. FERNANDEZ

STATE OF FLORIDA }
COUNT OF MIAMI-DADE }

  I, Orlando A. Fernandez, being duly sworn and competent to make this affidavit, hereby state:

  1. My name is Orlando A. Fernandez, I am above the age of 18 and I am competent to testify as to the matters before this Court.

  2. I am the President of VIORMAR TRADING CORPORATION, N.V., a Florida corporation.

  3. VIORMAR TRADING CORPORATION, N.V., was originally owned by my father, Orlando M Fernandez Bello who passed away on December 22, 2017. I inherited the property following my father's passing.

  4. VIORMAR TRADING CORPORATION, N.V., owns the property located a7880-7884 NW 55th Street Doral, FL 33166 (list all properties).

5. My father discovered the Plaintiff, Dennis Aneiros ("Mr. Aneiros"), living out of his car on (circa) 2010.

6. My father had compassion on Mr. Aneiros and expressed concern for his safety. If anything were to happen to Mr. Aneiros while he was on Viormar property, my father could have faced legal trouble. Therefore, my father permitted Dennis to reside in one of the vacant offices on the property.

7. Our families intention was that Mr. Aneiros would sleep in the office until he was able to get back on his feet. Mr. Aneiros represented that he had no desire to remain on the property and intended to leave as soon as possible.

8. Mr. Aneiros informed us that he was working on various patents that he believed would be lucrative. He would tell us that he simply needed more time to get the patents cleared and once that happened, he would willingly vacate the property. Unfortunately, none of Mr. Aneiros alleged patents came to fruition.

9. In hindsight, we should have known that Mr. Aneiros never intended to leave the property. Mr. Aneiros had always intended to remain on the property and was simply exploiting the kindness that my father generously extended.

10. Mr. Aneiros claims that he had entered into an arrangement with my father that he would be permitted to reside in the property rent free if he agreed to perform services for us at no charge. This is simply not true. No such arrangement has ever occurred.

11. The property subject to this suit has been owned by my family since 1979 and since that time we have only had a single tenant named Jessy's Limounsine. For the past seven years the property has essentially remained vacant aside from Mr. Aneiros illegally squatting on the property.

12. I can no longer economically maintain the property. On 2018 I informed Mr. Aneiros that I would have to sell the property due to my financial situation, but I could not sell the property if he continued to reside in it.

13. Mr. Aneiros did not take this news well and filed the suit that is currently before this Court in an effort to get money that he is not owed and/or prevent the sale of the property.

14. Throughout the course of the litigation, Mr. Aneiros has made various discovery requests that asked for our entire employment files and tax returns. We complied with the discovery request and it was shown that VIORMAR TRADING CORPORATION, N.V. does not have more than two employees, in fact we don't have any employees, and we do not make more than $500,000.00 a year. Nevertheless, Mr. Aneiros is determined to proceed with this suit.

15. Mr. Aneiros has never been an employee of VIORMAR TRADING CORPORATION, N.V. and I never hired him in any capacity.

FURTHER AFFIANT SAYETH NAUGHT

_____
Orlando A. Fernandez
President of VIORMAR TRADING CORPORATION, N.V.

I HEREBY CERTIFY that on this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally/virtually appeared, Orlando A. Fernandez, who is known to me or who presented  Florida ID  as identification, and executed the foregoing instrument, after being duly sworn, and acknowledged before me that he executed this document freely and voluntarily for the purposes herein stated.

WITNESS my hand and official seal in the County and State last aforesaid this __20__<sup>TH</sup> day of ___ December, 2024.

_____
NOTARY PUBLIC, STATE OF __Florida__

(SEAL)

Alain Robert Guerre
Comm.: HH 398107
Expires: Sep. 9, 2027
Notary Public - State of Florida