

# CORINA

March 1, 2017

Re:   Sunrise Paradise Plaza –Assistant Property Manager

Dear Tenant:

This letter is to inform you that Mr. Dennis Aneiros has been contracted by our office to serve as assistant property manager. As such, Mr. Aneiros is authorized to collect the rent payments for Sunrise Paradise Plaza, among other responsibilities.

If you have any questions, please feel free to call me at 786.271.1883.

Sincerely,

Christina Fernandez
Property Manager

CORINA | 7880 NW 55th Street, Doral, FL 33166 | Phone: (786) 271-1883