| Form **1120-F** | **U.S. Income Tax Return of a Foreign Corporation** | OMB No. 1545-0126 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2013, or tax year beginning __12/01__, 2013, and ending __11/30__, 20__14__<br>▶ Information about Form 1120-F and its separate instructions is at *www.irs.gov/form1120f*. | **2013** |

| Type or Print | Name<br>**VIOMAR TRADING CORP. NV** | Employer identification number |
|---|---|---|
| | Number, street, and room or suite no. (see instructions)<br>**7884 NW 55th Street** | Check box(es) if: ☐ Initial return ☐ Name or address change ☐ Final return ☐ First post-merger return ☐ Amended return ☐ Schedule M-3 attached ☐ Protective return |
| | City or town, state or province, country, and ZIP or foreign postal code<br>**Miami, Florida 33166** | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **A** | Country of incorporation **Northland Antille** | **H** | Did the corporation's method of accounting change from the preceding tax year? . . . . . . . .<br>If "Yes," attach a statement with an explanation. | | ✓ |
| **B** | Foreign country under whose laws the income reported on this return is also subject to tax **U.S.A.** | | | | |
| **C** | Date incorporated **12/12/1970** | **I** | Did the corporation's method of determining income change from the preceding tax year? . . . . .<br>If "Yes," attach a statement with an explanation. | | ✓ |
| **D** | (1) Location of corporation's primary books and records (city, province or state, and country) **Miami, Florida** | | | | |
| | (2) Principal location of worldwide business **7884 NW 55th Street** | **J** | Did the corporation file a U.S. income tax return for the preceding tax year? . . . . . . . . . . | ✓ | |
| | (3) If the corporation maintains an office or place of business in the United States, check here . . . . . . . . . . ▶ ✓ | **K** | (1) At any time during the tax year, was the corporation engaged in a trade or business in the United States? | ✓ | |
| **E** | If the corporation had an agent in the United States at any time during the tax year, enter:<br>(1) Type of agent **N/A**<br>(2) Name<br>(3) Address | | (2) If "Yes," is taxpayer's trade or business within the United States solely the result of a section 897 (FIRPTA) sale or disposition? . . . . . . | | ✓ |
| | | **L** | Did the corporation have a permanent establishment in the United States for purposes of any applicable tax treaty between the United States and a foreign country?<br>If "Yes," enter the name of the foreign country: | | ✓ |
| **F** | See the instructions and enter the corporation's principal:<br>(1) Business activity code number ▶ **531170**<br>(2) Business activity ▶ **Warehouse Rental**<br>(3) Product or service ▶ **Service** | **M** | Did the corporation have any transactions with related parties?<br>If "Yes," Form 5472 may have to be filed (see instructions).<br>Enter number of Forms 5472 attached ▶ | | ✓ |
| **G** | Check method of accounting: (1) ✓ Cash  (2) ☐ Accrual<br>(3) ☐ Other (specify) ▶ | | Note: *Additional information is required on page 2.* | | |

**Computation of Tax Due or Overpayment**

| | | | |
|---|---|---|---|
| 1 | Tax from Section I, line 11, page 2 . . . . . . . . . . . . . | 1 | |
| 2 | Tax from Section II, Schedule J, line 9, page 4 . . . . . . . . . | 2 | |
| 3 | Tax from Section III (add lines 6 and 10 on page 5) . . . . . . . | 3 | |
| 4 | **Total tax.** Add lines 1 through 3 . . . . . . . . . . . . . | 4 | |
| 5a | 2012 overpayment credited to 2013 . . . | 5a | |
| b | 2013 estimated tax payments . . . . . | 5b | |
| c | Less 2013 refund applied for on Form 4466 . | 5c | ( ) |
| d | Combine lines 5a through 5c . . . . . . . . . . . . . . | 5d | |
| e | Tax deposited with Form 7004 . . . . . . . . . . . . . . | 5e | |
| f | Credit for tax paid on undistributed capital gains (attach Form 2439) . . . | 5f | |
| g | Credit for federal tax paid on fuels (attach Form 4136). See instructions . . | 5g | |
| h | Refundable credit from Form 8827, line 8c . . . . . . . . . . | 5h | |
| i | U.S. income tax paid or withheld at source (add line 12, page 2, and amounts from Forms 8288-A and 8805 (attach Forms 8288-A and 8805)) . . . . . | 5i | |
| j | Total payments. Add lines 5d through 5i . . . . . . . . . . . | 5j | |
| 6 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . ▶ ☐ | 6 | |
| 7 | **Amount owed.** If line 5j is smaller than the total of lines 4 and 6, enter amount owed . . . . . . | 7 | |
| 8a | **Overpayment.** If line 5j is larger than the total of lines 4 and 6, enter amount overpaid . . . . . . | 8a | |
| b | Amount of overpayment on line 8a resulting from tax deducted and withheld under Chapter 3 (from Schedule W, line 7, page 7) | 8b | |
| 9 | Enter portion of line 8a you want **Credited to 2014 estimated tax** ▶ _____ **Refunded** ▶ | 9 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature]   6/15/15
Signature of officer    Date    Title

May the IRS discuss this return with the preparer shown below (see instructions)?  ✓ Yes  ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name<br>**Rodolfo J Suarez** | Preparer's signature<br>[signature] | Date<br>**8/15/15** | Check ☐ if self-employed | PTIN<br>**P00240558** |
|---|---|---|---|---|---|
| | Firm's name ▶ **Suarez & Associates** | | | Firm's EIN ▶ | **65-0244576** |
| | Firm's address ▶ **10200 NW 25th Street, Miami, Florida 33172** | | | Phone no. | **305-718-4400** |

For Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 11470I  Form **1120-F** (2013)

Form **7004**
(Rev December 2012)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Information about Form 7004 and its separate instructions is at *www.irs.gov/form7004*.

OMB No. 1545-0233

**Print or Type**

Name: Viomar Trading Corp, N.V
Identifying number: 59-1878157

Number, street, and room or suite number. (If P.O. box, see instructions.)
7884 N.W. 55th Street

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).
Miami                    FL   33166

**Note.** File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.

### Part I  Automatic 5-Month Extension

1a Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | | |
| | | Form 1041 (trust) | 05 |

### Part II  Automatic 6-Month Extension

b Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | | 20 |
| | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | | 22 |
| | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | | 24 |
| | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | | 26 |
| | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | | 28 |
| | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | | 30 |
| | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | | 33 |
| | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | | 36 |

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . ▶ ☐
   If checked, attach a statement, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

### Part III  All Filers Must Complete This Part

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . . . . . . . . . . . ▶ ☐

5a The application is for calendar year 20 __, or tax year beginning   Dec 1 __, 20 13, and ending  Nov 30 __, 20 14.

  b **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
  ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (see instructions — attach explanation)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 0. |
| 7 | Total payments and credits (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 0. |

BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.              Form **7004** (Rev 12-2012)

CPCZ0701   11/30/12

Form 1120-F (2013) Page **2**

| | **Additional Information** *(continued from page 1)* | Yes | No |
|---|---|---|---|
| N | Is the corporation a controlled foreign corporation? (See section 957(a) for definition.) . . . . . | | ✓ |
| O | Is the corporation a personal service corporation? (See instructions for definition.) . . . . . . | | ✓ |
| P | Enter tax-exempt interest received or accrued during the tax year (see instructions) ▶ $ _____ | | |
| Q | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a U.S. corporation? (See section 267(c) for rules of attribution.) . . . . . . . . . . . . . If "Yes," attach a statement showing **(1)** name and EIN of such U.S. corporation; **(2)** percentage owned; and **(3)** taxable income or (loss) before NOL and special deductions of such U.S. corporation for the tax year ending with or within your tax year. | | ✓ |
| R | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . . . . . . . . . . ▶ ☐ | | |
| S | Enter the available NOL carryover from prior tax years. (Do not reduce it by any deduction on line 30a, page 3.) ▶ $ _____ | | |
| T | Is the corporation a subsidiary in a parent-subsidiary controlled group? . . . . . . . . . If "Yes," enter the parent corporation's: (1) EIN ▶ _____ (2) Name ▶ _____ | ✓ | |
| U | (1) Is the corporation a dealer under section 475? . . (2) Did the corporation mark to market any securities or commodities other than in a dealer capacity? | | ✓  ✓ |

| | | Yes | No |
|---|---|---|---|
| V | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (See section 267(c) for rules of attribution.) If "Yes," attach a statement showing the name and identifying number. (Do not include any information already entered in item **T**.) Enter percentage owned ▶ _____ | | ✓ |
| W | Is the corporation taking a position on this return that a U.S. tax treaty overrules or modifies an Internal Revenue law of the United States, thereby causing a reduction of tax? . If "Yes," the corporation is generally required to complete and attach Form 8833. See Form 8833 for exceptions. **Note:** *Failure to disclose a treaty-based return position may result in a $10,000 penalty (see section 6712).* | | ✓ |
| X | During the tax year, did the corporation own any entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? . . If "Yes," attach a statement listing the name, country under whose laws the entity was organized, and EIN (if any) of each such entity. | | ✓ |
| Y | (1) Did a partnership allocate to the corporation a distributive share of income from a directly owned partnership interest, any of which is ECI or treated as ECI by the partnership or the partner? . . . . . . . If "Yes," attach Schedule P. See instructions. (2) During the tax year, did the corporation own directly or indirectly, at least a 10% interest, in any foreign partnership? If "Yes," see instructions for required attachment. | | ✓  ✓ |
| Z | (1) Has the corporation engaged in any transactions the results of which are subject to the arm's length standard under section 482 and its regulations? . . . . . . (2) Has the corporation recognized any interbranch amounts? If "Yes," attach statement (see instructions). | | ✓  ✓ |
| AA | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? If "Yes," complete and attach Schedule UTP. | | ✓ |

**SECTION I—Income From U.S. Sources Not Effectively Connected With the Conduct of a Trade or Business in the United States**—Do not report items properly withheld and reported on Form 1042-S. See instructions.

Report all gross transportation income subject to 4% tax on line 9. Report other column (a) income items only if not properly withheld and reported on Form 1042-S. The rate of tax on these **gross** income items is 30% or such lower rate specified by tax treaty. No deductions are allowed against these types of income. Enter treaty rates where applicable. **If the corporation is claiming a lower treaty rate, also complete item W above.** If multiple treaty rates apply to a type of income (e.g., subsidiary and portfolio dividends or dividends received by disregarded entities), attach a statement showing the amounts, tax rates, and withholding for each.

Name of treaty country, if any ▶

| | (a) Class of income (see instructions) | (b) Gross amount | (c) Rate of tax (%) | (d) Amount of tax liability | (e) Amount of U.S. income tax paid or withheld at the source |
|---|---|---|---|---|---|
| 1 | Interest . . . . . . . . . . . . | | | | |
| 2 | Dividends . . . . . . . . . . | | | | |
| 3 | Rents . . . . . . . . . . . . | | | | |
| 4 | Royalties . . . . . . . . . . . | | | | |
| 5 | Annuities . . . . . . . . . . . | | | | |
| 6 | Gains from disposal of timber, coal, or domestic iron ore with a retained economic interest (attach supporting statement) . . | | | | |
| 7 | Gains from sale or exchange of patents, copyrights, etc. | | | | |
| 8 | Fiduciary distributions (attach supporting statement) | | | | |
| 9 | Gross transportation income (see instructions) | | 4 | | |
| 10 | Other fixed or determinable annual or periodic gains, profits, and income . . . . . . | | | | |
| | _____ | | | | |
| | _____ | | | | |
| 11 | Total. Enter here and on line 1, page 1 . . . . . . . . . . . . . ▶ | | | | |
| 12 | Total. Enter here and include on line 5i, page 1 . . . . . . . . . . . . . ▶ | | | | |
| 13 | Is the corporation fiscally transparent under the laws of the foreign jurisdiction with respect to any item of income listed above? ☐ Yes ☐ No If "Yes," attach a statement that provides the information requested above with respect to each such item of income. | | | | |

Form **1120-F** (2013)

Form 1120-F (2013)  Page **3**

**SECTION II—Income Effectively Connected With the Conduct of a Trade or Business in the United States** (see instructions)

**Important:** *Fill in all applicable lines and schedules. If you need more space, see* **Assembling the Return** *in the instructions.*

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | |
| 1b | Less returns and allowances | |
| 1c | Bal ▶ | |
| 2 | Cost of goods sold (attach Form 1125-A) | |
| 3 | Gross profit (subtract line 2 from line 1c) | |
| 4 | Dividends (Schedule C, line 14) | |
| 5 | Interest | |
| 6 | Gross rents | 20,743. |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions—attach statement) | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 20,743. |

### Deductions (See instructions for limitations on deductions.)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | |
| 13 | Salaries and wages (less employment credits) | |
| 14 | Repairs and maintenance | 13,527. |
| 15 | Bad debts (for bad debts over $500,000, attach a list of debtors and amounts) | |
| 16 | Rents | |
| 17 | Taxes and licenses | 289. |
| 18 | Interest expense from Schedule I, line 25 (see instructions) | |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 8,018. |
| 21 | Depletion | |
| 22 | Advertising | |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Deductions allocated and apportioned to ECI from Schedule H, line 20 (see instructions) | |
| 27 | Other deductions (attach statement) *SEE SCHEDULE J* | 2,257. |
| 28 | **Total deductions.** Add lines 12 through 27 ▶ | 24,091. |
| 29 | Taxable income before NOL deduction and special deductions (subtract line 28 from line 11) ▶ | -3,348. |
| 30 | Less: a Net operating loss deduction (see instructions) — 30a | |
| | b Special deductions (Schedule C, line 15) — 30b | |
| | c Add lines 30a and 30b — 30c | |
| 31 | Taxable income or (loss). Subtract line 30c from line 29 | -3,048. |

Form **1120-F** (2013)

Form 1120-F (2013) Page **4**

**SECTION II—Income Effectively Connected With the Conduct of a Trade or Business in the United States** (Continued)

### Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions: (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations | | 80 | |
| 8 | **Total.** Add lines 1 through 7. See instructions for limitation | | | |
| 9 | Dividends from foreign corporations not included on lines 3, 6, or 7 | | | |
| 10 | Foreign dividend gross-up (section 78) | | | |
| 11 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 12 | Other dividends | | | |
| 13 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 14 | **Total dividends.** Add lines 1 through 12. Enter here and on line 4, page 3 | | | |
| 15 | **Total special deductions.** Add lines 8 and 13. Enter here and on line 30b, page 3 ▶ | | | |

### Schedule J — Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | 2 | |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | General business credit (attach Form 3800) | 5b | |
| c | Credit for prior year minimum tax (attach Form 8827) | 5c | |
| d | Bond credits from Form 8912 | 5d | |
| 6 | **Total credits.** Add lines 5a through 5d | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | |
| 8 | Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Form 8902  ☐ Other (attach statement) | 8 | |
| 9 | **Total tax.** Add lines 7 and 8. Enter here and on line 2, page 1 | 9 | |

Form **1120-F** (2013)

Form 1120-F (2013) Page **5**

## SECTION III—Branch Profits Tax and Tax on Excess Interest

### Part I—Branch Profits Tax (see instructions)

| | | |
|---|---|---|
| 1 | Enter the amount from Section II, line 29 . | 1 |
| 2 | Enter total adjustments to line 1 to get effectively connected earnings and profits. (Attach required statement showing the nature and amount of adjustments.) (See instructions.) . | 2 |
| 3 | Effectively connected earnings and profits. Combine line 1 and line 2 . | 3 |
| 4a | Enter U.S. net equity at the end of the current tax year. (Attach required statement.) . | 4a |
| b | Enter U.S. net equity at the end of the prior tax year. (Attach required statement.) . | 4b |
| c | Increase in U.S. net equity. If line 4a is greater than or equal to line 4b, subtract line 4b from line 4a. Enter the result here and skip to line 4e . | 4c |
| d | Decrease in U.S. net equity. If line 4b is greater than line 4a, subtract line 4a from line 4b . | 4d |
| e | Non-previously taxed accumulated effectively connected earnings and profits. Enter excess, if any, of effectively connected earnings and profits for preceding tax years beginning after 1986 over any dividend equivalent amounts for those tax years . | 4e |
| 5 | Dividend equivalent amount. Subtract line 4c from line 3. If zero or less, enter -0-. If no amount is entered on line 4c, add the lesser of line 4d or line 4e to line 3 and enter the total here . | 5 |
| 6 | **Branch profits tax.** Multiply line 5 by 30% (or lower treaty rate if the corporation is a qualified resident or otherwise qualifies for treaty benefits.) (See instructions.) Enter here and include on line 3, page 1. **Also complete item W on page 2** . | 6 |

### Part II—Tax on Excess Interest (see instructions for this Part and for Schedule I (Form 1120-F))

| | | |
|---|---|---|
| 7a | Enter the interest from Section II, line 18 . | 7a |
| b | Enter the inverse of the total amount deferred, capitalized, and disallowed from Schedule I, line 24d (i.e., if line 24d is negative, enter as a positive number; if line 24d is positive, enter as a negative number) . | 7b |
| c | Combine lines 7a and 7b (amount must equal Schedule I, line 23) . | 7c |
| 8 | **Branch Interest** (see instructions for definition): Enter the sum of Schedule I, line 9, column (c), and Schedule I, line 22. If the interest paid by the foreign corporation's U.S. trade or business was increased because 80% or more of the foreign corporation's assets are U.S. assets, check this box . ▶ ☐ | 8 |
| 9a | Excess interest. Subtract line 8 from line 7c. If zero or less, enter -0- . | 9a |
| b | If the foreign corporation is a bank, enter the excess interest treated as interest on deposits (see instructions for rules for computing this amount). Otherwise, enter -0-. . | 9b |
| c | Subtract line 9b from line 9a . | 9c |
| 10 | **Tax on excess interest.** Multiply line 9c by 30% or lower treaty rate (if the corporation is a qualified resident or otherwise qualifies for treaty benefits). (See instructions.) Enter here and include on line 3, page 1. **Also complete item W on page 2** . | 10 |

### Part III—Additional Information

| | | Yes | No |
|---|---|---|---|
| 11 | Is the corporation claiming a reduction in, or exemption from, the branch profits tax due to: | | |
| a | A complete termination of all U.S. trades or businesses? . | | |
| b | The tax-free liquidation or reorganization of a foreign corporation? . | | |
| c | The tax-free incorporation of a U.S. trade or business? . | | |
| | If **11a** or **11b** applies and the transferee is a domestic corporation, attach Form 8848. If **11c** applies, attach the statement required by Temporary Regulations section 1.884-2T(d)(5). | | |

Form **1120-F** (2013)

Form 1120-F (2013) Page **6**

Note: *Check if completing on* ▶ ☐ U.S. basis or ☐ Worldwide basis.

**Schedule L   Balance Sheets per Books**

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 4,691. | | 7,901. |
| 2a | Trade notes and accounts receivable | 16,550. | | 16,550. | |
| b | Less allowance for bad debts | ( ) | 16,550. | ( ) | 16,550. |
| 3 | Inventories | | 2,762. | | 2,762. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6a | Interbranch current assets* | | | | |
| b | Other current non-U.S. assets* | | | | |
| c | Other current U.S. assets* | | 18,575. | | 19,867. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9a | Other loans and investments—non-U.S. assets* | | | | |
| b | Other loans and investments—U.S. assets* | | | | |
| 10a | Buildings and other depreciable assets | 238,589. | | 238,589. | |
| b | Less accumulated depreciation | ( 167,600. ) | 70,989. | ( 175,618. ) | 62,971. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 48,105. | | 48,105. |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Assets held in trust | | | | |
| 15 | Other non-current interbranch assets* | | | | |
| 16a | Other non-current non-U.S. assets* | | | | |
| b | Other non-current U.S. assets* | | 234,810. | | 234,810. |
| 17 | Total assets | | 396,482. | | 392,966. |
| | **Liabilities** | | | | |
| 18 | Accounts payable | | 587. | | 587. |
| 19 | Mortgages, notes, bonds payable in less than 1 year: | | | | |
| a | Interbranch liabilities* | | 47,091. | | 47,090. |
| b | Third-party liabilities* | | 4,300. | | 4,300. |
| 20 | Other current liabilities* | | 314. | | 145. |
| 21 | Loans from shareholders | | | | |
| 22 | Mortgages, notes, bonds payable in 1 year or more: | | | | |
| a | Interbranch liabilities* | | 55,219. | | 55,219. |
| b | Third-party liabilities* | | | | |
| 23 | Liabilities held in trust | | | | |
| 24a | Other interbranch liabilities* | | | | |
| b | Other third-party liabilities* | | | | |
| | **Equity** | | | | |
| 25 | Capital stock:   a Preferred stock | | | | |
| | b Common stock | 30,000. | 30,000. | 30,000. | 30,000. |
| 26 | Additional paid-in capital | | 200,000. | | 200,000. |
| 27 | Retained earnings—Appropriated* | | | | |
| 28 | Retained earnings—Unappropriated | | 58,971. | | 55,625. |
| 29 | Adjustments to shareholders' equity* | | | | |
| 30 | Less cost of treasury stock | | ( ) | | ( ) |
| 31 | Total liabilities and shareholders' equity | | 396,482. | | 392,966. |

*Attach statement—see instructions.

Form **1120-F** (2013)

Form 1120-F (2013) Page **7**

| | **Schedule W** | **Overpayment Resulting From Tax Deducted and Withheld Under Chapter 3** | | |
|---|---|---|---|---|
| 1 | Total Chapter 3 payments. Enter the amount from page 1, line 5i | | **1** | |
| 2 | Enter the tax amount from page 1, line 1 | **2** | | |
| 3 | Enter the portion of the tax amount shown on page 1, line 2 pertaining to income associated with amounts deducted and withheld under sections 1445 and 1446 (see instructions for general guidelines) | **3** | | |
| 4 | **Total Chapter 3 tax.** Combine lines 2 and 3 | | **4** | |
| 5 | **Tentative overpayment resulting from tax deducted and withheld under Chapter 3.** Subtract line 4 from line 1 | | **5** | |
| 6 | Enter the amount from page 1, line 8a | | **6** | |
| 7 | **Overpayment resulting from tax deducted and withheld under Chapter 3.** Enter the smaller of line 5 or line 6. Enter the result here and on page 1, line 8b | | **7** | |

Form **1120-F** (2013)

| | | | OMB No. 1545-0172 |
|---|---|---|---|
| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | | **2013** |
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions. ► Attach to your tax return. | | Attachment Sequence No. **179** |

Name(s) shown on return: Viomar Trading Corp, N.V
Identifying number: 59-1878157
Business or activity to which this form relates: Form 1120 Line 20

### Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2012 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2014. Add lines 9 and 10, less line 12 . . . . . . ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 3,828. |

### MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2013 | 17 | 4,190. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

#### Section B — Assets Placed in Service During 2013 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

#### Section C — Assets Placed in Service During 2013 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 8,018. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.  FDIZ0812 06/10/13                Form **4562** (2013)

Form **4562** (2013)   Viomar Trading Corp, N.V                                59-1878157        Page **2**

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A — Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.*)

**24 a** Do you have evidence to support the business/investment use claimed? . . . . . . [ ] Yes  [ ] No  **24b** If 'Yes,' is the evidence written? . . . [ ] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . . . . . . . | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | **29** | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles). . . . . . . . . . . . . . . | | | | | | |
| **31** Total commuting miles driven during the year . . . . . | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . . | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . | | | | | | |
| | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | | | | | | |
| **36** Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2013 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2013 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **43** | | | | | |
| **44 Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . **44** | | | | | |

FDIZ0812  06/10/13                                                                    Form **4562** (2013)

CO: VIOMAR TRADING CORP

DATE: 11/30/2014

EIN: 59-1878157

### Schedule I – other deductions – Pg.3 – Line 27

| | |
|---|---:|
| Alarm | 263.00 |
| Insurance | 857.00 |
| Bank Charges | 10.00 |
| Utilities | 1,127.00 |
| Total | $2,257.00 |