UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-cv-20772-DPG

**DENNIS ANEIROS**,

    Plaintiff,

v.

**VIORMAR TRADING CORPORATION,
N.V., and ORLANDO A. FERNANDEZ,**

    Defendants.
_____/

### DEFENDANTS' NOTICE OF STRIKING DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL MATERIAL FACTS

**PLEASE TAKE NOTICE**, Defendants, VIORMAR TRADING CORPORATION, N.V., and ORLANDO A. FERNANDEZ, ("Defendants") by and through his undersigned counsel, pursuant to Section 3J(1) of CM/ECF Admin Procedures and LR 5.1(b), and the Court's Notice dated January 14, 2025, [ECF No. 43], hereby files this Notice of Striking Defendants' Response to Plaintiff's Additional Material Facts [ECF No. 42]. Pursuant to the Court's Notice, Defendants shall refile its Response to Plaintiff's Additional Material Facts within three (3) days of the Court's Notice.

    Respectfully submitted,

    By: */s/Robert Twombly*
    Robert Twombly, Esquire
    FBN: 60127

    By: */s/David Alvarez*
    David Alvarez, Esquire
    FBN: 1054426

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the undesigned counsel, on January 17, 2025, served the foregoing upon counsel for the Plaintiff by email to: bvirues@lawgmp.com, Garcia-Menocal, P.L, 350 Sevilla Ave, Coral Gables, FL 33134 and rdiego@lawgmp.com, The Law Office of Ramon J. Diego, P.A., 5001 SW 74th Court, Miami, FL 33155.

Respectfully submitted,

**WHITE & TWOMBLY, P.A.**
*Counsel for Defendants*
9999 NE 2nd Avenue, Suite 306
Miami Shores, Florida 33138
Telephone: (786) 502-2038
robert@whitetwombly.com
david@whitetwombly.com
paralegalryt@whitetwombly.com

By: */s/Robert Twombly*
Robert Twombly, Esquire
FBN: 0060127

By: */s/David Alvarez*
David Alvarez, Esquire
FBN: 1054426