UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE PRETRIAL MOTIONS

Plaintiff, Dennis Aneiros, and Defendants, Viormar Trading Corporation, N.V. and Orlando Fernandez, (collectively, the "Parties") through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and other applicable Rules and laws, request that the Court extend the Parties' deadlines for filing pretrial motions and memoranda of law, including motions in limine, based on the following good cause:

1. Under the Court's Scheduling Order [ECF No. 25], the Parties are required to file "[a]ll pretrial motions and memoranda of law, including motions in limine," by January 24, 2025.

2. The Parties intend to file motions in limine, but are still in the process of conferring as to certain evidence (including argument, inference, or reference thereto) which may pose the risk of creating unfair prejudice to the Parties in comparison to probative value.

3. Postponing the deadline to file pretrial motions by one week, until January 31, 2025, should allow the Parties to streamline this evidentiary issue by reaching a resolution on which

evidence, including argument, inference, or reference thereto, should be permitted at the trial of this case.

4. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

5. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

6. Accordingly, the Parties jointly request that the Court extend the deadline to file pretrial motions, including motions in limine, by one week until January 31, 2025.

WHEREFORE Plaintiff, Dennis Aneiros, and Defendants, Viormar Trading Corporation, N.V. and Orlando A. Fernandez, respectfully request that the Court grant the relief set forth herein.

Respectfully submitted this 24th day of September 2024.

| s/ Patrick Brooks LaRou | s/ David A. Alvarez |
|---|---|
| Brian H. Pollock, Esq. (174742) | Robert Y. Twombly, Esq. (060127) |
| brian@fairlawattorney.com | robert@whitetwombly.com |
| Patrick Brooks LaRou, Esq. (1039018) | David A. Alvarez, Esq. (1054426) |
| brooks@fairlawattorney.com | david@whitetwombly.com |
| FAIRLAW FIRM | WHITE & TWOMBLY, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 9999 N.E. 2nd Avenue, Suite 306 |
| Coral Gables, Florida 33146 | Miami Shores, Florida 33138 |
| Telephone: (305) 230-4884 | Telephone: (786) 502-2038 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |