UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE PRETRIAL MOTIONS

THIS CAUSE, having come before the Court on the parties' Joint Motion for Extension of Deadline to File Pretrial Motions [ECF No. 99], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED, and the parties' deadline to file pretrial motions, including motions in limine, shall be extended by one week, until January 31, 2025.

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of January 2025.

                                _____
                                DARRIN P. GAYLES
                                UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*