UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION IN LIMINE AND/OR TO EXCLUDE

THIS CAUSE, having come before the Court on Plaintiff's Motion in Limine and/or to Exclude [ECF No. 51], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED. All evidence, argument, inference, and reference to the following shall be excluded from the trial of this case:

    i. Plaintiff's classification as an employee or independent contractor for work performed outside of his working relationship with Defendants;

    ii. Plaintiff's mental state as to whether he was an employee or independent contractor of Defendants;

    iii. Whether Plaintiff paid or filed income taxes before or during his work for Defendants; and

    iv. The timing of when this lawsuit was initiated (other than for establishing the statutory periods relevant to the claims at issue).

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of January 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*