IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

VIORMAR TRADING CORPORATION, N.V.,

    Plaintiff,

v.

DENNIS ANEIROS,

    Defendant.

_____/

CIVIL DIVISION
CASE NO.:

## VERIFIED COMPLAINT

Plaintiff, Viormar Trading Corporation, N.V., ("Viormar" or "Plaintiff"), by and through it's undersigned counsel, pursuant to Fla. Stat. § 66.021, hereby files suit against Defendant, Dennis Aneiros ("Defendant"), and states:

### JURISDICTION

1. This Court has exclusive jurisdiction over the matter pursuant to Fla. Stat. § 66.021(2).

2. The amount in controversy exceeds $50,001.00.

3. There are no conditions precedent to the filing of this action. Fla. Stat. § 66.021(3).

### VENUE

4. Viormar is a foreign corporation with its headquarters located in Miami-Dade County, Florida.

5. Defendant has unlawfully entered and taken up residence in the Plaintiff's commercial property which is located in Miami-Dade County, Florida.

6. All causes of action have occurred in Miami-Dade County, Florida.

### PARTIES

7. Viormar is a foreign corporation that is the record owner of the subject property. Orlando

Fernandez is the principal of Viormar.

8. Defendant, a transient occupant, unlawfully entered the property on or about February 2014.

## FACTS

9. There are two primary Viormar properties that are being unlawfully detained by Defendant: (i) 7884 NW 55th Street, Miami, FL 33166; and (ii) 7882 NW 55th Street, Miami, FL 33166 (collectively, "the Property"). Plaintiff owns the entire property located at 7880 NW 55th Street, Miami, FL 33166 and the record owner of the Property is Viormar as reflected in the Miami-Dade County property appraiser's website.

10. Plaintiff is the sole title holder of the entire Property. See **Exhibit "A"**, Warranty Deed.

11. The Defendant was discovered by Plaintiff, sleeping in one of the garages located at the Property.

12. Plaintiff recognized that Defendant was homeless and had nowhere to go, so he allowed him to sleep in the garage until he was able to get back on his feet.

13. Plaintiff allowed Defendant to use the garage as a shelter, free of charge.

14. Defendant has never paid rent to Plaintiff while living on the Property.

15. In 2018, Plaintiff informed Defendant that he would have to vacate the Property.

16. Defendant eventually turned one of Viormar's garages into an automobile body shop.

17. Upon information and belief, Defendant does not have the appropriate license, permits, or certifications to operate an automobile shop.

18. Plaintiff demanded that Defendant close the automobile body shop and vacate the premises immediately.

19. Defendant refused to close the automobile body shop and began taking up residence in a

Viormar office located at 7882 NW 55th Street, Miami, FL 33166 (the "Office").

20. This office was never intended to be used as a residential property and as such was never equipped to be one.

21. Plaintiff, upon discovering Defendant's unauthorized use of the Office, demanded that he take all of his stored belongings out of the Office and vacate all of Viormar's properties. Defendant again refused Plaintiff's demands.

22. Defendant has a number of aggressive dogs standing guard of his unauthorized body shop, and those dogs sleep with the Defendant in the Office.

23. The Defendant's unauthorized automobile body shop and guard dogs have caused property damage.

24. Plaintiff intends on listing the Property for rent, but cannot do so while the Defendant unlawfully occupies the Property.

25. Without the intervention of this Court, the Property will incur further damages by the Defendant.

## COUNT I - EJECTMENT
## FLA. STAT. § 66.021

26. Plaintiff hereby incorporates the allegations set forth in paragraphs 1 through 25 as if fully set forth herein.

27. Plaintiff is an entity who has a present right of possession to the Property

28. Plaintiff has a superior right to possession of the Property.

29. Defendant is unlawfully detaining the property without Plaintiff's consent.

30. Defendant is currently occupying the Property unlawfully.

31. Plaintiff has been wrongfully dispossessed from the Property by the Defendant.

**WHEREFORE**, Plaintiffs respectfully request that this Court order the ejectment of

Defendant and grant any further relief this Court deems equitable and proper.

## DEMAND FOR NON-JURY TRIAL

Plaintiff hereby demands trial by non-jury of all issues so triable as a matter of right.

DATED: August 9, 2024.

>Respectfully submitted,
>
>White & Twombly, P.A.
>*Attorneys for Plaintiff*
>9999 NE 2nd Avenue, Ste. 306
>Miami Shores, FL 33138
>Telephone: (786) 502-2038
>robert@whitetwombly.com
>dan@whitetwombly.com
>david@whitetwombly.com
>paralegalryt@whitetwombly.com
>
>By: */s/ Robert Twombly*
>Robert Twombly, Esquire
>FBN: 060127
>
>By: */s/ Daniel Castilla*
>Daniel Castilla, Esquire
>FBN: 1049187
>
>By: */s/David Alvarez*
>David Alvarez, Esquire
>FBN: 1054426

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered to all of the Parties on the Court's e-service list via the Court's e-portal on August 9, 2024.

>Respectfully submitted,
>
>**WHITE & TWOMBLY, P.A.**
>*Counsel for Plaintiff*

9999 NE 2nd Avenue, Suite 306
Miami Shores, Florida 33138
Telephone: (786) 502-2038
robert@whitetwombly.com
dan@whitetwombly.com
paralegalryt@whitetwombly.com

By: */s/Robert Twombly*
Robert Twombly, Esquire
FBN: 0060127

By: */s/Daniel Castilla*
Daniel Castilla, Esquire
FBN: 1049187

By: */s/David Alvarez*
David Alvarez, Esquire
FBN: 1054426

## AFFIDAVIT OF ORLANDO FERNANDEZ

1. My name is Orlando Fernandez, I am above eighteen (18) years of age and I am competent to testify to the matters in the Complaint filed against Defendant Dennis Aneiros.

2. I hereby affirm that each allegation in the Complaint is true and accurate to the best of my knowledge.

FURTHER AFFIDAVIT SAYETH NOT,



ID JVqKo6NsVwSfggkGxm4vyRXg

Orlando Fernandez

Sworn to and subscribed before me on this 6th day of August, 2024.

_____
Notary Public, State of Florida, at Large

Belle Reyes
_____
Printed Name-Notary Public

The affiant is ( ) personally known to me or (✓) has produced his/her Florida Driver's License No. F655-641-49-212-0 as identification.

My commission expires:

BELLE REYES
MY COMMISSION #HH504772
EXPIRES: MAR 17, 2028
Bonded through 1st State Insurance

# EXHIBIT "A"
# WARRANTY DEED

WARRANTY DEED
(FROM CORPORATION)
RAMCO FORM A-3 (PHOTOSTAT)

1979 MAY 18 PM 2:25

OFF 10397 PG 1983
REC

RETURN TO: CHICAGO TITLE INSURANCE COMPANY
1000 BRICKELL AVE., 3rd FLOOR
MIAMI, FLORIDA 33131

**This Warranty Deed** Made and executed the 26th day of April A.D. 19 79 by

E. C. ERNST, INC.

a corporation existing under the laws of                          , and having its principal place of business at

hereinafter called the grantor, to     VIORMAR TRADING CORPORATION N.V.

whose postoffice address is       8155 N.W. 60th Street, Miami, Florida

hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth:** That the grantor, for and in consideration of the sum of $ (10.00) ten and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the grantee, all that certain land situate in County, Florida, viz:

Lot 83 of Airport Gardens, according to the Plat thereof, as recorded in Plat Book 48, at Page 41, of the Public Records of Dade County, Florida.

Subject to:

Conditions, restrictions, reservations and easements of record.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that it is lawfully seized of said land in fee simple; that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.

**In Witness Whereof** the grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

E. C. ERNST, INC.

ATTEST: _____
                    Secretary

Signed, sealed and delivered in the presence of:

By _____
              Vice President

STATE OF City of Washington
COUNTY OF District of Columbia

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgements, personally appeared William H. Kalm and Joseph F. McCarthy well known to me to be the Vice President and Treasurer respectively of the corporation named as grantor in the foregoing deed, and that they severally acknowledged executing the same in the presence of two subscribing witnesses freely and voluntarily under authority duly vested in them by said corporation and that the seal affixed thereto is the true corporate seal of said corporation.

WITNESS my hand and official seal in the County and State last aforesaid this 26th day of April A.D. 19 79

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA.
RECORD VERIFIED
RICHARD P. BRINKER
CLERK CIRCUIT COURT

This Instrument prepared by:
E. J. Farres
Address 2800 One Biscayne Tower
Miami, Florida 33131