UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING
CORPORATION, N.V., AND
ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## JOINT MOTION FOR EXTENSION OF DEADLINE FOR PRETRIAL FILINGS

Plaintiff, Dennis Aneiros, and Defendants, Viormar Trading Corporation, N.V. and Orlando A. Fernandez, through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 6, Local Rule 7.1, and other applicable Rules and laws, requests that the Court extend the parties' deadline to file Pretrial Stipulations, Proposed Jury Instructions, Proposed Verdict Form, and Proposed Findings of Fact and Conclusions of Law (the "Pretrial Filings") based on the following good cause:

1. Under the Court's Scheduling Order [ECF No. 25], the parties are currently set for trial during the two-week period beginning March 24, 2025, with Calendar Call set for Wednesday, March 19, 2025 beginning at 9:30 a.m.

2. As stated in the Court's Scheduling Order [ECF No. 25], the parties' deadline for Pretrial Filings is currently set for February 21, 2025. No additional deadlines are set forth in the Court's Scheduling Order subsequent to their deadline for Pretrial Filings.

3. The parties are actively engaged in settlement negotiations, with hopes of avoiding incurrence of additional fees and costs associated with continued litigation, including preparation of the Pretrial Filings.

4. Accordingly, to facilitate the parties' likelihood of settlement by reducing additional fees incurred as a result of preparing the Pretrial Filings, the parties respectfully request an extension of two weeks, until March 7, 2025, to submit their Pretrial Filings.

5. Postponing the deadline for Pretrial Filings until March 7, 2025 should allow the parties adequate time to continue engaging in settlement negotiations in hopes of resolving this case, without the necessity for submitting Pretrial Filings or proceeding with Trial.

6. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

7. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

8. Accordingly, Plaintiff requests that the Court extend the parties' deadline to submit their Pretrial Filings by two weeks, until March 7, 2025.

WHEREFORE Plaintiff, Dennis Aneiros, and Defendants, Viormar Trading Corporation, N.V. and Orlando A. Fernandez, respectfully request that the Court grant them the relief set forth above.

Respectfully submitted this 21st day of February 2025,

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Robert Y. Twombly |
| Brian H. Pollock, Esq. (174742) | Robert Y. Twombly, Esq. (60127) |
| brian@fairlawattorney.com | robert@whitetwombly.com |
| Patrick Brooks LaRou, Esq. (1039018) | David A. Alvarez, Esq. (1054426) |
| brooks@fairlawattorney.com | david@whitetwombly.com |
| FAIRLAW FIRM | WHITE & TWOMBLY, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 9999 N.E. 2nd Avenue, Suite 306 |
| Coral Gables, Florida 33146 | Miami Shores, Florida 33138 |
| Telephone: (305) 230-4884 | Telephone: (786) 502-2038 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |