UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS

    Plaintiff,

vs.

VIORMAR TRADING CORPORATION, N.V.,
AND ORLANDO A. FERNANDEZ,

    Defendants.

_____/

## DEFENDANTS' EXHIBIT AND WITNESS LIST

Defendants, VIORMAR TRADING CORPORATION, N.V., and ORLANDO A. FERNANDEZ, by and through its undersigned counsel, hereby files its list of Exhibit and Witnesses that Defendants intend to introduce at trial:

### WITNESS LIST

1. Orlando A. Fernandez
   c/o White & Twombly, P.A.
   9999 NE 2nd Ave, Ste 306
   Miami Shores, FL 33138

2. Christina I. Fernandez
   c/o White & Twombly, P.A.
   9999 NE 2nd Ave, Ste 306
   Miami Shores, FL 33138

3. Dennis Aneiros
   c/o Fairlaw Firm
   135 San Lorenzo Ave, Ste 770
   Coral Gables, FL 33146

4. All witnesses listed by Plaintiffs.

5. All witnesses mentioned in deposition and discovery.

6. All witnesses necessary to authenticate documents.

7. All witnesses identified by other parties.

8. All rebuttal witnesses.

Defendant reserves the right to add, modify, supplement, or amend this witness list upon proper notice to all parties.

## EXHIBIT LIST

1. Defendants State Court Order for Judgment on the Pleadings.

2. Defendants State Court Order for Ejectment.

3. All tax returns for VIORMAR TRADING CORPORATION, N.V. that were disclosed in discovery.

4. All documents produced in discovery or attached as exhibits in the parties pleadings.

5. All exhibits identified in Plaintiff's exhibit list.

Defendant reserves the right to add, modify, supplement, or amend this exhibit list upon proper notice to all parties.

Respectfully submitted this 28th day of February 2025.

Respectfully submitted,

By: /s/Robert Twombly
Robert Twombly, Esquire
FBN: 60127

By: /s/David Alvarez
David Alvarez, Esquire
FBN: 1054426

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the undesigned counsel, on February 28, 2025, served the

foregoing upon counsel for the Plaintiff by email to: bvirues@lawgmp.com, Garcia-Menocal, P.L, 350 Sevilla Ave, Coral Gables, FL 33134 and rdiego@lawgmp.com, The Law Office of Ramon J. Diego, P.A., 5001 SW 74th Court, Miami, FL 33155.

    Respectfully submitted,

    **WHITE & TWOMBLY, P.A.**
    *Counsel for Defendants*
    9999 NE 2nd Avenue, Suite 306
    Miami Shores, Florida 33138
    Telephone: (786) 502-2038
    robert@whitetwombly.com
    david@whitetwombly.com
    paralegalryt@whitetwombly.com

    By: */s/Robert Twombly*
    Robert Twombly, Esquire
    FBN: 0060127

    By: */s/David Alvarez*
    David Alvarez, Esquire
    FBN: 1054426