UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-20772-GAYLES/LOUIS

DENNIS ANEIROS,

    Plaintiff,

vs.

VIORMAR TRADING CORPORATION, N.V.,
AND ORLANDO A. FERNANDEZ,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, Dennis Aneiros, and Defendants, Viormar Trading Corporation, N.V. and Orlando A. Fernandez, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice upon condition that the Court retain jurisdiction over this matter for 24 months for enforcement**.

    Respectfully submitted on this 8th day of April 2025.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ David A. Alvarez |
| Brian H. Pollock, Esq. (174742) | Robert Y. Twombly, Esq. (0060127) |
| brian@fairlawattorney.com | robert@whitetwombly.com |
| Patrick Brooks LaRou, Esq. (1039018) | David A. Alvarez, Esq. (1054426) |
| brooks@fairlawattorney.com | david@whitetwombly.com |
| FAIRLAW FIRM | WHITE & TWOMBLY, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 9999 N.E. 2nd Avenue, Suite 306 |
| Coral Gables, Florida 33146 | Miami Shores, Florida 33138 |
| Telephone: (305) 230-4884 | Telephone: (786) 502-2038 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |